United States Bankruptcy Court for the:

**Northern District of Georgia**

Case number *(if known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | American Underwriting Services, LLC |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 20-3246565 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1255 Roberts Blvd | |
| Number        Street | Number        Street |
| Suite 102 | |
| | P.O. Box |
| Kennesaw        GA        30144 | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cobb County | |
| County | Number        Street |
| | |
| | City                    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.americanunderwritingservices.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | American Underwriting Services, LLC | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

524210

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
MM / DD / YYYY

District _____    When _____    Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

District _____    When _____
MM  /  DD  / YYYY

Case number, if known _____

| Debtor | American Underwriting Services, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| | |
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | American Underwriting Services, LLC | Case number *(if known)* |
|--------|--------------------------------------|--------------------------|
|        | Name                                 |                          |

**16. Estimated liabilities**

- ☐ $0–$50,000
- ☐ $50,001–$100,000
- ☐ $100,001–$500,000
- ☐ $500,001–$1 million

- ☑ $1,000,001–$10 million
- ☐ $10,000,001–$50 million
- ☐ $50,000,001–$100 million
- ☐ $100,000,001–$500 million

- ☐ $500,000,001–$1 billion
- ☐ $1,000,000,001–$10 billion
- ☐ $10,000,000,001–$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/18/2018
MM  / DD / YYYY

✖ /s/ James Russell Wiley
Signature of authorized representative of debtor

James Russell Wiley
Printed name

Title  Sole SH of The Wiley Group, Inc., Manager

**18. Signature of attorney**

✖ /s/ Anna Humnicky
Signature of attorney for debtor

Date  05/18/2018
MM / DD / YYYY

Anna Humnicky
Printed name

Small Herrin, LLP
Firm name

Two Paces West, Suite 200 2727 Paces Ferry Rd.
Number       Street

Atlanta
City

GA
State

30339
ZIP Code

770-783-1800
Contact phone

ahumnicky@smallherrin.com
Email address

377850
Bar number

State

**WRITTEN CONSENT IN LIEU OF MEETING OF
THE MEMBERS OF AMERICAN UNDERWRITING SERVICES, LLC**

THE UNDERSIGNED, constituting the sole shareholder of The Wiley Group, Inc. ("Wiley"), which is the sole Member and Manager of American Underwriting Services, LLC, a limited liability company organized and existing under the laws of the State of Georgia (hereinafter referred to as the "Company"), holding all membership interests in the Company, pursuant to O.C.G.A. § 14-11-309 hereby gives his written consent (a) to the dispensation of a special meeting of the Members of the Company and (b) to the taking of the following action, which action could have been taken had such a meeting been held:

WHEREAS, Wiley believes that it is in the best interest of the Company to file a petition seeking relief under the United States Bankruptcy Code.

NOW THEREFORE, BE IT RESOLVED that the filing by the Company of a petition for relief under Chapter 11of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Georgia (the "Petition") is hereby approved an authorized; and be it further

RESOLVED, that James Russell Wiley ("R. Wiley") is authorized and directed to sign and execute the Petition and that the below signature of the sole shareholder of Wiley shall be evidence of such approval; and be it further

RESOLVED, that R. Wiley is authorized and directed to retain Kevin Van de Grift of the financial advisory firm, GGG Partners, LLC, as Chief Restructuring Officer ("CRO") of Company; and be it further

RESOLVED, that the law firm of Small Herrin, LLP, or such other law firm as determined by R. Wiley, is authorized and directed to file on behalf of the Company the Petition; and be it further

RESOLVED, that the Company be and is authorized and directed to retain on behalf of the Company the law firm of Small Herrin, LLP, or such other law firm, to render legal services to, and to represent, the Company in connection with such proceedings and other related matters in connection therewith, on such terms as R. Wiley has approved; and be it further

RESOLVED, that the Company be and hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such instruments and documents and to pay all fees and expenses as in R. Wiley's and the CRO's judgment shall be necessary or desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it further

RESOLVED, that all acts heretofore lawfully done or actions lawfully taken by the Company in connection with the reorganization of the Company or any matter related thereto, including the previous engagement of the law firm of Small Herrin, LLP, or such other law firm, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved.

IN WITNESS WHEREOF, the undersigned, constituting the sole Member of the Company, has executed these Consent Resolutions this 18th day of May 2018.

_____/s/ J. Russ Wiley_____
James Russell Wiley, Sole Shareholder of The Wiley Group, Inc., the Sole Member and Manager of American Underwriting Services, LLC

2

**Fill in this information to identify the case:**

Debtor name ___American Underwriting Services, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ProSight Specialty 12 Mount Kemble Ave Suite 300C Morristown, NJ, 07960 | | | | | | 5,188,554.33 |
| 2 | Lloyds of London/Tysers 9th Floor Beaufort House 15 St Botolph Street London, England, EC3A 7EE | | Insurance premiums | | | | 1,116,783.85 |
| 3 | American Millennium Insurance Company 1044 Route 23 North, STE 103 Wayne, NJ, 07470 | | Insurance premium | | | | 1,103,598.00 |
| 4 | SC&F Specialty Underwriters 160 Water Street 16th Floor New York, NY, 10038-4922 | | | | | | 266,347.94 |
| 5 | AIG 1200 Abernathy Rd Bldg 600, Suite 800 Atlanta, GA, 30328 | | Insurance premium | | | | 254,368.75 |
| 6 | American Inter-Fidelity Exchange 9223 Broadway; Ste A Merrillville, IN, 46410 | | Insurance premiums | | | | 130,306.26 |
| 7 | American Southern Insurance Companies 3715 Northside Parkway  Building 400, Suite 800 Atlanta, GA, 30327 | | Insurance premiums | | | | 128,781.80 |
| 8 | ACE Westchester Specialty Grp 5505 N. Cumberland Ave. Suite 307 Chicago, IL, 60656 | | Insurance premiums | | | | 124,343.18 |

| Debtor | American Underwriting Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Risk Placement Services 33719 Treasury Center Chicago, IL, 60694-3700 | | | | | | 52,000.00 |
| 10 | Professional Safety Consultants 221 Victory Lane  Suite 100 Lincoln, NE, 68528 | | Insurance premiums | | | | 12,088.65 |
| 11 | Synovus Bank PO Box 23061 Columbus, GA, 31902-3061 | | Credit Card Debt | | | | 8,225.54 |
| 12 | Willcomply, LLC 3700 Park East Drive, Suite 250 Beachwood, OH, 44122 | | Insurance premium | | | | 1,478.50 |
| 13 | Jane R. Parker 204 Kier Street New Alexandria  , PA, 15670 | | | | | | 0.00 |
| 14 | Hinson Building Corporation 540 48th Street Court East Bradenton   , FL, 34208 | | | | | | 0.00 |
| 15 | Milner, Inc. P.O. Box 923197 Norcross, GA, 30010-3197 | | | | | | 0.00 |
| 16 | State Tax Commission P.O. Box 23050 Jackson, MS, 39225-3050 | | | | | | 0.00 |
| 17 | Texas Dept of Insurance Attn: Co Licensing and Reg Off, DIV 50561  P O Box 149104 Austin  , TX, 78714-9104 | | | | | | 0.00 |
| 18 | Hibbs & Associates 2362 Three Bars Dr Snellville   , GA, 30078 | | | | | | 0.00 |
| 19 | Multi Printing Solutions, Inc. 8113 S. Lemont Rd Darien  , IL, 60561-1755 | | | | | | 0.00 |
| 20 | Cobb County Tax Commissioner P.O. Box 100127 Marietta, GA, 30061-7027 | | | | | | 0.00 |

**Fill in this information to identify the case:**

Debtor name _____American Underwriting Services, LLC_____

United States Bankruptcy Court for the: _____Northern District of Georgia_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:**  **Summary of Assets**

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................................................

   $ ____1,458,389.56

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .........................................................................

   $ ____1,458,389.56

---

**Part 2:**  **Summary of Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................

   $ _____0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...............................................

   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..............................

   +$ ____8,386,876.80

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b

   $ ____8,386,876.80

**Fill in this information to identify the case:**

Debtor name __American Underwriting Services, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of North Georgia, a division of Synov | Checking | 4  7  1  8 | $ 250,000.00 |
| 3.2. | See continuation sheet | | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | Undeposited checks | $ 100,000.00 |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1**    $ 350,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | Lease depoist, Roberts Blvd., LLC | $ 12,000.00 |
|---|---|---|
| 7.2. | | $ |

Debtor    American Underwriting Services, LLC
          Name                                                    Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                $ 12,000.00

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 11. **Accounts receivable** |  |  |  |
| 11a. 90 days old or less: | 1,086,389.56 face amount | − 0.00 doubtful or uncollectible accounts | = ........➔ $ 1,086,389.56 |
| 11b. Over 90 days old: | 0.00 face amount | − 0.00 doubtful or uncollectible accounts | = ........➔ $ 0.00 |

**12. Total of Part 3**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,086,389.56

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** |  |  |
| Name of fund or stock: |  |  |
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** |  |  |
| Name of entity:                          % of ownership: |  |  |
| 15.1._____ _____% | _____ | $_____ |
| 15.2._____ _____% | _____ | $_____ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |  |  |
| Describe: |  |  |
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**
   Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor  American Underwriting Services, LLC _____ Case number *(if known)*_____
Name

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.  $_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    American Underwriting Services, LLC _____    Case number (if known)_____
          Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> 5 office furniture sets (desk & credenza), 9 work stations, 13 office chairs, 16 desk chairs, 15 file cabinets, 1 sofa, 1 coffee table, 1 side table,  1 glass top stand up desk, 1 computer hutch, 2 conference tables | $ 0.00 | Fair Market Value | $ 7,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> 9 computers, 20 monitors | $_____ | Fair Market Value | $ 3,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

$ 10,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    American Underwriting Services, LLC _____    Case number (if known)_____
            Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known)_____
       American Underwriting Services, LLC
       Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1255 Roberts Blvd, Suite 102<br>Kennesaw GA, 30144 | Leasehold interest | $ 0.00 | N/A | $ 0.00 |
| 55.2 | | $ _____ | _____ | $ _____ |
| 55.3 | | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>www.americanunderwritingservices.com | $ 0.00 | N/A | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

---

Debtor    American Underwriting Services, LLC                          Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➔   $_____
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim          _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim          _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                          $_____

_____                          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  American Underwriting Services, LLC                                    Case number (if known)
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 350,000.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 12,000.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 1,086,389.56 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. .......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 1,458,389.56 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........ | 1,458,389.56 | $ 1,458,389.56 |

| Debtor 1 | American Underwriting Services, LLC | Case number *(if known)* |
|---|---|---|
| | First Name     Middle Name     Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| **Bank of North Georgia, a Division of Synovus** | **Checking** | **5668** |

**Balance: 0.00**

| | | |
|---|---|---|
| **Bank of North Georgia, a division of Synovus** | **Checking** | **5650** |

**Balance: 0.00**

Official Form 206 A/B                          Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name _____American Underwriting Services, LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia___ of _____
                                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                    $_____

Fill in this information to identify the case:

Debtor _____American Underwriting Services, LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Georgia Department of Revenue
1800 Century Blvd.
Suite 9100
Atlanta, GA, 30345

As of the petition filing date, the claim is: $ Unknown      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA, 19101

As of the petition filing date, the claim is: $ Unknown      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )

**2.3** Priority creditor's name and mailing address
Texas Comptroller of Public Accounts
Texas Surplus Lines Department
PO Box 13528
Austin, TX, 78711-3528

As of the petition filing date, the claim is: $ Unknown      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8  )

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
1st Patriot Insurance Services, LLC
2616 N. McColl Rd
McAllen, TX, 78501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
A to Z Insurance Group, Inc
5959 S Staples  Ste 102
Corpus Christi, TX, 78413

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
A.I.Credit Corporation
P.O. Box 9045
New York, NY, 10087-9045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
AAA Truck Agency Corp
25303 IH 45 N  The Woodlands
Spring, TX, 77380

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
ABCO Premium Finance
PO BOX 141029
Coral Gables, FL, 33114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Acadia Coffee Service, Inc.
1165 Allgood Road  suite 17
Marietta, GA, 30062-2238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  American Underwriting Services, LLC                          Case number (if known)_____
       Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**   Nonpriority creditor's name and mailing address

ACE Westchester Specialty Grp
5505 N. Cumberland Ave.
Suite 307
Chicago, IL, 60656

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 124,343.18

Basis for the claim:  Insurance premiums

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

---

**3.8**   Nonpriority creditor's name and mailing address

Acrisure, LLC
5664 Prairie Creek Drive, SE
Caledonia, MI, 49316

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

---

**3.9**   Nonpriority creditor's name and mailing address

Adams Trucking Insurance
145 Stately Oaks Cir.
Brunswick, GA, 31523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

---

**3.10**   Nonpriority creditor's name and mailing address

Affiance Insurance Agency
PO Box 1306
Buda, TX, 78610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

---

**3.11**   Nonpriority creditor's name and mailing address

AFS/ Ibex
PO Box 224528
Dallas, TX, 75222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

Debtor   American Underwriting Services, LLC   Case number (if known)
         Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 12  Nonpriority creditor's name and mailing address

AIG
1200 Abernathy Rd  Bldg 600, Suite 800
Atlanta, GA, 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 254,368.75

**Basis for the claim:**  Insurance premium

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 13  Nonpriority creditor's name and mailing address

All Solutions Insurance Agency, LLC
22364 Alessandro Blvd
Moreno Valley, CA, 92553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 14  Nonpriority creditor's name and mailing address

All-Wheels Insurance Services
1001 Cypress Creek Road Ste403
Cedar Park, TX, 78613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 15  Nonpriority creditor's name and mailing address

Alliant Insurance Services, Inc.
5100 Thompson Terrace  Ste A
Colleyville, TX, 76034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 16  Nonpriority creditor's name and mailing address

Allnations Insurance Agency
2537 S Gessner Ste 110
Houston, TX, 77063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

| Debtor | American Underwriting Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17**    Nonpriority creditor's name and mailing address

Allsure Insurance
1722 Prairie Grove Dr
Houston, TX, 77077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.18**    Nonpriority creditor's name and mailing address

American Inter-Fidelity Exchange
9223 Broadway; Ste A
Merrillville, IN, 46410

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Insurance premiums

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 130,306.26

---

**3.19**    Nonpriority creditor's name and mailing address

American Internat'l Companies
P.O. Box 30174
New York, NY, 10087-0174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.20**    Nonpriority creditor's name and mailing address

American Millennium Insurance Company
1044 Route 23 North, STE 103
Wayne, NJ, 07470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Insurance premium

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,103,598.00

---

**3.21**    Nonpriority creditor's name and mailing address

American Southern Insurance Companies
3715 Northside Parkway  Building 400, Suite 800
Atlanta, GA, 30327

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Insurance premiums

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 128,781.80

---

Debtor    American Underwriting Services, LLC    Case number (if known) _____
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

AmeriComp Benefits, Inc.
P O BOX 4319
Columbus, GA, 31914

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.23** Nonpriority creditor's name and mailing address

AON Risk Services Inc.
P O Box 3870
Little Rock, AR, 72203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.24** Nonpriority creditor's name and mailing address

ARM Insurance Agency
4511 Highway 6 N Ste A
Houston, TX, 77084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.25** Nonpriority creditor's name and mailing address

AssuredPartners NL
3000 Meridian Blvd STE 100
Franklin, TN, 37067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.26** Nonpriority creditor's name and mailing address

Avina's Insurance Services
1110 Artesia Blvd Ste. A
Cerritos, CA, 90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

Debtor    American Underwriting Services, LLC                                    Case number (if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

B&D Insurance Services
12118 Walnut Park Crossing  #1317
Austin, TX, 78753

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**3.28** Nonpriority creditor's name and mailing address

Bancorp South Insurance Services, Inc.
8315 Cantrell Road  Suite 300
Little Rock, AR, 72227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**3.29** Nonpriority creditor's name and mailing address

BankDirect Capital Finance
Two Conway Park  150 North Field Drive Suite 190
Lake Forest, IL, 60045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**3.30** Nonpriority creditor's name and mailing address

BankDirect Capital Finance, LLC
P.O. Box 660448
Dallas, TX, 75266-0448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**3.31** Nonpriority creditor's name and mailing address

Belken Insurance Associates
8626 Tesoro Drive #310
San Antonio, TX, 78217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

Debtor ___American Underwriting Services, LLC_____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 32  **Nonpriority creditor's name and mailing address**

Ben Spurgin Insurance
2521 Cedar Springs
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.** 33  **Nonpriority creditor's name and mailing address**

Biba Insurance Services Inc
17908 Murphy Parkway
Lathrop, CA, 95330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.** 34  **Nonpriority creditor's name and mailing address**

Big Rigs Insurance
14510 Vaughn Rd
Molalla, OR, 97038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Big Truck Agency
2517 Fairway Park Drive   Suite 202
Houston, TX, 77092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Bigham Kliewer Chapman & Watts
2100 Trimmier Road  PO Box 996
Killeen, TX, 76540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

Debtor    American Underwriting Services, LLC    Case number (if known) _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.37**  Nonpriority creditor's name and mailing address

Bob White Insurance
PO BOX 73009
Houston, TX, 77273

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.38**  Nonpriority creditor's name and mailing address

Brower Insurance Agency, LLC
409 East Monument Ave STE 400
Dayton, OH, 45402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.39**  Nonpriority creditor's name and mailing address

Bylsma-Nederveld Agency, Inc.
3001 Fuller, N.E.
Grand Rapids, MI, 49505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.40**  Nonpriority creditor's name and mailing address

C. Ferguson Insurance
P.O. Box 1855
Valley Springs, CA, 95252

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.41**  Nonpriority creditor's name and mailing address

C.M. Brown & Associates, Inc.
P.O.Box 384
Perryville, MO, 63775

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | American Underwriting Services, LLc | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

Cal-Valley Insurance Services Inc
5070 N. Sixth Street  Suite 155
Fresno, CA, 93710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.43** Nonpriority creditor's name and mailing address

Canal Indemnity Company
400 East Stone Ave
Greenville, SC, 29061

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.44** Nonpriority creditor's name and mailing address

Canal Insurance Company
400 East Stone Avenue
Greenville, SC, 29601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.45** Nonpriority creditor's name and mailing address

Capital Premium Finance
PO Box 1020
Draper, UT, 84020

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.46** Nonpriority creditor's name and mailing address

Capitol Insurance Brokers
3820 W.Happy Valley Rd Ste 141
Glendale, AZ, 85310

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

Debtor _____American Underwriting Services, LLC_____ Case number *(if known)*_____
Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Capps Insurance Agency
1610 Shadywood Lane
Mount Pleasant, TX, 75455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.48** Nonpriority creditor's name and mailing address

Carrier Service Insurance
P.O. Box 69000C
Miami, FL, 33269

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.49** Nonpriority creditor's name and mailing address

Cen-Cal Transportation Ins
2351 Sunset Blvd. Ste #314
Rocklin, CA, 95765

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.50** Nonpriority creditor's name and mailing address

Centerpoint
11285 Elkins Road, Bldg E
Roswell , GA, 30076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.51** Nonpriority creditor's name and mailing address

Centex Transportation Ins. Svc
2351 Sunset Blvd. Ste. 314
Rocklin, CA, 95765

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|--------|-------------|-------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Chrome Truck Agency LLC
12220 Eruzione Drive
Austin, TX, 78748

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.53** Nonpriority creditor's name and mailing address

Chubb & Son, Inc.
5505 N Cumberland Ave, Ste 301
Chicago, IL, 60656

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.54** Nonpriority creditor's name and mailing address

CIT
21146 Network Place
Chicago   , IL, 60673-1211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.55** Nonpriority creditor's name and mailing address

Classic Plan Premium Finance
PO Box 5146
Chino, CA, 91708-5146

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.56** Nonpriority creditor's name and mailing address

Cline Wood Agency
4300 West 133rd St
Leawood, KS, 66209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 57** | Nonpriority creditor's name and mailing address

CO Brown Agency Inc
2048 Superior Drive
Rochester, MN, 55901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3. 58** | Nonpriority creditor's name and mailing address

Cobb County Tax Commissioner
P.O. Box 100127
Marietta, GA, 30061-7027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3. 59** | Nonpriority creditor's name and mailing address

Cobb County Tax Commissioner
700 South Cobb Drive
Marietta, GA, 30060-3162

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3. 60** | Nonpriority creditor's name and mailing address

Coldwater Insurance Agency Inc
613 Austin Street
Levelland, TX, 79336

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3. 61** | Nonpriority creditor's name and mailing address

Colonial Insurance
3845 Holcomb Bridge Road Ste 300
Norcross, GA, 30092

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance premiums

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

Debtor _____     Case number _(if known)_____
Name
American Underwriting Services, LLc

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 62** Nonpriority creditor's name and mailing address

Com-Co Insurance Agency
3425 Dempster St
Skokie, IL, 60076

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3. 63** Nonpriority creditor's name and mailing address

Comcast
P O Box 530098
Atlanta, GA, 30353-0098

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3. 64** Nonpriority creditor's name and mailing address

Commercial & Transportation Ins.
P.O. Box 361901
Birmingham, AL, 35236

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3. 65** Nonpriority creditor's name and mailing address

Commercial Carrier Insurance
44 Merrimon Avenue
Ashville, NC, 28801

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3. 66** Nonpriority creditor's name and mailing address

Commercial Insurance Associates, LLC
103 Powell Court Suite 100
Brentwood, TN, 37027

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

| Debtor | | | Case number (if known) |
|---|---|---|---|
| | American Underwriting Services, LLC | | |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

Commercial Insurance Solutions
P.O. Box 6310
East Brunswick, NJ, 08816

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.68** Nonpriority creditor's name and mailing address

Commercial Transportation Insurance Services - CTIS
6520 44th Street #300
Sacramento, CA, 95823

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.69** Nonpriority creditor's name and mailing address

Commerical Carriers
12641 166th Street
Cerritos, CA, 90703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.70** Nonpriority creditor's name and mailing address

Commerical Insurance Services
PO DRAWER 26227
Oklahoma City, OK, 73126

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.71** Nonpriority creditor's name and mailing address

Compass Insurance Agency
PO Box 530350
Birmingham, AL, 35253

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

Debtor    American Underwriting Services, LLC                              Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 72  Nonpriority creditor's name and mailing address

Cook Insurance Group
3333 Lee Parkway Suite 600
Dallas, TX, 75219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 73  Nonpriority creditor's name and mailing address

Cottingham & Butler
P.O. Box 28
Dubuque , IA, 52004-0028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 74  Nonpriority creditor's name and mailing address

Cottingham & Butler
800 Main Street  PO Box 28
Dubuque, IA, 52004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 75  Nonpriority creditor's name and mailing address

County Wide Insurance
130 East Stoddard
Dexter, MO, 63841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 76  Nonpriority creditor's name and mailing address

Craig C Hansen Insurance Servi
2103 3rd Street
Eureka, CA, 95501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|---|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.77** Nonpriority creditor's name and mailing address

Crossroads Insurance Services
9816 Gilespie St  Suite 120
Las Vegas, NV, 89183

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.78** Nonpriority creditor's name and mailing address

Crum & Forster Insurance Co.
305 Madison Avenue
Morristown, NJ, 07962

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.79** Nonpriority creditor's name and mailing address

Custom INS Division
404 E Ramsey  Suite 210
San Antonio, TX, 78216

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.80** Nonpriority creditor's name and mailing address

Cypress Premium Funding
30448 Rancho Viejo Rd STE 100
San Juan Capistrano, CA, 92675

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.81** Nonpriority creditor's name and mailing address

D & H Insurance Group
914 Judson Rd
Longview, TX, 75601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    American Underwriting Series, LLC    Case number (if known) _____
_____
Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.82** Nonpriority creditor's name and mailing address

Dakota Street Insurance
PO Box 202
Spring Valley, IL, 61362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.83** Nonpriority creditor's name and mailing address

David Baker Insurance
950 S Fry Road
Katy, TX, 77450

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.84** Nonpriority creditor's name and mailing address

Davis Insurance Agency
PO BOX 152620
Lufkin, TX, 75915-2620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.85** Nonpriority creditor's name and mailing address

De Lage Landen Financial Svcs
P.O. Box 41601
Philadelphia, PA, 19101-1601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.86** Nonpriority creditor's name and mailing address

Delaware Secretary of State
Division of Corporations  P O Box 5509
Bingham  , NY, 13902-5509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

Debtor    American Underwriting Services, LLC                                    Case number (if known)
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.87** Nonpriority creditor's name and mailing address

Demoisey Insurance Agency
258 Plaza Drive
Lexington, KY, 40503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.88** Nonpriority creditor's name and mailing address

Department of State
P.O. Box 1500
Tallahassee , FL, 32302-1500

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.89** Nonpriority creditor's name and mailing address

Desert West Insurance Agency Inc
PO Box 640210
El Paso, TX, 79904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.90** Nonpriority creditor's name and mailing address

Dickson Insurance
PO BOX 40308
Mesa, AZ, 85274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.91** Nonpriority creditor's name and mailing address

DMB Truck Insurance LLC
PO Box 6423
McKinney, TX, 75071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

Debtor    American Underwriting Services, LLC    Case number (if known)_____
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.92** **Nonpriority creditor's name and mailing address**

Don-Rick Insurance Inc
313 Oak Street
Baraboo, WI, 53913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.93** **Nonpriority creditor's name and mailing address**

Donald LaPenna Associates
PO BOX 1868
Cranford, NJ, 07016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.94** **Nonpriority creditor's name and mailing address**

Eagle National Insurance - USA (HQ)
80 SW 8th Street, Suite 2000  Brickell Bayview
Office Building
Miami, FL, 33130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.95** **Nonpriority creditor's name and mailing address**

Eastern Insurors, LLC
445 Godwin Avenue
Midland Park, NJ, 07432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.96** **Nonpriority creditor's name and mailing address**

Easy Truck Insurance
7635 Clement  Ste A
Vacaville, CA, 95688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor    American Underwriting Services, LLC                              Case number (if known) _____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 97  Nonpriority creditor's name and mailing address

Ebix, Inc.
3906 Paysphere Circle
Chicago, IL, 60674

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** 98  Nonpriority creditor's name and mailing address

ECBM
300 Conshohocken Ste 405
West Conshohocken, PA, 19428

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** 99  Nonpriority creditor's name and mailing address

Eiyida Solutions
16W277 83rd Street Ste C
Burr Ridge, IL, 60527-7951

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** 100  Nonpriority creditor's name and mailing address

Elite 4 Truck
1801 South Excise Ave  Ste 115
Ontario, CA, 91761

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** 101  Nonpriority creditor's name and mailing address

Ellington Insurance Inc
121 S Green St
Swainsboro, GA, 30401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

| Debtor | American Mortgage Service Co., LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 102**  Nonpriority creditor's name and mailing address

Elliott Hartman Agency
611 Ansborough Ave.
Waterloo, IA, 50704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

---

**3. 103**  Nonpriority creditor's name and mailing address

Emery & James Ltd
300 E. Morris Ave.
Hammond, LA, 70403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

---

**3. 104**  Nonpriority creditor's name and mailing address

Equify Risk Services LLC
12222 Merit Drive   Suite 1400
Dallas, TX, 75251

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

---

**3. 105**  Nonpriority creditor's name and mailing address

Express Premium Finance Co.
PO Box 18836
Oklahoma City, OK, 73154-0836

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

---

**3. 106**  Nonpriority creditor's name and mailing address

Farris Evans Insurance
1568 Union Avenue
Memphis, TN, 38174

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

---

Debtor _____    Case number (if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.107** Nonpriority creditor's name and mailing address

FDI Management Group
275 Cumberland Pkwy Ste 246
Mechanicsburg , PA, 17055

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

**3.108** Nonpriority creditor's name and mailing address

FedEx
P.O. Box 660481
Dallas, TX, 75266-0481

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

**3.109** Nonpriority creditor's name and mailing address

Fino Services LLC
6193 Highway Boulevard   #205
Katy, TX, 77494

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

**3.110** Nonpriority creditor's name and mailing address

First Insurance Funding
450 Skokie Blvd  Ste 1000
Northbrook, IL, 60065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

**3.111** Nonpriority creditor's name and mailing address

First Niagra Risk Management
125 Hillvue Lane
Pittsburgh, PA, 15237

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

Debtor    American Underwriting Services, LLC    Case number (if known) _____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 112   **Nonpriority creditor's name and mailing address**

First Services Inc
215 Estates Dr  Ste 1
Roseville, CA, 95678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 113   **Nonpriority creditor's name and mailing address**

Fisher & Phillips LLP
1075 Peachtree Street, NE  Suite 3500
Atlanta, GA, 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 114   **Nonpriority creditor's name and mailing address**

Flat Iron Capital
950 17th St Suite 1300
Denver, CO, 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 115   **Nonpriority creditor's name and mailing address**

Fleet Risk Management, Inc.
2485 Demere Rd.,  Suite 100
Saint Simons Island, GA, 31522

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 116   **Nonpriority creditor's name and mailing address**

FleetSeek
500 Lafayette Blvd, Ste. 230
Fredericksburg , VA, 22401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117**  Nonpriority creditor's name and mailing address

Florida Commercial Ins Inc
1401 SW 21st Lane
Boca Raton, FL, 33486

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.118**  Nonpriority creditor's name and mailing address

Florida Department of State
P.O. Box 6327
Tallahassee , FL, 32314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.119**  Nonpriority creditor's name and mailing address

Florida State Underwriters
P.O. Box 300986
Fern Park, FL, 32824

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.120**  Nonpriority creditor's name and mailing address

Fortenberry Insurance Agency
P.O. Box 2139
Hewitt, TX, 76643-2139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.121**  Nonpriority creditor's name and mailing address

FP Mailing Solutions
140 N Mitchell Court, ste 200
Addison , IL, 60101-5629

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    American Underwriting Services, LLC               Case number (if known) _____
       Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 122   **Nonpriority creditor's name and mailing address**

Frontier Truck Insurance
6054 Tanana Drive
Carmel, IN, 46033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 123   **Nonpriority creditor's name and mailing address**

Generazio Associates, Inc.
265 Broad Street
Bloomfield, NJ, 07003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 124   **Nonpriority creditor's name and mailing address**

Georgia Department of Insurance
Premium Tax Division   P O Box 935134
Hapeville , GA, 30354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 125   **Nonpriority creditor's name and mailing address**

Georgia Department of Labor
P.O. Box 200366
Cartersville , GA, 30120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 126   **Nonpriority creditor's name and mailing address**

Georgia Department of Revenue
P.O. Box 105499
Atlanta, GA, 30348-5499

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Debtor    American Underwriting Services, LLC    Case number (if known) _____
          Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.127  Nonpriority creditor's name and mailing address**

Georgia Department of Revenue
Taxpayer Services Division  P.O. Box 740321
Atlanta, GA, 30374-0321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

**3.128  Nonpriority creditor's name and mailing address**

Global Associates
20 Highland Ave
Metuchen, NJ, 08840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

**3.129  Nonpriority creditor's name and mailing address**

Global Transportation Ins.
P.O. Box 5220
Farmington, NM, 87499

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

**3.130  Nonpriority creditor's name and mailing address**

Good's Insurance
352 E Main St, Ste 200
Leola, PA, 17540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

**3.131  Nonpriority creditor's name and mailing address**

Goodman-Baker Insurance
3534 E Sunshine Ste Ste H
Springfield, MO, 65809

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 0.00

Debtor _____American Underwriting Services, LLC_____    Case number (if known)_____
              Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.132**  **Nonpriority creditor's name and mailing address**

Grace Group, Inc.
17709 Cantrell Road
Little Rock, AR, 72223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

$ 0.00

---

**3.133**  **Nonpriority creditor's name and mailing address**

Great Lakes Insurance Assoc.
3205 Peach Street
Erie, PA, 16508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

$ 0.00

---

**3.134**  **Nonpriority creditor's name and mailing address**

Hadley & Lyden, Inc.
P.O. Box 700
Winter Park, FL, 32790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

$ 0.00

---

**3.135**  **Nonpriority creditor's name and mailing address**

Hancock & Associates, Inc
8200 Kingston Pike  Suite 21
Knoxville, TN, 37919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

$ 0.00

---

**3.136**  **Nonpriority creditor's name and mailing address**

Hanuschak Agency
P.O. Box 7727
Cumberland, RI, 02864

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ |

**Is the claim subject to offset?**
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

Hartley Cylke Pacific Insurance
2747 University Ave
San Diego, CA, 92104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.138** **Nonpriority creditor's name and mailing address**

Hatch Agency
PO BOX 1861
Minnetoka, MN, 55345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.139** **Nonpriority creditor's name and mailing address**

Hawk Agency Inc
7131 Knoxville Ave
Peoria, IL, 61614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.140** **Nonpriority creditor's name and mailing address**

Haymond Insurance Inc.
200 S. Main
Searcy, AR, 72145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.141** **Nonpriority creditor's name and mailing address**

Hays of Utah Insurance Services
170 South Main Street  Suite 1000
Salt Lake City, UT, 84101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number (if known) | |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 142  **Nonpriority creditor's name and mailing address**

Heil and Heil Insurance Agency LLC
1250 E Diehl Rd  Ste 104
Naperville, IL, 60563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.** 143  **Nonpriority creditor's name and mailing address**

Heiser Agency
133 S Main Street
Morton, IL, 61550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.** 144  **Nonpriority creditor's name and mailing address**

Heritage Insurance
920 Lily Creek Rd Suite 201
Louisville, KY, 40243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.** 145  **Nonpriority creditor's name and mailing address**

Heritage Insurance Service
920 Lily Creek Rd   Suite 201
Louisville, KY, 40243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

**3.** 146  **Nonpriority creditor's name and mailing address**

HG Companies & Assurance LLC
2045 E Price Rd Ste 7L
Brownsville, TX, 78521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

Debtor    American Underwriting Services, LLC    Case number (if known)
Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 147    **Nonpriority creditor's name and mailing address**

Hibbs & Associates
2362 Three Bars Dr
Snellville    , GA, 30078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 148    **Nonpriority creditor's name and mailing address**

Higginbotham
308 W Parkwood Ave #104B
Friendswood , TX, 77546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 149    **Nonpriority creditor's name and mailing address**

Hinson Building Corporation
540 48th Street Court East
Bradenton    , FL, 34208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 150    **Nonpriority creditor's name and mailing address**

Hire Right Solutions
P O Box 847891
Dallas, TX, 75284-7891

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 151    **Nonpriority creditor's name and mailing address**

HNI Risk Services
16085 West Cleveland Ave
New Berlin, WI, 53151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor   American Underwriting Services, LLc                    Case number (if known)
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 152    **Nonpriority creditor's name and mailing address**

HNI Truck Group
1621 Colonial Parkway
Inverness, IL, 60067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 153    **Nonpriority creditor's name and mailing address**

Holmes Murphy & Associates
PO BOX 2429
Cedar Rapids, IA, 52406-2429

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 154    **Nonpriority creditor's name and mailing address**

Hub Coburn Insurance
PO BOX 1000
Colchester, VT, 05446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 155    **Nonpriority creditor's name and mailing address**

Hub Flynn
1643 24th Street West Suite 21
Billings, MT, 59102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 156    **Nonpriority creditor's name and mailing address**

HUB Internat'al Transportation
P.O. Box 1000
Colchester, VT, 05446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 32 of 69

| Debtor | American Underwriting Services, LLC | Case number *(if known)* |
|--------|--------------------------------------|---------------------------|
| | Name | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 157**  **Nonpriority creditor's name and mailing address**

Hub International
PO BOX 17346
Salt Lake City, UT, 84117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 158**  **Nonpriority creditor's name and mailing address**

Hub International Texas
12175 Network Blvd.  Suite 100
San Antonio, TX, 78249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 159**  **Nonpriority creditor's name and mailing address**

Hub Kaufman
P.O. Box 17346
Salt Lake City, UT, 84117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 160**  **Nonpriority creditor's name and mailing address**

Hub Lenhardt Agency
1643 24th Street W, Ste 211
Billings, MT, 59102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 161**  **Nonpriority creditor's name and mailing address**

Hubbard Insurance Agency, Inc
4574 FM 1960 East
Humble, TX, 77346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor _____American Doubloon Mining Series, LLC_____    Case number (if known)_____
Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 162    Nonpriority creditor's name and mailing address

Hughston Insurance Agency, Inc.
46 Cove Circle
Brownsville, TX, 78521

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 163    Nonpriority creditor's name and mailing address

Hunt & Associates, Inc.
720 North Post Oak  Suite 330
Houston, TX, 77024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 164    Nonpriority creditor's name and mailing address

IBEX
PO Box 224528
Dallas, TX, 75222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 165    Nonpriority creditor's name and mailing address

Impact Finance Corp
P.O. Box 515439
Dallas, TX, 75251-5439

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 166    Nonpriority creditor's name and mailing address

Insgroup Inc.
3131 W Alabama Ste 200
Houston, TX, 77098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | | Case number (if known) |
|---|---|---|
| | American Underwriting Services, LLC | |
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 167   **Nonpriority creditor's name and mailing address**

INSPRO Insurance
P.O. Box 6847
Lincoln, NE, 68506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 168   **Nonpriority creditor's name and mailing address**

Insurance Brokers of Maryland-
PO Box 3767
Hagerstown, MD, 21742-3737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 169   **Nonpriority creditor's name and mailing address**

Insurance Group Services, Inc.
3000 W. Cypress Creek Rd
Fort Lauderdale, FL, 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 170   **Nonpriority creditor's name and mailing address**

Insurance of Mid Cities Agency
1235 Cavender Dr #101
Hust, TX, 76053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 171   **Nonpriority creditor's name and mailing address**

Insurance Office of America
4223  South Pipkin Rd Ste 200
Lakeland, FL, 33811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor    American Underwriting Services, LLC                                    Case number (if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 172    **Nonpriority creditor's name and mailing address**

Insurance Office of America - MD
1407 York Road  Ste 312
Lutherville Timonium, MD, 21093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** 173    **Nonpriority creditor's name and mailing address**

Insurance Risks Managers of MO
425 N New Ballas Rd Ste #175
St Louis, MO, 63141

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** 174    **Nonpriority creditor's name and mailing address**

Insurance Service Associates
1770 Indian Trail Rd Ste #130
Norcross, GA, 30093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** 175    **Nonpriority creditor's name and mailing address**

Insurance Service Group
P.O. Box 4000
Clinton, TN, 37717

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** 176    **Nonpriority creditor's name and mailing address**

Insurepointe of Texas, Inc.
2909 Hillcroft  Suite 600
Houston, TX, 77057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

Debtor    American Underwriting Services, LLC
    Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **177**  Nonpriority creditor's name and mailing address

Insurica Ins. Management Network
1100 NE Loop 410 Ste 200
San Antonio, TX, 78209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** **178**  Nonpriority creditor's name and mailing address

Integrity Transportation Insurance Agency LLC
14511 Falling Creek Dr.
Houston, TX, 77014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance premiums

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** **179**  Nonpriority creditor's name and mailing address

Interline Risk Services, Inc.
2100 Pooler Parkway
Pooler, GA, 31322

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** **180**  Nonpriority creditor's name and mailing address

Interstate Insurance Agency
PO Box 568944
Orlando, FL, 32856-8944

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.** **181**  Nonpriority creditor's name and mailing address

Interstate Insurance Services Inc.
2601 N Del Rosa Ave  Suite 114
San Bernardino, CA, 92402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

Debtor   American Underwriting Servs., LLC                     Case number (if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 182** Nonpriority creditor's name and mailing address

Interstate Insurance Services Inc.
6101 N Armstrong St.
Wichita, KS, 67204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3. 183** Nonpriority creditor's name and mailing address

Interstate Motor Carriers Agency, Inc
PO Box 4500
Freehold, NJ, 07728

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3. 184** Nonpriority creditor's name and mailing address

Interstate Truckers Insurance
P.O. Box 8394
Boise, ID, 83707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3. 185** Nonpriority creditor's name and mailing address

Interstate Trucking Alliance
7414 Fossil Hill Dr
Arlington, TX, 76002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3. 186** Nonpriority creditor's name and mailing address

Intervalley Insurance Services
4221 N Fresno Street
Fresno, CA, 93726

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ⌐187¬ **Nonpriority creditor's name and mailing address**

IPFS
5316 Hwy 290 W
Suite 310
Austin, TX, 78735

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance premiums

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** ⌐188¬ **Nonpriority creditor's name and mailing address**

Island Financial Ins Assoc Inc
2815 East Main Avenue
Puyallup, WA, 98372

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** ⌐189¬ **Nonpriority creditor's name and mailing address**

ISU Stetson-Beemer Insurance
PO BOX 7236
Reno, NV, 89510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** ⌐190¬ **Nonpriority creditor's name and mailing address**

Italiano Insurance Services
PO Box 18425
Tampa, FL, 33679

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** ⌐191¬ **Nonpriority creditor's name and mailing address**

J. Smith Lanier
P.O. Box 70
West Point, GA, 31833

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

Debtor _____    Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 192    **Nonpriority creditor's name and mailing address**

Jagdeep Singh Insurance Agency
4185 W Figarden Dr #101
Fresno, CA, 93722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 193    **Nonpriority creditor's name and mailing address**

James Brummett Insurance
PO Box 606
Oliver Springs, TN, 37840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 194    **Nonpriority creditor's name and mailing address**

James Miller Insurance Agency
1801 Eastchase Parkway  Suite 109
Fort Worth, TX, 76120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 195    **Nonpriority creditor's name and mailing address**

Jane R. Parker
204 Kier Street
New Alexandria  , PA, 15670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 196    **Nonpriority creditor's name and mailing address**

Jeffers Insurance Agency
100 NE Loop 410, Ste #1250
San Antonio, TX, 78216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197**  **Nonpriority creditor's name and mailing address**

Jenna Crossley Sanford
14635 Creek Club Dr
Alpharetta, GA, 30004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.198**  **Nonpriority creditor's name and mailing address**

JLP Insurance Services, LLC
3719 Fry Rd.   Suite C
Katy, TX, 77449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.199**  **Nonpriority creditor's name and mailing address**

Jones Truck Insurance Agency
P.O. Box 236
Waco, TX, 76703-0236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.200**  **Nonpriority creditor's name and mailing address**

Katy Insurance Agency, Inc.
P O Box 597
Katy, TX, 77492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.201**  **Nonpriority creditor's name and mailing address**

Keisling Insurance
8500 Highway 111  Ste 150
Byrdstown, TN, 38549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** **202**  Nonpriority creditor's name and mailing address

Kenneth Seiber
10010 Judy Road
Lyles, TN, 37098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** **203**  Nonpriority creditor's name and mailing address

Kentucky Attorney in Fact
314 West Main Street
Frankfort, KY, 40601-1808

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** **204**  Nonpriority creditor's name and mailing address

Keuler Insurance Agency Inc
229 High St
Mineral Point, WI, 53565

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** **205**  Nonpriority creditor's name and mailing address

Keystone Truck Underwriters, LLC
702 W. Pitt Street PO Box 640
Bedford, PA, 15522

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** **206**  Nonpriority creditor's name and mailing address

KHD LLC Insurance Services
1259 Route 46 East  Building One, Suite 125
Parsippany, NJ, 07054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.207** Nonpriority creditor's name and mailing address

Kiely, Hines & Associates Insurance
6100 Dutchmans Lane 10th Floor
Louisville, KY, 40257

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.208** Nonpriority creditor's name and mailing address

Kinloch Partners, Inc.
300 Executive Drive  Ste 310
West Orange, NJ, 07052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.209** Nonpriority creditor's name and mailing address

Kirby Soar Insurance Agency
809 S. Evers Street
Plant City, FL, 33563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.210** Nonpriority creditor's name and mailing address

KMB Insurance Consultants
1150 Johnson Drive
Naperville, IL, 60540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.211** Nonpriority creditor's name and mailing address

Krist Insurance
6600 Westown Pkwy., Suite 250
West Des Moines, IA, 50266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 212**  **Nonpriority creditor's name and mailing address**

Kunkel & Associates
401 Data Court
Dubuque, IA, 52003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      _____

---

**3. 213**  **Nonpriority creditor's name and mailing address**

L Transportation Writers, Inc.
405 Oakwood Road 2nd Floor
Huntington Station, NY, 11746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      _____

---

**3. 214**  **Nonpriority creditor's name and mailing address**

Latino Truckers Insurance Serv
PO BOX 4267
Ontario, CA, 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      _____

---

**3. 215**  **Nonpriority creditor's name and mailing address**

LCIA INC
PO BOX 3043
Kearny, NJ, 07032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      _____

---

**3. 216**  **Nonpriority creditor's name and mailing address**

Leavitt Group
6050 Tacoma Mall Blvd #300
Tacoma, WA, 98409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      _____

---

Debtor    American Underwriting Services, LLC                    Case number (if known)_____
     Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 217**  Nonpriority creditor's name and mailing address

Lenhardt Agency, Inc.
Suite 211
Billings, MT, 59102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3. 218**  Nonpriority creditor's name and mailing address

Lexington Insurance Company
100 Summer Street, Boston
Boston, MA, 02110-2103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3. 219**  Nonpriority creditor's name and mailing address

Liberty Insurance Serviesz, Inc
3601 W. Devon Ave   Suite 103
Chicago, IL, 60659

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3. 220**  Nonpriority creditor's name and mailing address

Liberty Truck Insurance
401 Daniel Payne Drive
Birmingham, AL, 35214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3. 221**  Nonpriority creditor's name and mailing address

Licona Insurance Group
5927 Gateway Blvd W Ste B
El Paso, TX, 79925

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

| Debtor | American Underwriting Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** | Nonpriority creditor's name and mailing address

Lighthouse Insurance Group
4808 Broadmoor SE
Grand Rapids, MI, 49512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.223** | Nonpriority creditor's name and mailing address

Lipscomb & Pitts
2670 Union Avenue
Memphis, TN, 38112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.224** | Nonpriority creditor's name and mailing address

LLC Insurance Agency
4216 N Lincoln Ave
Chicago, IL, 60618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.225** | Nonpriority creditor's name and mailing address

Lloyds of London/Tysers
9th Floor Beaufort House
15 St Botolph Street
London, England, EC3A 7EE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,116,783.85

Basis for the claim: Insurance premiums

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.226** | Nonpriority creditor's name and mailing address

Logistics Insurance Concepts
1527 W. State Hwy 114  Ste 500-299
Grapevine, TX, 76051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   American Underwriting Services, LLC                                      Case number (if known)_____
            Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.227  Nonpriority creditor's name and mailing address**

Lonesource
114 MacKenan Drive  Suite 300
Cary  , NC, 27511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred            _____

Last 4 digits of account number           _____

$ 0.00

---

**3.228  Nonpriority creditor's name and mailing address**

Los Robles
2930 E Inland Empire Blvd., St
Ontario, CA, 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred            _____

Last 4 digits of account number           _____

$ 0.00

---

**3.229  Nonpriority creditor's name and mailing address**

Love Insurance Agency
34920 Ridge Road
Willoughby, OH, 44094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred            _____

Last 4 digits of account number           _____

$ 0.00

---

**3.230  Nonpriority creditor's name and mailing address**

M&O California Insurance Services, Inc
6055 E Washington Blvd Ste 1090
Los Angeles, CA, 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred            _____

Last 4 digits of account number           _____

$ 0.00

---

**3.231  Nonpriority creditor's name and mailing address**

MacKenzie Agency
116 South Third Street
Saint Peter, MN, 56082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred            _____

Last 4 digits of account number           _____

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.232** Nonpriority creditor's name and mailing address

Mailing Systems of Georgia
1710 Cumberland Point Drive  Suite 7
Marietta, GA, 30067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.233** Nonpriority creditor's name and mailing address

Malone Insurance Services
1137 Bordeau Court
Dunwoody  , GA, 30338

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.234** Nonpriority creditor's name and mailing address

Maple Leaf Insurance Agency Inc
6536 Kitsap Way
Bremerton, WA, 98312

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.235** Nonpriority creditor's name and mailing address

Marquee Insurance Group
1000 Holcomb Woods Pkwy   Building 300 - Suite 315A
Roswell, GA, 30076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.236** Nonpriority creditor's name and mailing address

Marshall Insurance Agency, Inc
1623 21st Ste  Suite A
Springfield, OR, 97477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|--------|------|------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 237    **Nonpriority creditor's name and mailing address**

Martin & Harrill, Inc.
221 W. Eleventh Street
Charlotte, NC, 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 238    **Nonpriority creditor's name and mailing address**

Marvin Johnson
PO BOX 1849
Columbus, IN, 47202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 239    **Nonpriority creditor's name and mailing address**

Mass Insurance Agency
7300 F Street
Omaha, NE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 240    **Nonpriority creditor's name and mailing address**

Massachusetts Mutual Life Ins
Dept #2560
Los Angeles  , CA, 90084-2560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 241    **Nonpriority creditor's name and mailing address**

Massey Insurance Services
16000 Apple Valley Rd Ste C-2
Apple Valley, CA, 92307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor    American Underwriting Services, LLc                        Case number (if known)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 242   **Nonpriority creditor's name and mailing address**

MassMutual Financial Group
Policy Loans  P O Box 75045
Charlotte   , NC, 28275-0045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

3. 243   **Nonpriority creditor's name and mailing address**

Matrix Insurance Group
Suite 104
Aventura, FL, 33180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

3. 244   **Nonpriority creditor's name and mailing address**

Maulding & Associates
P.O. Box 320549
Jackson, MS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

3. 245   **Nonpriority creditor's name and mailing address**

Maverick Truck Insurance
5840 West I20 Suite #201
Arlington, TX, 76017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

3. 246   **Nonpriority creditor's name and mailing address**

McDonald Insurance
90 Whitlock Place
Marietta, GA, 30064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

Debtor    American Underwriting Services, LLC    Case number *(if known)*_____
    Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 247  **Nonpriority creditor's name and mailing address**

Menard, Gates, and Mathis
6401 Poplar Ave Ste 250
Memphis, TN, 38119-4688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 248  **Nonpriority creditor's name and mailing address**

Meridian Insurance Group
4555 Mansell Road Suite 250
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 249  **Nonpriority creditor's name and mailing address**

MGA Insurers, Inc
2225 Enterprise Drive  Suite 2513
Westchester, IL, 60154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 250  **Nonpriority creditor's name and mailing address**

Mid South Insurance Agency Inc
P.O. Box 457
Corning, AR, 72422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 251  **Nonpriority creditor's name and mailing address**

Millenium Insurance Services
8301 Broadway Suite 405
San Antonio, TX, 78209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance premium

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** Nonpriority creditor's name and mailing address

Milner, Inc.
P.O. Box 923197
Norcross, GA, 30010-3197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.253** Nonpriority creditor's name and mailing address

MJ Insurance
9225 Priority Way West Drive
Indianapolis, TN, 46240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.254** Nonpriority creditor's name and mailing address

Mulligan Insurance Agency, Inc
5114 Highway 33-34
Farmingdale, NJ, 07727

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.255** Nonpriority creditor's name and mailing address

Multi Printing Solutions, Inc.
8113 S. Lemont Rd
Darien , IL, 60561-1755

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.256** Nonpriority creditor's name and mailing address

National Online Registries, LLC
P O Box 419317
Kansas City , MO, 64141-6317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   American Underwriting Services, LLC
         _____
         Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.257**   **Nonpriority creditor's name and mailing address**

New York Marine and General Insurance
Company
c/o Gary Marsh, Dentons US, LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA, 30308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _Same as ProSight Specialty Management Compan_

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.258**   **Nonpriority creditor's name and mailing address**

NFP Property & Casualty
1050 Wigwam Pkwy. #110
Henderson, NV, 89074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.259**   **Nonpriority creditor's name and mailing address**

Nicky's Insurance Agency, Inc
806 Del Oro Lane
Pharr, TX, 78577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.260**   **Nonpriority creditor's name and mailing address**

North Country Insurance
8800 SE Sunnyside Rd.  16621 N 91st St Ste
103
Scottsdale, AZ, 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.261**   **Nonpriority creditor's name and mailing address**

Orbis Insurance
5800 NW 74th Ave
Miami, FL, 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    American Underwriting Services, LLC    Case number (if known) _____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.262** Nonpriority creditor's name and mailing address

OVIA Insurance Services
1809 Banks Road
Pompano Beach, FL, 33063

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

$ 0.00

---

**3.263** Nonpriority creditor's name and mailing address

Palomar Insurance
P.O. Box 11128
Montgomery, AL, 36111-0128

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

$ 0.00

---

**3.264** Nonpriority creditor's name and mailing address

Peoples Insurance Agency
PO BOX 119
Waverly , IA, 50677

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

$ 0.00

---

**3.265** Nonpriority creditor's name and mailing address

PJC Insurance
P.O. Box 9750
Springfield, MO, 65801-9750

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

$ 0.00

---

**3.266** Nonpriority creditor's name and mailing address

Premium Assignment Corp
PO BOX 3066
Talahassee, FL, 32315-3066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

$ 0.00

---

Debtor    American Underwriting Services, LLC    Case number (if known) _____
    Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3. 267**  Nonpriority creditor's name and mailing address

Prime Insurance Company
8722 South Harrison St
Sandy, UT, 84070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 268**  Nonpriority creditor's name and mailing address

Professional Safety Consultants
221 Victory Lane  Suite 100
Lincoln, NE, 68528

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,088.65

Basis for the claim:  Insurance premiums

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 269**  Nonpriority creditor's name and mailing address

Propel Insurance
2045 Cardinal Ave, Ste 300
Medford, OR, 97504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 270**  Nonpriority creditor's name and mailing address

ProSight Specialty
12 Mount Kemble Ave
Suite 300C
Morristown, NJ, 07960

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,188,554.33

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 271**  Nonpriority creditor's name and mailing address

Regions Insurance
PO BOX 3198
Little Rock, AR, 72203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    American Underwriting Services, LLC                                    Case number (if known)
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 272   **Nonpriority creditor's name and mailing address**

Reliance Partners
325 Market Street  Suite 205
Chattanooga, TN, 37402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Insurance premium

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 273   **Nonpriority creditor's name and mailing address**

Rich Insruance Services
105 South 3rd Street
Cabot , AR, 72023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 274   **Nonpriority creditor's name and mailing address**

RIS Insurance Services
841 N Central Ave Ste C232
Kent, WA, 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 275   **Nonpriority creditor's name and mailing address**

Risk Placement Services
33719 Treasury Center
Chicago, IL, 60694-3700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 52,000.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 276   **Nonpriority creditor's name and mailing address**

RJS Insurance Services, Inc.
27782 El Lazo
Laguna Niguel, CA, 92677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277    Nonpriority creditor's name and mailing address**

Rodriguez Insurance Agency
13111 North Central Expressway Ste 8001
Dallas, TX, 75243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.278    Nonpriority creditor's name and mailing address**

RRL Insurance Agecny
35000 Kaiser Court   Suite 300
Willoughby, OH, 44094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.279    Nonpriority creditor's name and mailing address**

Saver Insurance Agency
1415 Molson Lake Dr
Leander, TX, 78641

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.280    Nonpriority creditor's name and mailing address**

SC&F Specialty Underwriters
160 Water Street
16th Floor
New York, NY, 10038-4922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 266,347.94

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.281    Nonpriority creditor's name and mailing address**

Schoolar & Associates
P.O. Box 967
Jemison, AL, 35085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

| Debtor | American Underwriting Services, LLC | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282**  Nonpriority creditor's name and mailing address

Sebrite Agency, Inc.
5421 Feltl Road Suite 140
Hopkins, MN, 55343

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

$ 0.00

---

**3.283**  Nonpriority creditor's name and mailing address

Securance Corporation Agency
P.O. Box 420390
Houston, TX, 77242-0390

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

$ 0.00

---

**3.284**  Nonpriority creditor's name and mailing address

South Carolina Department
Post Office Box 100105
Columbia, SC, 29202-3105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

$ 0.00

---

**3.285**  Nonpriority creditor's name and mailing address

Southern Insurance Specialist
PO BOX 2116
Ridgeland, MS, 39158-2116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

$ 0.00

---

**3.286**  Nonpriority creditor's name and mailing address

State Comptroller - Texas
PO Box 149348
Austin , TX, 78714-9348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

$ 0.00

---

| Debtor | American Underwriting Service, LLC | Case number (if known) |
|--------|------------------------------------|------------------------|
|        | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 287  **Nonpriority creditor's name and mailing address**

State Tax Commission
P.O. Box 23050
Jackson, MS, 39225-3050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 288  **Nonpriority creditor's name and mailing address**

Stephens Insurance LLC
140 Township Avenue  Ste 202
Ridgeland, MS, 39157

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 289  **Nonpriority creditor's name and mailing address**

Sterling Risk Advisors
2500 Cumberland Pkwy Ste 400
Atlanta, GA, 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 290  **Nonpriority creditor's name and mailing address**

Stonemark, Inc.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 291  **Nonpriority creditor's name and mailing address**

Sunbelt Insurance Group
114 Lee Pkwy Drive
Chattanooga, TN, 37421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor _____    Case number _____
Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.292**  Nonpriority creditor's name and mailing address

Supportive Insurance Services
1610 South Old Decker Road
Vincennes  , IN, 47591

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.293**  Nonpriority creditor's name and mailing address

SWZ Insurance
295 E Renfro #211
Burleson, TX, 76028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.294**  Nonpriority creditor's name and mailing address

Synovus Bank
PO Box 23061
Columbus, GA, 31902-3061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    6250

$ 8,225.54

---

**3.295**  Nonpriority creditor's name and mailing address

T.I.S. Ltd.
PO Box 740
Weyauwega, WI, 54983

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.296**  Nonpriority creditor's name and mailing address

TC Insurance Services
1050 Wigwam Pkwy, Suite 110
Henderson, NV, 89074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

Debtor    American Underwriting Services, LLC    Case number (if known)_____
      Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 297  Nonpriority creditor's name and mailing address

Texas Dept of Insurance
Attn: Co Licensing and Reg Off, DIV 50561  P O
Box 149104
Austin , TX, 78714-9104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.** 298  Nonpriority creditor's name and mailing address

Texas Truck
2113 Greenbriar Dr
Southlake, TX, 76092

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.** 299  Nonpriority creditor's name and mailing address

The Buckner Company
6550 S. Millrock Drive Ste 300
Salt Lake City, UT, 84121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.** 300  Nonpriority creditor's name and mailing address

The Hilb Group of Texas, LLC
777 E. Sonterra Blvd Ste 330
San Antonio, TX, 78258

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.** 301  Nonpriority creditor's name and mailing address

Thomson Reuters Inc
P O Box 417175
Boston , MA, 02241-7175

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

Debtor    American Underwriting Services, LLC _____    Case number _(if known)_____
          Name

| Part 2: | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.302   **Nonpriority creditor's name and mailing address**

Transport Services Group, LLC
3940 Werrington Drive
Cumming, GA, 30040

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.303   **Nonpriority creditor's name and mailing address**

Transport South Insurancy Agency, LLC
1255 Roberts Blvd Ste 102
Kennesaw, GA, 30144

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.304   **Nonpriority creditor's name and mailing address**

TRICOR Inc
230 W Cherry Street
Lancaster, WI, 53813

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.305   **Nonpriority creditor's name and mailing address**

Trinity Insurance Services LLC
PO Box 439
Clarkson, KY, 42726

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.306   **Nonpriority creditor's name and mailing address**

Triumph Insurance
3 Park Central, Suite 1700   12700 Park Central
Drive
Dallas, TX, 75251

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    American Underwriting Services, LLC
         Name

Case number (if known) _____

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `307`  Nonpriority creditor's name and mailing address

Troutman Sanders LLP
P.O. Box 933652
Atlanta, GA, 31193-3652

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

**3.** `308`  Nonpriority creditor's name and mailing address

Truck Insurance Specialists
3006 Gill Street Suite D
Bloomington, IL, 67104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

**3.** `309`  Nonpriority creditor's name and mailing address

Truckers Insurance
400 West Expressway
San Juan, TX, 78589

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

**3.** `310`  Nonpriority creditor's name and mailing address

Trucking Specialist LLC
425 4th Street SC  Suite 802 Box 39
Cedar Rapids, IA, 52401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

**3.** `311`  Nonpriority creditor's name and mailing address

Truckline Insurance Grp, LLC / T.D. Hawks
120 E. 9TH Street
Dubuque, IA, 52001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

Debtor    American Underwriting Services, LLC                                   Case number (if known) _____
    Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 312    **Nonpriority creditor's name and mailing address**

True North Companies
500 1st St. SE
Cedar Rapids, IA, 52401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

**3.** 313    **Nonpriority creditor's name and mailing address**

Turner & Hamrick
P.O. Box 985
Troy    , AL, 36081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

**3.** 314    **Nonpriority creditor's name and mailing address**

TWI Agency Inc
600 S Tyler St
Amarillo, TX, 79101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

**3.** 315    **Nonpriority creditor's name and mailing address**

U.S. E&O Brokers
820 Gessner Road, Suite 1360
Houston, TX, 77024-4461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

**3.** 316    **Nonpriority creditor's name and mailing address**

U.S. Premium Finance
280 Technology Parkway
Suite 200
Norcross, GA, 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance premiums

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

Debtor    American Underwriting Services, LLC    Case number (if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.317** Nonpriority creditor's name and mailing address

UPS
P.O. Box 7247-0244
Philadelphia, PA, 19170-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

$ 0.00

---

**3.318** Nonpriority creditor's name and mailing address

US Insurance Source
22327 Gosling Road
Spring, TX, 77389

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

$ 0.00

---

**3.319** Nonpriority creditor's name and mailing address

US Premium Finance
3169 Holcomb Bridge Road Ste 150
Norcross, GA, 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

$ 0.00

---

**3.320** Nonpriority creditor's name and mailing address

USA Specialty Insurance LLC
5246 SW 8th St STE 102-A
Miami, FL, 33134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

$ 0.00

---

**3.321** Nonpriority creditor's name and mailing address

USI Southwest
1340 W. Tunnel Blvd, Suite 110
Houma, LA, 70360

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

$ 0.00

---

Debtor    American Underwriting Services, LLC                    Case number (if known)_____
           Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 322  **Nonpriority creditor's name and mailing address**

USI Transportation
2021 Spring Road, Suite 100
Oak Brook, IL, 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

| Date or dates debt was incurred | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

---

**3.** 323  **Nonpriority creditor's name and mailing address**

Various - see attached for SoFA #3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: See attached

| Date or dates debt was incurred | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

---

**3.** 324  **Nonpriority creditor's name and mailing address**

Vertafore/CIS Solutions
27384 Network Place
Holtsville , NY, 60673-1273

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

| Date or dates debt was incurred | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

---

**3.** 325  **Nonpriority creditor's name and mailing address**

Volmert & Associates
3023 South University Drive #208
Fort Worth, TX, 76109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

| Date or dates debt was incurred | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

---

**3.** 326  **Nonpriority creditor's name and mailing address**

West Virginia Ins Commisioner
PO Box 2153
Charleston , WV, 25328-2153

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: _____

| Date or dates debt was incurred | _____ |

Is the claim subject to offset?
☒ No
☐ Yes

| Last 4 digits of account number | _____ |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.327** Nonpriority creditor's name and mailing address

WGI/Stonebriar
16935 W Bernardo Dr   Suite 100
San Diego, CA, 92127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.328** Nonpriority creditor's name and mailing address

White Wolf Insurance
2406 S Jupiter Rd STE 4
Garland, TX, 75041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.329** Nonpriority creditor's name and mailing address

Willcomply, LLC
3700 Park East Drive, Suite 250
Beachwood, OH, 44122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance premium

$ 1,478.50

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.330** Nonpriority creditor's name and mailing address

Windham Brannon, PC
3630 Peachtree Road NE  Suite 600
Atlanta, GA, 30326-1543

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.331** Nonpriority creditor's name and mailing address

WNC, LLC
2900 Delk Road Ste 700 PMB 252
Marietta, GA, 30067-5350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

Debtor   American Bowling Serv., LLC                                   Case number (if known) _____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|-------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Gary W. Marsh, Esq., Dentons US, LLP<br>303 Peachtree Street NE, Suite 5300<br>Atlanta, GA, 30308 | Line 3.270<br>☐ Not listed. Explain: | _____ |
| 4.2. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.3. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.4. | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line _____<br>☐ Not listed. Explain | _____ |

Debtor _____   Case number (if known)_____
          Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 8,386,876.80 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,386,876.80 |

**Fill in this information to identify the case:**

Debtor name __American Underwriting Services, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | To be supplemented<br><br><br><br><br> | To be supplemented |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease for 1255 Roberts Blvd., Suite 102, Kennesaw, GA, 30144<br>Lessee<br><br>48 months | Roberts Blvd, LLC<br>P.O. Box 360566<br>Birmingham, AL, 35236 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __American Underwriting Services, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

❑ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors                                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 James Russell Wiley | James Russell Wiley<br>6201 Arnall Ct.<br>Acworth, GA, 30101 | Synovus Bank | ❑ D<br>☑ E/F<br>❑ G |
| 2.2 James Russell Wiley | James Russell Wiley<br>6201 Arnall Ct.<br>Acworth, GA, 30101 | US Premium Finance | ❑ D<br>☑ E/F<br>❑ G |
| 2.3 James Russell Wiley | James Russell Wiley<br>6201 Arnall Ct.<br>Acworth, GA, 30101 | U.S. Premium Finance | ❑ D<br>☑ E/F<br>❑ G |
| 2.4 _____ | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 _____ | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 _____ | | _____ | ❑ D<br>❑ E/F<br>❑ G |

Official Form 206H                                    Schedule H: Codebtors                                    page 1 of __1__

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

American Underwriting Services, LLC
_____            Chapter <u>11</u>_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| The Wiley Group, Inc.<br>1255 Roberts Blvd. Suite 102, Kennesaw, GA 30144 | 100% | Managing member |

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name ____American Underwriting Services, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/18/2018__          ✗ /s/ James Russell Wiley _____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                        James Russell Wiley _____
                        Printed name

                        Sole SH of The Wiley Group, Inc., _____
                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _American Underwriting Services, LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2018<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 1,472,769.00 |
| **For prior year:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 4,430,551.00 |
| **For the year before that:** | From 01/01/2016<br>MM / DD / YYYY | to | 12/31/2016<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 3,916,583.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | AON Risk Services Inc.<br>Creditor's name<br>P O Box 3870<br>Little Rock, AR 72203 | _____<br><br>_____<br><br>_____ | $ 19,685.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other _____ |
| 3.2. | Millenium Insurance Services<br>Creditor's name<br>8301 Broadway Suite 405<br>San Antonio, TX 78209<br>See attachments. | 2/12/2018<br><br>_____<br><br>_____ | $ 14,433.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Other |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Neil P. Wiley<br>Insider's name<br>3558 Langley Oaks Ct.<br>Marietta, GA 30067<br><br>Relationship to debtor<br>Relative of sole SH of sole Member | 05/2018<br><br>04/2018<br><br>03/2018 | $ 158,000.00 | Buyout payments - see attached. |
| 4.2. | Kevin Wiley<br>Insider's name<br>4706 Buckskin Trail<br>Lilburn, GA 30047<br><br>Relationship to debtor<br>Relative of sole SH of sole Member | 05/2018<br><br>04/2018<br><br>03/2018 | $ 56,283.09 | Wages and reimbursement of expenses - see attached. |

See attachments

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|--------|-------------------------------------|------------------------|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | New York Marine and General Insurance Comp<br>Creditor's name<br>c/o Gary Marsh, Dentons US, LLP<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308 | Garnishments (funds under four different garnishments were turned over to the State Court of Gwinnett County by Debtor's bank; at least $174,003.42 was turned over to ProSight/NY Marine & General Insurance Co. on 3/8/2018) | 03/08/2018 | $ 448,000.00 |
| 5.2. | ProSight Specialty<br>Creditor's name<br>12 Mount Kemble Ave<br>Suite 300C<br>Morristown, NJ 07960 | Garnishments (funds under four different garnishments were turned over to the State Court of Gwinnett County by Debtor's bank; at least $174,003.42 was turned over to ProSight/NY Marine & General Insurance Co. on 3/8/2018) | 03/08/2018 | $ 448,000.00 |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Prosight Speciality Mgt Co., Inc., et al. v. Am. Underwriting Serv., LLC; Bank of N. Ga, a Div. of Synovus Bank, Garnishee | Garnishment | State Court of Gwinnett County, Georgia | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>18-GC-00073-0 | | | |
| 7.2. | Prosight Speciality Mgt Co., Inc., et al. v. American Underwriting Services, LLC; Bank of North Georgia, a Division | | State Court of Gwinnett County, Georgia | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>18-GC-00299 | Garnishment | See attachments | |

---

Debtor    American Underwriting Services, LLC _____   Case number (if known)_____
_____Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | **Case number** | Name |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor      American Underwriting Services, LLC _____      Case number (if known)_____
            Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Small Herrin, LLP | | 05/18/2018 | $ 23,702.00 |
| **Address** Two Paces West, Suite 200 2727 Paces Ferry Road Atlanta, GA 30339 | | | |
| **Email or website address** www.smallherrin.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. Scroggins & Williamson, PC | | 11/30/2017 | $ 7,700.00 |
| **Address** 4401 Northside Parkway Suite 450 Atlanta, GA 30327 | | | |
| **Email or website address** www.swlawfirm.com | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | _____ | $_____ |
| **Trustee** | | | |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 5

Debtor    American Underwriting Services, LLC                                     Case number *(if known)*_____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See attached | Money | 01/31/2018 | $ 4,287,417.10 |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    American Underwriting Services, LLC
      Name

Case number (if known)_____

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Drivers licenses for truck drivers _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

| Debtor | American Underwriting Services, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of North Georgia, a division of Synov<br>Name | XXXX–8197 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | Unknown | $ 100.00 |
| 18.2. | Bank of North Georgia, a division of Synov<br>Name | XXXX–8189 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | Unknown | $ 100.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage<br>Name<br>3003 Rutledge Rd.<br>Kennesaw, GA 30144 | James Russell Wiley | Office furniture | ☐ No<br>☑ Yes |
| Address | | | |

Debtor    American Underwriting Services, LLC _____    Case number (if known)_____
       Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Various _____<br>Name | Various | Funds from insureds due to insurance companies (also listed in Schedule B). | $ 250,000.00 |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____<br>Name | | ☐ Pending |
| Case number | | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor    American Underwriting Services, LLC _____    Case number (if known)_____
      Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____     To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____     To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____     To _____ |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **10**

| Debtor | American Underwriting Services, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Windham Brannon | From 05/12/2016 |
| Name | |
| 36630 Peachtree Road NE, Suite 600, Atlanta, GA 30326 | To 05/11/2018 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Sharon McClurd | From 05/12/2016 |
| Name | |
| | To 06/30/2017 |

See attachments

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | |
| | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | |
| | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. James Russell Wiley | |
| Name | |
| 6201 Arnall Court, Acworth, GA 30101 | |

---

| Debtor | American Underwriting Services, LLC | Case number (if known)_____ |
| --- | --- | --- |
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26c.2.    Michelle Madison
Name
1255 Roberts Rd, Suite 102, Kennesaw, GA 30144


See attachments.


26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1.    ProSight Speciality Mgt. Co., Inc., and NY Marine and Gen. Ins. Co.
Name
c/o Gary Marsh, Dentons US, LLP, 303 Peachtree Street, Suite 5300, Atlanta, GA 30308

| Name and address |
| --- |

26d.2.    _____
Name


27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.    _____
Name

Debtor    American Underwriting Services, LLC    Case number (if known)_____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.    _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Wiley Group, Inc. | 1255 Roberts Blvd. Suite 102, Kennesaw, GA 30144 | Managing Member | 100% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Matt Wiley | 277.40 | 09/08/2017 | Reimbursement of expenses |
| Name | | | |
| 3542 Clubland Drive Marietta, GA 30068 | | _____ | |
| | | _____ | |

| Relationship to debtor |
|---|
| Relative of sole SH of sole Member |

| Debtor | American Underwriting Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | Neil P. Wiley | 158,000.00 | 05/2018 | Buyout paymen |
| | Name | | 04/2018 | |
| | 3558 Langley Oaks Ct. | | 03/2018 | |
| | Marietta, GA 30067 | | | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Relative of sole SH of sole Member | | | |

See attachments

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
- ☐ No
- ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| The Wiley Group, Inc. | EIN: 20-2316733 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/18/2018
              MM  / DD  / YYYY

✖ /s/ James Russell Wiley                                    Printed name  James Russell Wiley
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Sole SH of The Wiley Group, Inc., Mana

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ☐ No
- ☑ Yes

Debtor Name   American Underwriting Services, LLC

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Reliance Partners,<br>325 Mar<br>ket Street  Suite 205,<br>Chattanooga, TN 37402 | $6,668.35 | Other |
| Colonial Insurance,<br>3845 H<br>olcomb Bridge Road<br>Ste 300  , Norcross,<br>GA 30092 | $167,726.57 | Other |
| Integrity Transportation I<br>nsurance Agency LLC,<br>14511 Falling Creek Dr.<br>, Houston, TX 77014 | $8,561.20 | Other |
| Professional Safety Consul<br>tants,<br>221 Victory Lane<br>Suite 100, Lincoln,<br>NE 68528 | $19,888.20 | Other |
| Lloyds of London/Tysers,<br>9<br>th Floor Beaufort House<br>15 St Botolph Street,<br>London, England,<br>EC3A 7EE | $458,400.90 | Other |
| ACE Westchester Specialty<br>Grp, 5505 N.<br>Cumberland Ave.<br>Suite 307, Chicago,<br>IL 60656 | $14,291.27 | Other |
| American Southern Insuranc<br>e Companies,<br>3715 Northsid<br>e Parkway  Building 400,<br>Suite 800, Atlanta,<br>GA 30327 | $149,724.61 | Other |
| American Inter-Fidelity Ex<br>change, 9223 Broadway;<br>Ste A  , Merrillville,<br>IN 46410 | $378,323.30 | Other |
| American Millennium Insura<br>nce Company,<br>1044 Route 23 North,<br>STE 103  , Wayne,<br>NJ 07470 | $1,485,405.65 | Other |
| AIG,<br>1200 Abernathy Rd  Bl<br>dg 600, Suite 800,<br>Atlanta, GA 30328 | $102,748.15 | Other |

| | | |
|---|---|---|
| Debtor Name | American Underwriting Services, LLC | |
| | | Case number *(if known)*_____ |

## Continuation Sheet for Official Form 207

| | | |
|---|---|---|
| U.S. Premium Finance, 280 Technology Parkway Suite 200, Norcross, GA 30092 | $145,366.94 | Other |
| IPFS, 5316 Hwy 290 W Suite 310, Austin, TX 78735 | $54,785.85 | Other |
| Willcomply, LLC, 3700 Park East Drive, Suite 250, Beachwood, OH 44122 | $9,520.42 | Other |
| Texas Comptroller of Public Accounts, Texas Surplus Lines Department PO Box 13528, Austin, TX 78711-3528 | $213,192.05 | |
| Various - see attached for SoFA #3, | | Other |

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| James Russell Wiley | 6201 Arnall Court, Acworth, GA 30101 | $564,048.21 |

**7) Legal Actions**

Prosight Speciality Mgt Co., Inc., et al. v. Am. Underwriting Serv., LLC; Bank of N. Ga, a Div. of Synovus Bank, Garnishee

18-GC-00408-0

Garnishment

State Court of Gwinnett County, Georgia

Pending

-------

Prosight Speciality Mgt Co., Inc., et al v. American Underwriting Services, LLC, et al

1:18-cv-00536-MLB

Fraudulent transfer

U.S. District Court for the Northern District of Georgia

Pending

-------

Debtor Name _____American Underwriting Services, LLC_____

Case number (*if known*)_____

## Continuation Sheet for Official Form 207

Prosight Speciality Mgt Co., Inc. and New York Marine & Gen. Ins. Co. v.
 American Underwriting Services, LLC and James Russell Wiley

1:16-cv-02397-PKC

Breach of contract and breach of fiduciary duty

U.S. District Court for the Southern District of New York

Concluded

-------


26a) Bookkeepers

Michelle Madison        1255 Roberts Rd,      05/12/2016          05/11/2018
                          Suite 102,
                          Kennesaw, GA 30144

James Russell Wiley   6201 Arnall Court,     05/12/2016          05/11/2018
                          Acworth, GA 30101

26c) Records keepers

Windham Brannon           36630 Peachtree Road NE,
                          Suite 600, Atlanta,
                          GA 30326


30) Payments, distributions, or withdrawals credited or given to insiders

Kevin Wiley                       $56,283.98

James Russell Wiley               $564,048.21

**Attachment to No. 3 - to be supplemented**

| DATE | CHECK NO. | PAYEE | AMOUNT | ACCOUNT | REASON |
|---|---|---|---|---|---|
| 5/9/2018 | ACH | American Express | $7,572.24 | The Wiley Group, Inc. (4700) | Payment on credit card |
| 5/9/2018 | ACH | American Express | $1,000.00 | The Wiley Group, Inc. (4700) | Payment on credit card |
| 4/23/2018 | ACH | American Express | $5,000.00 | The Wiley Group, Inc. (4700) | Payment on credit card |
| 4/23/2018 | ACH | American Express | $1,000.00 | The Wiley Group, Inc. (4700) | Payment on credit card |
| 3/28/2018 | ACH | American Express | $15,000.00 | The Wiley Group, Inc. (4700) | Payment on credit card |
| 3/27/2018 | ACH | American Express | $522.00 | The Wiley Group, Inc. (4700) | Payment on credit card |
| 2/20/2018 | ACH | American Express | $1,500.00 | The Wiley Group, Inc. (4700) | Payment on credit card |
| 2/22/2018 | 1046 | Hallman & Wingate | $15,000.00 | The Wiley Group, Inc. (4700) | Services |
| 4/10/2018 | 1053 | Hallman & Wingate | $6,713.21 | The Wiley Group, Inc. (4700) | Services |
| 4/10/2018 | 1054 | Hallman & Wingate | $6,000.00 | The Wiley Group, Inc. (4700) | Services |
| 2/1/2018 | ACH | Humana | $17,276.28 | The Wiley Group, Inc. (4700) | Healthcare Insurance |
| 3/12/2018 | ACH | Humana | $8,959.37 | Transport South Insurance Agency LLC (4783) | Healthcare Insurance |
| 4/11/2018 | ACH | Humana | $8,451.16 | American Underwriting Services, LLC (5668) | Healthcare Insurance |
| 5/10/2018 | ACH | Humana | $6,758.87 | Transport South Insurance Agency LLC (4783) | Healthcare Insurance |
| 2/27/2018 | 1048 | Mike Darrah | $4,658.33 | The Wiley Group, Inc. (4700) | Wages |
| 3/14/2018 | 1008 | Mike Darrah | $4,658.53 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/29/2018 | 1041 | Mike Darrah | $4,658.53 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/15/2018 | 1064 | Mike Darrah | $4,658.53 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/30/2018 | 1052 | Mike Darrah | $804.42 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/14/2018 | 1039 | Mike Darrah | $4,658.53 | The Wiley Group, Inc. (4700) | Wages |
| 3/28/2018 | 1091 | Oxendine Law Group, PC | $10,000.00 | The Wiley Group, Inc. (4700) | Services |
| 4/18/2018 | 1092 | Small Herrin, LLP | $2,000.00 | The Wiley Group, Inc. (4700) | Services |
| 5/8/2018 | 1055 | Small Herrin, LLP | $15,000.00 | The Wiley Group, Inc. (4700) | Services |
| 5/11/2018 | Wire | Small Herrin, LLP | $20,000.00 | Transport South Insurance Agency LLC (4783) | Services |
| 5/11/2018 | 1085 | Stephen Ohler | $1,440.00 | Transport South Insurance Agency LLC (4783) | Services |
| 3/22/2018 | 1049 | Stephen Ohler | $1,444.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/12/2018 | 1059 | Stephen Ohler | $1,450.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/14/2018 | 1015 | Stephen Ohler | $1,443.53 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/27/2018 | 1070 | Stephen Ohler | $1,450.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/27/2018 | 1022 | Stephen Ohler | $1,284.53 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/15/2018 | 1042 | Stephen Ohler | $1,284.53 | The Wiley Group, Inc. (4700) | Wages |
| 5/11/2018 | 1086 | Joel Whighem | $1,232.57 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/13/2018 | 1060 | Joel Whighem | $1,232.57 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/27/2018 | 1069 | Joel Whighem | $1,232.57 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/27/2018 | 1023 | Joel Whighem | $1,232.57 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/14/2018 | 1011 | Joel Whighem | $1,232.57 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/14/2018 | 1041 | Joel Whighem | $1,232.57 | The Wiley Group, Inc. (4700) | Wages |
| 3/29/2018 | 1046 | Joel Whighem | $1,232.57 | Transport South Insurance Agency LLC (4783) | Wages |
| 5/11/2018 | 1090 | Ragan Swennigen | $1,840.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/27/2018 | 1065 | Ragan Swennigen | $1,840.20 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/13/2018 | 1058 | Ragan Swennigen | $1,840.20 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/29/2018 | 1044 | Ragan Swennigen | $1,840.20 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/28/2018 | 1010 | Ragan Swennigen | $1,840.20 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/14/2018 | 1038 | Ragan Swennigen | $1,840.20 | The Wiley Group, Inc. (4700) | Wages |
| 5/11/2018 | 1080 | Mike Summers | $298.12 | Transport South Insurance Agency LLC (4783) | Wages |
| 5/11/2018 | 1082 | Mike Summers | $1,331.25 | Transport South Insurance Agency LLC (4783) | Wages |
| 5/1/2018 | 1075 | Mike Summers | $1,000.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/13/2018 | 1057 | Mike Summers | $1,331.25 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/13/2018 | 1062 | Mike Summers | $298.41 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/22/2018 | 1066 | Mike Summers | $1,331.25 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/9/2018 | 1003 | Mike Summers | $298.45 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/14/2018 | 1014 | Mike Summers | $1,331.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/29/2018 | 1043 | Mike Summers | $1,331.25 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/27/2018 | 1021 | Mike Summers | $1,331.25 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/14/2018 | 1045 | Mike Summers | $360.24 | The Wiley Group, Inc. (4700) | Wages |
| 5/11/2018 | 1089 | Michelle Madison | $1,595.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/22/2018 | 1042 | Michelle Madison | $1,595.02 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/13/2018 | 1056 | Michelle Madison | $1,595.02 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/27/2018 | 1068 | Michelle Madison | $1,595.02 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/22/2018 | 1019 | Michelle Madison | $1,595.02 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/14/2018 | 1009 | Michelle Madison | $1,595.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/14/2018 | 1036 | Michelle Madison | $1,595.02 | The Wiley Group, Inc. (4700) | Wages |
| 5/11/2018 | 1088 | Taylor Cline | $2,086.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/29/2018 | 1039 | Taylor Cline | $2,086.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/13/2018 | 1055 | Taylor Cline | $2,086.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 3/14/2018 | 1005 | Taylor Cline | $2,086.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 4/27/2018 | 1072 | Taylor Cline | $2,086.00 | Transport South Insurance Agency LLC (4783) | Wages |
| 2/27/2018 | 1047 | Taylor Cline | $2,086.40 | The Wiley Group, Inc. (4700) | Wages |
| Various | Various | Premium Assign. Corp. | $14,410.65 | | Insurance premiums |
| Various | Various | Roberts Blvd., LLC | $31,374.40 | | Rent |

**Attachment to Nos. 4 and 30 - to be supplemented**

| | 2018 | | | | |
|---|---|---|---|---|---|
| 1/16/2018 | 1004 | Russell Wiley | $5,000.00 | The Wiley Group, Inc. (4700) | Distribution in lieu of payroll |
| 1/21/2018 | 1014 | Russell Wiley | $2,500.00 | The Wiley Group, Inc. (4700) | Distribution in lieu of payroll |
| 1/30/2018 | 1033 | Russell Wiley | $6,735.00 | The Wiley Group, Inc. (4700) | Distribution in lieu of payroll |
| 1/30/2018 | 1034 | Russell Wiley | $2,500.00 | The Wiley Group, Inc. (4700) | Distribution in lieu of payroll |
| 2/6/2018 | 1016 | Russell Wiley | $5,000.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 2/9/2018 | 1017 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 2/14/2018 | 1043 | Russell Wiley | $6,735.00 | The Wiley Group, Inc. (4700) | Distribution in lieu of payroll |
| 2/22/2018 | 1007 | Russell Wiley | $6,735.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 2/23/2018 | 1001 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 2/23/2018 | 1004 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 2/27/2018 | 1001 | Russell Wiley | $3,000.00 | Transco Transportation Underwriters, Inc. (4775) | Distribution in lieu of payroll |
| 3/9/2018 | 1013 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 3/12/2018 | 1006 | Russell Wiley | $5,000.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 3/16/2018 | 1037 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 3/20/2018 | 1038 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 3/22/2018 | 1018 | Russell Wiley | $3,000.00 | Transco Transportation Underwriters, Inc. (4775) | Distribution in lieu of payroll |
| 3/27/2018 | 1051 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 4/2/2018 | 1050 | Russell Wiley | $5,000.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 4/6/2018 | 1053 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 4/13/2018 | 1063 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 4/23/2018 | WD | Russell Wiley | $2,500.00 | The Wiley Group, Inc. (4700) | Distribution in lieu of payroll |
| 4/27/2018 | 1071 | Russell Wiley | $5,000.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 5/5/2018 | 1074 | Russell Wiley | $2,500.00 | Transport South Insurance Agency LLC (4783) | Distribution in lieu of payroll |
| 5/10/2018 | 1056 | Russell Wiley | $2,500.00 | The Wiley Group (4700) | Distribution in lieu of payroll |
| | 2017 | | | | |
| 05/12/17 | 5334 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 05/17/17 | 5335 | Russell Wiley | $7,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 05/22/17 | 5336 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 05/30/17 | 5337 | Russell Wiley | $7,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 06/06/17 | 5339 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 06/15/17 | 5340 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 06/20/17 | 5341 | Russell Wiley | $7,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 06/22/17 | 5342 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 06/23/17 | 5343 | Russell Wiley | $2,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 06/29/17 | 5319 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 06/30/17 | 5320 | Russell Wiley | $2,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 07/06/17 | 5321 | Russell Wiley | $7,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 07/07/17 | 5322 | Russell Wiley | $2,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 07/07/17 | 5324 | Russell Wiley | $2,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 07/11/17 | 5325 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 07/14/17 | 5327 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 07/19/17 | 5329 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 07/21/17 | 5370 | Russell Wiley | $2,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 07/27/17 | 5371 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 08/02/17 | 5372 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 08/07/17 | 5404 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 08/10/17 | 5374 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 08/14/17 | 5380 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 08/18/17 | 5381 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 08/21/17 | 5383 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 08/25/17 | 5385 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 08/31/17 | 5386 | Russell Wiley | $7,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 09/06/17 | 5387 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 09/07/17 | 5390 | Russell Wiley | $6,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 09/14/17 | 5391 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 09/20/17 | 5392 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 09/29/17 | 5394 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 10/02/17 | 5447 | Russell Wiley | $2,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 10/04/17 | 5448 | Russell Wiley | $2,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 10/06/17 | 5479 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 10/11/17 | 5478 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 10/17/17 | 5450 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 10/19/17 | 5451 | Russell Wiley | $2,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 10/23/17 | 5452 | Russell Wiley | $3,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 10/27/17 | 5453 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 11/01/17 | 5455 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 11/03/17 | 5456 | Russell Wiley | $2,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 11/09/17 | 5458 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |

| | | | | | |
|---|---|---|---|---|---|
| 11/14/17 | 5459 | Russell Wiley | $10,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 11/22/17 | 5538 | Russell Wiley | $7,500.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 12/05/17 | 5539 | Russell Wiley | $4,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 12/07/17 | 5543 | Russell Wiley | $3,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 12/11/17 | 5544 | Russell Wiley | $5,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| 12/22/17 | 5545 | Russell Wiley | $10,000.00 | American Underwriting Services, LLC | Distribution in lieu of payroll |
| | | | $330,205.00 | | |

A portion, and in some cases a majority, of the services provided by these firms benefitted Debtor.

To the extent Russell Wiley was a defendant in certain pieces of litigation some services did benefit him.

| | | | | | |
|---|---|---|---|---|---|
| 11/27/17 | 5464 | Gillen Withers & Lake LLC | $3,180.00 | American Underwriting Services, LLC | Services |
| 1/18/2018 | 1002 | Gillen Withers & Lake LLC | $50,000.00 | The Wiley Group, Inc. (4700) | Services |
| 2/22/2018 | 1046 | Hallman & Wingate* | $15,000.00 | The Wiley Group, Inc. (4700) | Services |
| 4/10/2018 | 1053 | Hallman & Wingate | $6,713.21 | The Wiley Group, Inc. (4700) | Services |
| 4/10/2018 | 1054 | Hallman & Wingate | $6,000.00 | The Wiley Group, Inc. (4700) | Services |
| 07/20/17 | 5328 | Scoggins and Williamson PC* | $5,000.00 | American Underwriting Services, LLC | Services |
| 11/28/17 | 5496 | Scoggins and Williamson PC | $1,350.00 | American Underwriting Services, LLC | Services |
| 11/30/17 | 5463 | Scoggins and Williamson PC | $1,350.00 | American Underwriting Services, LLC | Services |
| 3/28/2018 | 1091 | Oxendine Law Group, PC | $10,000.00 | American Underwriting Services, LLC | Services |
| 05/16/17 | 5241 | Troutman Sanders, LLP* | $10,000.00 | American Underwriting Services, LLC | Services |
| 05/16/17 | 5242 | Troutman Sanders, LLP | $10,000.00 | American Underwriting Services, LLC | Services |
| 05/30/17 | 5236 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 06/05/17 | 5240 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 06/15/17 | 5238 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 06/19/17 | 5239 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 07/20/17 | 5360 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 07/28/17 | 5361 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 08/08/17 | 5362 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 08/16/17 | 5363 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 08/22/17 | 5364 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 08/29/17 | 5365 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 09/05/17 | 5366 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 09/20/17 | 5367 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 09/27/17 | 5368 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 10/17/17 | 5468 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 10/27/17 | 5469 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 11/10/17 | 5470 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 11/21/17 | 5471 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 12/05/17 | 5472 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| 12/18/17 | 5473 | Troutman Sanders, LLP | $5,000.00 | American Underwriting Services, LLC | Services |
| | | | $213,593.21 | | |

**Attachment to Nos. 4 and 30 - to be supplemented**

| | 2018 | | | | |
|---|---|---|---|---|---|
| 1/3/2018 | 1001 | Neil Wiley | $7,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 1/12/2018 | 1010 | Neil Wiley | $7,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 1/30/2018 | 1027 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 2/2/2018 | 1029 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 2/9/2018 | 1030 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 2/16/2018 | 1031 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 2/23/2018 | 1032 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 3/9/2018 | 1085 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 3/16/2018 | 1086 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 3/23/2018 | 1087 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 3/30/2018 | 1088 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 4/6/2018 | 1049 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 4/13/2018 | 1050 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 4/20/2018 | 1051 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 4/29/2018 | 1052 | Neil Wiley | $3,500.00 | The Wiley Group, Inc. (4700) | Buyout |
| 5/7/2018 | 1089 | Neil Wiley | $15,000.00 | The Wiley Group, Inc. (4700) | Buyout |
| | 2017 | | | | |
| 05/16/17 | 5282 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 05/31/17 | 5013 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 06/16/17 | 5283 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 07/03/17 | 5284 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 07/18/17 | 5285 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 08/01/17 | 5251 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 08/16/17 | 5252 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 08/31/17 | 5413 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 09/18/17 | 5414 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 11/17/17 | 5418 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| 12/05/17 | 5540 | Neil P. Wiley | $7,500.00 | American Underwriting Services, LLC | Buyout |
| | | | $158,000.00 | | |

**Attachment to Nos. 4 and 30 - to be supplemented**

2018

| Date | No. | Name | Amount | Payee | Description |
|---|---|---|---|---|---|
| 1/24/2018 | 1011 | Kevin Wiley | $2,750.00 | The Wiley Group, Inc. (4700) | Wages and reimbursement of expenses |
| 2/14/2018 | 1044 | Kevin Wiley | $3,619.14 | The Wiley Group, Inc. (4700) | Wages and reimbursement of expenses |
| 2/26/2018 | 1002 | Kevin Wiley | $2,750.00 | Transport South Insurance Agency LLC (4783) | Wages and reimbursement of expenses |
| 2/27/2018 | 1024 | Kevin Wiley | $3,619.14 | Transport South Insurance Agency LLC (4783) | Wages and reimbursement of expenses |
| 3/14/2018 | 1012 | Kevin Wiley | $3,619.14 | Transport South Insurance Agency LLC (4783) | Wages and reimbursement of expenses |
| 3/29/2018 | 1048 | Kevin Wiley | $2,750.00 | Transport South Insurance Agency LLC (4783) | Wages and reimbursement of expenses |
| 3/29/2018 | 1047 | Kevin Wiley | $3,619.14 | Transport South Insurance Agency LLC (4783) | Wages and reimbursement of expenses |
| 4/13/2018 | 1061 | Kevin Wiley | $3,619.14 | Transport South Insurance Agency LLC (4783) | Wages and reimbursement of expenses |
| **4/23/2018** | **1073** | **Kevin Wiley** | **$2,750.00** | **Transport South Insurance Agency LLC (4783)** | **Wages and reimbursement of expenses** |
| **4/30/2018** | **1067** | **Kevin Wiley** | **$3,619.14** | **Transport South Insurance Agency LLC (4783)** | **Wages and reimbursement of expenses** |
| **5/11/2018** | **1081** | **Kevin Wiley** | **$2,750.00** | **Transport South Insurance Agency LLC (4783)** | **Wages and reimbursement of expenses** |
| **5/11/2018** | **1087** | **Kevin Wiley** | **$3,619.14** | **Transport South Insurance Agency LLC (4783)** | **Wages and reimbursement of expenses** |

2017

| Date | No. | Name | Amount | Payee | Description |
|---|---|---|---|---|---|
| 05/30/17 | 5042 | Kevin Wiley | $1,750.00 | American Underwriting Services, LLC | Wages and reimbursement of expenses |
| 06/28/17 | 5043 | Kevin Wiley | $1,750.00 | American Underwriting Services, LLC | Wages and reimbursement of expenses |
| 07/20/17 | 5044 | Kevin Wiley | $2,750.00 | American Underwriting Services, LLC | Wages and reimbursement of expenses |
| 08/21/17 | 5045 | Kevin Wiley | $2,750.00 | American Underwriting Services, LLC | Wages and reimbursement of expenses |
| 09/05/17 | 5046 | Kevin Wiley | $1,000.00 | American Underwriting Services, LLC | Wages and reimbursement of expenses |
| 10/16/17 | 5446 | Kevin Wiley | $1,000.00 | American Underwriting Services, LLC | Wages and reimbursement of expenses |
| 10/30/17 | 5454 | Kevin Wiley | $2,750.00 | American Underwriting Services, LLC | Wages and reimbursement of expenses |
| 11/24/17 | 5537 | Kevin Wiley | $2,750.00 | American Underwriting Services, LLC | Wages and reimbursement of expenses |
| 12/14/17 | 5511 | Kevin Wiley | $700.00 | American Underwriting Services, LLC | Wages and reimbursement of expenses |

$56,283.98

## Supplement to SOFA Question Number 13

*13.      Transfers Not Already Listed on this Statement.  List any transfers of money or other property by sale, trade, or any other means made by the Debtor or a person acting on behalf of the Debtor within two years before the filing of this case to any other person other than property transferred in the orderly course of business or financial affairs.*

When the garnishments were filed against AUS' accounts by ProSight Specialty Management Company, Inc., *et al*, it was necessary for AUS to continue its business and to pay lawful debts which it owed to other creditors and to make premium payments which it held in trust for other insurance companies.  Accordingly, between January 31, 2018 and the Petition Date, $4,287,417.10 was deposited by representatives of the Debtor into accounts of affiliated companies.  The monies were used by AUS to satisfy, payroll, tax obligations, vendor debts and to pay sums of money held in trust for other insurance companies.

Other than the fact that these monies were paid from accounts of affiliates, they were paid in the ordinary course of the business of AUS.

**Attachment to No. 30**
**Matt Wiley**
9/8/2017    5430                $277.40  American Underwriting Services, LLC              Expense reimbursement

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Georgia

**In re** American Underwriting Services, LLC

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 53,298.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 350.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Debtor agrees to compensate Small Herrin, LLP ("Small Herrin"), for the cost of all services rendered by the firm. Small Herrin has received a retainer in the amount of $53,298.00 toward fees and expenses to be incurred within the Chapter 11 case.  Any fees and expenses to be incurred within the Chapter 11 case shall only be payable to the respective firm when the same are allowed by the U.S. Bankruptcy Court.  The firm shall not apply any of the retainer amount against fees or expenses without prior approval of the Court.  Prior to the filing of the case, the firm was paid $21,985.00, plus $1,717.00, for the filing fee, for pre-petition services rendered in preparing the case.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any services performed at Small Herrin's normal hourly rates and reimbursement of expenses related thereto, the charges for which exceed the retainer amount.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/18/2018

*Date*

/s/ Anna Humnicky, 377850

*Signature of Attorney*

Small Herrin, LLP

*Name of law firm*

Two Paces West, Suite 200
2727 Paces Ferry Rd.
Atlanta, GA 30339
ahumnicky@smallherrin.com

United States Bankruptcy Court

Northern District of Georgia

In re:  American Underwriting Services, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    05/18/2018

/s/ James Russell Wiley

Signature of Individual signing on behalf of debtor

Sole SH of The Wiley Group, Inc., Manag

Position or relationship to debtor

1st Patriot Insurance Services, LLC
2616 N. McColl Rd
McAllen, TX 78501

A to Z Insurance Group, Inc
5959 S Staples  Ste 102
Corpus Christi, TX 78413

A.I.Credit Corporation
P.O. Box 9045
New York, NY 10087-9045

AAA Truck Agency Corp
25303 IH 45 N  The Woodlands
Spring, TX 77380

ABCO Premium Finance
PO BOX 141029
Coral Gables, FL 33114

ACE Westchester Specialty Grp
5505 N. Cumberland Ave.
Suite 307
Chicago, IL 60656

AFS/ Ibex
PO Box 224528
Dallas, TX 75222

AIG
1200 Abernathy Rd  Bldg 600, Suite 800
Atlanta, GA 30328

AON Risk Services Inc.
P O Box 3870
Little Rock, AR 72203

ARM Insurance Agency
4511 Highway 6 N Ste A
Houston, TX 77084

Acadia Coffee Service, Inc.
1165 Allgood Road  suite 17
Marietta, GA 30062-2238

Acrisure, LLC
5664 Prairie Creek Drive, SE
Caledonia, MI 49316

Adams Trucking Insurance
145 Stately Oaks Cir.
Brunswick, GA 31523

Affiance Insurance Agency
PO Box 1306
Buda, TX 78610

All Solutions Insurance Agency, LLC
22364 Alessandro Blvd
Moreno Valley, CA 92553

All-Wheels Insurance Services
1001 Cypress Creek Road Ste403
Cedar Park, TX 78613

Alliant Insurance Services, Inc.
5100 Thompson Terrace  Ste A
Colleyville, TX 76034

Allnations Insurance Agency
2537 S Gessner Ste 110
Houston, TX 77063

Allsure Insurance
1722 Prairie Grove Dr
Houston, TX 77077

AmeriComp Benefits, Inc.
P O BOX 4319
Columbus, GA 31914

American Inter-Fidelity Exchange
9223 Broadway; Ste A
Merrillville, IN 46410

American Internat'l Companies
P.O. Box 30174
New York, NY 10087-0174

American Millennium Insurance Company
1044 Route 23 North, STE 103
Wayne, NJ 07470

American Southern Insurance Companies
3715 Northside Parkway  Building 400,
Suite 800
Atlanta, GA 30327

AssuredPartners NL
3000 Meridian Blvd STE 100
Franklin, TN 37067

Avina's Insurance Services
1110 Artesia Blvd Ste. A
Cerritos, CA 90703

B&D Insurance Services
12118 Walnut Park Crossing  #1317
Austin, TX 78753

Bancorp South Insurance Services, Inc.
8315 Cantrell Road  Suite 300
Little Rock, AR 72227

BankDirect Capital Finance
Two Conway Park  150 North Field Drive
Suite 190
Lake Forest, IL 60045

BankDirect Capital Finance, LLC
P.O. Box 660448
Dallas, TX 75266-0448

Belken Insurance Associates
8626 Tesoro Drive #310
San Antonio, TX 78217

Ben Spurgin Insurance
2521 Cedar Springs
Dallas, TX 75201

Biba Insurance Services Inc
17908 Murphy Parkway
Lathrop, CA 95330

Big Rigs Insurance
14510 Vaughn Rd
Molalla, OR 97038

Big Truck Agency
2517 Fairway Park Drive   Suite 202
Houston, TX 77092

Bigham Kliewer Chapman & Watts
2100 Trimmier Road  PO Box 996
Killeen, TX 76540

Bob White Insurance
PO BOX 73009
Houston, TX 77273

Brower Insurance Agency, LLC
409 East Monument Ave STE 400
Dayton, OH 45402

Bylsma-Nederveld Agency, Inc.
3001 Fuller, N.E.
Grand Rapids, MI 49505

C. Ferguson Insurance
P.O. Box 1855
Valley Springs, CA 95252

C.M. Brown & Associates, Inc.
P.O.Box 384
Perryville, MO 63775

CIT
21146 Network Place
Chicago   , IL 60673-1211

CO Brown Agency Inc
2048 Superior Drive NW
Rochester, MN 55901

Cal-Valley Insurance Services Inc
5070 N. Sixth Street  Suite 155
Fresno, CA 93710

Canal Indemnity Company
400 East Stone Ave
Greenville, SC 29061

Canal Insurance Company
400 East Stone Avenue
Greenville, SC 29601

Capital Premium Finance
PO Box 1020
Draper, UT 84020

Capitol Insurance Brokers
3820 W.Happy Valley Rd Ste 141
Glendale, AZ 85310

Capps Insurance Agency
1610 Shadywood Lane
Mount Pleasant, TX 75455

Carrier Service Insurance
P.O. Box 69000C
Miami, FL 33269

Cen-Cal Transportation Ins
2351 Sunset Blvd. Ste #314
Rocklin, CA 95765

Centerpoint
11285 Elkins Road, Bldg E
Roswell   , GA 30076

Centex Transportation Ins. Svc
2351 Sunset Blvd. Ste. 314
Rocklin, CA 95765

Chrome Truck Agency LLC
12220 Eruzione Drive
Austin, TX 78748

Chubb & Son, Inc.
5505 N Cumberland Ave, Ste 301
Chicago, IL 60656

Classic Plan Premium Finance
PO Box 5146
Chino, CA 91708-5146

Cline Wood Agency
4300 West 133rd St
Leawood, KS 66209

Cobb County Tax Commissioner
700 South Cobb Drive
Marietta, GA 30060-3162

Cobb County Tax Commissioner
P.O. Box 100127
Marietta, GA 30061-7027

Coldwater Insurance Agency Inc
613 Austin Street
Levelland, TX 79336

Colonial Insurance
3845 Holcomb Bridge Road Ste 300
Norcross, GA 30092

Com-Co Insurance Agency
3425 Dempster St
Skokie, IL 60076

Comcast
P O Box 530098
Atlanta, GA 30353-0098

Commercial & Transportation Ins.
P.O. Box 361901
Birmingham, AL 35236

Commercial Carrier Insurance
44 Merrimon Avenue
Ashville, NC 28801

Commercial Insurance Associates, LLC
103 Powell Court Suite 100
Brentwood, TN 37027

Commercial Insurance Solutions
P.O. Box 6310
East Brunswick, NJ 08816

Commercial Transportation Insurance
Services - CTIS
6520 44th Street #300
Sacramento, CA 95823

Commerical Carriers
12641 166th Street
Cerritos, CA 90703

Commerical Insurance Services
PO DRAWER 26227
Oklahoma City, OK 73126

Compass Insurance Agency
PO Box 530350
Birmingham, AL 35253

Cook Insurance Group
3333 Lee Parkway Suite 600
Dallas, TX 75219

Cottingham & Butler
P.O. Box 28
Dubuque , IA 52004-0028

Cottingham & Butler
800 Main Street  PO Box 28
Dubuque, IA 52004

County Wide Insurance
130 East Stoddard
Dexter, MO 63841

Craig C Hansen Insurance Servi
2103 3rd Street
Eureka, CA 95501

Crossroads Insurance Services
9816 Gilespie St  Suite 120
Las Vegas, NV 89183

Crum & Forster Insurance Co.
305 Madison Avenue
Morristown, NJ 07962

Custom INS Division
404 E Ramsey  Suite 210
San Antonio, TX 78216

Cypress Premium Funding
30448 Rancho Viejo Rd STE 100
San Juan Capistrano, CA 92675

D & H Insurance Group
914 Judson Rd
Longview, TX 75601

DMB Truck Insurance LLC
PO Box 6423
McKinney, TX 75071

Dakota Street Insurance
PO Box 202
Spring Valley, IL 61362

David Baker Insurance
950 S Fry Road
Katy, TX 77450

Davis Insurance Agency
PO BOX 152620
Lufkin, TX 75915-2620

De Lage Landen Financial Svcs
P.O. Box 41601
Philadelphia, PA 19101-1601

Delaware Secretary of State
Division of Corporations  P O Box 5509
Bingham , NY 13902-5509

Demoisey Insurance Agency
258 Plaza Drive
Lexington, KY 40503

Department of State
P.O. Box 1500
Tallahassee , FL 32302-1500

Desert West Insurance Agency Inc
PO Box 640210
El Paso, TX 79904

Dickson Insurance
PO BOX 40308
Mesa, AZ 85274

Don-Rick Insurance Inc
313 Oak Street
Baraboo, WI 53913

Donald LaPenna Associates
PO BOX 1868
Cranford, NJ 07016

ECBM
300 Conshohocken Ste 405
West Conshohocken, PA 19428

Eagle National Insurance - USA (HQ)
80 SW 8th Street, Suite 2000  Brickell
Bayview Office Building
Miami, FL 33130

Eastern Insurors, LLC
445 Godwin Avenue
Midland Park, NJ 07432

Easy Truck Insurance
7635 Clement Rd  Ste A
Vacaville, CA 95688

Ebix, Inc.
3906 Paysphere Circle
Chicago, IL 60674

Eiyida Solutions
16W277 83rd Street Ste C
Burr Ridge, IL 60527-7951

Elite 4 Truck
1801 South Excise Ave  Ste 115
Ontario, CA 91761

Ellington Insurance Inc
121 S Green St
Swainsboro, GA 30401

Elliott Hartman Agency
611 Ansborough Ave.
Waterloo, IA 50704

Emery & James Ltd
300 E. Morris Ave.
Hammond, LA 70403

Equify Risk Services LLC
12222 Merit Drive   Suite 1400
Dallas, TX 75251

Express Premium Finance Co.
PO Box 18836
Oklahoma City, OK 73154-0836

FDI Management Group
275 Cumberland Pkwy Ste 246
Mechanicsburg , PA 17055

FP Mailing Solutions
140 N Mitchell Court, ste 200
Addison  , IL 60101-5629

Farris Evans Insurance
1568 Union Avenue
Memphis, TN 38174

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Florida Commercial Ins Inc
1401 SW 21st Lane
Boca Raton, FL 33486

Fino Services LLC
6193 Highway Boulevard   #205
Katy, TX 77494

Florida Department of State
P.O. Box 6327
Tallahassee , FL 32314

First Insurance Funding
450 Skokie Blvd  Ste 1000
Northbrook, IL 60065

Florida State Underwriters
P.O. Box 300986
Fern Park, FL 32824

First Niagra Risk Management
125 Hillvue Lane
Pittsburgh, PA 15237

Fortenberry Insurance Agency
P.O. Box 2139
Hewitt, TX 76643-2139

First Services Inc
215 Estates Dr  Ste 1
Roseville, CA 95678

Frontier Truck Insurance
6054 Tanana Drive
Carmel, IN 46033

Fisher & Phillips LLP
1075 Peachtree Street, NE  Suite 3500
Atlanta, GA 30309

Gary W. Marsh, Esq., Dentons US, LLP
303 Peachtree Street NE, Suite 5300
Atlanta, GA 30308

Flat Iron Capital
950 17th St Suite 1300
Denver, CO 80202

Generazio Associates, Inc.
265 Broad Street
Bloomfield, NJ 07003

Fleet Risk Management, Inc.
2485 Demere Rd., Suite 100
Saint Simons Island, GA 31522

Georgia Department of Insurance
Premium Tax Division  P O Box 935134
Hapeville  , GA 30354

FleetSeek
500 Lafayette Blvd, Ste. 230
Fredericksburg  , VA 22401

Georgia Department of Labor
P.O. Box 200366
Cartersville  , GA 30120

Georgia Department of Revenue
1800 Century Blvd.
Suite 9100
Atlanta, GA 30345

Georgia Department of Revenue
Taxpayer Services Division  P.O. Box 740321
Atlanta, GA 30374-0321

Georgia Department of Revenue
P.O. Box 105499
Atlanta, GA 30348-5499

Global Associates
20 Highland Ave
Metuchen, NJ 08840

Global Transportation Ins.
P.O. Box 5220
Farmington, NM 87499

Good's Insurance
352 E Main St, Ste 200
Leola, PA 17540

Goodman-Baker Insurance
3534 E Sunshine Ste Ste H
Springfield, MO 65809

Grace Group, Inc.
17709 Cantrell Road
Little Rock, AR 72223

Great Lakes Insurance Assoc.
3205 Peach Street
Erie, PA 16508

HG Companies & Assurance LLC
2045 E Price Rd Ste 7L
Brownsville, TX 78521

HNI Risk Services
16085 West Cleveland Ave
New Berlin, WI 53151

HNI Truck Group
1621 Colonial Parkway
Inverness, IL 60067

HUB Internat'al Transportation
P.O. Box 1000
Colchester, VT 05446

Hadley & Lyden, Inc.
P.O. Box 700
Winter Park, FL 32790

Hancock & Associates, Inc
8200 Kingston Pike  Suite 21
Knoxville, TN 37919

Hanuschak Agency
P.O. Box 7727
Cumberland, RI 02864

Hartley Cylke Pacific Insurance
2747 University Ave
San Diego, CA 92104

Hatch Agency
PO BOX 1861
Minnetoka, MN 55345

Hawk Agency Inc
7131 Knoxville Ave
Peoria, IL 61614

Hinson Building Corporation
540 48th Street Court East
Bradenton   , FL 34208

Haymond Insurance Inc.
200 S. Main
Searcy, AR 72145

Hire Right Solutions
P O Box 847891
Dallas, TX 75284-7891

Hays of Utah Insurance Services
170 South Main Street  Suite 1000
Salt Lake City, UT 84101

Holmes Murphy & Associates
PO BOX 2429
Cedar Rapids, IA 52406-2429

Heil and Heil Insurance Agency LLC
1250 E Diehl Rd  Ste 104
Naperville, IL 60563

Hub Coburn Insurance
PO BOX 1000
Colchester, VT 05446

Heiser Agency
133 S Main Street
Morton, IL 61550

Hub Flynn
1643 24th Street West Suite 21
Billings, MT 59102

Heritage Insurance
920 Lily Creek Rd Suite 201
Louisville, KY 40243

Hub International
PO BOX 17346
Salt Lake City, UT 84117

Heritage Insurance Service
920 Lily Creek Rd   Suite 201
Louisville, KY 40243

Hub International Texas
12175 Network Blvd.   Suite 100
San Antonio, TX 78249

Hibbs & Associates
2362 Three Bars Dr
Snellville   , GA 30078

Hub Kaufman
P.O. Box 17346
Salt Lake City, UT 84117

Higginbotham
308 W Parkwood Ave #104B
Friendswood , TX 77546

Hub Lenhardt Agency
1643 24th Street W, Ste 211
Billings, MT 59102

Hubbard Insurance Agency, Inc
4574 FM 1960 East
Humble, TX 77346

Hughston Insurance Agency, Inc.
46 Cove Circle
Brownsville, TX 78521

Hunt & Associates, Inc.
720 North Post Oak  Suite 330
Houston, TX 77024

IBEX
PO Box 224528
Dallas, TX 75222

INSPRO Insurance
P.O. Box 6847
Lincoln, NE 68506

IPFS
5316 Hwy 290 W
Suite 310
Austin, TX 78735

ISU Stetson-Beemer Insurance
PO BOX 7236
Reno, NV 89510

Impact Finance Corp
P.O. Box 515439
Dallas, TX 75251-5439

Insgroup Inc.
3131 W Alabama Ste 200
Houston, TX 77098

Insurance Brokers of Maryland-
PO Box 3767
Hagerstown, MD 21742-3737

Insurance Group Services, Inc.
3000 W. Cypress Creek Rd
Fort Lauderdale, FL 33309

Insurance Office of America
4223  South Pipkin Rd  Ste 200
Lakeland, FL 33811

Insurance Office of America - MD
1407 York Road  Ste 312
Lutherville Timonium, MD 21093

Insurance Risks Managers of MO
425 N New Ballas Rd Ste #175
St Louis, MO 63141

Insurance Service Associates
1770 Indian Trail Rd Ste #130
Norcross, GA 30093

Insurance Service Group
P.O. Box 4000
Clinton, TN 37717

Insurance of Mid Cities Agency
1235 Cavender Dr #101
Hust, TX 76053

Insurepointe of Texas, Inc.
2909 Hillcroft  Suite 600
Houston, TX 77057

Insurica Ins. Management Network
1100 NE Loop 410 Ste 200
San Antonio, TX 78209

Integrity Transportation Insurance Agency
LLC
14511 Falling Creek Dr.
Houston, TX 77014

Interline Risk Services, Inc.
2100 Pooler Parkway
Pooler, GA 31322

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Interstate Insurance Agency
PO Box 568944
Orlando, FL 32856-8944

Interstate Insurance Services Inc.
2601 N Del Rosa Ave   Suite 114
San Bernardino, CA 92402

Interstate Insurance Services Inc.
6101 N Armstrong St.
Wichita, KS 67204

Interstate Motor Carriers Agency, Inc
PO Box 4500
Freehold, NJ 07728

Interstate Truckers Insurance
P.O. Box 8394
Boise, ID 83707

Interstate Trucking Alliance
7414 Fossil Hill Dr
Arlington, TX 76002

Intervalley Insurance Services
4221 N Fresno Street
Fresno, CA 93726

Island Financial Ins Assoc Inc
2815 East Main Avenue
Puyallup, WA 98372

Italiano Insurance Services
PO Box 18425
Tampa, FL 33679

J. Smith Lanier
P.O. Box 70
West Point, GA 31833

JLP Insurance Services, LLC
3719 Fry Rd.   Suite C
Katy, TX 77449

Jagdeep Singh Insurance Agency
4185 W Figarden Dr #101
Fresno, CA 93722

James Brummett Insurance
PO Box 606
Oliver Springs, TN 37840

James Miller Insurance Agency
1801 Eastchase Parkway  Suite 109
Fort Worth, TX 76120

James Russell Wiley
6201 Arnall Ct.
Acworth, GA 30101

Jane R. Parker
204 Kier Street
New Alexandria , PA 15670

Jeffers Insurance Agency
100 NE Loop 410, Ste #1250
San Antonio, TX 78216

Jenna Crossley Sanford
14635 Creek Club Dr
Alpharetta, GA 30004

Jones Truck Insurance Agency
P.O. Box 236
Waco, TX 76703-0236

KHD LLC Insurance Services
1259 Route 46 East  Building One, Suite
125
Parsippany, NJ 07054

KMB Insurance Consultants
1150 Johnson Drive
Naperville, IL 60540

Katy Insurance Agency, Inc.
P O Box 597
Katy, TX 77492

Keisling Insurance
8500 Highway 111  Ste 150
Byrdstown, TN 38549

Kenneth Seiber
10010 Judy Road
Lyles, TN 37098

Kentucky Attorney in Fact
314 West Main Street
Frankfort, KY 40601-1808

Keuler Insurance Agency Inc
229 High St
Mineral Point, WI 53565

Keystone Truck Underwriters, LLC
702 W. Pitt Street PO Box 640
Bedford, PA 15522

Kiely, Hines & Associates Insurance
6100 Dutchmans Lane 10th Floor
Louisville, KY 40257

Kinloch Partners, Inc.
300 Executive Drive  Ste 310
West Orange, NJ 07052

Kirby Soar Insurance Agency
809 S. Evers Street
Plant City, FL 33563

Krist Insurance
6600 Westown Pkwy., Suite 250
West Des Moines, IA 50266

Kunkel & Associates
401 Data Court
Dubuque, IA 52003

L Transportation Writers, Inc.
405 Oakwood Road 2nd Floor
Huntington Station, NY 11746

LCIA INC
PO BOX 3043
Kearny, NJ 07032

LLC Insurance Agency
4216 N Lincoln Ave
Chicago, IL 60618

Latino Truckers Insurance Serv
PO BOX 4267
Ontario, CA 91761

Leavitt Group
6050 Tacoma Mall Blvd #300
Tacoma, WA 98409

Lenhardt Agency, Inc.
Suite 211
Billings, MT 59102

Lexington Insurance Company
100 Summer Street, Boston
Boston, MA 02110-2103

Liberty Insurance Serviesz, Inc
3601 W. Devon Ave   Suite 103
Chicago, IL 60659

Liberty Truck Insurance
401 Daniel Payne Drive
Birmingham, AL 35214

Licona Insurance Group
5927 Gateway Blvd W Ste B
El Paso, TX 79925

Lighthouse Insurance Group
4808 Broadmoor SE
Grand Rapids, MI 49512

Lipscomb & Pitts
2670 Union Avenue
Memphis, TN 38112

Lloyds of London/Tysers
9th Floor Beaufort House
15 St Botolph Street
London, England,  EC3A 7EE

Logistics Insurance Concepts
1527 W. State Hwy 114  Ste 500-299
Grapevine, TX 76051

Lonesource
114 MacKenan Drive  Suite 300
Cary  , NC 27511

Los Robles
2930 E Inland Empire Blvd., St
Ontario, CA 91764

Love Insurance Agency
34920 Ridge Road
Willoughby, OH 44094

M&O California Insurance Services, Inc
6055 E Washington Blvd Ste 1090
Los Angeles, CA 90040

MGA Insurers, Inc
2225 Enterprise Drive  Suite 2513
Westchester, IL 60154

MJ Insurance
9225 Priority Way West Drive
Indianapolis, TN 46240

MacKenzie Agency
116 South Third Street
Saint Peter, MN 56082

Mailing Systems of Georgia
1710 Cumberland Point Drive  Suite 7
Marietta, GA 30067

Malone Insurance Services
1137 Bordeau Court
Dunwoody  , GA 30338

Maple Leaf Insurance Agency Inc
6536 Kitsap Way
Bremerton, WA 98312

Marquee Insurance Group
1000 Holcomb Woods Pkwy   Building 300
- Suite 315A
Roswell, GA 30076

Marshall Insurance Agency, Inc
1623 21st Ste  Suite A
Springfield, OR 97477

Martin & Harrill, Inc.
221 W. Eleventh Street
Charlotte, NC 28202

Marvin Johnson
PO BOX 1849
Columbus, IN 47202

Mass Insurance Agency
7300 F Street
Omaha, NE

MassMutual Financial Group
Policy Loans  P O Box 75045
Charlotte   , NC 28275-0045

Massachusetts Mutual Life Ins
Dept #2560
Los Angeles   , CA 90084-2560

Massey Insurance Services
16000 Apple Valley Rd Ste C-2
Apple Valley, CA 92307

Matrix Insurance Group
Suite 104
Aventura, FL 33180

Maulding & Associates
P.O. Box 320549
Jackson, MS

Maverick Truck Insurance
5840 West I20 Suite #201
Arlington, TX 76017

McDonald Insurance
90 Whitlock Place
Marietta, GA 30064

Menard, Gates, and Mathis
6401 Poplar Ave Ste 250
Memphis, TN 38119-4688

Meridian Insurance Group
4555 Mansell Road Suite 250
Alpharetta, GA 30022

Mid South Insurance Agency Inc
P.O. Box 457
Corning, AR 72422

Millenium Insurance Services
8301 Broadway Suite 405
San Antonio, TX 78209

Milner, Inc.
P.O. Box 923197
Norcross, GA 30010-3197

Mulligan Insurance Agency, Inc
5114 Highway 33-34
Farmingdale, NJ 07727

Multi Printing Solutions, Inc.
8113 S. Lemont Rd
Darien , IL 60561-1755

NFP Property & Casualty
1050 Wigwam Pkwy. #110
Henderson, NV 89074

National Online Registries, LLC
P O Box 419317
Kansas City , MO 64141-6317

New York Marine and General Insurance
Company
c/o Gary Marsh, Dentons US, LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308

Nicky's Insurance Agency, Inc
806 Del Oro Lane
Pharr, TX 78577

North Country Insurance
8800 SE Sunnyside Rd.  16621 N 91st St
Ste 103
Scottsdale, AZ 85255

OVIA Insurance Services
1809 Banks Road
Pompano Beach, FL 33063

Orbis Insurance
5800 NW 74th Ave
Miami, FL 33166

PJC Insurance
P.O. Box 9750
Springfield, MO 65801-9750

Palomar Insurance
P.O. Box 11128
Montgomery, AL 36111-0128

Peoples Insurance Agency
PO BOX 119
Waverly , IA 50677

Premium Assignment Corp
PO BOX 3066
Talahassee, FL 32315-3066

Prime Insurance Company
8722 South Harrison St
Sandy, UT 84070

ProSight Specialty
12 Mount Kemble Ave
Suite 300C
Morristown, NJ 07960

ProSight Specility Mgt. Co., and New York
Marine and General Insurance Company
c/o Gary Marsh, Denton US, LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308

Professional Safety Consultants
221 Victory Lane   Suite 100
Lincoln, NE 68528

Propel Insurance
2045 Cardinal Ave, Ste 300
Medford, OR 97504

RIS Insurance Services
841 N Central Ave Ste C232
Kent, WA 98032

RJS Insurance Services, Inc.
27782 El Lazo
Laguna Niguel, CA 92677

RRL Insurance Agecny
35000 Kaiser Court   Suite 300
Willoughby, OH 44094

Regions Insurance
PO BOX 3198
Little Rock, AR 72203

Reliance Partners
325 Market Street   Suite 205
Chattanooga, TN 37402

Rich Insruance Services
105 South 3rd Street
Cabot , AR 72023

Risk Placement Services
33719 Treasury Center
Chicago, IL 60694-3700

Roberts Blvd, LLC
P.O. Box 360566
Birmingham, AL 35236

Rodriguez Insurance Agency
13111 North Central Expressway Ste 8001

Dallas, TX 75243

SC&F Specialty Underwriters
160 Water Street
16th Floor
New York, NY 10038-4922

SWZ Insurance
295 E Renfro #211
Burleson, TX 76028

Saver Insurance Agency
1415 Molson Lake Dr
Leander, TX 78641

Schoolar & Associates
P.O. Box 967
Jemison, AL 35085

Sebrite Agency, Inc.
5421 Feltl Road Suite 140
Hopkins, MN 55343

Securance Corporation Agency
P.O. Box 420390
Houston, TX 77242-0390

South Carolina Department
Post Office Box 100105
Columbia, SC 29202-3105

Southern Insurance Specialist
PO BOX 2116
Ridgeland, MS 39158-2116

State Comptroller - Texas
PO Box 149348
Austin , TX 78714-9348

State Tax Commission
P.O. Box 23050
Jackson, MS 39225-3050

Stephens Insurance LLC
140 Township Avenue  Ste 202
Ridgeland, MS 39157

Sterling Risk Advisors
2500 Cumberland Pkwy Ste 400
Atlanta, GA 30339

Stonemark, Inc.

Sunbelt Insurance Group
114 Lee Pkwy Drive
Chattanooga, TN 37421

Supportive Insurance Services
1610 South Old Decker Road
Vincennes , IN 47591

Synovus Bank
PO Box 23061
Columbus, GA 31902-3061

T.I.S. Ltd.
PO Box 740
Weyauwega, WI 54983

TC Insurance Services
1050 Wigwam Pkwy, Suite 110
Henderson, NV 89074

TRICOR Inc
230 W Cherry Street
Lancaster, WI 53813

TWI Agency Inc
600 S Tyler St
Amarillo, TX 79101

Texas Comptroller of Public Accounts
Texas Surplus Lines Department
PO Box 13528
Austin, TX 78711-3528

Texas Dept of Insurance
Attn: Co Licensing and Reg Off, DIV 50561
P O Box 149104
Austin , TX 78714-9104

Texas Truck
2113 Greenbriar Dr
Southlake, TX 76092

The Buckner Company
6550 S. Millrock Drive Ste 300
Salt Lake City, UT 84121

Troutman Sanders LLP
P.O. Box 933652
Atlanta, GA 31193-3652

The Hilb Group of Texas, LLC
777 E. Sonterra Blvd Ste 330
San Antonio, TX 78258

Truck Insurance Specialists
3006 Gill Street Suite D
Bloomington, IL 67104

The Wiley Group, Inc.
1255 Roberts Blvd.
Suite 102
Kennesaw
GA 30144

Truckers Insurance
400 West Expressway
San Juan, TX 78589

Trucking Specialist LLC
425 4th Street SC   Suite 802 Box 39
Cedar Rapids, IA 52401

Thomson Reuters Inc
P O Box 417175
Boston  , MA 02241-7175

Truckline Insurance Grp, LLC / T.D. Hawks
120 E. 9TH Street
Dubuque, IA 52001

To be supplemented

Transport Services Group, LLC
3940 Werrington Drive
Cumming, GA 30040

True North Companies
500 1st St. SE
Cedar Rapids, IA 52401

Transport South Insurancy Agency, LLC
1255 Roberts Blvd Ste 102
Kennesaw, GA 30144

Turner & Hamrick
P.O. Box 985
Troy    , AL 36081

Trinity Insurance Services LLC
PO Box 439
Clarkson, KY 42726

U.S. E&O Brokers
820 Gessner Road, Suite 1360
Houston, TX 77024-4461

Triumph Insurance
3 Park Central, Suite 1700   12700 Park
Central Drive
Dallas, TX 75251

U.S. Premium Finance
280 Technology Parkway
Suite 200
Norcross, GA 30092

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

WNC, LLC
2900 Delk Road Ste 700 PMB 252
Marietta, GA 30067-5350

US Insurance Source
22327 Gosling Road
Spring, TX 77389

West Virginia Ins Commisioner
PO Box 2153
Charleston , WV 25328-2153

US Premium Finance
3169 Holcomb Bridge Road Ste 150
Norcross, GA 30071

White Wolf Insurance
2406 S Jupiter Rd STE 4
Garland, TX 75041

USA Specialty Insurance LLC
5246 SW 8th St STE 102-A
Miami, FL 33134

Willcomply, LLC
3700 Park East Drive, Suite 250
Beachwood, OH 44122

USI Southwest
1340 W. Tunnel Blvd, Suite 110
Houma, LA 70360

Windham Brannon, PC
3630 Peachtree Road NE  Suite 600
Atlanta, GA 30326-1543

USI Transportation
2021 Spring Road, Suite 100
Oak Brook, IL 60523

Various - see attached for SoFA #3

Vertafore/CIS Solutions
27384 Network Place
Holtsville , NY 60673-1273

Volmert & Associates
3023 South University Drive #208
Fort Worth, TX 76109

WGI/Stonebriar
16935 W Bernardo Dr   Suite 100
San Diego, CA 92127