**IT IS ORDERED as set forth below:**

**Date: June 25, 2018**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| AMERICAN UNDERWRITING SERVICES, LLC, | : | CASE NO. 18-58406 - SMS |
| | : | |
| | : | |
| DEBTOR. | : | |

**CONSENT ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE**

On May 22, 2018, the United States Trustee filed a Motion for Order Directing the Appointment of a Chapter 11 Trustee, or in the Alternative, to Convert Case and Request for Hearing on an Expedited Basis (Doc. No. 16).  It appearing to the Court that all parties were properly served with the motion, that good cause exists for appointment of a chapter 11 trustee, and that Debtor consents to appointment of a chapter 11 trustee, it is hereby

**ORDERED** that the United States Trustee is hereby **DIRECTED** to appoint a trustee in the above-referenced case.   It is further

**ORDERED** that the Clerk of the Bankruptcy Court shall serve this Order upon Debtor, Debtor's counsel, the United States Trustee, and all creditors and parties in interest.

[END OF DOCUMENT]

Prepared and presented by:

_/s/_
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
lindsay.p.kolba@usdoj.gov

Consented to by:

_/s/_
Gus H. Small
Georgia Bar No. 653200
Counsel to the Debtor
Small Herrin, LLP
Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, Georgia 30339
(770) 783-1800
gsmall@smallherrin.com

**DISTRIBUTION LIST**

MAILING MATRIX (see attached)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-58406-sms<br>Northern District of Georgia<br>Atlanta<br>Thu Jun 21 16:49:41 EDT 2018 | 1st Patriot Insurance Services, LLC<br>2616 N. McColl Rd<br>McAllen, TX 78501-5502 | A to Z Insurance Group, Inc<br>5959 S Staples  Ste 102<br>Corpus Christi, TX 78413-3844 |
| A.I.Credit Corporation<br>P.O. Box 9045<br>New York, NY 10087-9045 | AAA Truck Agency Corp<br>25303 IH 45 N  The Woodlands<br>Spring, TX 77380-3534 | ABCO Premium Finance<br>PO BOX 141029<br>Coral Gables, FL 33114-1029 |
| ACE Westchester Specialty Grp<br>5505 N. Cumberland Ave.<br>Suite 307<br>Chicago, IL 60656-4761 | AFS/ Ibex<br>PO Box 224528<br>Dallas, TX 75222-4528 | AIG<br>1200 Abernathy Rd  Bldg 600, Suite 800<br>Atlanta, GA 30328-5691 |
| AON Risk Services Inc.<br>P O Box 3870<br>Little Rock, AR 72203-3870 | ARM Insurance Agency<br>4511 Highway 6 N Ste A<br>Houston, TX 77084-3484 | Acadia Coffee Service, Inc.<br>1165 Allgood Road  suite 17<br>Marietta, GA 30062-2256 |
| Acrisure, LLC<br>5664 Prairie Creek Drive, SE<br>Caledonia, MI 49316-8081 | Adams Trucking Insurance<br>145 Stately Oaks Cir.<br>Brunswick, GA 31523-1434 | Affiance Insurance Agency<br>PO Box 1306<br>Buda, TX 78610-1306 |
| All Solutions Insurance Agency, LLC<br>22364 Alessandro Blvd<br>Moreno Valley, CA 92553-8301 | All-Wheels Insurance Services<br>1001 Cypress Creek Road Ste403<br>Cedar Park, TX 78613-4470 | Alliant Insurance Services, Inc.<br>5100 Thompson Terrace  Ste A<br>Colleyville, TX 76034-5868 |
| Allnations Insurance Agency<br>2537 S Gessner Ste 110<br>Houston, TX 77063-2026 | Allsure Insurance<br>1722 Prairie Grove Dr<br>Houston, TX 77077-5020 | AmeriComp Benefits, Inc.<br>P O BOX 4319<br>Columbus, GA 31914-0319 |
| American Inter-Fidelity Exchange<br>9223 Broadway; Ste A<br>Merrillville, IN 46410-6362 | American Internat'l Companies<br>P.O. Box 30174<br>New York, NY 10087-0174 | American Millennium Insurance Company<br>1044 Route 23 North, STE 103<br>Wayne, NJ 07470-6685 |
| American Southern Insurance Companies<br>3715 Northside Parkway  Building 400, Su<br>Atlanta, GA 30327-2886 | American Southern Insurance Company<br>Austin & Sparks, PC<br>2974 Lookout Pl NE<br>Suite 200<br>Atlanta, GA 30305-3272 | American Underwriting Services, LLC<br>1255 Roberts Blvd.<br>Suite 102<br>Kennesaw, GA 30144-7078 |
| AssuredPartners NL<br>3000 Meridian Blvd STE 100<br>Franklin, TN 37067-6388 | Avina's Insurance Services<br>1110 Artesia Blvd Ste. A<br>Cerritos, CA 90703 | B&D Insurance Services<br>12118 Walnut Park Crossing  #1317<br>Austin, TX 78753-6730 |

```
Bancorp South Insurance Services, Inc.      BankDirect Capital Finance                  BankDirect Capital Finance, LLC
8315 Cantrell Road  Suite 300                Two Conway Park  150 North Field Drive S    P.O. Box 660448
Little Rock, AR 72227-2357                   Lake Forest, IL 60045                       Dallas, TX 75266-0448


Belken Insurance Associates                  Ben Spurgin Insurance                       Biba Insurance Services Inc
8626 Tesoro Drive #310                       2521 Cedar Springs                          17908 Murphy Parkway
San Antonio, TX 78217-6217                   Dallas, TX 75201-1487                       Lathrop, CA 95330-8771


Big Rigs Insurance                           Big Truck Agency                            Bigham Kliewer Chapman & Watts
14510 Vaughn Rd                              2517 Fairway Park Drive   Suite 202         2100 Trimmier Road  PO Box 996
Molalla, OR 97038-9445                       Houston, TX 77092-7615                      Killeen, TX 76540-0996


Bob White Insurance                          Brower Insurance Agency, LLC                Bylsma-Nederveld Agency, Inc.
PO BOX 73009                                 409 East Monument Ave STE 400               3001 Fuller, N.E.
Houston, TX 77273-3009                       Dayton, OH 45402-1482                       Grand Rapids, MI 49505-3204


C. Ferguson Insurance                        C.M. Brown & Associates, Inc.               CIT
P.O. Box 1855                                P.O.Box 384                                 21146 Network Place
Valley Springs, CA 95252-1855                Perryville, MO 63775-0384                   Chicago  , IL 60673-1211


CIT Bank NA                                  CO Brown Agency Inc                         Cal-Valley Insurance Services Inc
PO Box 593007                                2048 Superior Drive NW                      5070 N. Sixth Street  Suite 155
San Antonio, TX 78259-0200                   Rochester, MN 55901-5028                    Fresno, CA 93710-7508


Canal Indemnity Company                      Canal Insurance Company                     Capital Premium Finance
400 East Stone Ave                           400 East Stone Avenue                       PO Box 1020
Greenville, SC 29601-1618                    Greenville, SC 29601-1618                   Draper, UT 84020-1020


Capitol Insurance Brokers                    Capps Insurance Agency                      Carrier Service Insurance
3820 W.Happy Valley Rd Ste 141               1610 Shadywood Lane                         P.O. Box 69000C
Glendale, AZ 85310-3292                      Mount Pleasant, TX 75455-5637               Miami, FL 33269-0019


Cen-Cal Transportation Ins                   Centerpoint                                 Centex Transportation Ins. Svc
2351 Sunset Blvd. Ste #314                   11285 Elkins Road, Bldg E                   2351 Sunset Blvd. Ste. 314
Rocklin, CA 95765-4338                       Roswell  , GA 30076-1259                    Rocklin, CA 95765-4338


Chrome Truck Agency LLC                      Chubb & Son, Inc.                           Classic Plan Premium Finance
12220 Eruzione Drive                         5505 N Cumberland Ave, Ste 301              PO Box 5146
Austin, TX 78748-3079                        Chicago, IL 60656-4762                      Chino, CA 91708-5146
```

```
Cline Wood Agency                    Cobb County Tax Commissioner         Cobb County Tax Commissioner
4300 West 133rd St                   700 South Cobb Drive                 P.O. Box 100127
Leawood, KS 66209-3307               Marietta, GA 30060-3162              Marietta, GA 30061-7027


Coldwater Insurance Agency Inc       Colonial Insurance                   Com-Co Insurance Agency
613 Austin Street                    3845 Holcomb Bridge Road Ste 300     3425 Dempster St
Levelland, TX 79336-4615             Norcross, GA 30092-5248              Skokie, IL 60076-2441


Comcast                              Commercial & Transportation Ins.     Commercial Carrier Insurance
P O Box 530098                       P.O. Box 361901                      44 Merrimon Avenue
Atlanta, GA 30353-0098               Birmingham, AL 35236-1901            Ashville, NC 28801-2352


Commercial Insurance Associates, LLC Commercial Insurance Solutions       Commercial Transportation Insurance Services
103 Powell Court Suite 100           P.O. Box 6310                        6520 44th Street #300
Brentwood, TN 37027-5050             East Brunswick, NJ 08816-6310        Sacramento, CA 95823-1266


Commerical Carriers                  Commerical Insurance Services        Compass Insurance Agency
12641 166th Street                   PO DRAWER 26227                      PO Box 530350
Cerritos, CA 90703-2135              Oklahoma City, OK 73126              Birmingham, AL 35253-0350


Cook Insurance Group                 Cottingham & Butler                  Cottingham & Butler
3333 Lee Parkway Suite 600           800 Main Street  PO Box 28           P.O. Box 28
Dallas, TX 75219-5117                Dubuque, IA 52004-0028               Dubuque  , IA 52004-0028


County Wide Insurance                Craig C Hansen Insurance Servi       Crossroads Insurance Services
130 East Stoddard                    2103 3rd Street                      9816 Gilespie St  Suite 120
Dexter, MO 63841-1764                Eureka, CA 95501-0813                Las Vegas, NV 89183-7603


Crum & Forster Insurance Co.         Custom INS Division                  Cypress Premium Funding
305 Madison Avenue                   404 E Ramsey  Suite 210              30448 Rancho Viejo Rd STE 100
Morristown, NJ 07960-6100            San Antonio, TX 78216-4667           San Juan Capistrano, CA 92675-1513


D & H Insurance Group                DMB Truck Insurance LLC              Dakota Street Insurance
914 Judson Rd                        PO Box 6423                          PO Box 202
Longview, TX 75601-5113              McKinney, TX 75071-5111              Spring Valley, IL 61362-0202


David Baker Insurance                Davis Insurance Agency               De Lage Landen Financial Svcs
950 S Fry Road                       PO BOX 152620                        P.O. Box 41601
Katy, TX 77450-3061                  Lufkin, TX 75915-2620                Philadelphia, PA 19101-1601
```

| | | |
|---|---|---|
| Delaware Secretary of State<br>Division of Corporations  P O Box 5509<br>Bingham , NY 13902-5509 | Demoisey Insurance Agency<br>258 Plaza Drive<br>Lexington, KY 40503-1945 | Department of State<br>P.O. Box 1500<br>Tallahassee , FL 32302-1500 |
| Desert West Insurance Agency Inc<br>PO Box 640210<br>El Paso, TX 79904-0210 | Dickson Insurance<br>PO BOX 40308<br>Mesa, AZ 85274-0308 | Don-Rick Insurance Inc<br>313 Oak Street<br>Baraboo, WI 53913-2442 |
| Donald LaPenna Associates<br>PO BOX 1868<br>Cranford, NJ 07016-5868 | ECBM<br>300 Conshohocken Ste 405<br>West Conshohocken, PA 19428 | Eagle National Insurance - USA (HQ)<br>80 SW 8th Street, Suite 2000  Brickell B<br>Miami, FL 33130-3038 |
| Eastern Insurors, LLC<br>445 Godwin Avenue<br>Midland Park, NJ 07432-1978 | Easy Truck Insurance<br>7635 Clement Rd  Ste A<br>Vacaville, CA 95688-9297 | Ebix, Inc.<br>3906 Paysphere Circle<br>Chicago, IL 60674-0039 |
| Eiyida Solutions<br>16W277 83rd Street Ste C<br>Burr Ridge, IL 60527-7951 | Elite 4 Truck<br>1801 South Excise Ave  Ste 115<br>Ontario, CA 91761-8557 | Ellington Insurance Inc<br>121 S Green St<br>Swainsboro, GA 30401-3129 |
| Elliott Hartman Agency<br>611 Ansborough Ave.<br>Waterloo, IA 50701-5841 | Emery & James Ltd<br>300 E. Morris Ave.<br>Hammond, LA 70403-4294 | Equify Risk Services LLC<br>12222 Merit Drive   Suite 1400<br>Dallas, TX 75251-3244 |
| Express Premium Finance Co.<br>PO Box 18836<br>Oklahoma City, OK 73154-0836 | FDI Management Group<br>275 Cumberland Pkwy Ste 246<br>Mechanicsburg , PA 17055-5677 | FP Mailing Solutions<br>140 N Mitchell Court, ste 200<br>Addison  , IL 60101-5629 |
| Farris Evans Insurance<br>1568 Union Avenue<br>Memphis, TN 38104-3700 | FedEx<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | Fino Services LLC<br>6193 Highway Boulevard   #205<br>Katy, TX 77494-1131 |
| First Insurance Funding<br>450 Skokie Blvd  Ste 1000<br>Northbrook, IL 60062-7917 | First Niagra Risk Management<br>125 Hillvue Lane<br>Pittsburgh, PA 15237-7317 | First Services Inc<br>215 Estates Dr  Ste 1<br>Roseville, CA 95678-2361 |
| Fisher & Phillips LLP<br>1075 Peachtree Street, NE  Suite 3500<br>Atlanta, GA 30309-3900 | Flat Iron Capital<br>950 17th St Suite 1300<br>Denver, CO 80202-2818 | Fleet Risk Management, Inc.<br>2485 Demere Rd.,  Suite 100<br>Saint Simons Island, GA 31522-1621 |

```
FleetSeek                          Florida Commercial Ins Inc       Florida Department of State
500 Lafayette Blvd, Ste. 230       1401 SW 21st Lane                 P.O. Box 6327
Fredericksburg  , VA 22401-6074    Boca Raton, FL 33486-6525         Tallahassee , FL 32314-6327


Florida State Underwriters         Fortenberry Insurance Agency      Frontier Truck Insurance
P.O. Box 300986                    P.O. Box 2139                     6054 Tanana Drive
Fern Park, FL 32730-0986           Hewitt, TX 76643-2139             Carmel, IN 46033-8542


Gary W. Marsh, Esq., Dentons US, LLP   Generazio Associates, Inc.    Georgia Department of Insurance
303 Peachtree Street NE, Suite 5300    265 Broad Street              Premium Tax Division  P O Box 935134
Atlanta, GA 30308-3265                 Bloomfield, NJ 07003-2764     Hapeville  , GA 30354


Georgia Department of Labor        (p)GEORGIA DEPARTMENT OF REVENUE  Georgia Department of Revenue
P.O. Box 200366                    COMPLIANCE DIVISION               Taxpayer Services Division  P.O. Box 740
Cartersville  , GA 30120-9007      ARCS BANKRUPTCY                   Atlanta, GA 30301-0740
                                   1800 CENTURY BLVD NE SUITE 9100
                                   ATLANTA GA 30345-3202


Global Associates                  Global Transportation Ins.        Good's Insurance
20 Highland Ave                    P.O. Box 5220                     352 E Main St, Ste 200
Metuchen, NJ 08840-1949            Farmington, NM 87499-5220         Leola, PA 17540-1961


Goodman-Baker Insurance            Grace Group, Inc.                 Great Lakes Insurance Assoc.
3534 E Sunshine Ste Ste H          17709 Cantrell Road               3205 Peach Street
Springfield, MO 65809-2815         Little Rock, AR 72223-4684        Erie, PA 16508-2735


HG Companies & Assurance LLC       HNI Risk Services                 HNI Truck Group
2045 E Price Rd Ste 7L             16085 West Cleveland Ave          1621 Colonial Parkway
Brownsville, TX 78521-3387         New Berlin, WI 53151              Inverness, IL 60067-4732


HUB Internat'al Transportation     Hadley & Lyden, Inc.              Hancock & Associates, Inc
P.O. Box 1000                      P.O. Box 700                      8200 Kingston Pike  Suite 21
Colchester, VT 05446-1000          Winter Park, FL 32790-0700        Knoxville, TN 37919-5494


Hanuschak Agency                   Hartley Cylke Pacific Insurance   Hatch Agency
P.O. Box 7727                      2747 University Ave               PO BOX 1861
Cumberland, RI 02864-0898          San Diego, CA 92104-2811          Minnetoka, MN 55345-0861


Hawk Agency Inc                    Haymond Insurance Inc.            Hays of Utah Insurance Services
7131 Knoxville Ave                 200 S. Main                       170 South Main Street  Suite 1000
Peoria, IL 61614-2098              Searcy, AR 72143-6847             Salt Lake City, UT 84101-1653
```

| | | |
|---|---|---|
| Heil and Heil Insurance Agency LLC<br>1250 E Diehl Rd  Ste 104<br>Naperville, IL 60563-9338 | Heiser Agency<br>133 S Main Street<br>Morton, IL 61550-2077 | Heritage Insurance<br>920 Lily Creek Rd Suite 201<br>Louisville, KY 40243-2815 |
| Heritage Insurance Service<br>920 Lily Creek Rd   Suite 201<br>Louisville, KY 40243-2815 | Hibbs & Associates<br>2362 Three Bars Dr<br>Snellville   , GA 30078-2643 | Higginbotham<br>308 W Parkwood Ave #104B<br>Friendswood , TX 77546-5478 |
| Hinson Building Corporation<br>540 48th Street Court East<br>Bradenton   , FL 34208-5508 | Hire Right Solutions<br>P O Box 847891<br>Dallas, TX 75284-7891 | Holmes Murphy & Associates<br>PO BOX 2429<br>Cedar Rapids, IA 52406-2429 |
| Hub Coburn Insurance<br>PO BOX 1000<br>Colchester, VT 05446-1000 | Hub Flynn<br>1643 24th Street West Suite 21<br>Billings, MT 59102-2677 | Hub International<br>PO BOX 17346<br>Salt Lake City, UT 84117-0346 |
| Hub International Texas<br>12175 Network Blvd.   Suite 100<br>San Antonio, TX 78249-3432 | Hub Kaufman<br>P.O. Box 17346<br>Salt Lake City, UT 84117-0346 | Hub Lenhardt Agency<br>1643 24th Street W, Ste 211<br>Billings, MT 59102-2677 |
| Hubbard Insurance Agency, Inc<br>4574 FM 1960 East<br>Humble, TX 77346-2418 | Hughston Insurance Agency, Inc.<br>46 Cove Circle<br>Brownsville, TX 78521-2661 | Anna Mari Humnicky<br>Small Herrin, LLP<br>Suite 200, Two Paces West<br>2727 Paces Ferry Road<br>Atlanta, GA 30339-4053 |
| Hunt & Associates, Inc.<br>720 North Post Oak  Suite 330<br>Houston, TX 77024-3841 | Jay W. Hurst<br>Office of the Attorney General<br>8th Floor<br>300 West 15th Street<br>Austin, TX 78701-1649 | IBEX<br>PO Box 224528<br>Dallas, TX 75222-4528 |
| INSPRO Insurance<br>P.O. Box 6847<br>Lincoln, NE 68506-0847 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA. 19104-5002 | IPFS<br>5316 Hwy 290 W<br>Suite 310<br>Austin, TX 78735-8935 |
| ISU Stetson-Beemer Insurance<br>PO BOX 7236<br>Reno, NV 89510-7236 | Impact Finance Corp<br>P.O. Box 515439<br>Dallas, TX 75251-5439 | Insgroup Inc.<br>3131 W Alabama Ste 200<br>Houston, TX 77098-2030 |
| Insurance Brokers of Maryland-<br>PO Box 3767<br>Hagerstown, MD 21742-3767 | Insurance Group Services, Inc.<br>3000 W. Cypress Creek Rd<br>Fort Lauderdale, FL 33309-1710 | Insurance Office of America<br>4223   South Pipkin Rd  Ste 200<br>Lakeland, FL 33811-1842 |

Insurance Office of America - MD
1407 York Road  Ste 312
Lutherville Timonium, MD 21093-6054

Insurance Risks Managers of MO
425 N New Ballas Rd Ste #175
St Louis, MO 63141-6853

Insurance Service Associates
1770 Indian Trail Rd Ste #130
Norcross, GA 30093-2600


Insurance Service Group
P.O. Box 4000
Clinton, TN 37717-4000

Insurance of Mid Cities Agency
1235 Cavender Dr #101
Hust, TX 76053-4445

Insurepointe of Texas, Inc.
2909 Hillcroft  Suite 600
Houston, TX 77057-5852


Insurica Ins. Management Network
1100 NE Loop 410 Ste 200
San Antonio, TX 78209-1569

Integrity Transportation Insurance Agency LL
14511 Falling Creek Dr.
Houston, TX 77014-1279

Interline Risk Services, Inc.
2100 Pooler Parkway
Pooler, GA 31322-4264


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Insurance Agency
PO Box 568944
Orlando, FL 32856-8944


Interstate Insurance Services Inc.
2601 N Del Rosa Ave   Suite 114
San Bernardino, CA 92404-4413

Interstate Insurance Services Inc.
6101 N Armstrong St.
Wichita, KS 67204-2023

Interstate Motor Carriers Agency, Inc
PO Box 4500
Freehold, NJ 07728-4500


Interstate Truckers Insurance
P.O. Box 8394
Boise, ID 83707-2394

Interstate Trucking Alliance
7414 Fossil Hill Dr
Arlington, TX 76002-4451

Intervalley Insurance Services
4221 N Fresno Street
Fresno, CA 93726-3130


Island Financial Ins Assoc Inc
2815 East Main Avenue
Puyallup, WA 98372-3167

Italiano Insurance Services
PO Box 18425
Tampa, FL 33679-8425

J. Smith Lanier
P.O. Box 70
West Point, GA 31833-0070


JLP Insurance Services, LLC
3719 Fry Rd.   Suite C
Katy, TX 77449-6740

Jagdeep Singh Insurance Agency
4185 W Figarden Dr #101
Fresno, CA 93722-6070

James Brummett Insurance
PO Box 606
Oliver Springs, TN 37840-0606


James Miller Insurance Agency
1801 Eastchase Parkway  Suite 109
Fort Worth, TX 76120-4425

James Russell Wiley
6201 Arnall Ct.
Acworth, GA 30101-9506

Jane R. Parker
204 Kier Street
New Alexandria  , PA 15670-3130


Jeffers Insurance Agency
100 NE Loop 410, Ste #1250
San Antonio, TX 78216-4722

Jenna Crossley Sanford
14635 Creek Club Dr
Alpharetta, GA 30004-4372

Jones Truck Insurance Agency
P.O. Box 236
Waco, TX 76703-0236

```
KHD LLC Insurance Services              KMB Insurance Consultants           Katy Insurance Agency, Inc.
1259 Route 46 East  Building One, Suite 1150 Johnson Drive                  P O Box 597
Parsippany, NJ 07054-4913               Naperville, IL 60540-8244           Katy, TX 77492-0597


Keisling Insurance                      Kenneth Seiber                      Kentucky Attorney in Fact
8500 Highway 111  Ste 150               10010 Judy Road                     314 West Main Street
Byrdstown, TN 38549-1007                Lyles, TN 37098-1702                Frankfort, KY 40601-1808


Keuler Insurance Agency Inc             Keystone Truck Underwriters, LLC    Kiely, Hines & Associates Insurance
229 High St                             702 W. Pitt Street PO Box 640       6100 Dutchmans Lane 10th Floor
Mineral Point, WI 53565-1209            Bedford, PA 15522-0640              Louisville, KY 40205-3284


Kinloch Partners, Inc.                  Kirby Soar Insurance Agency         Benjamin S. Klehr
300 Executive Drive  Ste 310            809 S. Evers Street                 Small Herrin, LLP
West Orange, NJ 07052-3323              Plant City, FL 33563-5425           Suite 200, Two Paces West
                                                                            2727 Paces Ferry Road
                                                                            Atlanta, GA 30339-4053


Lindsay P. S. Kolba                     Krist Insurance                     Kunkel & Associates
Office of the U.S. Trustee              6600 Westown Pkwy., Suite 250       401 Data Court
Suite 362                               West Des Moines, IA 50266-7743      Dubuque, IA 52003-8912
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330


L Transportation Writers, Inc.          LCIA INC                            LLC Insurance Agency
405 Oakwood Road 2nd Floor              PO BOX 3043                         4216 N Lincoln Ave
Huntington Station, NY 11746-7207       Kearny, NJ 07032-0998               Chicago, IL 60618-2902


Latino Truckers Insurance Serv          Leavitt Group                       Lenhardt Agency, Inc.
PO BOX 4267                             6050 Tacoma Mall Blvd #300          Suite 211
Ontario, CA 91761-8967                  Tacoma, WA 98409-6828               Billings, MT 59102


Lexington Insurance Company             Liberty Insurance Serviesz, Inc     Liberty Truck Insurance
100 Summer Street, Boston               3601 W. Devon Ave   Suite 103       401 Daniel Payne Drive
Boston, MA 02110-2135                   Chicago, IL 60659-1216              Birmingham, AL 35214-6401


Licona Insurance Group                  Lighthouse Insurance Group          Lipscomb & Pitts
5927 Gateway Blvd W Ste B               4808 Broadmoor SE                   2670 Union Avenue
El Paso, TX 79925-3304                  Grand Rapids, MI 49512-5306         Memphis, TN 38112-4434


Lloyds of London/Tysers                 Logistics Insurance Concepts        Lonesource
9th Floor Beaufort House                1527 W. State Hwy 114  Ste 500-299  114 MacKenan Drive  Suite 300
15 St Botolph Street                    Grapevine, TX 76051-8646            Cary  , NC 27511-7920
London, England,   EC3A 7EE
```

| | | |
|---|---|---|
| Los Robles<br>2930 E Inland Empire Blvd., St<br>Ontario, CA 91764-4802 | Love Insurance Agency<br>34920 Ridge Road<br>Willoughby, OH 44094-4190 | M&O California Insurance Services, Inc<br>6055 E Washington Blvd Ste 1090<br>Los Angeles, CA 90040-2400 |
| MGA Insurers, Inc<br>2225 Enterprise Drive  Suite 2513<br>Westchester, IL 60154-5805 | MJ Insurance<br>9225 Priority Way West Drive<br>Indianapolis, TN 46240-1572 | MacKenzie Agency<br>116 South Third Street<br>Saint Peter, MN 56082-2043 |
| Mailing Systems of Georgia<br>1710 Cumberland Point Drive  Suite 7<br>Marietta, GA 30067-9203 | Malone Insurance Services<br>1137 Bordeau Court<br>Dunwoody  , GA 30338-3204 | Maple Leaf Insurance Agency Inc<br>6536 Kitsap Way<br>Bremerton, WA 98312-1744 |
| Marquee Insurance Group<br>1000 Holcomb Woods Pkwy   Building 300 -<br>Roswell, GA 30076-2587 | Gary W. Marsh<br>Dentons US, LLP<br>Suite 5300, One Peachtree Center<br>303 Peachtree Street<br>Atlanta, GA 30308-3201 | Marshall Insurance Agency, Inc<br>1623 21st Ste  Suite A<br>Springfield, OR 97477-3417 |
| Martin & Harrill, Inc.<br>221 W. Eleventh Street<br>Charlotte, NC 28202-1715 | Marvin Johnson<br>PO BOX 1849<br>Columbus, IN 47202-1849 | Mass Insurance Agency<br>7300 F Street<br>Omaha, NE 68127-1812 |
| MassMutual Financial Group<br>Policy Loans  P O Box 75045<br>Charlotte  , NC 28275-0045 | Massachusetts Mutual Life Ins<br>Dept #2560<br>Los Angeles  , CA 90084-2560 | Massey Insurance Services<br>16000 Apple Valley Rd Ste C-2<br>Apple Valley, CA 92307-7815 |
| Matrix Insurance Group<br>Suite 104<br>Aventura, FL 33180 | Maulding & Associates<br>P.O. Box 320549<br>Jackson, MS 39232-0549 | Maverick Truck Insurance<br>5840 West I20 Suite #201<br>Arlington, TX 76017 |
| Daniel M. McDermott<br>United States Trustee<br>362 Richard Russell Bldg<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3315 | McDonald Insurance<br>90 Whitlock Place<br>Marietta, GA 30064-3164 | Menard, Gates, and Mathis<br>6401 Poplar Ave Ste 250<br>Memphis, TN 38119-4846 |
| Meridian Insurance Group<br>4555 Mansell Road Suite 250<br>Alpharetta, GA 30022-8279 | Mid South Insurance Agency Inc<br>P.O. Box 457<br>Corning, AR 72422-0457 | Millenium Insurance Services<br>8301 Broadway Suite 405<br>San Antonio, TX 78209-2067 |
| Milner, Inc.<br>P.O. Box 923197<br>Norcross, GA 30010-3197 | Matthew G. Moffett<br>Gray, Rust, St. Amand, Moffett & Brieske<br>1700 Atlanta Plaza<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | Mulligan Insurance Agency, Inc<br>5114 Highway 33-34<br>Farmingdale, NJ 07727 |

| | | |
|---|---|---|
| Multi Printing Solutions, Inc.<br>8113 S. Lemont Rd<br>Darien , IL 60561-1755 | NFP Property & Casualty<br>1050 Wigwam Pkwy. #110<br>Henderson, NV 89074-8174 | National Online Registries, LLC<br>P O Box 419317<br>Kansas City , MO 64141-6317 |
| New York Marine and General Insurance Compan<br>c/o Gary Marsh, Dentons US, LLP<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308-3265 | Nicky's Insurance Agency, Inc<br>806 Del Oro Lane<br>Pharr, TX 78577-2200 | North Country Insurance<br>8800 SE Sunnyside Rd.  16621 N 91st St S<br>Scottsdale, AZ 85255 |
| OVIA Insurance Services<br>1809 Banks Road<br>Pompano Beach, FL 33063-7702 | Orbis Insurance<br>5800 NW 74th Ave<br>Miami, FL 33166-3740 | PJC Insurance<br>P.O. Box 9750<br>Springfield, MO 65801-9750 |
| Palomar Insurance<br>P.O. Box 11128<br>Montgomery, AL 36111-0128 | Peoples Insurance Agency<br>PO BOX 119<br>Waverly , IA 50677-0119 | Leslie M. Pineyro<br>Jones and Walden, LLC<br>21 Eighth Street, NE<br>Atlanta, GA 30309-3909 |
| Premium Assignment Corp<br>PO BOX 3066<br>Talahassee, FL 32315-3066 | Prime Insurance Company<br>8722 South Harrison St<br>Sandy, UT 84070-1420 | ProSight Specialty<br>12 Mount Kemble Ave<br>Suite 300C<br>Morristown, NJ 07960-5132 |
| ProSight Specility Mgt. Co., and New York Ma<br>c/o Gary Marsh, Denton US, LLP<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308-3265 | Professional Safety Consultants<br>221 Victory Lane   Suite 100<br>Lincoln, NE 68528-1482 | Propel Insurance<br>2045 Cardinal Ave, Ste 300<br>Medford, OR 97504-9746 |
| RIS Insurance Services<br>841 N Central Ave Ste C232<br>Kent, WA 98032-2014 | RJS Insurance Services, Inc.<br>27782 El Lazo<br>Laguna Niguel, CA 92677-3914 | RRL Insurance Agecny<br>35000 Kaiser Court   Suite 300<br>Willoughby, OH 44094-3384 |
| Regions Insurance<br>PO BOX 3198<br>Little Rock, AR 72203-3198 | Reliance Partners<br>325 Market Street   Suite 205<br>Chattanooga, TN 37402-1226 | Rich Insruance Services<br>105 South 3rd Street<br>Cabot , AR 72023-2931 |
| Scott B. Riddle<br>Law Office of Scott B. Riddle, LLC<br>Suite 1800<br>3340 Peachtree Road, NE<br>Atlanta, GA 30326-1064 | Risk Placement Services<br>33719 Treasury Center<br>Chicago, IL 60694-3700 | Roberts Blvd, LLC<br>P.O. Box 360566<br>Birmingham, AL 35236-0566 |
| Rodriguez Insurance Agency<br>13111 North Central Expressway Ste 8001<br>Dallas, TX 75243-1216 | SC&F Specialty Underwriters<br>160 Water Street<br>16th Floor<br>New York, NY 10038-5032 | SWZ Insurance<br>295 E Renfro #211<br>Burleson, TX 76028-3953 |

```
Saver Insurance Agency              Schoolar & Associates              Sebrite Agency, Inc.
1415 Molson Lake Dr                 P.O. Box 967                       5421 Feltl Road Suite 140
Leander, TX 78641-2183              Jemison, AL 35085-0967             Hopkins, MN 55343-3945


Secretary of the Treasury           Securance Corporation Agency       Gus H. Small
15th & Pennsylvania Avenue, NW      P.O. Box 420390                    Small Herrin, LLP
Washington, DC 20200                Houston, TX 77242-0390             Two Paces West, Suite 200
                                                                       2727 Paces Ferry Road
                                                                       Atlanta, GA 30339-4053


South Carolina Department           Southern Insurance Specialist      John T. Sparks
Post Office Box 100105              PO BOX 2116                        Austin & Sparks
Columbia, SC 29202-3105             Ridgeland, MS 39158-2116           Suite 200
                                                                       2974 Lookout Place NE
                                                                       Atlanta, GA 30305-3272


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS    State Tax Commission        Stephens Insurance LLC
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION P.O. Box 23050             140 Township Avenue  Ste 202
PO BOX 13528                        Jackson, MS 39225-3050             Ridgeland, MS 39157-2094
AUSTIN TX 78711-3528


Sterling Risk Advisors              Sunbelt Insurance Group            Supportive Insurance Services
2500 Cumberland Pkwy Ste 400        114 Lee Pkwy Drive                 1610 South Old Decker Road
Atlanta, GA 30339-3923              Chattanooga, TN 37421-1736         Vincennes  , IN 47591-6127


Synovus Bank                        T.I.S. Ltd.                        TC Insurance Services
PO Box 23061                        PO Box 740                         1050 Wigwam Pkwy, Suite 110
Columbus, GA 31902-3061             Weyauwega, WI 54983-0740           Henderson, NV 89074-8174


TRICOR Inc                          TWI Agency Inc                     Texas Comptroller of Public Accounts
230 W Cherry Street                 600 S Tyler St                     Jay W. Hurst
Lancaster, WI 53813-1629            Amarillo, TX 79101-2353            P.O. Box 12548
                                                                       Austin, TX 78711-2548


Texas Comptroller of Public Accounts  Texas Dept of Insurance          Texas Truck
c/o Office of the Attorney General    Attn: Co Licensing and Reg Off, DIV 5056  2113 Greenbriar Dr
Bankruptcy - Collections Division MC-008  Austin  , TX 78714-9104      Southlake, TX 76092-8312
PO Box 12548
Austin TX  78711-2548


The Buckner Company                 The Hilb Group of Texas, LLC       The Wiley Group, Inc.
6550 S. Millrock Drive Ste 300      777 E. Sonterra Blvd Ste 330       1255 Roberts Blvd.
Salt Lake City, UT 84121-2331       San Antonio, TX 78258-4296         Suite 102
                                                                       Kennesaw
                                                                       GA 30144-7078


Thomson Reuters Inc                 Transport Services Group, LLC      Transport South Insuranc Agency, LLC
P O Box 417175                      3940 Werrington Drive              1255 Roberts Blvd Ste 102
Boston  , MA 02241-7175             Cumming, GA 30040-1522             Kennesaw, GA 30144-7078
```

| | | |
|---|---|---|
| (p)TRINITY INSURANCE SERVICES LLC<br>623 W MAIN ST<br>CLARKSON KY 42726-7044 | Triumph Insurance<br>3 Park Central, Suite 1700   12700 Park<br>Dallas, TX 75251 | Troutman Sanders LLP<br>P.O. Box 933652<br>Atlanta, GA 31193-3652 |
| Truck Insurance Specialists<br>3006 Gill Street Suite D<br>Bloomington, IL 61704-8555 | Truckers Insurance<br>400 West Expressway<br>San Juan, TX 78589 | Trucking Specialist LLC<br>425 4th Street SC   Suite 802 Box 39<br>Cedar Rapids, IA 52404 |
| Truckline Insurance Grp, LLC / T.D. Hawks<br>120 E. 9TH Street<br>Dubuque, IA 52001-7048 | True North Companies<br>500 1st St. SE<br>Cedar Rapids, IA 52401-2002 | Turner & Hamrick<br>P.O. Box 985<br>Troy    , AL 36081-0985 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | U.S. E&O Brokers<br>820 Gessner Road, Suite 1360<br>Houston, TX 77024-4461 |
| U.S. Premium Finance<br>280 Technology Parkway<br>Suite 200<br>Norcross, GA 30092-2990 | UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | US Insurance Source<br>22327 Gosling Road<br>Spring, TX 77389-4409 |
| US Premium Finance<br>3169 Holcomb Bridge Road Ste 150<br>Norcross, GA 30071-1313 | USA Specialty Insurance LLC<br>5246 SW 8th St STE 102-A<br>Miami, FL 33134-2375 | USI Southwest<br>1340 W. Tunnel Blvd, Suite 110<br>Houma, LA 70360-2816 |
| USI Transportation<br>2021 Spring Road, Suite 100<br>Oak Brook, IL 60523-1852 | Vertafore/CIS Solutions<br>27384 Network Place<br>Holtsville  , NY 60673-1273 | Volmert & Associates<br>3023 South University Drive #208<br>Fort Worth, TX 76109-5608 |
| WGI/Stonebriar<br>16935 W Bernardo Dr   Suite 100<br>San Diego, CA 92127-1635 | WNC, LLC<br>2900 Delk Road Ste 700 PMB 252<br>Marietta, GA 30067-5350 | West Virginia Ins Commisioner<br>PO Box 2153<br>Charleston  , WV 25328-2153 |
| White Wolf Insurance<br>2406 S Jupiter Rd STE 4<br>Garland, TX 75041-6024 | Willcomply, LLC<br>3700 Park East Drive, Suite 250<br>Beachwood, OH 44122-4318 | A. Christian Wilson<br>Simpson Law Offices, L.L.P.<br>P. O. Box 550105<br>Atlanta, GA 30355-2605 |
| Windham Brannon, PC<br>3630 Peachtree Road NE  Suite 600<br>Atlanta, GA 30326-1550 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue  
1800 Century Blvd.  
Suite 9100  
Atlanta, GA 30345

(d)Georgia Department of Revenue  
P.O. Box 105499  
Atlanta, GA 30348-5499

State Comptroller - Texas  
PO Box 149348  
Austin  , TX 78714-9348

(d)Texas Comptroller of Public Accounts  
Texas Surplus Lines Department  
PO Box 13528  
Austin, TX 78711-3528

Trinity Insurance Services LLC  
PO Box 439  
Clarkson, KY 42726

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Millennium Insurance Company, Inc

(u)Colonial Insurance Services, LLC

(u)Lloyds of London/Tyser & Co. Ltd.

(u)New York Marine and General Insurance Comp

(u)Prosight Specialty Management Company Inc.

(u)Stonemark, Inc.

(u)To be supplemented

(u)US Premium Finance

(u)Various - see attached for SoFA #3

End of Label Matrix  
Mailable recipients    357  
Bypassed recipients      9  
Total                  366