UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN UNDERWRITING | ) | CASE NO. 18-58406 - SMS |
| SERVICES, LLC, | ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE

I, S. Gregory Hays, the undersigned, pursuant to Federal Rule of Bankruptcy Procedure

2008, do hereby accept the appointment as Chapter 11 Trustee in the above-captioned case.

DATED:___6 - 27 - 2018___.

_____ /s/

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
Office (404) 926-0051
ghays@haysconsulting.net