**IT IS ORDERED as set forth below:**

**Date: June 29, 2018**

_____
**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN UNDERWRITING SERVICES, LLC, | ) | CASE NO. 18-58406 - SMS |
| | ) | |
| DEBTOR. | ) | |
| _____ | ) | |

**ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

The Court having considered the Application of the United States Trustee for entry of an order approving appointment of S. Gregory Hays as Chapter 11 Trustee in the above-captioned case, filed June 28, 2018 (Doc. No. 73), it is hereby

ORDERED that the appointment is approved. It is further

ORDERED that the Clerk, U.S. Bankruptcy Court, shall serve a copy of this order upon Debtor, counsel for Debtor, the United States Trustee, and all creditors and other parties in interest.

[END OF DOCUMENT]

Order prepared and submitted by:

          /s/
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
Tel.: (404) 331-4437, ext. 152
lindsay.p.kolba@usdoj.gov

**DISTRIBUTION LIST**

MAILING MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-58406-sms<br>Northern District of Georgia<br>Atlanta<br>Thu Jun 28 08:47:14 EDT 2018 | 1st Patriot Insurance Services, LLC<br>2616 N. McColl Rd<br>McAllen, TX 78501-5502 | A to Z Insurance Group, Inc<br>5959 S Staples  Ste 102<br>Corpus Christi, TX 78413-3844 |
| A.I.Credit Corporation<br>P.O. Box 9045<br>New York, NY 10087-9045 | AAA Truck Agency Corp<br>25303 IH 45 N  The Woodlands<br>Spring, TX 77380-3534 | ABCO Premium Finance<br>PO BOX 141029<br>Coral Gables, FL 33114-1029 |
| ACE Westchester Specialty Grp<br>5505 N. Cumberland Ave.<br>Suite 307<br>Chicago, IL 60656-4761 | AFS/ Ibex<br>PO Box 224528<br>Dallas, TX 75222-4528 | AIG<br>1200 Abernathy Rd  Bldg 600, Suite 800<br>Atlanta, GA 30328-5691 |
| AON Risk Services Inc.<br>P O Box 3870<br>Little Rock, AR 72203-3870 | ARM Insurance Agency<br>4511 Highway 6 N Ste A<br>Houston, TX 77084-3484 | Acadia Coffee Service, Inc.<br>1165 Allgood Road  suite 17<br>Marietta, GA 30062-2256 |
| Acrisure, LLC<br>5664 Prairie Creek Drive, SE<br>Caledonia, MI 49316-8081 | Adams Trucking Insurance<br>145 Stately Oaks Cir.<br>Brunswick, GA 31523-1434 | Affiance Insurance Agency<br>PO Box 1306<br>Buda, TX 78610-1306 |
| All Solutions Insurance Agency, LLC<br>22364 Alessandro Blvd<br>Moreno Valley, CA 92553-8301 | All-Wheels Insurance Services<br>1001 Cypress Creek Road Ste403<br>Cedar Park, TX 78613-4470 | Alliant Insurance Services, Inc.<br>5100 Thompson Terrace  Ste A<br>Colleyville, TX 76034-5868 |
| Allnations Insurance Agency<br>2537 S Gessner Ste 110<br>Houston, TX 77063-2026 | Allsure Insurance<br>1722 Prairie Grove Dr<br>Houston, TX 77077-5020 | AmeriComp Benefits, Inc.<br>P O BOX 4319<br>Columbus, GA 31914-0319 |
| American Inter-Fidelity Exchange<br>9223 Broadway; Ste A<br>Merrillville, IN 46410-6362 | American Internat'l Companies<br>P.O. Box 30174<br>New York, NY 10087-0174 | American International Group, Inc. (AIG)<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th Street NW<br>Suite 1700<br>Atlanta, GA 30363-1099 |
| American Millennium Insurance Company<br>1044 Route 23 North, STE 103<br>Wayne, NJ 07470-6685 | American Southern Insurance Companies<br>3715 Northside Parkway  Building 400, Su<br>Atlanta, GA 30327-2886 | American Southern Insurance Company<br>Austin & Sparks, PC<br>2974 Lookout Pl NE<br>Suite 200<br>Atlanta, GA 30305-3272 |
| American Underwriting Services, LLC<br>1255 Roberts Blvd.<br>Suite 102<br>Kennesaw, GA 30144-7078 | AssuredPartners NL<br>3000 Meridian Blvd STE 100<br>Franklin, TN 37067-6388 | Avina's Insurance Services<br>1110 Artesia Blvd Ste. A<br>Cerritos, CA 90703 |

```
B&D Insurance Services                    Bancorp South Insurance Services, Inc.    BankDirect Capital Finance
12118 Walnut Park Crossing  #1317         8315 Cantrell Road  Suite 300              Two Conway Park  150 North Field Drive S
Austin, TX 78753-6730                     Little Rock, AR 72227-2357                 Lake Forest, IL 60045


BankDirect Capital Finance, LLC           Belken Insurance Associates                Ben Spurgin Insurance
P.O. Box 660448                           8626 Tesoro Drive #310                     2521 Cedar Springs
Dallas, TX 75266-0448                     San Antonio, TX 78217-6217                 Dallas, TX 75201-1487


Biba Insurance Services Inc               Big Rigs Insurance                         Big Truck Agency
17908 Murphy Parkway                      14510 Vaughn Rd                            2517 Fairway Park Drive   Suite 202
Lathrop, CA 95330-8771                    Molalla, OR 97038-9445                     Houston, TX 77092-7615


Bigham Kliewer Chapman & Watts            Bob White Insurance                        Brower Insurance Agency, LLC
2100 Trimmier Road  PO Box 996            PO BOX 73009                               409 East Monument Ave STE 400
Killeen, TX 76540-0996                    Houston, TX 77273-3009                     Dayton, OH 45402-1482


Bylsma-Nederveld Agency, Inc.             C. Ferguson Insurance                      C.M. Brown & Associates, Inc.
3001 Fuller, N.E.                         P.O. Box 1855                              P.O.Box 384
Grand Rapids, MI 49505-3204               Valley Springs, CA 95252-1855              Perryville, MO 63775-0384


CIT                                       CIT Bank NA                                CO Brown Agency Inc
21146 Network Place                       PO Box 593007                              2048 Superior Drive NW
Chicago  , IL 60673-1211                  San Antonio, TX 78259-0200                 Rochester, MN 55901-5028


Cal-Valley Insurance Services Inc         Canal Indemnity Company                    Canal Insurance Company
5070 N. Sixth Street  Suite 155           400 East Stone Ave                         400 East Stone Avenue
Fresno, CA 93710-7508                     Greenville, SC 29601-1618                  Greenville, SC 29601-1618


Capital Premium Finance                   Capitol Insurance Brokers                  Capps Insurance Agency
PO Box 1020                               3820 W.Happy Valley Rd Ste 141             1610 Shadywood Lane
Draper, UT 84020-1020                     Glendale, AZ 85310-3292                    Mount Pleasant, TX 75455-5637


Carrier Service Insurance                 Cen-Cal Transportation Ins                 Centerpoint
P.O. Box 69000C                           2351 Sunset Blvd. Ste #314                 11285 Elkins Road, Bldg E
Miami, FL 33269-0019                      Rocklin, CA 95765-4338                     Roswell  , GA 30076-1259


Centex Transportation Ins. Svc            Chrome Truck Agency LLC                    Chubb & Son, Inc.
2351 Sunset Blvd. Ste. 314                12220 Eruzione Drive                       5505 N Cumberland Ave, Ste 301
Rocklin, CA 95765-4338                    Austin, TX 78748-3079                      Chicago, IL 60656-4762
```

| | | |
|---|---|---|
| Classic Plan Premium Finance<br>PO Box 5146<br>Chino, CA 91708-5146 | Cline Wood Agency<br>4300 West 133rd St<br>Leawood, KS 66209-3307 | Cobb County Tax Commissioner<br>700 South Cobb Drive<br>Marietta, GA 30060-3162 |
| Cobb County Tax Commissioner<br>P.O. Box 100127<br>Marietta, GA 30061-7027 | Coldwater Insurance Agency Inc<br>613 Austin Street<br>Levelland, TX 79336-4615 | Colonial Insurance<br>3845 Holcomb Bridge Road Ste 300<br>Norcross, GA 30092-5248 |
| Com-Co Insurance Agency<br>3425 Dempster St<br>Skokie, IL 60076-2441 | Comcast<br>P O Box 530098<br>Atlanta, GA 30353-0098 | Commercial & Transportation Ins.<br>P.O. Box 361901<br>Birmingham, AL 35236-1901 |
| Commercial Carrier Insurance<br>44 Merrimon Avenue<br>Ashville, NC 28801-2352 | Commercial Insurance Associates, LLC<br>103 Powell Court Suite 100<br>Brentwood, TN 37027-5050 | Commercial Insurance Solutions<br>P.O. Box 6310<br>East Brunswick, NJ 08816-6310 |
| Commercial Transportation Insurance Services<br>6520 44th Street #300<br>Sacramento, CA 95823-1266 | Commerical Carriers<br>12641 166th Street<br>Cerritos, CA 90703-2135 | Commerical Insurance Services<br>PO DRAWER 26227<br>Oklahoma City, OK 73126 |
| Compass Insurance Agency<br>PO Box 530350<br>Birmingham, AL 35253-0350 | Cook Insurance Group<br>3333 Lee Parkway Suite 600<br>Dallas, TX 75219-5117 | Cottingham & Butler<br>800 Main Street  PO Box 28<br>Dubuque, IA 52004-0028 |
| Cottingham & Butler<br>P.O. Box 28<br>Dubuque  , IA 52004-0028 | County Wide Insurance<br>130 East Stoddard<br>Dexter, MO 63841-1764 | Craig C Hansen Insurance Servi<br>2103 3rd Street<br>Eureka, CA 95501-0813 |
| Crossroads Insurance Services<br>9816 Gilespie St  Suite 120<br>Las Vegas, NV 89183-7603 | Crum & Forster Insurance Co.<br>305 Madison Avenue<br>Morristown, NJ 07960-6100 | Custom INS Division<br>404 E Ramsey  Suite 210<br>San Antonio, TX 78216-4667 |
| Cypress Premium Funding<br>30448 Rancho Viejo Rd STE 100<br>San Juan Capistrano, CA 92675-1513 | D & H Insurance Group<br>914 Judson Rd<br>Longview, TX 75601-5113 | DMB Truck Insurance LLC<br>PO Box 6423<br>McKinney, TX 75071-5111 |
| Dakota Street Insurance<br>PO Box 202<br>Spring Valley, IL 61362-0202 | David Baker Insurance<br>950 S Fry Road<br>Katy, TX 77450-3061 | Davis Insurance Agency<br>PO BOX 152620<br>Lufkin, TX 75915-2620 |

```
De Lage Landen Financial Svcs          Delaware Secretary of State            Demoisey Insurance Agency
P.O. Box 41601                         Division of Corporations  P O Box 5509  258 Plaza Drive
Philadelphia, PA 19101-1601            Bingham  , NY 13902-5509                Lexington, KY 40503-1945


Department of State                    Desert West Insurance Agency Inc       Dickson Insurance
P.O. Box 1500                          PO Box 640210                          PO BOX 40308
Tallahassee  , FL 32302-1500           El Paso, TX 79904-0210                 Mesa, AZ 85274-0308


Don-Rick Insurance Inc                 Donald LaPenna Associates              ECBM
313 Oak Street                         PO BOX 1868                            300 Conshohocken Ste 405
Baraboo, WI 53913-2442                 Cranford, NJ 07016-5868                West Conshohocken, PA 19428


Eagle National Insurance - USA (HQ)    Eastern Insurors, LLC                  Easy Truck Insurance
80 SW 8th Street, Suite 2000  Brickell B  445 Godwin Avenue                   7635 Clement Rd  Ste A
Miami, FL 33130-3038                   Midland Park, NJ 07432-1978            Vacaville, CA 95688-9297


Ebix, Inc.                             Eiyida Solutions                       Elite 4 Truck
3906 Paysphere Circle                  16W277 83rd Street Ste C               1801 South Excise Ave  Ste 115
Chicago, IL 60674-0039                 Burr Ridge, IL 60527-7951              Ontario, CA 91761-8557


Ellington Insurance Inc                Elliott Hartman Agency                 Emery & James Ltd
121 S Green St                         611 Ansborough Ave.                    300 E. Morris Ave.
Swainsboro, GA 30401-3129              Waterloo, IA 50701-5841                Hammond, LA 70403-4294


Equify Risk Services LLC               Express Premium Finance Co.            FDI Management Group
12222 Merit Drive   Suite 1400         PO Box 18836                           275 Cumberland Pkwy Ste 246
Dallas, TX 75251-3244                  Oklahoma City, OK 73154-0836           Mechanicsburg , PA 17055-5677


FP Mailing Solutions                   Farris Evans Insurance                 FedEx
140 N Mitchell Court, ste 200          1568 Union Avenue                      P.O. Box 660481
Addison  , IL 60101-5629               Memphis, TN 38104-3700                 Dallas, TX 75266-0481


Fino Services LLC                      First Insurance Funding                First Niagra Risk Management
6193 Highway Boulevard   #205          450 Skokie Blvd  Ste 1000              125 Hillvue Lane
Katy, TX 77494-1131                    Northbrook, IL 60062-7917              Pittsburgh, PA 15237-7317


First Services Inc                     Fisher & Phillips LLP                  Flat Iron Capital
215 Estates Dr  Ste 1                  1075 Peachtree Street, NE  Suite 3500  950 17th St Suite 1300
Roseville, CA 95678-2361               Atlanta, GA 30309-3900                 Denver, CO 80202-2818
```

| | | |
|---|---|---|
| Fleet Risk Management, Inc.<br>2485 Demere Rd.,  Suite 100<br>Saint Simons Island, GA 31522-1621 | FleetSeek<br>500 Lafayette Blvd, Ste. 230<br>Fredericksburg  , VA 22401-6074 | Florida Commercial Ins Inc<br>1401 SW 21st Lane<br>Boca Raton, FL 33486-6525 |
| Florida Department of State<br>P.O. Box 6327<br>Tallahassee , FL 32314-6327 | Florida State Underwriters<br>P.O. Box 300986<br>Fern Park, FL 32730-0986 | Fortenberry Insurance Agency<br>P.O. Box 2139<br>Hewitt, TX 76643-2139 |
| Frontier Truck Insurance<br>6054 Tanana Drive<br>Carmel, IN 46033-8542 | Gary W. Marsh, Esq., Dentons US, LLP<br>303 Peachtree Street NE, Suite 5300<br>Atlanta, GA 30308-3265 | Generazio Associates, Inc.<br>265 Broad Street<br>Bloomfield, NJ 07003-2764 |
| Georgia Department of Insurance<br>Premium Tax Division  P O Box 935134<br>Hapeville  , GA 30354 | Georgia Department of Labor<br>P.O. Box 200366<br>Cartersville  , GA 30120-9007 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Georgia Department of Revenue<br>Taxpayer Services Division  P.O. Box 740<br>Atlanta, GA 30301-0740 | Global Associates<br>20 Highland Ave<br>Metuchen, NJ 08840-1949 | Global Transportation Ins.<br>P.O. Box 5220<br>Farmington, NM 87499-5220 |
| Good's Insurance<br>352 E Main St, Ste 200<br>Leola, PA 17540-1961 | Goodman-Baker Insurance<br>3534 E Sunshine Ste Ste H<br>Springfield, MO 65809-2815 | Grace Group, Inc.<br>17709 Cantrell Road<br>Little Rock, AR 72223-4684 |
| Great Lakes Insurance Assoc.<br>3205 Peach Street<br>Erie, PA 16508-2735 | HG Companies & Assurance LLC<br>2045 E Price Rd Ste 7L<br>Brownsville, TX 78521-3387 | HNI Risk Services<br>16085 West Cleveland Ave<br>New Berlin, WI 53151 |
| HNI Truck Group<br>1621 Colonial Parkway<br>Inverness, IL 60067-4732 | HUB Internat'al Transportation<br>P.O. Box 1000<br>Colchester, VT 05446-1000 | Hadley & Lyden, Inc.<br>P.O. Box 700<br>Winter Park, FL 32790-0700 |
| Hancock & Associates, Inc<br>8200 Kingston Pike  Suite 21<br>Knoxville, TN 37919-5494 | Hanuschak Agency<br>P.O. Box 7727<br>Cumberland, RI 02864-0898 | Hartley Cylke Pacific Insurance<br>2747 University Ave<br>San Diego, CA 92104-2811 |
| Hatch Agency<br>PO BOX 1861<br>Minnetoka, MN 55345-0861 | Hawk Agency Inc<br>7131 Knoxville Ave<br>Peoria, IL 61614-2098 | Haymond Insurance Inc.<br>200 S. Main<br>Searcy, AR 72143-6847 |

```
S. Gregory Hays                    Hays of Utah Insurance Services    Heil and Heil Insurance Agency LLC
Hays Financial Consulting, LLC     170 South Main Street  Suite 1000  1250 E Diehl Rd  Ste 104
Suite 555                          Salt Lake City, UT 84101-1653      Naperville, IL 60563-9338
2964 Peachtree Road
Atlanta, GA 30305-4909


Heiser Agency                      Heritage Insurance                 Heritage Insurance Service
133 S Main Street                  920 Lily Creek Rd Suite 201        920 Lily Creek Rd   Suite 201
Morton, IL 61550-2077              Louisville, KY 40243-2815          Louisville, KY 40243-2815



Hibbs & Associates                 Higginbotham                       Hinson Building Corporation
2362 Three Bars Dr                 308 W Parkwood Ave #104B           540 48th Street Court East
Snellville   , GA 30078-2643       Friendswood , TX 77546-5478        Bradenton    , FL 34208-5508



Hire Right Solutions               Holmes Murphy & Associates         Hub Coburn Insurance
P O Box 847891                     PO BOX 2429                        PO BOX 1000
Dallas, TX 75284-7891              Cedar Rapids, IA 52406-2429        Colchester, VT 05446-1000



Hub Flynn                          Hub International                  Hub International Texas
1643 24th Street West Suite 21     PO BOX 17346                       12175 Network Blvd.   Suite 100
Billings, MT 59102-2677            Salt Lake City, UT 84117-0346      San Antonio, TX 78249-3432



Hub Kaufman                        Hub Lenhardt Agency                Hubbard Insurance Agency, Inc
P.O. Box 17346                     1643 24th Street W, Ste 211        4574 FM 1960 East
Salt Lake City, UT 84117-0346      Billings, MT 59102-2677            Humble, TX 77346-2418



Hughston Insurance Agency, Inc.    Anna Mari Humnicky                 Hunt & Associates, Inc.
46 Cove Circle                     Small Herrin, LLP                  720 North Post Oak  Suite 330
Brownsville, TX 78521-2661         Suite 200, Two Paces West          Houston, TX 77024-3841
                                   2727 Paces Ferry Road
                                   Atlanta, GA 30339-4053


Jay W. Hurst                       IBEX                               INSPRO Insurance
Office of the Attorney General     PO Box 224528                      P.O. Box 6847
8th Floor                          Dallas, TX 75222-4528              Lincoln, NE 68506-0847
300 West 15th Street
Austin, TX 78701-1649


INTERNAL REVENUE SERVICE           IPFS                               ISU Stetson-Beemer Insurance
P O BOX 7346                       5316 Hwy 290 W                     PO BOX 7236
2970 MARKET STREET                 Suite 310                          Reno, NV 89510-7236
PHILADELPHIA, PA. 19104-5002       Austin, TX 78735-8935



Impact Finance Corp                Insgroup Inc.                      Insurance Brokers of Maryland-
P.O. Box 515439                    3131 W Alabama Ste 200              PO Box 3767
Dallas, TX 75251-5439              Houston, TX 77098-2030             Hagerstown, MD 21742-3767
```

```
Insurance Group Services, Inc.          Insurance Office of America              Insurance Office of America - MD
3000 W. Cypress Creek Rd                4223   South Pipkin Rd  Ste 200          1407 York Road  Ste 312
Fort Lauderdale, FL 33309-1710          Lakeland, FL 33811-1842                  Lutherville Timonium, MD 21093-6054


Insurance Risks Managers of MO          Insurance Service Associates             Insurance Service Group
425 N New Ballas Rd Ste #175            1770 Indian Trail Rd Ste #130            P.O. Box 4000
St Louis, MO 63141-6853                 Norcross, GA 30093-2600                  Clinton, TN 37717-4000


Insurance of Mid Cities Agency          Insurepointe of Texas, Inc.              Insurica Ins. Management Network
1235 Cavender Dr #101                   2909 Hillcroft  Suite 600                1100 NE Loop 410 Ste 200
Hust, TX 76053-4445                     Houston, TX 77057-5852                   San Antonio, TX 78209-1569


Integrity Transportation Insurance Agency LL  Interline Risk Services, Inc.     Internal Revenue Service
14511 Falling Creek Dr.                 2100 Pooler Parkway                      P. O. Box 7346
Houston, TX 77014-1279                  Pooler, GA 31322-4264                    Philadelphia, PA 19101-7346


Internal Revenue Service                Interstate Insurance Agency              Interstate Insurance Services Inc.
Central Insolvency Operations           PO Box 568944                            2601 N Del Rosa Ave   Suite 114
PO Box 7346                             Orlando, FL 32856-8944                   San Bernardino, CA 92404-4413
Philadelphia, PA 19101-7346


Interstate Insurance Services Inc.      Interstate Motor Carriers Agency, Inc    Interstate Truckers Insurance
6101 N Armstrong St.                    PO Box 4500                              P.O. Box 8394
Wichita, KS 67204-2023                  Freehold, NJ 07728-4500                  Boise, ID 83707-2394


Interstate Trucking Alliance            Intervalley Insurance Services           Island Financial Ins Assoc Inc
7414 Fossil Hill Dr                     4221 N Fresno Street                     2815 East Main Avenue
Arlington, TX 76002-4451                Fresno, CA 93726-3130                    Puyallup, WA 98372-3167


Italiano Insurance Services             J. Smith Lanier                          JLP Insurance Services, LLC
PO Box 18425                            P.O. Box 70                              3719 Fry Rd.   Suite C
Tampa, FL 33679-8425                    West Point, GA 31833-0070                Katy, TX 77449-6740


Jagdeep Singh Insurance Agency          James Brummett Insurance                 James Miller Insurance Agency
4185 W Figarden Dr #101                 PO Box 606                               1801 Eastchase Parkway  Suite 109
Fresno, CA 93722-6070                   Oliver Springs, TN 37840-0606            Fort Worth, TX 76120-4425


James Russell Wiley                     Jane R. Parker                           Jeffers Insurance Agency
6201 Arnall Ct.                         204 Kier Street                          100 NE Loop 410, Ste #1250
Acworth, GA 30101-9506                  New Alexandria  , PA 15670-3130          San Antonio, TX 78216-4722
```

```
Jenna Crossley Sanford              Jones Truck Insurance Agency        KHD LLC Insurance Services
14635 Creek Club Dr                 P.O. Box 236                        1259 Route 46 East  Building One, Suite
Alpharetta, GA 30004-4372           Waco, TX 76703-0236                 Parsippany, NJ 07054-4913


KMB Insurance Consultants           Katy Insurance Agency, Inc.         Keisling Insurance
1150 Johnson Drive                  P O Box 597                         8500 Highway 111  Ste 150
Naperville, IL 60540-8244           Katy, TX 77492-0597                 Byrdstown, TN 38549-1007


Kenneth Seiber                      Kentucky Attorney in Fact           Keuler Insurance Agency Inc
10010 Judy Road                     314 West Main Street                229 High St
Lyles, TN 37098-1702                Frankfort, KY 40601-1808            Mineral Point, WI 53565-1209


Keystone Truck Underwriters, LLC    Kiely, Hines & Associates Insurance Kinloch Partners, Inc.
702 W. Pitt Street PO Box 640       6100 Dutchmans Lane 10th Floor      300 Executive Drive  Ste 310
Bedford, PA 15522-0640              Louisville, KY 40205-3284           West Orange, NJ 07052-3323


Kirby Soar Insurance Agency         Benjamin S. Klehr                   Lindsay P. S. Kolba
809 S. Evers Street                 Small Herrin, LLP                   Office of the U.S. Trustee
Plant City, FL 33563-5425           Suite 200, Two Paces West           Suite 362
                                    2727 Paces Ferry Road               75 Ted Turner Drive, S.W.
                                    Atlanta, GA 30339-4053              Atlanta, GA 30303-3330


Krist Insurance                     Kunkel & Associates                 L Transportation Writers, Inc.
6600 Westown Pkwy., Suite 250       401 Data Court                      405 Oakwood Road 2nd Floor
West Des Moines, IA 50266-7743      Dubuque, IA 52003-8912              Huntington Station, NY 11746-7207


LCIA INC                            LLC Insurance Agency                Latino Truckers Insurance Serv
PO BOX 3043                         4216 N Lincoln Ave                  PO BOX 4267
Kearny, NJ 07032-0998               Chicago, IL 60618-2902              Ontario, CA 91761-8967


Leavitt Group                       Lenhardt Agency, Inc.               Lexington Insurance Company
6050 Tacoma Mall Blvd #300          Suite 211                           100 Summer Street, Boston
Tacoma, WA 98409-6828               Billings, MT 59102                  Boston, MA 02110-2135


Liberty Insurance Serviesz, Inc     Liberty Truck Insurance             Licona Insurance Group
3601 W. Devon Ave   Suite 103       401 Daniel Payne Drive              5927 Gateway Blvd W Ste B
Chicago, IL 60659-1216              Birmingham, AL 35214-6401           El Paso, TX 79925-3304


Lighthouse Insurance Group          Lipscomb & Pitts                    Lloyds of London/Tysers
4808 Broadmoor SE                   2670 Union Avenue                   9th Floor Beaufort House
Grand Rapids, MI 49512-5306         Memphis, TN 38112-4434              15 St Botolph Street
                                                                        London, England,  EC3A 7EE
```

```
Logistics Insurance Concepts          Lonesource                              Los Robles
1527 W. State Hwy 114  Ste 500-299    114 MacKenan Drive  Suite 300           2930 E Inland Empire Blvd., St
Grapevine, TX 76051-8646              Cary  , NC 27511-7920                   Ontario, CA 91764-4802



Love Insurance Agency                 M&O California Insurance Services, Inc  MGA Insurers, Inc
34920 Ridge Road                      6055 E Washington Blvd Ste 1090         2225 Enterprise Drive  Suite 2513
Willoughby, OH 44094-4190             Los Angeles, CA 90040-2400              Westchester, IL 60154-5805



MJ Insurance                          MacKenzie Agency                        Mailing Systems of Georgia
9225 Priority Way West Drive          116 South Third Street                  1710 Cumberland Point Drive  Suite 7
Indianapolis, TN 46240-1572           Saint Peter, MN 56082-2043              Marietta, GA 30067-9203



Malone Insurance Services             Maple Leaf Insurance Agency Inc         Marquee Insurance Group
1137 Bordeau Court                    6536 Kitsap Way                         1000 Holcomb Woods Pkwy   Building 300 -
Dunwoody  , GA 30338-3204             Bremerton, WA 98312-1744                Roswell, GA 30076-2587



Gary W. Marsh                         Marshall Insurance Agency, Inc          Martin & Harrill, Inc.
Dentons US, LLP                       1623 21st Ste  Suite A                  221 W. Eleventh Street
Suite 5300, One Peachtree Center      Springfield, OR 97477-3417              Charlotte, NC 28202-1715
303 Peachtree Street
Atlanta, GA 30308-3201


Marvin Johnson                        Mass Insurance Agency                   MassMutual Financial Group
PO BOX 1849                           7300 F Street                           Policy Loans  P O Box 75045
Columbus, IN 47202-1849               Omaha, NE 68127-1812                    Charlotte  , NC 28275-0045



Massachusetts Mutual Life Ins         Massey Insurance Services               Matrix Insurance Group
Dept #2560                            16000 Apple Valley Rd Ste C-2           Suite 104
Los Angeles   , CA 90084-2560         Apple Valley, CA 92307-7815             Aventura, FL 33180



Maulding & Associates                 Maverick Truck Insurance                Daniel M. McDermott
P.O. Box 320549                       5840 West I20 Suite #201                United States Trustee
Jackson, MS 39232-0549                Arlington, TX 76017                     362 Richard Russell Bldg
                                                                              75 Ted Turner Drive, S.W.
                                                                              Atlanta, GA 30303-3315


McDonald Insurance                    Menard, Gates, and Mathis               Meridian Insurance Group
90 Whitlock Place                     6401 Poplar Ave Ste 250                 4555 Mansell Road Suite 250
Marietta, GA 30064-3164               Memphis, TN 38119-4846                  Alpharetta, GA 30022-8279



Mid South Insurance Agency Inc        Millenium Insurance Services            Milner, Inc.
P.O. Box 457                          8301 Broadway Suite 405                 P.O. Box 923197
Corning, AR 72422-0457                San Antonio, TX 78209-2067              Norcross, GA 30010-3197
```

| | | |
|---|---|---|
| Matthew G. Moffett<br>Gray, Rust, St. Amand, Moffett & Brieske<br>1700 Atlanta Plaza<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | Mulligan Insurance Agensy, Inc<br>5114 Highway 33-34<br>Farmingdale, NJ 07727 | Multi Printing Solutions, Inc.<br>8113 S. Lemont Rd<br>Darien  , IL 60561-1755 |
| NFP Property & Casualty<br>1050 Wigwam Pkwy. #110<br>Henderson, NV 89074-8174 | National Online Registries, LLC<br>P O Box 419317<br>Kansas City  , MO 64141-6317 | New York Marine and General Insurance Compan<br>c/o Gary Marsh, Dentons US, LLP<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308-3265 |
| Nicky's Insurance Agency, Inc<br>806 Del Oro Lane<br>Pharr, TX 78577-2200 | North Country Insurance<br>8800 SE Sunnyside Rd.   16621 N 91st St S<br>Scottsdale, AZ 85255 | OVIA Insurance Services<br>1809 Banks Road<br>Pompano Beach, FL 33063-7702 |
| Orbis Insurance<br>5800 NW 74th Ave<br>Miami, FL 33166-3740 | PJC Insurance<br>P.O. Box 9750<br>Springfield, MO 65801-9750 | Palomar Insurance<br>P.O. Box 11128<br>Montgomery, AL 36111-0128 |
| Peoples Insurance Agency<br>PO BOX 119<br>Waverly , IA 50677-0119 | Leslie M. Pineyro<br>Jones and Walden, LLC<br>21 Eighth Street, NE<br>Atlanta, GA 30309-3909 | Premium Assignment Corp<br>PO BOX 3066<br>Talahassee, FL 32315-3066 |
| Prime Insurance Company<br>8722 South Harrison St<br>Sandy, UT 84070-1420 | ProSight Specialty<br>12 Mount Kemble Ave<br>Suite 300C<br>Morristown, NJ 07960-5132 | ProSight Specility Mgt. Co., and New York Ma<br>c/o Gary Marsh, Denton US, LLP<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308-3265 |
| Professional Safety Consultants<br>221 Victory Lane   Suite 100<br>Lincoln, NE 68528-1482 | Propel Insurance<br>2045 Cardinal Ave, Ste 300<br>Medford, OR 97504-9746 | RIS Insurance Services<br>841 N Central Ave Ste C232<br>Kent, WA 98032-2014 |
| RJS Insurance Services, Inc.<br>27782 El Lazo<br>Laguna Niguel, CA 92677-3914 | RRL Insurance Agecny<br>35000 Kaiser Court   Suite 300<br>Willoughby, OH 44094-3384 | Regions Insurance<br>PO BOX 3198<br>Little Rock, AR 72203-3198 |
| Reliance Partners<br>325 Market Street   Suite 205<br>Chattanooga, TN 37402-1226 | Rich Insruance Services Inc.<br>c/o Rich Insurance<br>105 South 3rd Street<br>Cabot AR 72023-2931 | Scott B. Riddle<br>Law Office of Scott B. Riddle, LLC<br>Suite 1800<br>3340 Peachtree Road, NE<br>Atlanta, GA 30326-1064 |
| Risk Placement Services<br>33719 Treasury Center<br>Chicago, IL 60694-3700 | Roberts Blvd, LLC<br>P.O. Box 360566<br>Birmingham, AL 35236-0566 | Rodriguez Insurance Agency<br>13111 North Central Expressway Ste 8001<br>Dallas, TX 75243-1216 |

| | | |
|---|---|---|
| SC&F Specialty Underwriters<br>160 Water Street<br>16th Floor<br>New York, NY 10038-5032 | SWZ Insurance<br>295 E Renfro #211<br>Burleson, TX 76028-3953 | Saver Insurance Agency<br>1415 Molson Lake Dr<br>Leander, TX 78641-2183 |
| Schoolar & Associates<br>P.O. Box 967<br>Jemison, AL 35085-0967 | Sebrite Agency, Inc.<br>5421 Feltl Road Suite 140<br>Hopkins, MN 55343-3945 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 |
| Securance Corporation Agency<br>P.O. Box 420390<br>Houston, TX 77242-0390 | Gus H. Small<br>Small Herrin, LLP<br>Two Paces West, Suite 200<br>2727 Paces Ferry Road<br>Atlanta, GA 30339-4053 | South Carolina Department<br>Post Office Box 100105<br>Columbia, SC 29202-3105 |
| Southern Insurance Specialist<br>PO BOX 2116<br>Ridgeland, MS 39158-2116 | John T. Sparks<br>Austin & Sparks<br>Suite 200<br>2974 Lookout Place NE<br>Atlanta, GA 30305-3272 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| State Tax Commission<br>P.O. Box 23050<br>Jackson, MS 39225-3050 | Stephens Insurance LLC<br>140 Township Avenue  Ste 202<br>Ridgeland, MS 39157-2094 | Sterling Risk Advisors<br>2500 Cumberland Pkwy Ste 400<br>Atlanta, GA 30339-3923 |
| Sunbelt Insurance Group<br>114 Lee Pkwy Drive<br>Chattanooga, TN 37421-1736 | Supportive Insurance Services<br>1610 South Old Decker Road<br>Vincennes  , IN 47591-6127 | Synovus Bank<br>PO Box 23061<br>Columbus, GA 31902-3061 |
| T.I.S. Ltd.<br>PO Box 740<br>Weyauwega, WI 54983-0740 | TC Insurance Services<br>1050 Wigwam Pkwy, Suite 110<br>Henderson, NV 89074-8174 | TRICOR Inc<br>230 W Cherry Street<br>Lancaster, WI 53813-1629 |
| TWI Agency Inc<br>600 S Tyler St<br>Amarillo, TX 79101-2353 | Gregory M. Taube<br>Nelson Mullins Riley & Scarborough, LLP<br>Suite 1700<br>201 17th Street, NW<br>Atlanta, GA 30363-1099 | Texas Comptroller of Public Accounts<br>Jay W. Hurst<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Texas Dept of Insurance<br>Attn: Co Licensing and Reg Off, DIV 5056<br>Austin  , TX 78714-9104 | Texas Truck<br>2113 Greenbriar Dr<br>Southlake, TX 76092-8312 |
| The Buckner Company<br>6550 S. Millrock Drive Ste 300<br>Salt Lake City, UT 84121-2331 | The Hilb Group of Texas, LLC<br>777 E. Sonterra Blvd Ste 330<br>San Antonio, TX 78258-4296 | The Wiley Group, Inc.<br>1255 Roberts Blvd.<br>Suite 102<br>Kennesaw<br>GA 30144-7078 |

```
Thomson Reuters Inc                 Transport Services Group, LLC      Transport South Insurance Agency, LLC
P O Box 417175                      3940 Werrington Drive              1255 Roberts Blvd Ste 102
Boston   , MA 02241-7175            Cumming, GA 30040-1522             Kennesaw, GA 30144-7078


(p)TRINITY INSURANCE SERVICES LLC   Triumph Insurance                  Troutman Sanders LLP
623 W MAIN ST                       3 Park Central, Suite 1700   12700 Park   P.O. Box 933652
CLARKSON KY 42726-7044              Dallas, TX 75251                   Atlanta, GA 31193-3652


Truck Insurance Specialists         Truckers Insurance                 Trucking Specialist LLC
3006 Gill Street Suite D            400 West Expressway                425 4th Street SC   Suite 802 Box 39
Bloomington, IL 61704-8555          San Juan, TX 78589                 Cedar Rapids, IA 52404


Truckline Insurance Grp, LLC / T.D. Hawks   True North Companies       Turner & Hamrick
120 E. 9TH Street                   500 1st St. SE                     P.O. Box 985
Dubuque, IA 52001-7048              Cedar Rapids, IA 52401-2002        Troy    , AL 36081-0985


U. S. Attorney                      U. S. Securities and Exchange Commission   U.S. E&O Brokers
600 Richard B. Russell Bldg.        Office of Reorganization           820 Gessner Road, Suite 1360
75 Ted Turner Drive, SW             Suite 900                          Houston, TX 77024-4461
Atlanta GA 30303-3315               950 East Paces Ferry Road, NE
                                    Atlanta, GA 30326-1382


U.S. Premium Finance                UPS                                US Insurance Source
280 Technology Parkway              P.O. Box 7247-0244                 22327 Gosling Road
Suite 200                           Philadelphia, PA 19170-0001        Spring, TX 77389-4409
Norcross, GA 30092-2990


US Premium Finance                  USA Specialty Insurance LLC        USI Southwest
3169 Holcomb Bridge Road Ste 150    5246 SW 8th St STE 102-A           1340 W. Tunnel Blvd, Suite 110
Norcross, GA 30071-1313             Miami, FL 33134-2375               Houma, LA 70360-2816


USI Transportation                  Vertafore/CIS Solutions            Volmert & Associates
2021 Spring Road, Suite 100         27384 Network Place                3023 South University Drive #208
Oak Brook, IL 60523-1852            Holtsville  , NY 60673-1273        Fort Worth, TX 76109-5608


WGI/Stonebriar                      WNC, LLC                           West Virginia Ins Commisioner
16935 W Bernardo Dr   Suite 100     2900 Delk Road Ste 700 PMB 252     PO Box 2153
San Diego, CA 92127-1635            Marietta, GA 30067-5350            Charleston  , WV 25328-2153


White Wolf Insurance                Willcomply, LLC                    A. Christian Wilson
2406 S Jupiter Rd STE 4             3700 Park East Drive, Suite 250    Simpson Law Offices, L.L.P.
Garland, TX 75041-6024              Beachwood, OH 44122-4318           P. O. Box 550105
                                                                       Atlanta, GA 30355-2605
```

Windham Brannon, PC
3630 Peachtree Road NE  Suite 600
Atlanta, GA 30326-1550

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd.
Suite 9100
Atlanta, GA 30345

(d)Georgia Department of Revenue
P.O. Box 105499
Atlanta, GA 30348-5499

State Comptroller - Texas
PO Box 149348
Austin , TX 78714-9348

(d)Texas Comptroller of Public Accounts
Texas Surplus Lines Department
PO Box 13528
Austin, TX 78711-3528

Trinity Insurance Services LLC
PO Box 439
Clarkson, KY 42726

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Millennium Insurance Company, Inc

(u)Colonial Insurance Services, LLC

(u)Lloyds of London/Tyser & Co. Ltd.

(u)New York Marine and General Insurance Comp

(u)Prosight Specialty Management Company Inc.

(u)Stonemark, Inc.

(u)To be supplemented

(u)US Premium Finance

(u)Various - see attached for SoFA #3

End of Label Matrix
Mailable recipients    360
Bypassed recipients      9
Total                  369