

**IT IS ORDERED as set forth below:**

Date: July 26, 2018

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| AMERICAN UNDERWRITING | § | Case No. 18-58406-SMS |
| SERVICES, LLC, | § | |
| | § | |
| Debtor. | § | |

**ORDER SHORTENING NOTICE AND SCHEDULING EMERGENCY**
**HEARING ON EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN**
**ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A**
**CASE UNDER CHAPTER 7 AND REQUEST FOR EXPEDITED HEARING**

Upon consideration of the *Emergency Motion by Chapter 11 Trustee for an Order Converting the Chapter 11 Case of the Debtor to a Case under Chapter 7 and Request for Expedited Hearing* of the Trustee in which the Trustee requested an emergency hearing on its Motion to Convert this Case to a Case under Chapter 7 of the Bankruptcy Code (the "Conversion Motion"), and it appearing that the Court has jurisdiction to consider the relief requested in the

1

Conversion Motion and the Court having determined that sufficient grounds exist for hearing the Conversion on an emergency basis and to limit and reduce notice of the hearing on the Conversion Motion and after due deliberation thereon and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. **A hearing will be held to consider the relief sought on the Conversion Motion on the 31st day of July, 2018 at 2:30 p.m. EDT in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive S.W., Atlanta, Georgia, 30303.**

2. Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views, then you and/or your attorney should attend the hearing.

3. Counsel to the Trustee is directed to serve a copy of this order and the Conversion Motion as follows:

   a. via email and the Court's ECF System upon counsel for the Debtor and the Office of the United States Trustee;

   b. via facsimile (where a valid facsimile number is available), or electronic mail (where a valid email address is available) or other form of expedited delivery, upon all creditors listed in the Master List of Creditors in this case (Docket No. 69); and

   c. via the United States Bankruptcy Court for the Northern District of Georgia's Electronic Case Filing System generally;

2

        4.        Counsel to the Trustee shall file a certificate of service with the Clerk of the Court certifying the above-outlined service.

        5.        The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**END OF TEXT**

Prepared and presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

Henry F. Sewell, Jr.
Georgia Bar No. 636265
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555, 2964 Peachtree Road NW
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
Counsel for the Trustee