**IT IS ORDERED as set forth below:**

Date: August 1, 2018

_____
**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| AMERICAN UNDERWRITING SERVICES, LLC, | § § § | Case No. 18-58406-SMS |
| | § | |
| Debtor. | § | |

**ORDER GRANTING THE EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A CASE <u>UNDER CHAPTER 7</u>**

This matter came before the Court on the *Emergency Motion by Chapter 11 Trustee for an Order Converting the Chapter 11 Case of the Debtor to a Case under Chapter 7 and Request for Expedited Hearing* (the "**Emergency Motion**") (Docket No. 97)[1] filed by S. Gregory Hays, Chapter 11 Trustee (the "**Trustee**") for the bankruptcy estate of American Underwriting Services,

---

[1] Capitalized, but undefined, terms herein shall have the meaning ascribed to such terms in the Application.

1

LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**") seeking the entry of an order (this "**Order**") converting this Case to a case under Chapter 7 of the Bankruptcy Court.  On July 27, 2018, this Court entered its *Order Shortening Notice and Scheduling Emergency Hearing on Emergency Motion by Chapter 11 Trustee for an Order Converting the Chapter 11 Case of the Debtor to a Case under Chapter 7 and Request for Expedited Hearing* (Docket No. 100) wherein the Court scheduled a hearing on the Emergency Motion for July 31, 2018 (the "**Hearing**").  This Court having reviewed and considered the Motion and argument of counsel at the Hearing and having found that the due and adequate notice of the Emergency Motion and the Hearing was provided under the circumstances of this Case, that no objections were asserted to the relief sought in the Emergency Motion at or prior to the Hearing and that good cause exists for the conversion of this Chapter 11 Case to a case under Chapter 7 of the Bankruptcy Code, it is

ORDERED that the Emergency Motion is GRANTED; and it is

FURTHER ORDERED, that this Case is hereby converted to a Case under Chapter 7 of the Bankruptcy Code effective July 27, 2018; and it is

FURTHER ORDERED, that the United States Trustee is directed to appoint a Chapter 7 Trustee for the Debtor.

***END OF DOCUMENT***

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
COUNSEL FOR THE CHAPTER 11 TRUSTEE

2

DISTRIBUTION LIST

Henry F. Sewell, Jr., Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Lindsay Kolba, Esq.
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

American Underwriting Services, LLC
1255 Roberts Blvd
Suite 102
Kennesaw, GA 30144

Benjamin S. Klehr, Esq.
Small Herrin LLP
Suite 200, Two Paces West
2727 Paces Ferry Road
Atlanta, Georgia 30339