UNITED STATES BANKRUPTCY COURT
___Northern___ DISTRICT OF ____Georgia____
_____Atlanta____ DIVISION

IN RE:                                    }
                                          }     _CASE NUMBER   18-58406-SMS_
American Underwriting Services, LLC       }
                                          }     JUDGE_ Sage M Sigler _____
                                          }
        DEBTOR.                           }     CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM ___7/1/18_____ TO __7/26/18_____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


_____ F Sewell ___
Attorney for Trustee's Signature


Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

American Underwriting Services, LLC       Henry F. Sewell
c/o S. Gregory Hays, Trustee              Law offices of Henry F. Sewell, Jr., LLC
2964 Peachtree Rd, NW                     Suite 555
Suite 555                                 2964 Peachtree Road NW
Atlanta, GA 30305                         Atlanta, GA  30305
(404) 926-0060                            (404) 926-0053

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
**FOR THE PERIOD BEGINNING** ____July 1, 2018____ **AND ENDING** _July 26, 2018_

Name of Debtor: __American Underwriting Services, LLC_____          Case Number __18-58406_____
Date of Petition: _____05/18/2015_____

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $_____(a) | $_____(b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus:  Cash Refunds | (-)_____ | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | |
| 4. TOTAL FUNDS AVAILABLE FOR | | |
| OPERATIONS *(Line 1 + Line 3)* | | |
| | | |
| 5. DISBURSEMENTS | | |
| A. Advertising | SEE ATTACHED | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments  *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I.  Office Supplies | | |
| J.  Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | | |
| L.  Rent | | |
| M. Repairs & Maintenance | | |
| N.  Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S.  Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 17,657.25 | 892,702.91 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $_____(c) | $_____(c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.**

This _5_ day of September, 2018.                              Chap 7 Trustee (Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
balance as of the petition date. (b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
the petition. (c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | $ | $ |
| SEE ATTACHED | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $ | $ |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**
Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | $ | $ |
| SEE ATTACHED | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $ | $ |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**MOR-2 DETAIL**

|   |   | Current Month | Cumulative Petition to Date |
|---|---|---|---|
| 1 | Funds Beginning | $ 224,306.87 | $ 237,883.92 |
| 2a | cash sales | - | - |
| 2b | a/r | 398,863.55 | 1,260,332.16 |
| 2c | other receipts | - | - |
| 3 | total receipts | 398,863.55 | 1,260,332.16 |
| 4 | total funds avail | 623,170.42 | 1,498,216.08 |
|   |   |   |   |
| a | advertising | - | - |
| b | bank charges | 263.43 | 368.61 |
| c | contract labor | - | - |
| d | fixed asset payments | - | - |
| e | insurance | 1,750.00 | 19,727.57 |
| f | inventory payments | - | - |
| g | leases | - | 3,319.69 |
| h | manufacturing supplies | - | - |
| i | office supplies | - | 32.99 |
| j | payroll - net | 11,157.86 | 60,908.76 |
| k | professional fees | - | - |
| l | rent | - | 14,834.10 |
| m | repairs & maintenance | - | - |
| n | secured creditor | - | - |
| o | taxes - payroll | 4,425.76 | 22,650.04 |
| p | taxes - sales & use | - | - |
| q | taxes - other | - | 20,367.44 |
| r | telephone | - | 990.08 |
| s | travel & entertainment | - | - |
| y | us trustee quarterly fee | - | - |
| u | utilities | - | 446.28 |
| v | vehicle exp | - | - |
| w | other operating exp | 60.20 | 749,057.35 |
| 6 | total disbursements | 17,657.25 | 892,702.91 |
| 7 | ending balance | $ 605,513.17 | $ 605,513.17 |

**MOR-3 DETAIL**

| OTHER RECEIPTS | | Current Month | | Cumulative Petition to Date |
|---|---|---|---|---|
| | $ | - | $ | - |
| | | - | | - |
| **TOTAL OTHER RECEIPTS** | $ | - | $ | - |
| **OTHER DISBURSEMENTS** | | | | |
| Payroll processing fees | $ | 60.20 | $ | 258.10 |
| Dues and Subscriptions | | - | | 2,400.00 |
| Postage and Delivery | | - | | 258.28 |
| Premiums Paid | | - | | 746,140.97 |
| | | - | | |
| **TOTAL OTHER DISBURSEMENTS** | $ | 60.20 | $ | 749,057.35 |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:   American Underwriting Services, LLC          Case Number:   18-58406

Reporting Period beginning _____7/1/18_____          Period ending ____7/26/18____

ACCOUNTS RECEIVABLE AT PETITION DATE:   $1,218,608.33

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | | |
|---|---|---:|---|
| Beginning of Month Balance | $ | 760,122.72 | (a) |
| PLUS: Current Month New Billings | | 0.00 | |
| MINUS: Collection During the Month | $ | 398,863.55 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | 327,206.15 | * |
| End of Month Balance | $ | 34,053.02 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____The case was converted to one under Chapter 7 per order entered on August 1, with an effective conversion date of July 27. The ending balance represents total collections received on or after July 27. With the conversion, premiums payments are being made to the insurance companies directly or their designated representative and not the Debtor._____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-60 Days | 61-90 Days | 91-120 Days | Over 120Days | Total | |
|---|---|---|---|---|---|
| $ | $ | $ | $ | $ 34,053.02 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| Various | Various | Old account balances that need to be audited and reconciled for invoices that were probably netted against other receipts but not recorded against oldest invoice. |
| | | |
| | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor American Underwriting Services, LLC    Case Number: 18-58406

Reporting Period beginning 7/1/18    Period ending 7/26/18

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| SEE ATTACHED | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 45,856.50 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 395,502.28 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ 441,358.78 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## Accounts Payable 7/26/18

| Company | Net Due | |
|---|---|---|
| Tyser & Co. | $111,196.01 | |
| American Inter-Fidelity Exchange | $75,178.37 | |
| AIG | $55,000.08 | |
| American Millennium Insurance Company | $58,091.52 | |
| American Southern Insurance Companies | $44,103.96 | |
| US Premium Finance | $46,369.90 | |
| Britt-Tyser | $24,395.97 | |
| Texas Surplus Lines Stamping Office | $4,300.49 | |
| WillComply LLC | $5,543.92 | |
| ACE Westchester Specialty Grp | $1,203.62 | |
| Texas State Comptroller | $133.05 | |
| Capital Insruance Brokers | $150.00 | |
| Professional Safety Consultants | $25.86 | |
| Payroll (6 Employees) | $11,157.88 | (1) |
| Payroll Taxes (6 Employees) | $4,351.92 | (1) |
| Payroll Fees (Corp Payroll Svc) | $60.20 | (1) |
| Stephen Uhler (Expense Report) | $67.23 | (1) |
| Taylor Cline (Expense Report) | $28.80 | (1) |
| Total A/P | $441,358.78 | (2) |

(1) Payments cleared on July 30 which was prior to the entry of the
Order on August 1 converting the case effective as of July 27.
(2) Subjuct to final review and confirmation.

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  American Underwriting Services, LLC          Case Number:  18-58406

Reporting Period beginning   7/1/18                          Period ending   7/26/18

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ 0 | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ 0 | (a) |
| PLUS: Inventory Purchased During Month | $ | |
| MINUS: Inventory Used or Sold | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Inventory on Hand at End of Month | $ 0 | |

METHOD OF COSTING INVENTORY:    N/A

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____ * |

* Aging Percentages must equal 100%.

xx   Check here if inventory contains perishable items.
**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:  $10,000.00          (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   Office equipment & furniture

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 10,000.00 | (a)(b) |
| MINUS: Depreciation Expense | $ | |
| PLUS: New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ 10,000.00 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   American Underwriting Services, LLC      Case Number:   18-58406

Reporting Period beginning   7/1/18                         Period ending    7/26/18

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:    East West Bank                           BRANCH:    El Monte, CA

ACCOUNT NAME:    Operating                    ACCOUNT NUMBER:    -0724

PURPOSE OF ACCOUNT:         OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $   92,655.50 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $   1,750.00 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $   90,905.50 | **(a) |

*Debit cards are used by   NONE

**If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$        0        Transferred to Payroll Account
$        0        Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## Account Activity   Print Date 09/05/2018

Print

**Account**

5500010724 - American Underwriting Svc DIP-0724  ▼

| Ledger Balance | $500.00 as of 09/05/2018 10:51 | Current Balance | $500.00 as of 09/05/2018 10:51 | Accessible Balance* | $500.00 as of 09/05/2018 10:51 |
|---|---|---|---|---|---|
| Related Available Balance | $0.00 as of 09/05/2018 10:51 | Net Activity Today | $0.00 as of 09/05/2018 10:51 | | |

| Search on | From | To | |
|---|---|---|---|
| Date ▼ | 07/01/2018 | 07/26/2018 | |

**5500010724 - American Underwriting Svc DIP-0724 as of 09/05/2018**

View   Last 30 Days    Last 60 Days    Last 90 Days    Since Last Login

### ⊟ In Process and Cleared Transactions

| Date | Transaction | Description | Status | Images | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 07/20/2018 | Misc. Fees | ANALYSIS ACTIVITY FOR 06/18 | Cleared | | $263.43 | | $92,655.50 |
| 07/13/2018 | Pre-authorized ACH Debit | CORP PAYROLL SVC PAYRLL TAX 180713 AMUNDE | Cleared | | $4,425.76 | | $92,918.93 |
| 07/13/2018 | Pre-authorized ACH Debit | CORP PAYROLL SVC PAYRLL FEE 180713 AMUNDE | Cleared | | $60.20 | | $97,344.69 |
| 07/12/2018 | Pre-authorized ACH Debit | CORP PAYROLL SVC ER DIR DEP 180712 AMUNDE | Cleared | | $11,157.86 | | $97,404.89 |
| 07/05/2018 | Check Paid 00000001015 | | Cleared | | $711.98 | | $108,562.75 |
| 07/05/2018 | Check Paid 00000001014 | | Cleared | | $7,417.05 | | $109,274.73 |
| 07/03/2018 | Check Paid 00000001013 | | Cleared | | $691.20 | | $116,691.78 |
| 07/02/2018 | Pre-authorized ACH Debit | HUMANA, INC. INS PYMT 180702 @@666484554001666 | Cleared | | $3,822.00 | | $117,382.98 |
| 07/02/2018 | Pre-authorized ACH Debit | THE GUARDIAN JUN GP INS 180702 52117200CC20000 | Cleared | | $596.84 | | $121,204.98 |

### ⊟ Scheduled Transactions

| Date | Transaction | Description | Status | Debit | Credit |
|---|---|---|---|---|---|
| | | No Information to Display | | | |

AMERICAN UNDERWRITING SERVICES LLC
CHAPTER 11 CASE NO. 18-158406
OPERATING ACCOUNT
1255 ROBETS BLVD SUITE 102
KENNESAW, GA 30144

EAST WEST BANK
9378 WILSHIRE BLVD SUITE 100
BEVERLY HILLS, CA 90212

16-7038/3220

1013

6·26·18

PAY TO THE
ORDER OF   WNC LLC                                    $ 691.20

Six Hundred Ninety One & 20/100 ————————— DOLLARS

AUTHORIZED SIGNATURE

MEMO

⑈0010l3⑈ ⑈322070381⑈ 5500010724⑈

FOR DEPOSIT ONLY
Warrington Network Consultants, LLC
2500 Dallas Hwy, Ste. 700 PMB 252
Marietta, GA 30064

1014

**AMERICAN UNDERWRITING SERVICES LLC**
CHAPTER 11 CASE NO. 18-158406
OPERATING ACCOUNT
1255 ROBETS BLVD SUITE 102
KENNESAW, GA 30144

**EAST WEST BANK**
9378 WILSHIRE BLVD SUITE 100
BEVERLY HILLS, CA 90212

16-7038/3220

June 26, 2018

PAY TO THE ORDER OF ___Roberts Blvd LLC___ $ 7417.05

___Seven Thousand Four Hundred Seventeen 05/100—___ DOLLARS

MEMO  July Rent

AUTHORIZED SIGNATURE

⑆001014⑆ ⑆322070381⑆ 550010724⑆

FOR DEPOSIT ONLY

ENDORSE HERE

1985194470

AMERICAN UNDERWRITING SERVICES LLC
CHAPTER 11 CASE NO. 18-158406
OPERATING ACCOUNT
1255 ROBETS BLVD SUITE 102
KENNESAW, GA 30144

EAST WEST BANK
9378 WILSHIRE BLVD SUITE 100
BEVERLY HILLS, CA 90212

1015

18-7038/3220

6-26-18

PAY TO THE ORDER OF   Vertafore                          $ 711.98

Seven Hundred Eleven + 98/100 ————   DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈⑈001015⑈  ⑉322070381⑈  550010724⑈

00000 0899759 00004 0025
07-05-2018      'BNYMELLON
CRED TO PAYEE
ABS ENDQUAR

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:   American Underwriting Services, LLC          Case Number:   18-58406

Reporting Period beginning   7/1/18          Period ending   7/26/18

NAME OF BANK:    East West Bank          BRANCH:   El Monte, CA

ACCOUNT NAME:    Operating

ACCOUNT NUMBER:   -0724

PURPOSE OF ACCOUNT:      OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| SEE | ATTACHED | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                        $

**American Underwriting Services, LLC**
**Reconciliation Detail**
East West DIP Operating #0724, Period Ending 07/26/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 121,801.82 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Check | 06/26/2018 | 1014 | Roberts Blvd | X | -7,417.05 | -7,417.05 |
| Check | 06/26/2018 | 1015 | Vertafore | X | -711.98 | -8,129.03 |
| Check | 06/26/2018 | 1013 | WNC, LLC | X | -691.20 | -8,820.23 |
| Check | 06/27/2018 | | Humana Emp Hlth Pln GA | X | -3,822.00 | -12,642.23 |
| Check | 06/27/2018 | | Guardian | X | -596.84 | -13,239.07 |
| Check | 07/12/2018 | | Corporate Payroll Services | X | -11,157.86 | -24,396.93 |
| Check | 07/12/2018 | | Corporate Payroll Services | X | -4,425.76 | -28,822.69 |
| Check | 07/12/2018 | | Corporate Payroll Services | X | -60.20 | -28,882.89 |
| Check | 07/20/2018 | | East West Bank | X | -263.43 | -29,146.32 |
| | | | | | | |
| | | Total Checks and Payments | | | -29,146.32 | -29,146.32 |
| | | Total Cleared Transactions | | | -29,146.32 | -29,146.32 |
| **Cleared Balance** | | | | | -29,146.32 | 92,655.50 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 07/24/2018 | 1016 | International Sureties, LTD | | -1,750.00 | -1,750.00 |
| | | | | | | |
| | | Total Checks and Payments | | | -1,750.00 | -1,750.00 |
| | | Total Uncleared Transactions | | | -1,750.00 | -1,750.00 |
| | | Register Balance as of 07/26/2018 | | | -30,896.32 | 90,905.50 |

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: __American Underwriting Services, LLC__    Case Number: __18-58406__

Reporting Period beginning __7/1/18__    Period ending __7/26/18__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: __East West Bank__    BRANCH: __El Monte, CA__

ACCOUNT NAME: __Operating Commissions__    ACCOUNT NUMBER: __-0864__

PURPOSE OF ACCOUNT: __OPERATING COMMISSIONS – ACCOUNT OPENED 6/8/18__

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 65,922.00 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 65,922.00 | **(a) |

*Debit cards are used by__ NONE __

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 0 Transferred to Payroll Account
$ 0 Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Account Activity   Print Date 09/05/2018

Print

## Account

5500010864 - American Underwriting Opr - Comm   ▼

| Ledger Balance | $500.00 as of 09/05/2018 10:51 | Current Balance | $500.00 as of 09/05/2018 10:51 | Accessible Balance* | $500.00 as of 09/05/2018 10:51 |
| Related Available Balance | $0.00 as of 09/05/2018 10:51 | Net Activity Today | $0.00 as of 09/05/2018 10:51 | | |

| Search on | From | To | |
| Date ▼ | 07/01/2018 | 07/26/2018 | |

**5500010864 - American Underwriting Opr - Comm as of 09/05/2018**

View   Last 30 Days     Last 60 Days     Last 90 Days     Since Last Login

## In Process and Cleared Transactions

| Date | Transaction | Description | Status | Images | Debit | Credit |
|------|-------------|-------------|--------|--------|-------|--------|
| | | | No Information to Display | | | |

*NO ACTIVITY*

## Scheduled Transactions

| Date | Transaction | Description | Status | Debit | Credit |
|------|-------------|-------------|--------|-------|--------|
| | | | No Information to Display | | |

*NO ACTIVITY*

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:   American Underwriting Services, LLC        Case Number:   18-58406

Reporting Period beginning   7/1/18             Period ending   7/26/18

NAME OF BANK:    East West Bank              BRANCH:    Atlanta

ACCOUNT NAME:    Operating Commissions

ACCOUNT NUMBER:    -0864

PURPOSE OF ACCOUNT:   OPERATING COMMISSIONS – ACCOUNT OPENED 6/8/18

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| NONE |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| , |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                        $

## American Underwriting Services, LLC
## Reconciliation Detail 0864
### East West DIP Oper Comm #0864, Period Ending 07/26/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 65,922.00 |
| Cleared Balance | | | | | | 65,922.00 |
| Register Balance as of 07/26/2018 | | | | | | 65,922.00 |
| **Ending Balance** | | | | | | **65,922.00** |

## ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   American Underwriting Services, LLC      Case Number:   18-58406

Reporting Period beginning   7/1/18                          Period ending    7/26/18

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   East West Bank                          BRANCH:   Atlanta

ACCOUNT NAME:   Premium                          ACCOUNT NUMBER:   -0738

PURPOSE OF ACCOUNT:        PREMIUM

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  449,180.86 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $  495.19 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $  448,685.67 | **(a) |

*Debit cards are used by   NONE

**If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$        0        Transferred to Payroll Account
$        0        Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## Account Activity   Print Date  09/05/2018

Print

### Account

| 5500010738 - American Underwriting Svc DIP-0738 ▼ |

| Ledger Balance | $500.00 as of 09/05/2018 10:51 | Current Balance | $500.00 as of 09/05/2018 10:51 | Accessible Balance* | $500.00 as of 09/05/2018 10:51 |
| Related Available Balance | $0.00 as of 09/05/2018 10:51 | Net Activity Today | $0.00 as of 09/05/2018 10:51 | | |

| Search on | Date ▼ | From | 07/01/2018 | To | 07/26/2018 |

**5500010738 - American Underwriting Svc DIP-0738 as of 09/05/2018**

View  Last 30 Days    Last 60 Days    Last 90 Days    Since Last Login

### ⊟ In Process and Cleared Transactions

| Date | Transaction | Description | Status | Images | Debit | Credit | Balance |
|------|-------------|-------------|--------|--------|-------|--------|---------|
| 07/24/2018 | Commercial Deposit 00000000001 | | Cleared | | | $104,346.63 | $449,180.86 |
| 07/24/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy AUS4000271-0 | Cleared | | | $1,169.54 | $344,834.23 |
| 07/24/2018 | ACH Credit Received | US Premium Finan CCD 180724 JBBS Transport | Cleared | | | $894.65 | $343,664.69 |
| 07/24/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy NA17AU06-539 | Cleared | | | $260.26 | $342,770.04 |
| 07/24/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy NA17AU06-540 | Cleared | | | $224.93 | $342,509.78 |
| 07/20/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy NA17AU08-167 | Cleared | | | $370.51 | $342,284.85 |
| 07/20/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy AUS4000243-0 | Cleared | | | $2,559.40 | $341,914.34 |
| 07/20/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy AUS4000243-0 | Cleared | | | $2,331.00 | $339,354.94 |
| 07/20/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy AUS4000243-0 | Cleared | | | $2,116.30 | $337,023.94 |
| 07/20/2018 | ACH Credit Received | US Premium Finan CCD 180720 J&I Transport L | Cleared | | | $2,104.39 | $334,907.64 |
| 07/20/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy NA17AU08-166 | Cleared | | | $438.90 | $332,803.25 |
| 07/20/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy NA17AU08-167 | Cleared | | | $407.55 | $332,364.35 |
| 07/20/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Endorsement Payment Policy NA17AU08-167 | Cleared | | | $405.65 | $331,956.80 |
| 07/19/2018 | ACH Credit Received | FINO SERVICES LL ACH Pmt Down Payment Policy SFT9486360 01 Gonza | Cleared | | | $4,964.60 | $331,551.15 |
| 07/17/2018 | Check Paid 00000001008 | | Cleared | | $627.75 | | $326,586.55 |
| 07/17/2018 | Commercial Deposit | | Cleared | | | $10,458.49 | $327,214.30 |
| 07/12/2018 | ACH Credit Received | US Premium Finan CCD 180712 J&I Transport L | Cleared | | | $75,876.93 | $316,755.81 |
| 07/11/2018 | Commercial Deposit | | Cleared | | | $57,382.47 | $240,878.88 |
| 07/10/2018 | ACH Credit Received | ASSURED TRUCKING ACH Pmt Dena Bros Trucking LLC, CAL Passenger | Cleared | | | $907.46 | $183,496.41 |
| Date | Transaction | Description | Status | Images | Debit | Credit | Balance |

| Date | Transaction | Description | Status | | Debit | Credit | Balance |
|------|-------------|-------------|--------|---|-------|--------|---------|
| 07/09/2018 | **Incoming Money Transfer** | COLONIAL INSURANCE SERVICES LLC | Cleared | | | $74,383.49 | $182,588.95 |
| 07/06/2018 | **Incoming Money Transfer** | SEBRITE AGENCY INC | Cleared | | | $399.25 | $108,205.46 |
| 07/05/2018 | **Incoming Money Transfer** | HUB INTERNATIONAL LIMITED | Cleared | | | $23,915.60 | $107,806.21 |
| 07/03/2018 | **Check Paid 00000001007** | | Cleared | | $846.90 | | $83,890.61 |
| 07/03/2018 | **Check Paid 00000001004** | | Cleared | | $406.00 | | $84,737.51 |
| 07/03/2018 | **Incoming Money Transfer** | PREMIUM FINANCING SPECIALISTS.. | Cleared | | | $28,984.98 | $85,143.51 |
| 07/02/2018 | **Check Paid 00000001002** | | Cleared | | $15,031.53 | | $56,158.53 |
| 07/02/2018 | **Commercial Deposit** | | Cleared | | | $3,960.40 | $71,190.06 |
| 07/02/2018 | **Posting Error Correction Credit** | | Cleared | | | $0.17 | $67,229.66 |

## 🗓 Scheduled Transactions

| Date | Transaction | Description | Status | Debit | Credit |
|------|-------------|-------------|--------|-------|--------|
| | | No Information to Display | | | |



**AMERICAN UNDERWRITING SERVICES LLC**
CHAPTER 11 CASE NO. 18-158406
PREMIUM ACCOUNT
1255 ROBERTS BLVD SUITE 102
KENNESAW, GA 30144

EAST WEST BANK
9378 WILSHIRE BLVD SUITE 100
BEVERLY HILLS, CA 90212

16-7038/3220

1002

6-20-18

PAY TO THE ORDER OF _Texas State Comptroller_   $ 15,031.53

_Fifteen Thousand Thirty one_ $ 53/100 _____ DOLLARS

MEMO _____   AUTHORIZED SIGNATURE

2018176-08





AMERICAN UNDERWRITING SERVICES LLC
CHAPTER 11 CASE NO. 18-158406
PREMIUM ACCOUNT
1255 ROBERTS BLVD SUITE 102
KENNESAW, GA 30144

EAST WEST BANK
9278 WILSHIRE BLVD SUITE 100,
BEVERLY HILLS, CA 90212
16-7038/3220

1004

6-21-18

PAY TO THE ORDER OF  Georgia Department of Insurance     $ 406.00

Four Hundred Six * .00 /100     DOLLARS

MEMO  Premium Tax          AUTHORIZED SIGNATURE

⑆001004⑆ ⑈322070381⑈ 5500010738⑆

AMERICAN UNDERWRITING SERVICES LLC
CHAPTER 11 CASE NO. 18-158406
PREMIUM ACCOUNT
1255 ROBERTS BLVD SUITE 102
KENNESAW, GA 30144

EAST WEST BANK
9378 WILSHIRE BLVD SUITE 100
BEVERLY HILLS, CA 90212

18-7038/3220

1007

6-26-18

PAY TO THE
ORDER OF   Will Comply                    $ 846.90

Eight Hundred Fourty Six , 90/100 ———      DOLLARS

MEMO                          K Vm A Mht
                              AUTHORIZED SIGNATURE

⑈001007⑈ ⑈322070381⑈ 5500010738⑈

For Deposit Only - JPMC

ENDORSE HERE

FOR DEPOSIT ONLY
JP MORGAN CHASE BANK
WILL COMPLY LLC





**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:   American Underwriting Services, LLC          Case Number:   15-64266

Reporting Period beginning   7/1/18          Period ending   7/26/18

NAME OF BANK:   East West Bank          BRANCH:   Atlanta

ACCOUNT NAME:   Premium

ACCOUNT NUMBER:   -0738

PURPOSE OF ACCOUNT:   PREMIUM

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| SEE | ATTACHED | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                         $

### American Underwriting Services, LLC
### Reconciliation Detail
**East West DIP Premium #0738, Period Ending 07/26/2018**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 67,229.49 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 06/21/2018 | 1002 | Texas Comptroller | X | -15,031.53 | -15,031.53 |
| Check | 06/21/2018 | 1004 | Georgia Insurance Departm... | X | -406.00 | -15,437.53 |
| Check | 06/26/2018 | 1007 | Will Comply | X | -846.90 | -16,284.43 |
| Check | 06/26/2018 | 1008 | Texas Comptroller | X | -627.75 | -16,912.18 |
| Total Checks and Payments | | | | | -16,912.18 | -16,912.18 |
| **Deposits and Credits - 25 items** | | | | | | |
| Deposit | 07/02/2018 | | | X | 0.17 | 0.17 |
| Deposit | 07/02/2018 | | | X | 3,960.40 | 3,960.57 |
| Deposit | 07/03/2018 | | | X | 28,984.98 | 32,945.55 |
| Deposit | 07/05/2018 | | | X | 23,915.60 | 56,861.15 |
| Deposit | 07/06/2018 | | | X | 399.25 | 57,260.40 |
| Deposit | 07/09/2018 | | | X | 74,383.49 | 131,643.89 |
| Deposit | 07/10/2018 | | | X | 907.46 | 132,551.35 |
| Deposit | 07/11/2018 | | | X | 57,382.47 | 189,933.82 |
| Deposit | 07/12/2018 | | | X | 75,876.93 | 265,810.75 |
| Deposit | 07/17/2018 | | | X | 10,458.49 | 276,269.24 |
| Deposit | 07/19/2018 | | | X | 4,964.60 | 281,233.84 |
| Deposit | 07/20/2018 | | | X | 370.51 | 281,604.35 |
| Deposit | 07/20/2018 | | | X | 405.65 | 282,010.00 |
| Deposit | 07/20/2018 | | | X | 407.55 | 282,417.55 |
| Deposit | 07/20/2018 | | | X | 438.90 | 282,856.45 |
| Deposit | 07/20/2018 | | | X | 2,104.39 | 284,960.84 |
| Deposit | 07/20/2018 | | | X | 2,116.30 | 287,077.14 |
| Deposit | 07/20/2018 | | | X | 2,331.00 | 289,408.14 |
| Deposit | 07/20/2018 | | | X | 2,559.40 | 291,967.54 |
| Deposit | 07/24/2018 | | | X | 224.93 | 292,192.47 |
| Deposit | 07/24/2018 | | | X | 260.26 | 292,452.73 |
| Deposit | 07/24/2018 | | | X | 894.65 | 293,347.38 |
| Deposit | 07/24/2018 | | | X | 1,169.54 | 294,516.92 |
| Deposit | 07/24/2018 | | | X | 104,346.63 | 398,863.55 |
| Total Deposits and Credits | | | | | 398,863.55 | 398,863.55 |
| Total Cleared Transactions | | | | | 381,951.37 | 381,951.37 |
| **Cleared Balance** | | | | | 381,951.37 | 449,180.86 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 06/21/2018 | 1001 | Texas Surplus Lines | | -464.99 | -464.99 |
| Check | 06/21/2018 | | NJ Surplus Lines | | -10.75 | -475.74 |
| Check | 06/26/2018 | 1006 | Texas Surplus Lines | | -19.45 | -495.19 |
| Total Checks and Payments | | | | | -495.19 | -495.19 |
| Total Uncleared Transactions | | | | | -495.19 | -495.19 |
| **Register Balance as of 07/31/2018** | | | | | 381,456.18 | 448,685.67 |

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |

**NOTE:** _____

TOTAL                                                                        $ _____ (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

**TOTAL**                                    $ _____ (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation** _____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ 0 _____ (c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:   American Underwriting Services, LLC          Case Number:   18-58406

Reporting Period beginning    7/1/18          Period ending    7/26/18

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ 0 | | |

**Note:**

**ATTACHMENT 7**

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor _American Underwriting Services, LLC_          Case Number: __18-58406_____

Reporting Period beginning ___7/1/18_____          Period ending ____7/26/18_____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 6 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| SEE ATTACHED | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| NONE | | | |
| | | | |

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

| AGENT OR CARRIER | PHONE NUMBER | POLICY NUMBER | COVERAGE TYPE | EXPIRATION DATE | DATE PREMIUM DUE |
|---|---|---|---|---|---|
| Admiral Insurance Company | 713-984-1370 | EO000035148-02 | E&O | 10/1/2018 | PAID |
| Guardian | 800-627-4200 | 00 521172 | Dental | 12/31/2018 | 1st on Month |
| The Hartford | 860-547-5000 | 20 SBA TQ5967 | Liability | 2/12/2019 | PAID |
| Humana | 800-448-6262 | 599727 | Medical & Vision | 12/31/2018 | 1st on Month |
| American Builders | 678-309-4000 | WCV 0027812 15 | Workers Comp | 12/5/2018 | PAID |



# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 6/04/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Amanda Fenn Diaz | | |
|---|---|---|---|
| U.S. E&O Brokers<br>820 Gessner Suite 1680<br>Houston, TX  77024 | PHONE (A/C, No, Ext): 713-984-1370 | | FAX (A/C, No): 713-984-1152 |
| | E-MAIL ADDRESS: amanda@useo.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Admiral Insurance Compnay | | 24856 |
| INSURED | INSURER B : | | |
| American Underwriting Services, LLC<br>1255 Roberts Blvd. Suite 102<br>Kennesaw, GA  30144 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                                        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | ☐ | N/A | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Insurance Agents and / or Broker<br>Errors and Omissions<br>Retroactive Date: 10/01/1993 | | | EO000035148-02 | 10/01/2017 | 10/01/2018 | $2,000,000.00  Each Claim<br>$2,000,000.00  Annual Aggregate<br>$25,000 Ded Per Claim / $75,000 Aggregate | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

Insurance Agent and / or Broker
Professional Liability
Claims Made and Reported Policy

Named Insured(s) with Retroactive Date(s):
American Underwriting Services. LLC - Retroactive Date: 10/1/1993
WBW Management, Inc - Retroactive Date: 10/1/1993
TNT Risk Management, LLC - Retroactive Date: 5/17/2012

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| FOR EVIDENCE OF INSURANCE ONLY | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>Amanda Fenn Diaz |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)          The ACORD name and logo are registered marks of ACORD

## SUMMARY OF INSURANCE


THE HARTFORD

FOR:

AMERICAN UNDERWRITING SV'S LLC
1255 ROBERTS BLVD NW STE 102
KENNESAW GA 30144
Phone:                                    FAX:

Prepared: 6/8/2018

BY:    HOME OFFICE
CAPSTONE INSURANCE SERVICES/PHS          266841
PO BOX 29611
CHARLOTTE NC 28229
Phone:                                    FAX:

| ACCOUNT POLICY RECAP | Policy Number | Eff Date | Exp Date | Premium |
|---|---|---|---|---|
| . Spectrum | 20 SBA TQ5967 | 02012018 | 02012019 | $1,009.00 |
| Hartford Accident & Indemnity Co | | | | |

**POLICY DETAIL        Policy   . Spectrum**

| Property Coverages - Special Form | Limit | Deductible |
|---|---|---|
| **Location 001 Building 001** | | |
| 1255 ROBERTS BLVD STE 102 | | |
| KENNESAW, GA 30144-7078 | | |
| | | |
| BUSINESS PERSONAL PROPERTY | $213,800 | $1,000 |
|    Replacement Cost | | |
|  STRETCH | | |

Additional Interest: Loss Payee             DE LAGE LANDEN
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

**Property Add'l Policy Coverages - Applicable to all policy locations**
EQUIPMENT BREAKDOWN COVERAGE
BUS INCOME W/ EXTRA EXPENSE
TERRORISM
IDENTITY RECOVERY COVERAGE

**Comm'l Liability Coverages - Applicable to all policy locations**
| | |
|---|---|
| Each Occurrence | $2,000,000 |
| Damage to Premises Rented to You | $300,000 |
| Medical Expense (Any One Person) | $10,000 |
| Personal & Advertising Injury | $2,000,000 |
| General Aggregate | $4,000,000 |
| Product/Complet Operation Aggregate | $4,000,000 |
| Hired Non-Owned Auto Liability | $2,000,000 |
| TERRORISM | |

| Class Description Detail | Code | Premium Basis |
|---|---|---|
| LOCATION 001 INSURANCE AGENCY | 65181 | |

This summary and its attachments provides high level overview of policy coverages and does
not include all conditions, limitation or exclusion. Please refer to the actual policy
forms for detailed coverages, limits and deductibles.

**AMERICAN UNDERWRITING SV'S LLC**
20 SBA TQ5967

Prepared: 6/8/2018

**Stretch Endorsement - Including:**

| | |
|---|---|
| Accounts Receivable | $25,000 |
| Brands & Labels | Included |
| Bus Income - Off-Premises Services | $25,000 |
| Bus Income - Newly Acquired Premises | $250,000 |
| Claims Expense | $5,000 |
| Computer & Media | $10,000 |
| Consequential Loss to Stock | Included |
| Debris Removal | $25,000 |
| Employee Dishonesty /ERISA | $10,000 |
| Fine Arts | $10,000 |
| Forgery | $10,000 |
| Increased Cost of Construction-Building | $10,000 |
| Newly Constructed/Acquired Buildings | $1,000,000 |
| Newly Constructed/Acquired-BPP | $500,000 |
| Off-Premises Services Direct Damage | $10,000 |
| Outdoor Property | $1,000/$10,000 |
| Outdoor Signs | All |
| Personal Effects | $10,000 |
| Personal Property of Others | $10,000 |
| Property at Other Premises | $10,000 |
| Property Off Premises | $15,000 |
| Salespersons' Samples | $1,000 |
| Sewer and Drain Back Up | Included |
| Sump Overflow or Sump Pump Failure | $15,000 |
| Temperature Change | $10,000 |
| Tenant Building and Personal Property Coverage - Req'd by Lease | $20,000 |
| Transit Coverage | $10,000 |
| Unauthorized Business Card Use | $2,500 |
| Valuable Papers & Records | $25,000 |
| Valuation Changes | Included |
|      Commodity Stock | |
|      Finished Stock | |
|      Mercantile Stock-Sold | |

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

## INFORMATION PAGE

Insurer: (NCCI Carrier Code    25496    )
American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

Producer:  0000071
Toccoa Insurance Agency
P.O. Box 400
Toccoa, GA  305770400

1.  The Insured and Mailing Address:
AMERICAN UNDERWRITING SERVICES LLC
1255 ROBERTS BOULEVARD
SUITE 102
KENNESAW, GA  30144

Carrier Policy #:  WCV 0027812 15
Carrier Prior Policy #:  WCV 0027812

Type of Business: LIMITED LIAB CO(LLC)
Fein: 581808554
Risk ID:  000000000

Other workplaces not shown above: See the Schedule Of Workplaces for this policy.

2. The Policy Period is from 12:01 a.m. on 12/05/2017 to 12:01 a.m. on 12/05/2018 at the insured's mailing address.

3. A. Workers Compensation Insurance:   Part One of the policy applies to the Workers Compensation Law of the states listed here: **Georgia**

B. Employers Liability Insurance:   Part Two of the policy applies to work in each state listed in Item 3A. The limits of our liability under Part Two are:

Bodily Injury by Accident  $    **500,000**    each accident
Bodily Injury by Disease   $    **500,000**    policy limit
Bodily Injury by Disease   $    **500,000**    each employee

C. Other States Insurance:   Part THREE of the policy applies to the states, if any, listed here:
**Alabama, Florida, Indiana, Maryland, Mississippi, North Carolina, Oklahoma, Pennsylvania, South Carolina, Tennessee, Virginia**
D. This policy includes these endorsements and schedules: See endorsement schedule.

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates, and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis<br>Total Estimated<br>Annual Remuneration | Rate Per<br>$100 of<br>Remuneration | Estimated<br>Annual<br>Premium |
|---|---|---|---|---|
| SEE SCHEDULE OF OPERATIONS | | | | |
| Total Estimated Annual Premium | | $3,809 | | |
| Minimum Premium | | $600 | Expense Constant | $250 |

COUNTERSIGNED BY _____

WC 00 00 01 A 0415
Copyright 1994 National Council on Compensation Insurance Inc.



# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 5/30/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| CAPSTONE INSURANCE SERVICES/PHS | PHONE (A/C, No, Ext): | | FAX (A/C, No) |
| 266841 P: F: | E-MAIL ADDRESS: | | |
| PO BOX 29611 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| CHARLOTTE NC 28229 | INSURER A : Hartford Accident & Indemnity Co | | 22357 |
| INSURED | INSURER B : | | |
| | INSURER C : | | |
| AMERICAN UNDERWRITING SV'S LLC | INSURER D : | | |
| 1255 ROBERTS BLVD NW STE 102 | INSURER E : | | |
| KENNESAW GA 30144 | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY | X | | 20 SBA TQ5967 | 02/01/2018 | 02/01/2019 | EACH OCCURRENCE | $2,000,000 |
| | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $300,000 |
| | [X] General Liab | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $4,000,000 |
| | POLICY [  ] PRO-JECT [  ] [X] LOC | | | | | | PRODUCTS - COMP/OP AGG | $4,000,000 |
| | OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | 20 SBA TQ5967 | 02/01/2018 | 02/01/2019 | COMBINED SINGLE LIMIT (Ea accident) | $2,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY [  ] SCHEDULED AUTOS [  ] | | | | | | BODILY INJURY (Per accident) | $ |
| | [X] HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | UMBRELLA LIAB [  ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB [  ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED [  ] RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | | | [  ] PER STATUTE [  ] OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) [Y/N] | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Those usual to the Insured's Operations. Certificate holder is an additional insured per the Business Liability Coverage Form SS 00 08 attached to this policy.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| UNITED STATES TRUSTEE 362 RICHARD RUSSELL BUILDING 75 TED TURNER DR SW ATLANTA, GA 30303 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Susan L. Castaneda* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

# Humana.

Administrative Office:
900 Ashwood Parkway, Suite 400
Atlanta, GA 30338

Administrative Office:
1100 Employers Boulevard
Green Bay, Wisconsin 54344

# Certificate of Coverage
## Humana Employers Health Plan of Georgia, Inc. and Humana Insurance Company

**Group Plan Sponsor:**       AMERICAN UNDERWRITING SER

**Group Plan Number:**       599727

**Effective Date:**       01/01/2018

**Product Name:**       GABN0937  CPYH

**Product Type:**       Health Maintenance Organization Point of Service (POS)

In accordance with the terms of the *master group contract* issued to the *group plan sponsor*, Humana Employers Health Plan of Georgia, Inc. and Humana Insurance Company certifies that a *covered person* has coverage for the benefits described in this *certificate*. This *certificate* becomes the Certificate of Coverage and replaces any and all certificates and certificate riders previously issued.

Bruce Broussard
President

CHMO 2004-C  01/18

3

Administrative Office:
1100 Employers Boulevard
Green Bay, Wisconsin 54344

# Group Vision Certificate of Insurance
## Humana Insurance Company

**Policyholder:**         AMERICAN UNDERWRITING SER

**Policy Number:**        599727

**Effective Date:**       01/01/2018

**Product Name:**         GA HUMANA VSION EXAM PLUS

In accordance with the terms of the *policy* issued to the *policyholder*, Humana Insurance Company certifies that a *covered person* is insured for the benefits described in this *certificate*. This *certificate* becomes the Certificate of Insurance and replaces any and all certificates and certificate riders previously issued.

*Bruce Broussard*

Bruce Broussard
President

The insurance *policy* under which this *certificate* is issued is <u>not</u> a policy of Workers' Compensation insurance. *You* should consult *your employer* to determine whether *your employer* is a subscriber to the Workers' Compensation system.

This is <u>not</u> a policy of Long Term Care insurance.

### NOTICE

The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

**BENEFITS UNDER THIS PPO PLAN ARE LIMITED WHEN YOU SEE A NON-PREFERRED PROVIDER**

The benefits in this PPO plan are designed to allow *you* to realize a lower member cost when *you* receive *your services* from a *preferred provider*. When *your* treatment is provided by a *non-preferred provider, you* will have a higher member cost. Please review *your* schedules of benefits carefully to understand this difference in benefits.

6/8/2018                                         Guardian Anytime



## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.

Case converted to Chapter 7 effective on 7/27/18.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____ n/a _____.