PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: American Underwriting Services, LLC

Case No.: 18-58406-sms    Chapter: 7

**Change of Address for:**
Debtor ☐    Creditor ☐    Attorney for Debtor ✓    Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐    Payments ONLY ☐    Notices and Payments ✓

EFFECTIVE DATE OF CHANGE: 11/01/2018

Name: IPFS

Prior Address: 5316 Hwy 290 W
Suite 310
Austin, TX 78735

*********************************************************************

New Address: 30 Montgomery Street
Suite 501
Jersey City, NJ 07302

Change of Address Was Furnished By:   Debtor ☐    Creditor ✓    Attorney ☐

Date: 11/01/2018    Signature of Filer: [signature]
Telephone Number: (201) 631-5400

**IF FILED BY ATTORNEY**

Attorney Name:
Bar ID:
Address:

Revised August 2012