**IT IS ORDERED as set forth below:**

**Date: November 2, 2018**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| AMERICAN UNDERWRITING SERVICES, LLC., | CASE NO. 18-58406 |
| Debtor. | |

### ORDER GRANTING FINAL APPLICATION FOR COMPENSATION
### FOR GGG PARTNERS LLC AS CHIEF RESTRUCTURING OFFICER FOR
### DEBTORS AND DEBTORS-IN-POSSESSION

This matter came before the Court on October 10, 2018, on the Final Application for Compensation for GGG Partners, LLC ("Applicant") as Chief Restructuring Officer for Debtors and Debtors-in-Possession (the "Final Application") (Doc. No. 94) seeking an Order approving the fees and expenses requested in the Final Application.

Page -1-

The Court has considered the Final Application as supplemented by the *Notice of Filing of Amended Invoice and Backup Detail to Final Application for Compensation of Chief Restructuring Officer* (Docket No. 148) (the "Supplement") filed on October 1, 2018. It appears that the Court has jurisdiction over this matter; that it is a core proceeding; that the Final Application and Supplement were served on the Chapter 7 Trustee and the United States Trustee (the "Served Parties"); that due and proper notice of the Application has been provided to creditors and parties and interest herein; that Debtor was previously authorized by an order of the Court dated July 27, 2018 to retain Applicant (Doc. No. 99); that written objections to the Application were filed by (1) the Office of the United States Trustee, (2) S. Gregory Hays, the Chapter 7 Trustee, and (3) ProSight Specialty Management Company and New York Marine and General Insurance Company (collectively the "Objections"); that the Objections have been either resolved among the parties, withdrawn or overruled by the Court and the Final Application meets the standards for the compensation of professional in this case; it is hereby

**ORDERED** that Applicant's fees in the sum of $36,960 and expenses in the amount of $247.27 incurred by Applicant during the time period from May 19, 2018 through and including June 29, 2018, being a total amount of $37,207, are hereby allowed and awarded on a final basis as Chapter 11 administrative expenses; and it is

**FURTHER ORDERED** that Applicant is authorized to draw down the remaining retainer held by it in the amount of $20,000 (the "Retainer") to pay its approved

compensation and expenses; provided, however, that (a) the Retainer shall remain subject to avoidance as a fraudulent conveyance or similar claim by either the Trustee or a party with standing to assert such claim and the authority to draw down such Retainer shall be without prejudice to such claims; (b) the Retainer shall remain subject to tracing or other claims related to claims that the Retainer constitutes trust funds which may be recovered by the Trustee or any creditor with standing to assert such claims; and (c) Applicant shall not cite this Court's authorization to draw down the Retainer as a defense or justification to any fraudulent conveyance, tracing or similar action which may be brought against Applicant to recover the Retainer; and it is

**FURTHER ORDERED,** that other than the authorization to draw down the Retainer, no further payments shall be made to Applicant unless and until the Trustee makes distributions to holders of allowed administrative expenses claims against the Debtor's Chapter 11 Bankruptcy Estate.

**(END OF DOCUMENT)**

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

DISTRIBUTION LIST

Henry F. Sewell, Jr., Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Lindsay P.S. Kolba, Esq.
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Gus H. Small, Esq.
Anna M. Humnicky, Esq.
Benjamin S. Klehr, Esq.
Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, GA 30339

Gary W. Marsh
Alison Elko Franklin
Dentons US, LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308