# Fwd: U.S. Bankruptcy Court, Northern District of Georgia - Undeliverable Notice, In re: American Underwriting Services, LLC, Case Number: 18-58406, sms, Ref: [p-128613161]

Anna M. Humnicky

Wed 12/5/2018 1:57 PM

To:Lara T. Carlton <lcarlton@smallherrin.com>;

1 attachments (6 KB)

B_P918584061890552.PDF;

**See below. This might be a duplicate.**

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: USBankruptcyCourts@noticingcenter.com
Date: 12/5/18 1:51 PM (GMT-05:00)
To: "Anna M. Humnicky" <ahumnicky@smallherrin.com>
Subject: U.S. Bankruptcy Court, Northern District of Georgia - Undeliverable Notice, In re: American Underwriting Services, LLC, Case Number: 18-58406, sms, Ref: [p-128613161]

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

December 6, 2018

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: American Underwriting Services, LLC, Case Number 18-58406, sms

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW**

**Atlanta, GA 30303**

Undeliverable Address:
Bylsma-Nederveld Agency, Inc.
3001 Fuller, N.E.
Grand Rapids, MI 49505

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 4808 BROADMOOR AVE SE, GRAND RAPIDS MI 49512-5306 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

4808 Broadmoor Ave, Grand Rapids, MI 49512

Undeliverable Address:
Hancock & Associates, Inc
8200 Kingston Pike Suite 21

Knoxville, TN 37919

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 7237 OAK RIDGE HWY, KNOXVILLE TN 37931-2614 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

7237 Oak Ridge Hwy., Knoxville, TN 37931

Undeliverable Address:
Holmes Murphy & Associates
PO BOX 2429

Cedar Rapids, IA 52406-2429

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

201 First Street, SE, Suite 700, Cedar Rapids, IA 52401

Undeliverable Address:
James Miller Insurance Agency
1801 Eastchase Parkway Suite 109

Fort Worth, TX 76120

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 6333 E MOCKINGBIRD LN STE 254A, DALLAS TX 75214-2343 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

6333 E. Mockingbird Lane, Ste. 254A, Dallas, TX 75214

---

Undeliverable Address:
Love Insurance Agency
34920 Ridge Road

Willoughby, OH 44094

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

373 Center Street, Suite A, Chardon, OH 44024

---

Undeliverable Address:
MGA Insurers, Inc
2225 Enterprise Drive Suite 2513

Westchester, IL 60154

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

207 S. Villa Ave, Villa Park, IL 60181

---

Undeliverable Address:
MJ Insurance
9225 Priority Way West Drive

Indianapolis, TN 46240

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 50435, INDIANAPOLIS IN 46250-0418 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

4745 Haven Point Blvd., Indianapolis, IN 46280

Undeliverable Address:
RIS Insurance Services
841 N Central Ave Ste C232

Kent, WA 98032

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

901 24th Street, Anacortes, WA 98221

Undeliverable Address:
Rodriguez Insurance Agency
13111 North Central Expressway Ste 8001

Dallas, TX 75243

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

901 Waterfall Way, Suite 301, Richardson, TX 75080

_Anna M. Hummel_
Signature of Debtor or Debtor's Attorney

12/18/18
Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.