PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: American Underwriting Services LLC

Case No.: 18-58406-sms    Chapter: 7

**Change of Address for**:
Debtor ☐    Creditor ☐    Attorney for Debtor ☑    Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐    Payments ONLY ☐    Notices and Payments ☐

EFFECTIVE DATE OF CHANGE:    12/15/2018

Name:    Warrington Network Consultants, LLC

Prior Address:    2900 Delk Rd
Ste 700, PMB 252
Marietta GA 30067

****************************************************************

New Address:    1205 Johnson Ferry Rd.
Ste 136-318
Marietta, GA 30068

Change of Address Was Furnished By:    Debtor ☐    Creditor ☑    Attorney ☐

Date: 12/18/2018    Signature of Filer: [signature]
Telephone Number: 770.578.5159

### IF FILED BY ATTORNEY

Attorney Name:

Bar ID:
Address:

Revised August 2012