

**IT IS ORDERED as set forth below:**

**Date: August 26, 2019**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **AMERICAN UNDERWRITING** | § | **Case No. 18-58406-SMS** |
| **SERVICES, LLC,** | § | |
| | § | |
| **Debtor.** | § | |

**ORDER SUSTAINING OBJECTION BY TRUSTEE TO THE ADMINISTRATIVE**
**EXPENSE CLAIM ASSERTED BY RISK PLACEMENT SERVICES, INC.**

On July 2, 2019, S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy

estate (the "**Estate**") of American Underwriting Services, LLC, Debtor (the "**Debtor**") in the

above captioned case (the "**Bankruptcy Case**"), filed an _Objection by Trustee to the_

_Administrative Expense Claim Asserted by Risk Placement Services, Inc._ (Doc. No. 201, the

"**Objection**"). The Objection seeks the entry of an Order disallowing the _Request for Allowance_

_and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503_ [Doc. No. 185] (the

"**RPS Claim**") submitted by Risk Placement Services, Inc. ("**RPS**") and/or reclassifying the RPS

Claim as a general, unsecured, non-priority claim in the form of Claim No. 10 filed by RPS and

finding that RPS is only entitled to receive a distribution on the RPS Claim as a general,

unsecured, non-priority claim in the form of Claim No. 10 filed by RPS.[1]

No response to the Objection was filed and no creditor or party in interest appeared at the

Hearing to oppose the relief requested in the Objection.

Having reviewed and considered the Objection and all other matters of records, including

the lack of objection thereto, after due deliberation thereon and finding that good cause exists for

the entry of this Order and that no further notice or opportunity for hearing is required, for good

cause shown, it is hereby ORDERED that:

1.      The Objection is SUSTAINED and GRANTED;

2.      The RPS Claim is disallowed as an administrative expense and reclassified as a

general, unsecured, non-priority claim in the form of Claim No. 10 filed by RPS;

3.      RPS is only entitled to receive a distribution on the RPS Claim as a general,

unsecured, non-priority claim in the form of Claim No. 10;

4.      The Trustee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order; and

---

[1] Capitalized, but undefined terms used herein shall have the meaning ascribed to such terms in
the Objection.

5.      The Court shall retain jurisdiction over the interpretation or the implementation
of this Order.

***END OF ORDER***

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC


By:     */s/ Henry F. Sewell, Jr.*
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com
        COUNSEL FOR THE CHAPTER 7 TRUSTEE

**Identification of parties to be served:**

Lindsay P.S. Kolba, Esq.
Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Risk Placement Services, Inc.
Attn: Ms. Marla McCord
2400 Lakeview Parkway, Suite 675
Alpharetta, GA 30009

Henry F. Sewell, Jr.
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305