

**IT IS ORDERED as set forth below:**

**Date: October 1, 2019**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| AMERICAN UNDERWRITING SERVICES, LLC, | ) ) ) | Case No. 18-58406-SMS |
| | ) | |
| Debtor. | ) | |

### CONSENT ORDER CLARIFYING RECIPIENT OF PAYMENT WITHOUT ALTERING THE TOTAL AMOUNT TO BE DISBURSED BY THE ESTATE

This matter came before the Court upon the *Consent Motion for Entry of Consent Order Clarifying Recipient of Payment* [Docket. No. 212] (the "Consent Motion") that was filed by S. Gregory Hays, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of American Underwriting Services, LLC, Debtor (the "Debtor") in the above captioned case (the "Bankruptcy Case") upon the request of White Oak/Faraday (as defined below), creditors and parties in interest, to clarify the recipient of the payment to White Oak/Faraday pursuant to an Order entered by this Court on December 20, 2018 [Docket. No. 168] (the "Disbursement Order"), as modified by the *Consent Order Authorizing Reallocation of Funds to be Disbursed Without Altering the Total Amount to be*

*Disbursed by the Estate* [Docket. No. 193] (the "Prior Consent Order"), without altering the total amount of funds to be disbursed by the Estate. Upon the Trustee and the White Oak/Faraday having consented to the entry of this Order as evidenced by the signatures of their counsel of record, this Court having, after due deliberation and consideration of the Consent Motion and the record in this Bankruptcy Case, determined that no further notice or opportunity for hearing is required, and that granting the relief contained herein is in the best interests of the Debtor, the Estate, and other parties in interest in the Bankruptcy Case, it is hereby FOUND and DETERMINED that:

1. Tyser & Co. Ltd (now known as Integro Insurance Brokers Limited), Certain Underwriters at Lloyd's and International Insurance Company of Hannover SE UK Branch (collectively, "White Oak/Faraday"), and Brit UW Limited ("Brit") (collectively, the "Parties") are designated recipients of certain premiums in the total amount of $150,865.12 (the "Premiums") that were collected by the Trustee.

2. In accordance with a request of White Oak/Faraday to the Trustee, the Premiums have not yet been distributed to White Oak/Faraday in accordance with the Disbursement Order.

3. After the Court entered the Prior Consent Order to modify the allocation of the Premiums to be disbursed pursuant to the Disbursement Order, White Oak/Faraday requested that the Trustee issue the payment in the amount of $123,394.58 payable to "Integro Insurance Brokers Limited", White Oak/Faraday's Lloyd's (London) broker, rather than to White Oak/Faraday itself.

4. Given the record keeping obligations of the Trustee with regard to recipients of payments, the Trustee supports the clarification requested by White Oak/Faraday and submits that good cause exists for the modification of the Disbursement Order to clarify the recipient of

certain Premiums to be disbursed pursuant to the Disbursement Order without altering the total amount to be disbursed by the Estate.

Now therefore, based upon consent of the parties, it is hereby ORDERED that

1. The Disbursement Order is modified to alter the allocation of funds to be disbursed pursuant to the Disbursement Order without altering the total amount to be disbursed by the Estate such that the Trustee is now directed to disburse the balance of the Premiums that are the subject of the Disbursement Order by paying: a) the amount of $123,394.58 to "Integro Insurance Brokers Limited" rather than White Oak/Faraday itself; and b) the amount of $27,470.34 to Brit. This modification does not alter the amount to be paid to Brit or the total amount to be paid under the Disbursement Order.

2. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

***END OF ORDER***

Prepared, Agreed to and Consented to by:

| DYKEMA GOSSETT PLLC | LAW OFFICES OF HENRY F. SEWELL, JR., LLC |
|---|---|
| */s/ Jonathan E. Aberman* (with express permission)<br>Jonathan E. Aberman<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive, Suite 2000<br>Chicago, Illinois 60606<br>Telephone: (312) 627-2515<br>JAberman@dykema.com<br>*Attorneys for Certain Underwriters at Lloyd's and International Insurance Company of Hannover SE UK Branch* | */s/ Henry F. Sewell, Jr.*<br>Henry F. Sewell, Jr.<br>Georgia Bar No. 636265<br>Buckhead Center<br>2964 Peachtree Road NW, Suite 555<br>Atlanta, Georgia 30305<br>Telephone: (404) 926-0053<br>hsewell@sewellfirm.com<br>*Counsel for the Chapter 7 Trustee* |

**No Opposition:**

Nancy J. Gargula
United States Trustee
Region 21

By: */s/ Lindsay P.S. Kolba*      (with express permission)
Lindsay P.S. Kolba
Trial Attorney
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437, ext. 152
Lindsay.p.kolba@usdoj.gov

## DISTRIBUTION LIST

Gus H. Small, Esq.
Benjamin S. Klehr, Esq.
Small Herrin LLP
Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, GA  30330

Gary W. Marsh, Esq.
Dentons US LLP
303 Peachtree St., N.E, Suite 5300
Atlanta, GA  30308

Lindsay P.S. Kolba, U.S. Trustee
United States Department Of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., SW.
Atlanta, GA 30303

Henry F. Sewell, Jr., Esq.
Law Offices of Henry F. Sewell, Jr., LLC
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Jonathan E. Aberman
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2000
Chicago, Illinois 60606

J. Ronald Jones, Jr.
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P. O. Box 486
Charleston, South Carolina 29402

Simon Palmer, Head of Compliance
Tyser & Co. Ltd./Integro Group
Beaufort House
15 St Botolph St.
London, EC3A 7EE

4