# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-1

| Case No.: | 18-58406-SMS | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | AMERICAN UNDERWRITING SERVICES, LLC | Date Filed (f) or Converted (c): | 07/27/2018 (c) |
| | | § 341(a) Meeting Date: | 06/27/2018 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 11/13/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand<br>Administered during Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Bank of North Georgia, a division of Synovus, xxxxxx4718<br>Administered during Chapter 11 case. | 250,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Bank of North Georgia, a Division of Synovus, xxxxxx5668<br>Administered during Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account at Bank of North Georgia, a Division of Synovus, xxxxxx5650<br>Administered during Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Undeposited checks<br>Administered during Chapter 11 case. | 100,000.00 | 0.00 | | 0.00 | FA |
| 6 | Lease depoist, Roberts Blvd., LLC<br>Trustee vacated location. Any deposit was offset against unpaid rent. | 12,000.00 | 0.00 | | 0.00 | FA |
| 7 | A/R 90 days old or less. Face amount = $1086389.56. Doubtful/Uncollectible accounts = $0.<br>The majority of accounts receivable was administered during Chapter 11 case. | 1,086,389.56 | 40,000.00 | | 37,991.61 | FA |
| 8 | A/R Over 90 days old. Face amount = $0.Doubtful/Uncollectible accounts = $0. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 5 office furniture sets (desk & credenza), 9 work stations, 13 office chairs, 16 desk chairs, 15 file cabinets, 1 sofa, 1 coffee table, 1 side table, 1 glass top stand up desk, 1 computer hutch, 2 conference tables. Valuation Method: Fair Market Value<br>Abandoned per notice, Dkt # 110. | 7,000.00 | 7,000.00 | OA | 0.00 | FA |
| 10 | 9 computers, 20 monitors<br>Computers are being stored by Trustee. No significant value. | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | Leasehold Interest: 1255 Roberts Blvd, Ste 102 Kennesaw GA<br>Personal property was abandoned per notice, Dkt # 110. Trustee vacated space. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | www.americanunderwritingservices.com | Unknown | 0.00 | | 0.00 | FA |
| 13 | Refunds - Bond, Benefits, retainers and Insurance (u) | 1,000.00 | 1,000.00 | | 4,216.73 | FA |
| 14 | EastWest Bank Account # 0724 (u) | 90,905.50 | 90,905.50 | | 90,905.50 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 18-58406-SMS  
**Case Name:** AMERICAN UNDERWRITING SERVICES, LLC  
**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 07/27/2018 (c)  
**§ 341(a) Meeting Date:** 06/27/2018  
**Claims Bar Date:** 11/13/2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | EastWest Bank Account # 0738 (u) | 448,696.42 | 448,696.42 | | 448,696.42 | FA |
| 16 | EastWest Bank Account # 0864 (u) | 65,922.00 | 65,922.00 | | 65,922.00 | FA |
| 17 | Funds Garnished by Prosight  See Adversary # 18-05106. Partially settled per Order, Dkt # 173. | 225,508.99 | 225,508.99 | | 225,507.99 | FA |
| 18 | Adversary 19-05202. Claims against Russell Wiley (u)  Adversary is open but no recovery anticipated. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | Adversary 19-05202 - Claims against Neil Wiley (u)  Adversary is still pending. Resolution amount cannot be determined at this time. | 1.00 | 1.00 | | 0.00 | 1.00 |
| 20 | Adversary 19-05202. Claims against Wiley Group, Inc., TW3 Transportation, LLC, TW3 Logistics LLC, Transport South Insurance Agency, LLC (u)  Default judgment entered on 9/30/19 against The Wiley Group, Inc., Transport South Insurance Agency, LLC, TW3 Logistics LLC, TW3 Transportation, LLC. No recovery expected. | 0.00 | 0.00 | | 0.00 | FA |
| **20** | **Assets Totals** (Excluding unknown values) | **$2,290,423.47** | **$879,033.91** | | **$873,240.25** | **$1.00** |

**Major Activities Affecting Case Closing:**

The Trustee filed Adversary case 19-05202. Complaint against Neil Wiley, James Russell Wiley, Wiley Group, Inc., TW3 Transportation, LLC, TW3 Logistics LLC, Transport South Insurance Agency, LLC on 5/1/19 seeking to recovery avoidable transfers. Adversary should be resolved in the next months.  Upon resolution of adversary, Trustee will submit his TFR.

**Initial Projected Date Of Final Report (TFR):**   12/31/2020

**Current Projected Date Of Final Report (TFR):**   12/31/2020

07/30/2020  
Date

/s/S. Gregory Hays  
S. Gregory Hays

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-58406-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | AMERICAN UNDERWRITING SERVICES, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6565 | Account #: | ******0724 AUS DIP-0724 |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/27/18 | {14} | Opening Chapter 7 Balance | Funds Turned Over from Ch 11 Trustee | 1290-010 | 90,905.50 | | 90,905.50 |
| 07/30/18 | 1017 | Humana Emp Health Plan | Invoice # 666484647. Paid per Order, Dkt # 145. | 2690-000 | | 3,671.42 | 87,234.08 |
| 07/30/18 | 1018 | Taylor Cline | Employee Expense Reimbursement. Paid per Order, Dkt # 145. | 2690-000 | | 28.80 | 87,205.28 |
| 07/30/18 | 1019 | Stephen Uhler | Employee Expense Reimbursement. Paid per Order, Dkt # 145. | 2690-000 | | 67.23 | 87,138.05 |
| 07/30/18 | | Corporate Payroll Services | Payroll fee - P/E 7/30/18. Paid per Order, Dkt # 145. | 2690-000 | | 60.20 | 87,077.85 |
| 07/30/18 | | Corporate Payroll Services | Payroll taxes - P/E 7/30/18. Paid per Order, Dkt # 145. | 2690-720 | | 4,351.92 | 82,725.93 |
| 07/30/18 | | Corporate Payroll Services | Wages - Direct Deposit Employees - P/E 7/30/18. Paid per Order, Dkt # 145. | 2690-720 | | 11,157.88 | 71,568.05 |
| 08/01/18 | 1020 | WNC LLC | Data Services. Paid per Order, Dkt # 145. | 2690-000 | | 772.60 | 70,795.45 |
| 08/17/18 | | East West Bank | ANALYSIS ACTIVITY FOR 07/18. Paid per Order, Dkt # 145. | 2690-000 | | 127.65 | 70,667.80 |
| 08/20/18 | | US Premium Finan | Payment 180820 206884402 - E&O Policy Premium - Paid per Order, Dkt # 139. | 2420-750 | | 2,707.34 | 67,960.46 |
| 08/28/18 | | American Underwriting Services | Transfer to RABO Acct # ******6600 | 9999-000 | | 67,460.46 | 500.00 |
| 09/18/18 | | East West Bank | ANALYSIS ACTIVITY FOR 08/18. Paid per Order, Dkt # 145. | 2600-000 | | 34.52 | 465.48 |
| 09/28/18 | | Corporate Payroll Services | Payroll Fees - Quarterly Filing. Paid per Order, Dkt # 145. | 2690-000 | | 32.60 | 432.88 |
| 10/16/18 | | East West Bank | ANALYSIS ACTIVITY FOR 09/18. Paid per Order, Dkt # 145. | 2600-000 | | 133.30 | 299.58 |
| 11/20/18 | | East West Bank | ANALYSIS ACTIVITY FOR 10/18. Paid per Order, Dkt # 145. | 2600-000 | | 131.42 | 168.16 |
| 12/18/18 | | East West Bank | ANALYSIS ACTIVITY FOR 11/18. Paid per Order, Dkt # 145. | 2600-000 | | 131.48 | 36.68 |
| 12/31/18 | | Corporate Payroll Services | Payroll Fees - Quarterly Filing. Paid per Order, Dkt # 145. | 2690-000 | | 145.00 | -108.32 |
| 01/02/19 | | American Underwriting Services | Transfer from AUS - EastWest Acct #0738 | 9999-000 | 200.00 | | 91.68 |
| 01/02/19 | | East West Bank | Overdraft Fee. Paid per Order, Dkt # 145. | 2600-000 | | 30.00 | 61.68 |
| 01/08/19 | | American Underwriting Services | Transfer to RABO Acct # 5022566600 | 9999-000 | | 61.68 | 0.00 |
| | | **COLUMN TOTALS** | | | 91,105.50 | 91,105.50 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 200.00 | 67,522.14 | |
| | | **Subtotal** | | | 90,905.50 | 23,583.36 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$90,905.50** | **$23,583.36** | |

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 18-58406-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | AMERICAN UNDERWRITING SERVICES, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6565 | Account #: | ******0738 AUS DIP-0738 |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/27/18 | {15} | Opening Chapter 7 Balance | Funds Turned Over from Ch 11 Trustee | 1290-010 | 448,696.42 |  | 448,696.42 |
| 07/31/18 | {7} | Customer Deposits | Various Customer - Insurance Premiums | 1121-000 | 9,747.62 |  | 458,444.04 |
| 07/31/18 | {7} | Dewey Young | Insurance Premiums (Deposit Reversed 8/3/18) | 1121-000 | 90,869.92 |  | 549,313.96 |
| 08/01/18 | {7} | HUB INTERNATIONAL LIMITED | Insurance Premium Collections | 1121-000 | 22,001.37 |  | 571,315.33 |
| 08/03/18 | {7} | Dewey Young | Reverse Deposit from 8/1/18 | 1121-000 | -90,869.92 |  | 480,445.41 |
| 08/08/18 | {7} | US Premium Finance | Insurance Premium Collection | 1121-000 | 2,304.03 |  | 482,749.44 |
| 08/28/18 |  | American Underwriting Services | Transfer to RABO Acct # xxxxxx6600 | 9999-000 |  | 482,249.44 | 500.00 |
| 09/20/18 | {7} | Top Premium Finance | Insurance Premium Collection | 1121-000 | 2,371.00 |  | 2,871.00 |
| 01/02/19 |  | American Underwriting Services | Transfer to AUS - EastWest Acct #0724 | 9999-000 |  | 200.00 | 2,671.00 |
| 01/08/19 |  | American Underwriting Services | Transfer to RABO Acct # xxxxx6600 | 9999-000 |  | 2,671.00 | 0.00 |
|  |  |  | COLUMN TOTALS |  | 485,120.44 | 485,120.44 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 485,120.44 |  |
|  |  |  | Subtotal |  | 485,120.44 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $485,120.44 | $0.00 |  |

{ } Asset Reference(s)                                                                                                   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 18-58406-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | AMERICAN UNDERWRITING SERVICES, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6565 | Account #: | ******0864 AUS Opr - Comm |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/01/18 | {16} | Opening Chapter 7 Balance | Funds Turned Over from Ch 11 Trustee | 1290-010 | 65,922.00 |  | 65,922.00 |
| 08/28/18 |  | American Underwriting Services | Transfer to RABO Acct # xxxxxx6600 | 9999-000 |  | 65,422.00 | 500.00 |
| 01/08/19 |  | American Underwriting Services | Transfer to RABO Acct # xxxxx6600 | 9999-000 |  | 500.00 | 0.00 |

|  | COLUMN TOTALS | 65,922.00 | 65,922.00 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 0.00 | 65,922.00 |  |
| Subtotal |  | 65,922.00 | 0.00 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | NET Receipts / Disbursements | $65,922.00 | $0.00 |  |

{ } Asset Reference(s)                                           ! - transaction has not been cleared

Case 18-58406-sms    Doc 222    Filed 07/30/20    Entered 07/30/20 18:31:35    Desc
Page 6 of 11

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 18-58406-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | AMERICAN UNDERWRITING SERVICES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6565 | Account #: | ******6600 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/18 | | American Underwriting Services | Transfer from Account # 0724 at East West Bank | 9999-000 | 67,460.46 | | 67,460.46 |
| 08/29/18 | | American Underwriting Services | Transfer from Account # 0864 at East West Bank | 9999-000 | 65,422.00 | | 132,882.46 |
| 08/29/18 | | American Underwriting Services | Transfer from Account # 0738 at East West Bank | 9999-000 | 482,249.44 | | 615,131.90 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.49 | 615,102.41 |
| 09/05/18 | {13} | Supportive Insurance Services LLC | Refund of Retainer | 1229-000 | 1,000.00 | | 616,102.41 |
| 09/11/18 | 101 | Guardian | Group # 521172. Paid per order dated 9/27/18, docket # 145. | 2690-000 | | 669.22 | 615,433.19 |
| 09/13/18 | {13} | WageWorks | Reimbursement of cobra insurance premiums (Angela Wiley). See adjustment on 9/20/18. | 1229-000 | 534.20 | | 615,967.39 |
| 09/13/18 | 102 | U.S. Premium Finance | Errors and omissions tail policy. Paid per Order, Dkt # 151. | 2420-750 | | 2,707.34 | 613,260.05 |
| 09/18/18 | {13} | WageWorks, inc | August 2018 Premium Reimbursement/refund | 1229-000 | 1,100.71 | | 614,360.76 |
| 09/20/18 | 103 | Stephen Uhler | Constant Contact payment reimbursement for announcement to agents and carriers. Paid per order, docket # 145. | 2690-000 | | 45.00 | 614,315.76 |
| 09/20/18 | 104 | Warrington Network Consultants | Data hosting and services. Invoice #CW 5513 ($648.75) and invoice #MSP-5514 ($117.40). Paid per order, dkt # 145. | 2690-000 | | 766.15 | 613,549.61 |
| 09/20/18 | {13} | WageWorks, Inc | Deposit Adjustment. Amount recorded as $534.20 instead of actual of $534.02. See deposited dated 9/13/18. | 1229-000 | -0.18 | | 613,549.43 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 471.96 | 613,077.47 |
| 09/30/18 | | WageWorks, Inc | Adjustment. Transaction added in Error during reconciliation process and later reversed. Deposit Adjustment. Amount recorded as $534.20 instead of actual of $534.02. See deposit dated 9/13/18. | 1229-000 | 534.20 | | 613,611.67 |
| 09/30/18 | | WageWorks, Inc | Adjustment. Transaction added in Error during reconciliation process and later reversed. Deposit Adjustment. Amount recorded as $534.20 instead of actual of $534.02. See deposit dated 9/13/18. | 1229-002 | -534.20 | | 613,077.47 |
| 10/03/18 | 105 | WNC LLC | Data hosting and IT services. Invoice #CW 5629 ($67.50) and invoice #MSP-5623 ($117.40). Paid per order, dkt # 145 | 2690-000 | | 184.90 | 612,892.57 |
| 10/03/18 | 106 | Hays Financial Consulting, LLC | Reimbursement of email hosting charged by Intermedia paid by Hays Financial. Paid per order, dkt # 145. | 2690-000 | | 1,534.22 | 611,358.35 |
| 10/15/18 | 107 | U.S. E&O Brokers | Errors and omissions tail policy . Paid per Order, Dkt # 151. | 2420-750 | | 37,700.00 | 573,658.35 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 540.69 | 573,117.66 |

Page Subtotals:    $617,766.63    $44,648.97

{ } Asset Reference(s)    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 18-58406-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | AMERICAN UNDERWRITING SERVICES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6565 | Account #: | ******6600 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/06/18 | 108 | Hays Financial Consulting, LLC | Reimbursement of email hosting charged by Intermedia paid by Hays Financial. Paid per order, dkt # 145. | 2690-000 | | 770.43 | 572,347.23 |
| 11/06/18 | 109 | Michelle Madison | 14 Hrs @ $50/hr. Thru 11/5/18. Consulting work for research and compilation of data. Paid per order, dkt # 145. | 2690-000 | | 700.00 | 571,647.23 |
| 11/06/18 | 110 | WNC LLC | Data hosting and IT services. Invoice CW 5720 ($502.35) and invoice MSP-5689 ($117.40). Paid per order, Dkt # 145. | 2690-000 | | 619.75 | 571,027.48 |
| 11/28/18 | 111 | NRAI, Inc. | Registered Agent fee. invoice Number ********72-00. Paid per order, Dkt # 145. | 2690-000 | | 48.00 | 570,979.48 |
| 11/28/18 | 112 | WNC LLC | Data hosting and IT services, Docket # 145. Invoice # MSP-5752. Paid per Order, dkt # 145. | 2690-000 | | 117.40 | 570,862.08 |
| 12/10/18 | 113 | Michelle Madison | 5 Hrs @ $50/hr. Thru 12/5/18 . Consulting work for research and compilation of data. Paid per order, dkt # 145. | 2690-000 | | 250.00 | 570,612.08 |
| 12/10/18 | 114 | WNC LLC | Data hosting and IT services. Invoice # CW5782. Paid per Order, Dkt # 145. | 2690-000 | | 705.79 | 569,906.29 |
| 12/10/18 | 115 | Hays Financial Consulting, LLC | Reimbursement of email hosting charged by Intermedia paid by Hays Financial. Paid per order, dkt # 145. | 2690-000 | | 768.24 | 569,138.05 |
| 12/18/18 | {13} | Global Surety, LLC | Ch 11 Bond # 016215806 Refund | 1229-000 | 1,582.00 | | 570,720.05 |
| 01/09/19 | | American Underwriting Services (East West Bank) | Transfer from Closed DIP Accounts at East West Bank | 9999-000 | 3,232.68 | | 573,952.73 |
| 01/28/19 | 116 | US Premium Finance | Return of Funds Erroneously paid to Trustee. Paid per Order, Dkt # 168. | 8500-002 | | 46,369.90 | 527,582.83 |
| 01/28/19 | 117 | AIG | Payment of Chapter 11 Premiums. Paid per Order, Dkt # 168. | 6990-000 | | 55,442.98 | 472,139.85 |
| 02/05/19 | 118 | American Millennium Insurance Company | Payment of Chapter 11 Premiums. Paid per Order, Dkt # 168. | 6990-000 | | 58,091.52 | 414,048.33 |
| 02/05/19 | 119 | American Southern Insurance Company | Payment of Chapter 11 Premiums. Paid per Order, Dkt # 168. | 6990-000 | | 51,727.49 | 362,320.84 |
| 02/05/19 | 120 | Capital Insurance Brokers | Over payment of Check # 2732. Payment of Chapter 11 Premiums. Paid per Order, Dkt # 168. | 6990-000 | | 150.00 | 362,170.84 |
| 02/25/19 | {17} | The State Court of Gwinnett County | Pro Sight Garnished Funds released to Trustee per settlement and Order, Dkt. # 173. | 1141-000 | 225,507.99 | | 587,678.83 |
| 03/27/19 | 121 | WNC LLC | Invoices MSP-5828, MSP-5894,CW-5918,MSP-5963,MSP-6034.IT services January 2019 - March 2019. Paid per Order, Docket # 188. | 2690-000 | | 570.85 | 587,107.98 |
| 03/27/19 | 122 | Hays Financial Consulting, LLC | Reimbursement of Jan and Feb 2019 Debtor Email Hosting charges at Intermedia. Paid per docket # 188. | 2690-000 | | 1,535.36 | 585,572.62 |
| 03/27/19 | 123 | Corporate Payroll Services | Customer ID: AMUNDE. Paid per Order, Docket # 188. | 2690-000 | | 849.00 | 584,723.62 |
| 04/17/19 | 124 | American Inter-Fidelity Exchange | Payment of Chapter 11 Premiums. Paid per Order, Dkt # 168. | 6990-000 | | 75,178.37 | 509,545.25 |

Page Subtotals:    $230,322.67    $293,895.08

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 18-58406-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | AMERICAN UNDERWRITING SERVICES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6565 | Account #: | ******6600 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/22/19 | 125 | ACE Westchester Specialty Group | Payment of Chapter 11 Premiums. Paid per Order, Dkt # 168. | 6990-000 | | 1,203.62 | 508,341.63 |
| 05/16/19 | 126 | Brit UW Limited | Premium payments approved for payment per Order, Dkt # 193. Stopped on 08/26/2019 | 6950-000 | | 27,470.34 | 480,871.29 |
| 05/17/19 | 127 | Integro Insurance Brokers Limited | Payment of Premiums per Order, Dkt # 193. - PAYMENT STOPPED. REPLACEMENT ORDER TO CORRECT PAYEE TO BE PREPARED. Stopped on 08/19/2019 | 6950-000 | | 123,394.58 | 357,476.71 |
| 08/19/19 | 127 | Integro Insurance Brokers Limited | Payment of Premiums per Order, Dkt # 193. - PAYMENT STOPPED. REPLACEMENT ORDER TO CORRECT PAYEE TO BE PREPARED. Stopped: check issued on 05/17/2019 | 6950-000 | | -123,394.58 | 480,871.29 |
| 08/26/19 | 126 | Brit UW Limited | Premium payments approved for payment per Order, Dkt # 193. Stopped: check issued on 05/16/2019 | 6950-000 | | -27,470.34 | 508,341.63 |
| 08/29/19 | 128 | Hays Financial Consulting, LLC | Reimbursement of March and April 2019 Debtor Email Hosting charges at Intermedia. Paid per docket # 188. | 2690-000 | | 899.40 | 507,442.23 |
| 08/29/19 | 129 | WNC LLC | Invoices MSP-6114, MSP-6179, MSP-6242, MSP-6298, MSP-6358. IT services Apr 2019 - Aug 2019. Paid per Order, Dkt#188. | 2690-000 | | 587.00 | 506,855.23 |
| 10/03/19 | 130 | Brit UW Limited | Premium payments approved for payment per Order, Dkt # 193 and Dkt # 214. | 6950-000 | | 27,470.34 | 479,384.89 |
| 10/03/19 | 131 | Integro Insurance Brokers Limited | Payment of Premiums per Order, Dkt # 193 and Dkt # 214. | 6950-000 | | 123,394.58 | 355,990.31 |
| 10/03/19 | 132 | WNC LLC | Invoices MSP-6421, CW5984 and CW6196. IT and data hosting services. Paid per Orders, Dkt#188 and Dkt # 216. | 2690-000 | | 258.65 | 355,731.66 |
| 10/18/19 | 133 | Michelle Madison | 4 Hours @ $50/hour. Consulting work for claim payment research. Paid per order dated 10/3/19, docket # 216. | 2690-000 | | 200.00 | 355,531.66 |
| 11/06/19 | 134 | WNC LLC | Invoice MSP-6483. IT and data hosting services. Paid per Order, Dkt#188. Voided on 11/06/2019 | 2690-000 | | 258.65 | 355,273.01 |
| 11/06/19 | 134 | WNC LLC | Invoice MSP-6483. IT and data hosting services. Paid per Order, Dkt#188. Voided: check issued on 11/06/2019 | 2690-000 | | -258.65 | 355,531.66 |
| 11/06/19 | 135 | WNC LLC | Invoice MSP-6483. IT and data hosting services. Paid per Order, Dkt#188. | 2690-000 | | 117.40 | 355,414.26 |
| 12/02/19 | 136 | WNC LLC | Invoice MSP-6544. IT and data hosting services. Paid per Order, Dkt#188. | 2690-000 | | 117.40 | 355,296.86 |
| 12/04/19 | {7} | Cottingham & Butler | Surplus Lines & Stamping Fees on policies | 1121-000 | 1,567.59 | | 356,864.45 |

Page Subtotals:    $1,567.59    $154,248.39

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-7

| Case No.: | 18-58406-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | AMERICAN UNDERWRITING SERVICES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6565 | Account #: | ******6600 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/16/20 | 137 | WNC LLC | Invoice MSP-6622. IT and data hosting services December 2019. Paid per Order, Dkt#188. | 2690-000 | | 117.40 | 356,747.05 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 356,747.05 | 0.00 |
| | | | **COLUMN TOTALS** | | 849,656.89 | 849,656.89 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 618,364.58 | 356,747.05 | |
| | | | **Subtotal** | | 231,292.31 | 492,909.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$231,292.31** | **$492,909.84** | |

{ } Asset Reference(s)                                                                                                   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-8

| Case No.: | 18-58406-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | AMERICAN UNDERWRITING SERVICES, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6565 | Account #: | ******0022 Demand Deposit Account |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 356,747.05 | | 356,747.05 |
| 02/06/20 | 1000 | Hays Financial Consulting, LLC | Reimbursement of Feb 2020 Debtor Email Hosting charges at Intermedia. Paid per docket # 188. | 2690-000 | | 44.97 | 356,702.08 |
| 02/06/20 | 1001 | WNC LLC | Invoice MSP-6670. Monthly IT and data hosting services. Paid per Order, Dkt#188. | 2690-000 | | 118.00 | 356,584.08 |
| 03/03/20 | 1002 | WNC LLC | Invoice MSP-6737. Monthly IT and data hosting services (Feb 2017). Paid per Order, Dkt#188. | 2690-000 | | 118.00 | 356,466.08 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 284.88 | 356,181.20 |
| 04/02/20 | 1003 | WNC LLC | Invoice MSP-6804. Monthly IT and data hosting services (March 2020). Paid per Order, Dkt#188. | 2690-000 | | 118.00 | 356,063.20 |
| 04/02/20 | 1004 | Hays Financial Consulting, LLC | Reimbursement of March 2020 Debtor Email Hosting charges at Intermedia. Paid per docket # 188. | 2690-000 | | 44.97 | 356,018.23 |
| 04/10/20 | 1005 | Hays Financial Consulting, LLC | Reimbursement of April 2020 Debtor Email Hosting charges at Intermedia. Paid per docket # 188. | 2690-000 | | 44.97 | 355,973.26 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 569.10 | 355,404.16 |
| 05/08/20 | 1006 | WNC LLC | Invoice MSP-6885. Monthly IT and data hosting services (April 2020). Paid per Order, Dkt#188. | 2690-000 | | 118.00 | 355,286.16 |
| 05/08/20 | 1007 | Hays Financial Consulting, LLC | Reimbursement of May 2020 Debtor Email Hosting charges at Intermedia. Paid per docket # 188. | 2690-000 | | 52.95 | 355,233.21 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 548.97 | 354,684.24 |
| 06/04/20 | 1008 | WNC LLC | Invoice MSP-6946. Monthly IT and data hosting services (May 2020). Paid per Order, Dkt#188. | 2690-000 | | 118.00 | 354,566.24 |
| 06/04/20 | 1009 | Hays Financial Consulting, LLC | Reimbursement of June 2020 Debtor Email Hosting charges at Intermedia. Paid per docket # 188. | 2690-000 | | 48.96 | 354,517.28 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 604.53 | 353,912.75 |
| | | | **COLUMN TOTALS** | | 356,747.05 | 2,834.30 | $353,912.75 |
| | | | Less: Bank Transfers/CDs | | 356,747.05 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,834.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,834.30** | |

{ } Asset Reference(s)  
! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-9

| | |
|---|---|
| **Case No.:** | 18-58406-SMS |
| **Case Name:** | AMERICAN UNDERWRITING SERVICES, LLC |
| **Taxpayer ID #:** | **-***6565 |
| **For Period Ending:** | 06/30/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0022 Demand Deposit Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $873,240.25 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $46,369.90 |
| Net Estate: | $826,870.35 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0724 AUS DIP-0724 | $90,905.50 | $23,583.36 | $0.00 |
| ******0738 AUS DIP-0738 | $485,120.44 | $0.00 | $0.00 |
| ******0864 AUS Opr - Comm | $65,922.00 | $0.00 | $0.00 |
| ******6600 Checking | $231,292.31 | $492,909.84 | $0.00 |
| ******0022 Demand Deposit Account | $0.00 | $2,834.30 | $353,912.75 |
| | **$873,240.25** | **$519,327.50** | **$353,912.75** |