**IT IS ORDERED as set forth below:**



**Date: November 5, 2020**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 7 |
| AMERICAN UNDERWRITING SERVICES, LLC, | § § § § | Case No. 18-58406-SMS |
| Debtor. | § § | |

**CONSENT ORDER RESOLVING REQUEST FOR ALLOWANCE AND**
**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11**
**U.S.C. § 503 THAT WAS FILED BY THE AIG ENTITIES**

This matter came before the Court on the: 1) *Request for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503* [Doc. No. 179] (the "**AIG Claim**") that was filed by Granite State Insurance Company, Illinois National Company, New Hampshire Insurance Company, The Insurance Company of the State of Pennsylvania, and certain other entities related to AIG Property Casualty Inc. (collectively, the "**AIG Entities**"); 2) *Objection by Trustee to the Administrative Expense Claim Asserted by the AIG Entities* (the "**Objection**") [Doc. No. 223] (the "**Objection**") that was filed by S. Gregory Hays, as Chapter 7 Trustee (the

"**Trustee**") for the bankruptcy estate (the "**Estate**") of American Underwriting Services, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Bankruptcy Case**"), to object to the allowance of the AIG Claim as an administrative expense claim; and 3) the *Response to Objection by Trustee to Administrative Expense Claim Filed by AIG Entities* that was filed by the AIG Entities [Doc. No. 225] (the "**AIG Response**"). It appearing that: 1) the Court has jurisdiction over this matter; 2) the AIG Entities and the Trustee have consented to the relief set forth herein as evidenced by the signatures of their counsel below below; 3) no further notice or opportunity for a hearing is necessary; 4) there is no basis to treat a portion of the AIG Claim as an outstanding administrative expense in the Bankruptcy Case; and 5) good and sufficient cause exist for the relief granted herein, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Objection is sustained as set forth herein.

2. The AIG Claim is REDUCED and ALLOWED as a Chapter 11 administrative expense in the Bankruptcy Case in the amount of Forty-Two Thousand and Five Hundred Eighty and 91/100 Dollars ($42,580.91).

3. Other than the allowed chapter 11 administrative expense claim in the amount of Forty-Two Thousand and Five Hundred Eighty and 91/100 Dollars ($42,580.91), the AIG Entities shall have no other claim(s) entitled to receive a distribution as an administrative expense in the Bankruptcy Case or otherwise against the Debtor, the Estate, or the Trustee.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

***END OF ORDER***

**Prepared, Presented, and Consented to by:**

    LAW OFFICES OF HENRY F. SEWELL JR., LLC

    By:    */s/ Henry F. Sewell, Jr.*
            Henry F. Sewell, Jr., Esq.
            Georgia Bar No. 636265

    Buckhead Centre
    2964 Peachtree Road NW, Suite 555
    Atlanta, GA 30305
    (404) 926-0053
    hsewell@sewellfirm.com

    *Counsel for the Chapter 7 Trustee*

**Agreed and Consented to by:**

    NELSON MULLINS RILEY & SCARBOROUGH LLP

    By:    */s/ Gregory M. Taube*
            Gregory M. Taube
            Georgia Bar No. 699166

    *Attorneys for Granite State Insurance Company, Illinois National Company, New Hampshire Insurance Company, The Insurance Company of the State of Pennsylvania, and certain other entities related to AIG Property Casualty Inc.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

**Identification of parties to be served:**

Office of the U.S. Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Gregory M. Taube, Esq., NELSON MULLINS RILEY & SCARBOROUGH LLP, 201 17th Street, NW, Suite 1700, Atlanta, Georgia 30363

Henry F. Sewell, Jr., Esq., Law Offices of Henry F. Sewell, Jr., LLC, Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305

American Underwriting Services, LLC, 1255 Roberts Blvd., Suite 102, Kennesaw, GA 30144