UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AMERICAN UNDERWRITING SERVICES, LLC, | : | CASE NO. 18-58406-SMS |
| | : | |
| Debtor. | : | |

### NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE

**PLEASE TAKE** NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the below listed property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate. The Trustee has taken possession of all paper and electronic records, computers, the server, backup drives, media, etc that may contain data.

> **The following Microsoft Exchange mail boxes and content currently being preserved on servers at Intermedia.net, Inc.**
>
> **submissions@insgroup.biz**
> **Mwiley@insgroup.biz**
> **kwood@insgroup.biz**
>
> **Due to technical issues these three email accounts were not downloadable from Intermedia so the Trustee has been paying a monthly fee to preserve the data until no longer required.**

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection

is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

    This 4th day of March, 2021.

                                                */s/ S. Gregory Hays*  
                                                S. Gregory Hays  
Hays Financial Consulting, LLC          Chapter 7 Trustee  
2964 Peachtree Road, NW, Ste 555  
Atlanta, GA 30305  
(404) 926-0060

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 18-58406-sms |
| American Underwriting Services, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: avilesj | Page 1 of 10 |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf556 | Total Noticed: 387 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | American Underwriting Services, LLC, 1255 Roberts Blvd., Suite 102, Kennesaw, GA 30144-7078 |
| aty | | Brantley Starr, Deputy Attorney General for Civil Litiga, Bankruptcy & Collections Division MC 008, P. O. Box 12548, Austin, TX 78711-2548 |
| aty | | Darren L McCarty, Deputy Attorney General for Civil Litig, Bankruptcy & Collections Division MC 008, P. O. Box 12548, Austin, TX 78711-2548 |
| aty | + | Garrett A. Nail, Thompson Hine, LLP, Suite 1600, Two Alliance Center, 3560 Lenox Road, Atlanta, GA 30326-4274 |
| aty | + | J. Ronald Jones, Nexsen Pruit, LLC, 205 King Street, Suite 400 (29401), PO Box 486, Charleston, SC 29402-0486 |
| aty | + | Jay W. Hurst, Office of the Attorney General, 8th Floor, 300 West 15th Street, Austin, TX 78701-1649 |
| aty | | Jeffrey C. Mateer, First Assistant Attorney General, Bankruptcy & Collections Division MC 008, P. O. Box 12548, Austin, TX 78711-2548 |
| aty | | Ken Paxton, Attorney General of Texas, Bankruptcy & Collections Division MC 008, P.O. Box 12548, Austin, TX 78711-2548 |
| aty | | Ronald R. Del Vento, Assistant Attorney General Cheif Bankrup, Bankruptcy & Collections Division MC 008, P. O. Box 12548, Austin, TX 78711-2548 |
| aty | + | Taylor L. Davis, Clyde & Co US LLP, Suite 1720, 271 Seventeenth Street, NW, Atlanta, GA 30363-6202 |
| ust | + | Daniel M. McDermott, United States Trustee, 362 Richard Russell Bldg, 75 Ted Turner Drive, S.W., Atlanta, GA 30303-3315 |
| cr | + | ACE Property and Casualty Insurance Company, c/o Duane Morris LLP, ATTN: Wendy M. Simkulak, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| cr | + | American Inter-Fidelity Exchange, 9223 Broadway, Suite A, Merrillville, IN 46410-6362 |
| cr | + | American Southern Insurance Company, Austin & Sparks, PC, 2974 Lookout Pl NE, Suite 200, Atlanta, GA 30305 UNITED STATES 30305-3272 |
| crcm | + | Illinois Union Insurance Company, c/o Duane Morris LLP, ATTN: Wendy M. Simkulak, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| cr | | Texas Comptroller of Public Accounts, c/o Jason A Starks, Bankruptcy & Collections Division MC 008, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Warrington Network Consultants, LLC, Ste 136-318, 1205 Johnson Ferry Rd., Marietta, GA 30068-5418 |
| cr | + | Westchester Fire Insurance Company, c/o Duane Morris LLP, ATTN: Wendy M. Simkulak, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555149 | + | A to Z Insurance Group, Inc, 5959 S Staples Ste 102, Corpus Christi, TX 78413-3844 |
| 21555150 | | A.I.Credit Corporation, P.O. Box 9045, New York, NY 10087-9045 |
| 21555151 | + | AAA Truck Agency Corp, 25303 IH 45 N The Woodlands, Spring, TX 77380-3534 |
| 21555152 | + | ABCO Premium Finance, PO BOX 141029, Coral Gables, FL 33114-1029 |
| 21951799 | + | ACE American Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952019 | + | ACE Fire Underwriters Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952024 | + | ACE Property and Casualty Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555153 | + | ACE Westchester Specialty Grp, 5505 N. Cumberland Ave., Suite 307, Chicago, IL 60656-4761 |
| 22214594 | + | AFCO Credit Corporation, 5600 North River Road, Rosemont, IL 60018-5187 |
| 21555154 | + | AFS/ Ibex, PO Box 224528, Dallas, TX 75222-4528 |
| 21555155 | + | AIG, 1200 Abernathy Rd Bldg 600, Suite 800, Atlanta, GA 30328-5691 |
| 21555156 | + | AON Risk Services Inc., P O Box 3870, Little Rock, AR 72203-3870 |
| 21555157 | + | ARM Insurance Agency, 4511 Highway 6 N Ste A, Houston, TX 77084-3484 |
| 21555159 | #+ | Acrisure, LLC, 5664 Prairie Creek Drive, SE, Caledonia, MI 49316-8081 |
| 21555160 | + | Adams Trucking Insurance, 145 Stately Oaks Cir., Brunswick, GA 31523-1434 |
| 21555161 | + | Affiance Insurance Agency, PO Box 1306, Buda, TX 78610-1306 |

Case 18-58406-sms    Doc 232    Filed 03/07/21    Entered 03/08/21 01:01:11    Desc
Imaged Certificate of Notice    Page 4 of 12

| District/off: 113E-9 | User: avilesj | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: pdf556 | Total Noticed: 387 |

| | | |
|---|---|---|
| 21555162 | + | All Solutions Insurance Agency, LLC, 22364 Alessandro Blvd, Moreno Valley, CA 92553-8301 |
| 21555163 | + | All-Wheels Insurance Services, 1001 Cypress Creek Road Ste403, Cedar Park, TX 78613-4470 |
| 21555164 | + | Alliant Insurance Services, Inc., 5100 Thompson Terrace Ste A, Colleyville, TX 76034-5868 |
| 21555165 | + | Allnations Insurance Agency, 2537 S Gessner Ste 110, Houston, TX 77063-2026 |
| 21555166 | + | Allsure Insurance, 1722 Prairie Grove Dr, Houston, TX 77077-5020 |
| 21555167 | + | AmeriComp Benefits, Inc., P O BOX 4319, Columbus, GA 31914-0319 |
| 21555168 | | American Inter-Fidelity Exchange, Thompson Hine LLP, c/o Garrett A. Nail, 3560 Lenox Road, Two Alliance Ctr, Ste 1600, Atlanta, GA 30326 |
| 21555169 | | American Internat'l Companies, P.O. Box 30174, New York, NY 10087-0174 |
| 21555170 | + | American Millennium Insurance Company, 1011 Route 22, Suite 102, Bridgewater, NJ 08807-2950 |
| 21555171 | + | American Southern Insurance Companies, 3715 Northside Parkway Building 400, Su, Atlanta, GA 30327-2886 |
| 21842784 | + | American Southern Insurance Company, Morris, Manning & Martin, LLP, c/o Lisa Wolgast, Esq, 3343 Peachtree Rd NE Ste 1600, Atlanta, GA 30326-1044 |
| 21555172 | + | AssuredPartners NL, 840 Crescent Center Drive, Suite 300, Franklin, TN 37067-4633 |
| 21555173 | | Avina's Insurance Services, 1110 Artesia Blvd Ste. A, Cerritos, CA 90703 |
| 21555174 | + | B&D Insurance Services, 12118 Walnut Park Crossing #1317, Austin, TX 78753-6730 |
| 21555175 | + | Bancorp South Insurance Services, Inc., 8315 Cantrell Road Suite 300, Little Rock, AR 72227-2357 |
| 21555176 | | BankDirect Capital Finance, Two Conway Park 150 North Field Drive S, Lake Forest, IL 60045 |
| 21555177 | | BankDirect Capital Finance, LLC, P.O. Box 660448, Dallas, TX 75266-0448 |
| 21952035 | + | Bankers Standard Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555178 | + | Belken Insurance Associates, 8626 Tesoro Drive #310, San Antonio, TX 78217-6217 |
| 21555179 | + | Ben Spurgin Insurance, 2521 Cedar Springs, Dallas, TX 75201-1487 |
| 21953920 | + | Benjamin S. Klehr, Small Herrin, LLP, 2727 Paces Ferry Road, Building 2, Suite 200, Atlanta, GA 30339-4053 |
| 21555180 | + | Biba Insurance Services Inc, 17908 Murphy Parkway, Lathrop, CA 95330-8771 |
| 21555181 | + | Big Rigs Insurance, 14510 Vaughn Rd, Molalla, OR 97038-9445 |
| 21555182 | + | Big Truck Agency, 2517 Fairway Park Drive Suite 202, Houston, TX 77092-7615 |
| 21555183 | + | Bigham Kliewer Chapman & Watts, 2100 Trimmier Road PO Box 996, Killeen, TX 76540-0996 |
| 21555184 | + | Bob White Insurance, PO BOX 73009, Houston, TX 77273-3009 |
| 21953211 | + | Brit UW Limited, J. Ronald Jones, Jr. Esq., Nexsen Pruet, LLC, PO Box 486, Charleston, SC 29402-0486 |
| 21555185 | + | Brower Insurance Agency, LLC, 409 East Monument Ave STE 400, Dayton, OH 45402-1482 |
| 21555186 | | Bylsma-Nederveld Agency, Inc., 4808 Broadmoor Avenue SE, Grand Rapids, MI 49512-5306 |
| 21555187 | + | C. Ferguson Insurance, P.O. Box 1855, Valley Springs, CA 95252-1855 |
| 21555188 | + | C.M. Brown & Associates, Inc., P.O.Box 384, Perryville, MO 63775-0384 |
| 21584713 | + | CIT Bank NA, PO Box 593007, San Antonio, TX 78259-0200 |
| 21555190 | + | CO Brown Agency Inc, 2048 Superior Drive NW, Rochester, MN 55901-5028 |
| 21555191 | + | Cal-Valley Insurance Services Inc, 5070 N. Sixth Street Suite 155, Fresno, CA 93710-7508 |
| 21555192 | + | Canal Indemnity Company, 400 East Stone Ave, Greenville, SC 29601-1618 |
| 21555193 | + | Canal Insurance Company, 400 East Stone Avenue, Greenville, SC 29601-1618 |
| 21555194 | + | Capital Premium Finance, PO Box 1020, Draper, UT 84020-1020 |
| 21555195 | + | Capitol Insurance Brokers, 3820 W.Happy Valley Rd Ste 141, Glendale, AZ 85310-3292 |
| 21555196 | + | Capps Insurance Agency, 1610 Shadywood Lane, Mount Pleasant, TX 75455-5637 |
| 21555197 | #+ | Carrier Service Insurance, P.O. Box 69000C, Miami, FL 33269-0019 |
| 21555198 | + | Cen-Cal Transportation Ins, 2351 Sunset Blvd. Ste #314, Rocklin, CA 95765-4338 |
| 21555199 | + | Centerpoint, 11285 Elkins Road, Bldg E, Roswell , GA 30076-1259 |
| 21555200 | + | Centex Transportation Ins. Svc, 2351 Sunset Blvd. Ste. 314, Rocklin, CA 95765-4338 |
| 21555201 | + | Chrome Truck Agency LLC, 12220 Eruzione Drive, Austin, TX 78748-3079 |
| 21555202 | + | Chubb & Son, Inc., 5505 N Cumberland Ave, Ste 301, Chicago, IL 60656-4762 |
| 21952048 | + | Chubb Custom Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952057 | + | Chubb Indemnity Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952092 | + | Chubb National Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555203 | | Classic Plan Premium Finance, PO Box 5146, Chino, CA 91708-5146 |
| 21555204 | + | Cline Wood Agency, 4300 West 133rd St, Leawood, KS 66209-3307 |
| 21555206 | | Cobb County Tax Commissioner, P.O. Box 100127, Marietta, GA 30061-7027 |
| 21555207 | + | Coldwater Insurance Agency Inc, 613 Austin Street, Levelland, TX 79336-4615 |
| 21555208 | + | Colonial Insurance Services, LLC, Leslie Pineyro, 21 8th Street NE, Atlanta, GA 30309-3909 |
| 21555209 | + | Com-Co Insurance Agency, 3425 Dempster St, Skokie, IL 60076-2441 |
| 21555211 | + | Commercial & Transportation Ins., P.O. Box 361901, Birmingham, AL 35236-1901 |
| 21555212 | + | Commercial Carrier Insurance, 44 Merrimon Avenue, Ashville, NC 28801-2352 |
| 21555214 | + | Commercial Insurance Solutions, P.O. Box 6310, East Brunswick, NJ 08816-6310 |
| 21555215 | + | Commercial Transportation Insurance Services - CTI, 6520 44th Street #300, Sacramento, CA 95823-1266 |
| 21555216 | + | Commerical Carriers, 12641 166th Street, Cerritos, CA 90703-2135 |
| 21555217 | | Commerical Insurance Services, PO DRAWER 26227, Oklahoma City, OK 73126 |
| 21555218 | + | Compass Insurance Agency, PO Box 530350, Birmingham, AL 35253-0350 |

| | | |
|---|---|---|
| 21555219 | + | Cook Insurance Group, 3333 Lee Parkway Suite 600, Dallas, TX 75219-5117 |
| 21555221 | + | Cottingham & Butler, 800 Main Street PO Box 28, Dubuque, IA 52004-0028 |
| 21555220 | | Cottingham & Butler, P.O. Box 28, Dubuque , IA 52004-0028 |
| 21555222 | + | County Wide Insurance, 130 East Stoddard, Dexter, MO 63841-1764 |
| 21555223 | + | Craig C Hansen Insurance Servi, 2103 3rd Street, Eureka, CA 95501-0813 |
| 21555224 | + | Crossroads Insurance Services, 9816 Gilespie St Suite 120, Las Vegas, NV 89183-7603 |
| 21555225 | + | Crum & Forster Insurance Co., 305 Madison Avenue, Morristown, NJ 07960-6100 |
| 21555226 | + | Custom INS Division, 404 E Ramsey Suite 210, San Antonio, TX 78216-4667 |
| 21555227 | + | Cypress Premium Funding, 28202 Cabot Rd., Suite 435, Laguna Niguel, CA 92677-1249 |
| 21555228 | + | D & H Insurance Group, 914 Judson Rd, Longview, TX 75601-5113 |
| 21555229 | + | DMB Truck Insurance LLC, PO Box 6423, McKinney, TX 75071-5111 |
| 21555230 | + | Dakota Street Insurance, PO Box 202, Spring Valley, IL 61362-0202 |
| 21555231 | + | David Baker Insurance, 950 S Fry Road, Katy, TX 77450-3061 |
| 21555232 | | Davis Insurance Agency, PO BOX 152620, Lufkin, TX 75915-2620 |
| 21555233 | | De Lage Landen Financial Svcs, P.O. Box 41601, Philadelphia, PA 19101-1601 |
| 21555234 | | Delaware Secretary of State, Division of Corporations P O Box 5509, Bingham , NY 13902-5509 |
| 21555235 | + | Demoisey Insurance Agency, 258 Plaza Drive, Lexington, KY 40503-1945 |
| 21555236 | | Department of State, P.O. Box 1500, Tallahassee , FL 32302-1500 |
| 21555237 | + | Desert West Insurance Agency Inc, PO Box 640210, El Paso, TX 79904-0210 |
| 21555238 | + | Dickson Insurance, PO BOX 40308, Mesa, AZ 85274-0308 |
| 21555240 | + | Donald LaPenna Associates, PO BOX 1868, Cranford, NJ 07016-5868 |
| 21555241 | | ECBM, 300 Conshohocken Ste 405, West Conshohocken, PA 19428 |
| 21555242 | + | Eagle National Insurance - USA (HQ), 80 SW 8th Street, Suite 2000 Brickell B, Miami, FL 33130-3038 |
| 21555243 | + | Eastern Insurors, LLC, 445 Godwin Avenue, Midland Park, NJ 07432-1978 |
| 21555244 | + | Easy Truck Insurance, 7635 Clement Rd Ste A, Vacaville, CA 95688-9297 |
| 21555245 | + | Ebix, Inc., 3906 Paysphere Circle, Chicago, IL 60674-0001 |
| 21555246 | | Eiyida Solutions, 16W277 83rd Street Ste C, Burr Ridge, IL 60527-7951 |
| 21555247 | + | Elite 4 Truck, 1801 South Excise Ave Ste 115, Ontario, CA 91761-8557 |
| 21555248 | + | Ellington Insurance Inc, 121 S Green St, Swainsboro, GA 30401-3129 |
| 21555249 | + | Elliott Hartman Agency, 611 Ansborough Ave., Waterloo, IA 50701-5841 |
| 21555250 | + | Emery & James Ltd, 300 E. Morris Ave., Hammond, LA 70403-4294 |
| 21555251 | + | Equify Risk Services LLC, 777 Main Street, Suite 3900, Fort Worth, TX 76102-5343 |
| 21952121 | + | Executive Risk Indemnity Inc., c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952126 | + | Executive Risk Specialty Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555252 | | Express Premium Finance Co., PO Box 18836, Oklahoma City, OK 73154-0836 |
| 21555253 | + | FDI Management Group, 275 Cumberland Pkwy Ste 246, Mechanicsburg , PA 17055-5677 |
| 21555254 | | FP Mailing Solutions, 140 N Mitchell Court, ste 200, Addison , IL 60101-5629 |
| 22016626 | + | Farit Logistics LLC, 2910 Pillsbury Ave S. Suite 214, Minneapolis, MN 55408-2298 |
| 21555255 | + | Farris Evans Insurance, 1568 Union Avenue, Memphis, TN 38104-3700 |
| 21555256 | | FedEx, P.O. Box 660481, Dallas, TX 75266-0481 |
| 21952130 | + | Federal Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555257 | + | Fino Services LLC, 6193 Highway Boulevard #205, Katy, TX 77494-1131 |
| 21555258 | + | First Insurance Funding, 450 Skokie Blvd Ste 1000, Northbrook, IL 60062-7917 |
| 21555259 | + | First Niagra Risk Management, 125 Hillvue Lane, Pittsburgh, PA 15237-7317 |
| 21555260 | + | First Services Inc, 215 Estates Dr Ste 1, Roseville, CA 95678-2361 |
| 21555263 | + | Fleet Risk Management, Inc., 2485 Demere Rd., Suite 100, Saint Simons Island, GA 31522-1621 |
| 21555264 | + | FleetSeek, 6190 Powers Ferry Road, Atlanta, GA 30339-2917 |
| 21555265 | + | Florida Commercial Ins Inc, 1401 SW 21st Lane, Boca Raton, FL 33486-6525 |
| 21555266 | + | Florida Department of State, P.O. Box 6327, Tallahassee , FL 32314-6327 |
| 21555267 | + | Florida State Underwriters, 950 S. Winter Park Drive, Suite 310, Casselberry, FL 32707-5460 |
| 21555268 | | Fortenberry Insurance Agency, P.O. Box 2139, Hewitt, TX 76643-2139 |
| 21555269 | + | Frontier Truck Insurance, 6054 Tanana Drive, Carmel, IN 46033-8542 |
| 21555270 | + | Gary W. Marsh, Esq., Dentons US, LLP, 303 Peachtree Street NE, Suite 5300, Atlanta, GA 30308-3265 |
| 21555271 | + | Generazio Associates, Inc., 265 Broad Street, Bloomfield, NJ 07003-2764 |
| 21555272 | | Georgia Department of Insurance, Premium Tax Division P O Box 935134, Hapeville , GA 30354 |
| 21555273 | + | Georgia Department of Labor, P.O. Box 200366, Cartersville , GA 30120-9007 |
| 21555275 | + | Georgia Department of Revenue, Taxpayer Services Division P.O. Box 740, Atlanta, GA 30301-0740 |
| 21555277 | + | Global Associates, 20 Highland Ave, Metuchen, NJ 08840-1949 |
| 21555278 | + | Global Transportation Ins., P.O. Box 5220, Farmington, NM 87499-5220 |
| 21555279 | + | Good's Insurance, 352 E Main St, Ste 200, Leola, PA 17540-1961 |
| 21555280 | + | Goodman-Baker Insurance, 3534 E Sunshine Ste Ste H, Springfield, MO 65809-2815 |
| 21555281 | + | Grace Group, Inc., 17709 Cantrell Road, Little Rock, AR 72223-4684 |

| | | |
|---|---|---|
| 21555282 | + | Great Lakes Insurance Assoc., 3205 Peach Street, Erie, PA 16508-2735 |
| 21952151 | + | Great Northern Insurance Company, /o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555283 | + | HG Companies & Assurance LLC, 508 West Interstate 2, Pharr, TX 78577-6555 |
| 21555284 | | HNI Risk Services, 16085 West Cleveland Ave, New Berlin, WI 53151 |
| 21555285 | + | HNI Truck Group, 1621 Colonial Parkway, Inverness, IL 60067-4732 |
| 21555286 | + | HUB Internat'al Transportation, P.O. Box 1000, Colchester, VT 05446-1000 |
| 21555287 | + | Hadley & Lyden, Inc., P.O. Box 700, Winter Park, FL 32790-0700 |
| 21555288 | | Hancock & Associates, Inc, 7237 Oak Ridge HWY, Knoxville, TN 37931-2614 |
| 21555289 | + | Hanuschak Agency, P.O. Box 7727, Cumberland, RI 02864-0898 |
| 21555290 | + | Hartley Cylke Pacific Insurance, 2747 University Ave, San Diego, CA 92104-2811 |
| 21555291 | + | Hatch Agency, PO BOX 1861, Minnetoka, MN 55345-0861 |
| 21555292 | + | Hawk Agency Inc, 7131 Knoxville Ave, Peoria, IL 61614-2098 |
| 21555293 | + | Haymond Insurance Inc., 200 S. Main, Searcy, AR 72143-6847 |
| 21555294 | + | Hays of Utah Insurance Services, 170 South Main Street Suite 1000, Salt Lake City, UT 84101-1653 |
| 21555295 | + | Heil and Heil Insurance Agency LLC, 1250 E Diehl Rd Ste 104, Naperville, IL 60563-9338 |
| 21555296 | + | Heiser Agency, 133 S Main Street, Morton, IL 61550-2077 |
| 21555297 | + | Heritage Insurance, 920 Lily Creek Rd Suite 201, Louisville, KY 40243-2815 |
| 21555298 | + | Heritage Insurance Service, 920 Lily Creek Rd Suite 201, Louisville, KY 40243-2815 |
| 21555299 | + | Hibbs & Associates, 2362 Three Bars Dr, Snellville , GA 30078-2643 |
| 21555300 | + | Higginbotham, 308 W Parkwood Ave #104B, Friendswood , TX 77546-5478 |
| 21555301 | + | Hinson Building Corporation, 540 48th Street Court East, Bradenton , FL 34208-5508 |
| 21555302 | | Hire Right Solutions, P O Box 847891, Dallas, TX 75284-7891 |
| 21555303 | + | Holmes Murphy & Associates, 201 First Street SE, Suite 700, Cedar Rapids, IA 52401-1424 |
| 21555304 | + | Hub Coburn Insurance, PO BOX 1000, Colchester, VT 05446-1000 |
| 21555305 | + | Hub Flynn, 1643 24th Street West Suite 21, Billings, MT 59102-2677 |
| 21555306 | + | Hub International, PO BOX 17346, Salt Lake City, UT 84117-0346 |
| 21555307 | + | Hub International Texas, 12175 Network Blvd. Suite 100, San Antonio, TX 78249-3432 |
| 21555308 | + | Hub Kaufman, P.O. Box 17346, Salt Lake City, UT 84117-0346 |
| 21555309 | + | Hub Lenhardt Agency, 1643 24th Street W, Ste 211, Billings, MT 59102-2677 |
| 21555310 | + | Hubbard Insurance Agency, Inc, 4574 FM 1960 East, Humble, TX 77346-2418 |
| 21555311 | + | Hughston Insurance Agency, Inc., 46 Cove Circle, Brownsville, TX 78521-2661 |
| 21555312 | + | Hunt & Associates, Inc., 720 North Post Oak Suite 330, Houston, TX 77024-3841 |
| 21555313 | + | IBEX, PO Box 224528, Dallas, TX 75222-4528 |
| 22207717 | + | IMAN Carriers, Inc., 544 8th Ave NE, St. Joseph, MN 56374-8528 |
| 21555314 | + | INSPRO Insurance, P.O. Box 6847, Lincoln, NE 68506-0847 |
| 21555315 | + | IPFS, 30 Montgomery Street, Suite 501, Jersey City, NJ 07302-3821 |
| 21555316 | + | ISU Stetson-Beemer Insurance, PO BOX 7236, Reno, NV 89510-7236 |
| 21952159 | + | Illinois Union Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555317 | | Impact Finance Corp, P.O. Box 515439, Dallas, TX 75251-5439 |
| 21952154 | + | Indemnity Insurance Company of North America, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555318 | + | Insgroup Inc., 3131 W Alabama Ste 200, Houston, TX 77098-2030 |
| 21555319 | + | Insurance Brokers of Maryland-, PO Box 3767, Hagerstown, MD 21742-3767 |
| 21952167 | + | Insurance Company of North America, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555320 | + | Insurance Group Services, Inc., 3000 W. Cypress Creek Rd, Fort Lauderdale, FL 33309-1710 |
| 21555321 | + | Insurance Office of America, 2121 Harden Blvd., Lakeland, FL 33803-5918 |
| 21555322 | + | Insurance Office of America - MD, 100 West Road, Suite 300, Towson, MD 21204-2370 |
| 21555323 | + | Insurance Risks Managers of MO, 425 N New Ballas Rd Ste #175, St Louis, MO 63141-6853 |
| 21555324 | + | Insurance Service Associates, 1770 Indian Trail Rd Ste #130, Norcross, GA 30093-2600 |
| 21555325 | + | Insurance Service Group, P.O. Box 4000, Clinton, TN 37717-4000 |
| 21555327 | + | Insurepointe of Texas, Inc., 2909 Hillcroft Suite 600, Houston, TX 77057-5852 |
| 21555328 | + | Insurica Ins. Management Network, 1100 NE Loop 410 Ste 200, San Antonio, TX 78209-1569 |
| 21555330 | + | Interline Risk Services, Inc., 2100 Pooler Parkway, Pooler, GA 31322-4264 |
| 21555332 | | Interstate Insurance Agency, PO Box 568944, Orlando, FL 32856-8944 |
| 21555334 | + | Interstate Insurance Services Inc., 6101 N Armstrong St., Wichita, KS 67204-2023 |
| 21555333 | + | Interstate Insurance Services Inc., 2601 N Del Rosa Ave Suite 114, San Bernardino, CA 92404-4413 |
| 21555335 | #+ | Interstate Motor Carriers Agency, Inc, PO Box 4500, Freehold, NJ 07728-4500 |
| 21555337 | + | Interstate Trucking Alliance, 7414 Fossil Hill Dr, Arlington, TX 76002-4451 |
| 21555338 | + | Intervalley Insurance Services, 4221 N Fresno Street, Fresno, CA 93726-3130 |
| 21555339 | + | Island Financial Ins Assoc Inc, 2815 East Main Avenue, Puyallup, WA 98372-3167 |
| 21555340 | + | Italiano Insurance Services, PO Box 18425, Tampa, FL 33679-8425 |
| 21953210 | + | J. Ronald Jones, Jr., Esq., Nexsen Pruet, LLC, 205 King Street, Suite 400 (29401), PO Box 486, Charleston, SC 29402-0486 |
| 22535167 | + | J. Ronald Jones, Jr., Esquire, Nexsen Pruet, LLC, 205 King Street, Suite 400 (29401), PO Box 486, Charleston, SC 29402-0486 |

Case 18-58406-sms    Doc 232    Filed 03/07/21    Entered 03/08/21 01:01:11    Desc
Imaged Certificate of Notice    Page 7 of 12

| District/off: 113E-9 | User: avilesj | Page 5 of 10 |
| --- | --- | --- |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf556 | Total Noticed: 387 |

```
21555341        +   J. Smith Lanier, P.O. Box 70, West Point, GA 31833-0070
21555343        +   Jagdeep Singh Insurance Agency, 4185 W Figarden Dr #101, Fresno, CA 93722-6070
21555344        +   James Brummett Insurance, PO Box 606, Oliver Springs, TN 37840-0606
21555345            James Miller Insurance Agency, 6333 E Mockingbird Lane, Suite 254A, Dallas, TX 75214-2343
21555346        +   James Russell Wiley, 6201 Arnall Ct., Acworth, GA 30101-9506
21555347        +   Jane R. Parker, 204 Kier Street, New Alexandria , PA 15670-3130
21555348        #+  Jeffers Insurance Agency, 100 NE Loop 410, Ste #1250, San Antonio, TX 78216-4722
21555349        +   Jenna Crossley Sanford, 14635 Creek Club Dr, Alpharetta, GA 30004-4372
21555350            Jones Truck Insurance Agency, P.O. Box 236, Waco, TX 76703-0236
22092358        +   Jones Truck Insurance Agency, Inc, 10100 Saddle Creek Rd, Waco, TX 76708-7290
21555351        +   KHD LLC Insurance Services, 1259 Route 46 East Building One, Suite, Parsippany, NJ 07054-4913
21555352        +   KMB Insurance Consultants, 1150 Johnson Drive, Naperville, IL 60540-8244
21555353        +   Katy Insurance Agency, Inc., P O Box 597, Katy, TX 77492-0597
21555354        +   Keisling Insurance, 8500 Highway 111 Ste 150, Byrdstown, TN 38549-1007
21555355        +   Kenneth Seiber, 10010 Judy Road, Lyles, TN 37098-1702
21555356            Kentucky Attorney in Fact, 314 West Main Street, Frankfort, KY 40601-1808
21555357        +   Keuler Insurance Agency Inc, 229 High St, Mineral Point, WI 53565-1209
21555358        +   Keystone Truck Underwriters, LLC, 702 W. Pitt Street PO Box 640, Bedford, PA 15522-0640
21555359        +   Kiely, Hines & Associates Insurance, 6100 Dutchmans Lane 10th Floor, Louisville, KY 40205-3284
21555360        +   Kinloch Partners, Inc., 300 Executive Drive Ste 310, West Orange, NJ 07052-3323
21555361        +   Kirby Soar Insurance Agency, 809 S. Evers Street, Plant City, FL 33563-5425
21555362        #+  Krist Insurance, 6600 Westown Pkwy., Suite 250, West Des Moines, IA 50266-7743
21555363        +   Kunkel & Associates, 401 Data Court, Dubuque, IA 52003-8912
21555364        +   L Transportation Writers, Inc., 405 Oakwood Road 2nd Floor, Huntington Station, NY 11746-7207
21555365        +   LCIA INC, PO BOX 3043, Kearny, NJ 07032-0998
21555366        +   LLC Insurance Agency, 4216 N Lincoln Ave, Chicago, IL 60618-2902
21555367        +   Latino Truckers Insurance Serv, PO BOX 4267, Ontario, CA 91761-8967
21555369            Lenhardt Agency, Inc., Suite 211, Billings, MT 59102
21555370        +   Lexington Insurance Company, 100 Summer Street, Boston, Boston, MA 02110-2137
21555371        +   Liberty Insurance Serviesz, Inc, 3601 W. Devon Ave Suite 103, Chicago, IL 60659-1216
21555372        +   Liberty Truck Insurance, 401 Daniel Payne Drive, Birmingham, AL 35214-6401
21555373        +   Licona Insurance Group, 369 Shadow Mountain Drive, El Paso, TX 79912-4053
21555375        +   Lipscomb & Pitts, 2670 Union Avenue, Memphis, TN 38112-4434
21555376            Lloyds of London/Tysers, 9th Floor Beaufort House, 15 St Botolph Street, London, England, EC3A 7EE
21555377        +   Logistics Insurance Concepts, 1527 W. State Hwy 114 Ste 500-299, Grapevine, TX 76051-8646
21555378        +   Lonesource, 114 MacKenan Drive Suite 300, Cary , NC 27511-7920
21951240        +   Lorie A. Klein, c/o Fafinski Mark & Johnson, P.A., 775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344-7322
21555379        +   Los Robles, 2930 E Inland Empire Blvd., St, Ontario, CA 91764-4802
21555380        +   Love Insurance Agency, 373 Center Street, Suite A, Chardon, OH 44024-8952
21555381        +   M&O California Insurance Services, Inc, 6055 E Washington Blvd Ste 1090, Los Angeles, CA 90040-2400
21555382        #+  MGA Insurers, Inc, 207 S. Villa Avenue, Villa Park, IL 60181-2634
22028925            MJ Insurance, PO Box 50435, Indianapolis, IN 46250-0418
21555383        +   MJ Insurance, 4745 Haven Point BLVD, Indianapolis, IN 46280-2818
21555384        +   MacKenzie Agency, 116 South Third Street, Saint Peter, MN 56082-2043
21555385        +   Mailing Systems of Georgia, 1710 Cumberland Point Drive Suite 7, Marietta, GA 30067-9203
21555386        +   Malone Insurance Services, 1137 Bordeau Court, Dunwoody , GA 30338-3204
21555387        +   Maple Leaf Insurance Agency Inc, 6536 Kitsap Way, Bremerton, WA 98312-1744
21555388        +   Marquee Insurance Group, 1000 Holcomb Woods Pkwy Building 300 -, Roswell, GA 30076-2587
21555389        +   Marshall Insurance Agency, Inc, 1623 21st Ste Suite A, Springfield, OR 97477-3417
21555390        +   Martin & Harrill, Inc., 221 W. Eleventh Street, Charlotte, NC 28202-1715
21555391        +   Marvin Johnson, PO BOX 1849, Columbus, IN 47202-1849
21555392        +   Mass Insurance Agency, 7300 F Street, Omaha, NE 68127-1812
21555393            MassMutual Financial Group, Policy Loans P O Box 75045, Charlotte , NC 28275-0045
21555394            Massachusetts Mutual Life Ins, Dept #2560, Los Angeles , CA 90084-2560
21555395        +   Massey Insurance Services, 16000 Apple Valley Rd Ste C-2, Apple Valley, CA 92307-7815
21555396            Matrix Insurance Group, Suite 104, Aventura, FL 33180
21555397        +   Maulding & Associates, P.O. Box 320549, Jackson, MS 39232-0549
21555398            Maverick Truck Insurance, 5840 West I20 Suite #201, Arlington, TX 76017
21555399        +   McDonald Insurance, 90 Whitlock Place, Marietta, GA 30064-3164
21555400        +   Menard, Gates, and Mathis, 6401 Poplar Ave Ste 250, Memphis, TN 38119-4846
21555401        +   Meridian Insurance Group, 4555 Mansell Road Suite 250, Alpharetta, GA 30022-8279
21555402        +   Mid South Insurance Agency Inc, P.O. Box 457, Corning, AR 72422-0457
21555403        +   Millenium Insurance Services, 8301 Broadway Suite 405, San Antonio, TX 78209-2067
```

Case 18-58406-sms   Doc 232   Filed 03/07/21   Entered 03/08/21 01:01:11   Desc
Imaged Certificate of Notice   Page 8 of 12

| District/off: 113E-9 | User: avilesj | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: pdf556 | Total Noticed: 387 |

| | | |
|---|---|---|
| 21555404 | | Milner, Inc., P.O. Box 923197, Norcross, GA 30010-3197 |
| 21555405 | | Mulligan Insurance Agency, Inc, 5114 Highway 33-34, Farmingdale, NJ 07727 |
| 21555406 | | Multi Printing Solutions, Inc., 8113 S. Lemont Rd, Darien , IL 60561-1755 |
| 21555408 | | National Online Registries, LLC, P O Box 419317, Kansas City , MO 64141-6317 |
| 21555409 | + | New York Marine and General Insurance Company, c/o Gary Marsh, Dentons US, LLP, 303 Peachtree Street, NE, Suite 5300, Atlanta, GA 30308-3265 |
| 21555410 | + | Nicky's Insurance Agency, Inc, 806 Del Oro Lane, Pharr, TX 78577-2200 |
| 21555411 | | North Country Insurance, 8800 SE Sunnyside Rd. 16621 N 91st St S, Scottsdale, AZ 85255 |
| 21555412 | + | OVIA Insurance Services, 1809 Banks Road, Pompano Beach, FL 33063-7702 |
| 21555413 | + | Orbis Insurance, 5800 NW 74th Ave, Miami, FL 33166-3740 |
| 21555414 | | PJC Insurance, P.O. Box 9750, Springfield, MO 65801-9750 |
| 21952169 | + | Pacific Employers Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952174 | + | Pacific Indemnity Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555415 | | Palomar Insurance, P.O. Box 11128, Montgomery, AL 36111-0128 |
| 21555416 | + | Peoples Insurance Agency, PO BOX 119, Waverly , IA 50677-0119 |
| 21555417 | + | Premium Assignment Corp, 3522 Thomasville Road, Suite 400, Tallahassee, FL 32309-3488 |
| 21555418 | + | Prime Insurance Company, 8722 South Harrison St, Sandy, UT 84070-1420 |
| 21555419 | + | ProSight Specialty, 12 Mount Kemble Ave, Suite 300C, Morristown, NJ 07960-5132 |
| 21555420 | + | ProSight Specility Mgt. Co., and New York Marine a, c/o Gary Marsh, Denton US, LLP, 303 Peachtree Street, NE, Suite 5300, Atlanta, GA 30308-3265 |
| 21816687 | + | Professional Safety Consulting, Inc, PO Box 274, Kimberling City, MO 65686-0274 |
| 21555422 | + | Propel Insurance, 2045 Cardinal Ave, Ste 300, Medford, OR 97504-9746 |
| 21850592 | + | Prosight Specialty Management Company Inc. and New, c/o Gary W. Marsh, Esq., Dentons US LLP, 303 Peachtree St., NE, Suite 5300, Atlanta, GA 30308-3265 |
| 21555423 | + | RIS Insurance Services, 901 24th Street, Anacortes, WA 98221-2809 |
| 21555424 | + | RJS Insurance Services, Inc., 27782 El Lazo, Laguna Niguel, CA 92677-3914 |
| 21555425 | + | RRL Insurance Agecny, 35000 Kaiser Court Suite 300, Willoughby, OH 44094-3384 |
| 21555426 | + | Regions Insurance, PO BOX 3198, Little Rock, AR 72203-3198 |
| 21555428 | + | Rich Insruance Services Inc., c/o Rich Insurance, 105 South 3rd Street, Cabot AR 72023-2931 |
| 21555429 | | Risk Placement Services, 33719 Treasury Center, Chicago, IL 60694-3700 |
| 21759670 | + | Risk Placement Services, Inc., 2400 Lakeview Parkway, Suite 675, Alpharetta, GA 30009-7902 |
| 21555430 | + | Roberts Blvd, LLC, P.O. Box 360566, Birmingham, AL 35236-0566 |
| 21555431 | + | Rodriguez Insurance Agency, 901 Waterfall Way, Suite 301, Richardson, TX 75080-6792 |
| 21555432 | + | SC&F Specialty Underwriters, 160 Water Street, 16th Floor, New York, NY 10038-5032 |
| 21555433 | + | SWZ Insurance, 295 E Renfro #211, Burleson, TX 76028-3953 |
| 21555434 | + | Saver Insurance Agency, 1415 Molson Lake Dr, Leander, TX 78641-2183 |
| 21555435 | + | Schoolar & Associates, P.O. Box 967, Jemison, AL 35085-0967 |
| 21555436 | + | Sebrite Agency, Inc., 5421 Feltl Road Suite 140, Hopkins, MN 55343-3945 |
| 21555437 | | Securance Corporation Agency, P.O. Box 420390, Houston, TX 77242-0390 |
| 21750839 | + | Seneca Crum Forster Insurance Company, c/o Soffer, Rech and Borg LLP, 26th Floor, 48 Wall Street, New York NY 10005-2900 |
| 21555438 | | South Carolina Department, Post Office Box 100105, Columbia, SC 29202-3105 |
| 21555439 | | Southern Insurance Specialist, PO BOX 2116, Ridgeland, MS 39158-2116 |
| 21555442 | + | Stephens Insurance LLC, 140 Township Avenue Ste 202, Ridgeland, MS 39157-2094 |
| 21555443 | + | Sterling Risk Advisors, 2500 Cumberland Pkwy Ste 400, Atlanta, GA 30339-3923 |
| 21555444 | + | Stonemark, Inc., 8501 Wade Blvd., Ste. 620, Frisco, TX 75034-6268 |
| 21555445 | + | Sunbelt Insurance Group, 114 Lee Pkwy Drive, Chattanooga, TN 37421-1736 |
| 21555446 | + | Supportive Insurance Services, 1610 South Old Decker Road, Vincennes , IN 47591-6127 |
| 21555448 | + | T.I.S. Ltd., PO Box 740, Weyauwega, WI 54983-0740 |
| 21555449 | + | TC Insurance Services, 1050 Wigwam Pkwy, Suite 110, Henderson, NV 89074-8174 |
| 21555450 | + | TRICOR Inc, 230 W Cherry Street, Lancaster, WI 53813-1629 |
| 21555462 | ++ | TRINITY INSURANCE SERVICES LLC, 623 W MAIN ST, CLARKSON KY 42726-7044 address filed with court:, Trinity Insurance Services LLC, PO Box 439, Clarkson, KY 42726 |
| 21555451 | + | TWI Agency Inc, 600 S Tyler St, Amarillo, TX 79101-2353 |
| 21585017 | | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 21555453 | | Texas Dept of Insurance, Attn: Co Licensing and Reg Off, DIV 5056, Austin , TX 78714-9104 |
| 21555454 | + | Texas Truck, 2113 Greenbriar Dr, Southlake, TX 76092-8312 |
| 21555455 | + | The Buckner Company, 6550 S. Millrock Drive Ste 300, Salt Lake City, UT 84121-2331 |
| 21951241 | + | The Hays Group, Inc., Lorie E. Klein, Fafinski Mark & Johnson, P.A., 775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344-7322 |
| 21555456 | + | The Hilb Group of Texas, LLC, 8720 Stony Point Parkway, Suite 125, Richmond, VA 23235-1990 |
| 21555457 | + | The Wiley Group, Inc., 1255 Roberts Blvd., Suite 102, Kennesaw, GA 30144-7078 |
| 21670275 | + | Thomas Reuters GRC Inc., c/o Sarah E. Doerr, Esq., Moss and Barnett, 150 5th St S, Suite 1200, Minneapolis MN 55402-4129 |
| 21555458 | | Thomson Reuters Inc, P O Box 417175, Boston , MA 02241-7175 |
| 21555461 | + | Transport South Insurance Agency, LLC, 1255 Roberts Blvd Ste 102, Kennesaw, GA 30144-7078 |

Case 18-58406-sms    Doc 232    Filed 03/07/21    Entered 03/08/21 01:01:11    Desc
Imaged Certificate of Notice    Page 9 of 12

| District/off: 113E-9 | User: avilesj | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: pdf556 | Total Noticed: 387 |

| | | |
|---|---|---|
| 21555463 | | Triumph Insurance, 3 Park Central, Suite 1700 12700 Park, Dallas, TX 75251 |
| 21555464 | | Troutman Sanders LLP, P.O. Box 933652, Atlanta, GA 31193-3652 |
| 21555465 | + | Truck Insurance Specialists, One Brickyard Drive, Bloomington, IL 61701-7513 |
| 21555466 | | Truckers Insurance, 400 West Expressway, San Juan, TX 78589 |
| 21555467 | + | Trucking Specialist LLC, 425 4th Street SC Suite 802 Box 39, Cedar Rapids, IA 52404 |
| 21555469 | + | True North Companies, 500 1st St. SE, Cedar Rapids, IA 52401-2002 |
| 21555470 | + | Turner & Hamrick, P.O. Box 985, Troy , AL 36081-0985 |
| 21952763 | | Tyser&Co Ltd on behalf of certain underwriter, Simon Palmer, Interim Risk & Compliance Director,, 9th Floor Beaufort House, 15 St. Botolph, London EC3A 7EE, UK |
| 21555474 | + | US Insurance Source, 22327 Gosling Road, Spring, TX 77389-4409 |
| 21951177 | + | US Premium Finance, A Division of Ameris Bank, Simpson, Uchitel & Wilson LLP, P.O. Box 550105, Atlanta, GA 30355-2605 |
| 21555476 | + | USA Specialty Insurance LLC, 5246 SW 8th St STE 102-A, Miami, FL 33134-2375 |
| 21555477 | + | USI Southwest, 1340 W. Tunnel Blvd, Suite 110, Houma, LA 70360-2816 |
| 21555478 | + | USI Transportation, 2021 Spring Road, Suite 100, Oak Brook, IL 60523-1852 |
| 21945494 | + | Umana Trucking, LLC, 2518 Glen Meadows Dr, Mesquite, TX 75150-4992 |
| 21555480 | | Vertafore/CIS Solutions, 27384 Network Place, Holtsville , NY 60673-1273 |
| 21952181 | + | Vigilant Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555481 | + | Volmert & Associates, 3023 South University Drive #208, Fort Worth, TX 76109-5608 |
| 21555482 | + | WGI/Stonebriar, 16935 W Bernardo Dr Suite 100, San Diego, CA 92127-1635 |
| 21555483 | + | WNC, LLC, 1205 Johnson Ferry Rd, St 136-318, Marietta GA 30068-5418 |
| 21555484 | | West Virginia Ins Commisioner, PO Box 2153, Charleston , WV 25328-2153 |
| 21952183 | + | Westchester Fire Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952186 | + | Westchester Surplus Lines Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555485 | + | White Wolf Insurance, 2406 S Jupiter Rd STE 4, Garland, TX 75041-6024 |
| 21555486 | + | Willcomply, LLC, 3700 Park East Drive, Suite 250, Beachwood, OH 44122-4318 |
| 21555487 | + | Windham Brannon, PC, 3630 Peachtree Road NE Suite 600, Atlanta, GA 30326-1550 |
| 21956325 | + | gotoPremium Finance, Suite 400, 6200 Canoga Ave., Woodland Hill CA 91367-2459 |

TOTAL: 367

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | | Email/Text: wpeterson@triumphinsurance.com | Mar 05 2021 20:32:00 | Triumph Insurance Group, Inc, 12700 Park Central Dr, Suite 1700, Dallas, TX 75251-1517 |
| 21951176 | + | Email/Text: cwilson@simplawatlanta.com | Mar 05 2021 20:34:00 | A. Christian Wilson, Esq., Simpson, Uchitel & Wilson LLP, P.O. Box 550105, Atlanta, GA 30355-2605 |
| 21555189 | | Email/Text: citjaxbankruptcy@cit.com | Mar 05 2021 20:33:00 | CIT, 21146 Network Place, Chicago , IL 60673-1211 |
| 21555210 | | Email/Text: documentfiling@lciinc.com | Mar 05 2021 20:32:00 | Comcast, P O Box 530098, Atlanta, GA 30353-0098 |
| 21555239 | | Email/Text: eric@don-rick.com | Mar 05 2021 20:32:00 | Don-Rick Insurance Inc, 313 Oak Street, Baraboo, WI 53913 |
| 21555261 | + | Email/Text: bankruptcy@fisherphillips.com | Mar 05 2021 20:32:00 | Fisher & Phillips LLP, 1075 Peachtree Street, NE Suite 3500, Atlanta, GA 30309-3900 |
| 21555262 | + | Email/Text: bankruptcyreceivership@wellsfargo.com | Mar 05 2021 20:35:00 | Flat Iron Capital, 950 17th St Suite 1300, Denver, CO 80202-2818 |
| 21555274 | | Email/Text: brnotices@dor.ga.gov | Mar 05 2021 20:33:00 | Georgia Department of Revenue, 1800 Century Blvd., Suite 9100, Atlanta, GA 30345 |
| 21555276 | | Email/Text: brnotices@dor.ga.gov | Mar 05 2021 20:33:00 | Georgia Department of Revenue, P.O. Box 105499, Atlanta, GA 30348-5499 |
| 21569978 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 05 2021 20:33:00 | INTERNAL REVENUE SERVICE, P O BOX 7346, 2970 MARKET STREET, PHILADELPHIA, PA. 19104-5002 |
| 21943189 | + | Email/Text: aleksandra.fish@AIG.com | Mar 05 2021 20:35:00 | Illinois National Insurance Company, AIG Property Casualty, Inc., Attn: Kevin J Larner, 80 |

Case 18-58406-sms    Doc 232    Filed 03/07/21    Entered 03/08/21 01:01:11    Desc
Imaged Certificate of Notice    Page 10 of 12

| District/off: 113E-9 | User: avilesj | Page 8 of 10 |
| --- | --- | --- |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf556 | Total Noticed: 387 |

| Recip ID | | Notice Type | Date Sent | Recipient |
| --- | --- | --- | --- | --- |
| | | | | Pine Street, 13th Floor, New York, NY 10005-1734 |
| 21946084 | + | Email/Text: aleksandra.fish@AIG.com | Mar 05 2021 20:35:00 | Illinois National Insurance Company, 80 Pine Street,13th Floor, New York, NY 10005-1734 |
| 21555441 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Mar 05 2021 20:34:00 | State Tax Commission, P.O. Box 23050, Jackson, MS 39225-3050 |
| 21555447 | + | Email/Text: synovusbankruptcy@synovus.com | Mar 05 2021 20:35:00 | Synovus Bank, PO Box 120, Columbus, GA 31902-0120 |
| 21555440 | | Email/Text: pacer@cpa.state.tx.us | Mar 05 2021 20:35:00 | State Comptroller - Texas, PO Box 149348, Austin , TX 78714-9348 |
| 21555452 | | Email/Text: pacer@cpa.state.tx.us | Mar 05 2021 20:35:00 | Texas Comptroller of Public Accounts, Texas Surplus Lines Department, PO Box 13528, Austin, TX 78711-3528 |
| 21555883 | + | Email/Text: usagan.bk@usdoj.gov | Mar 05 2021 20:34:00 | U. S. Attorney, 600 Richard B. Russell Bldg., 75 Ted Turner Drive, SW, Atlanta GA 30303-3315 |
| 21555473 | | Email/Text: bankruptcy@ups.com | Mar 05 2021 20:36:00 | UPS, P.O. Box 7247-0244, Philadelphia, PA 19170-0001 |
| 21555472 | | Email/Text: jlippincott@uspremiumfinance.com | Mar 05 2021 20:32:00 | U.S. Premium Finance, 280 Technology Parkway, Suite 200, Norcross, GA 30092 |
| 21555475 | | Email/Text: jlippincott@uspremiumfinance.com | Mar 05 2021 20:32:00 | US Premium Finance, 280 Technology Parkway, Norcross, GA 30092 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Risk Placement Services, Inc. |
| cr | *+ | AmeriComp Benefits, Inc., P.O. Box 4319, Columbus, GA 31914-0319 |
| 21574838 | *+ | INTERNAL REVENUE SERVICE, P O BOX 7346, 2970 MARKET STREET, PHILADELPHIA, PA. 19104-5002 |
| 21555331 | *+ | Internal Revenue Service, Central Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21555148 | ##+ | 1st Patriot Insurance Services, LLC, 2616 N. McColl Rd, McAllen, TX 78501-5502 |
| 21555158 | ##+ | Acadia Coffee Service, Inc., 1165 Allgood Road suite 17, Marietta, GA 30062-2256 |
| 21555205 | ## | Cobb County Tax Commissioner, 700 South Cobb Drive, Marietta, GA 30060-3162 |
| 21555213 | ##+ | Commercial Insurance Associates, LLC, 103 Powell Court Suite 100, Brentwood, TN 37027-5050 |
| 21555326 | ##+ | Insurance of Mid Cities Agency, 1235 Cavender Dr #101, Hust, TX 76053-4445 |
| 21555329 | ##+ | Integrity Transportation Insurance Agency LLC, 14511 Falling Creek Dr., Houston, TX 77014-1279 |
| 21555336 | ##+ | Interstate Truckers Insurance, P.O. Box 8394, Boise, ID 83707-2394 |
| 21555342 | ##+ | JLP Insurance Services, LLC, 3719 Fry Rd. Suite C, Katy, TX 77449-6740 |
| 21555368 | ##+ | Leavitt Group, 6050 Tacoma Mall Blvd #300, Tacoma, WA 98409-6828 |
| 21555374 | ##+ | Lighthouse Insurance Group, 4808 Broadmoor SE, Grand Rapids, MI 49512-5306 |
| 21555407 | ##+ | NFP Property & Casualty, 1050 Wigwam Pkwy. #110, Henderson, NV 89074-8174 |
| 21555421 | ##+ | Professional Safety Consultants, 221 Victory Lane Suite 100, Lincoln, NE 68528-1482 |
| 21555427 | ##+ | Reliance Partners, 325 Market Street Suite 205, Chattanooga, TN 37402-1226 |
| 21555460 | ##+ | Transport Services Group, LLC, 3940 Werrington Drive, Cumming, GA 30040-1522 |
| 21555468 | ##+ | Truckline Insurance Grp, LLC / T.D. Hawks, 120 E. 9TH Street, Dubuque, IA 52001-7048 |
| 21555471 | ## | U.S. E&O Brokers, 820 Gessner Road, Suite 1360, Houston, TX 77024-4461 |

TOTAL: 1 Undeliverable, 3 Duplicate, 16 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 113E-9 | User: avilesj | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: pdf556 | Total Noticed: 387 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:**

**Name**          **Email Address**

A. Christian Wilson
  on behalf of Creditor US Premium Finance cwilson@simplawatlanta.com  sscheu@simplawatlanta.com

Anna Mari Humnicky
  on behalf of Plaintiff American Underwriting Services  LLC ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;lcarlton@smallherrin.com

Anna Mari Humnicky
  on behalf of Debtor American Underwriting Services  LLC ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;lcarlton@smallherrin.com

Benjamin S. Klehr
  on behalf of Other Prof Kevin Van de Grift bklehr@smallherrin.com  klemons@smallherrin.com

Benjamin S. Klehr
  on behalf of Plaintiff American Underwriting Services  LLC bklehr@smallherrin.com, klemons@smallherrin.com

Benjamin S. Klehr
  on behalf of Debtor American Underwriting Services  LLC bklehr@smallherrin.com, klemons@smallherrin.com

Brandon R Gossett
  on behalf of Creditor Brit Syndicates Limited brandon.gossett@clydeco.us  liz.king@clydeco.us

Courtney Hull
  on behalf of Creditor Texas Comptroller of Public Accounts bk-chull@oag.texas.gov  sherri.simpson@oag.texas.gov

Eric T. Johnson
  on behalf of Defendant Neil Wiley eric@etj-law.com

Gary W. Marsh
  on behalf of Creditor New York Marine and General Insurance Company pam.matthews@dentons.com

Gary W. Marsh
  on behalf of Defendant Prosight Specialty Management Company Inc. pam.matthews@dentons.com

Gary W. Marsh
  on behalf of Defendant New York Marine and General Insurance Company pam.matthews@dentons.com

Gary W. Marsh
  on behalf of Creditor Prosight Specialty Management Company Inc. pam.matthews@dentons.com

Gregory M. Taube
  on behalf of Creditor AIG Entities greg.taube@nelsonmullins.com  ayo.uboh@nelsonmullins.com;pat.stanley@nelsonmullins.com

Gregory M. Taube
  on behalf of Creditor American International Group  Inc. greg.taube@nelsonmullins.com, ayo.uboh@nelsonmullins.com;pat.stanley@nelsonmullins.com

Gus H. Small
  on behalf of Debtor American Underwriting Services  LLC gsmall@smallherrin.com, klemons@smallherrin.com

Gus H. Small
  on behalf of Plaintiff American Underwriting Services  LLC gsmall@smallherrin.com, klemons@smallherrin.com

Henry F. Sewell, Jr.
  on behalf of Plaintiff S. Gregory Hays  Chapter 7 Trustee for the Estate of American Underwriting Services, LLC hsewell@sewellfirm.com, hsewell123@yahoo.com

Henry F. Sewell, Jr.
  on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com  hsewell123@yahoo.com

IPFS Corporation
  lisa.chandler@ipfs.com

| | | |
|---|---|---|
| District/off: 113E-9 | User: avilesj | Page 10 of 10 |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf556 | Total Noticed: 387 |

Jason A. Starks
    on behalf of Creditor Texas Comptroller of Public Accounts bk-jstarks@oag.texas.gov sherri.simpson@oag.texas.gov

John T. Sparks, Sr.
    on behalf of Creditor American Southern Insurance Company jsparks@austinsparks.com aharris@austinsparks.com

Kenneth Bradley Franklin
    on behalf of Creditor ACE Property and Casualty Insurance Company kbfranklin@duanemorris.com

Kenneth Bradley Franklin
    on behalf of Creditor Committee Illinois Union Insurance Company kbfranklin@duanemorris.com

Kenneth Bradley Franklin
    on behalf of Creditor ACE American Insurance Company kbfranklin@duanemorris.com

Kenneth Bradley Franklin
    on behalf of Creditor Westchester Fire Insurance Company kbfranklin@duanemorris.com

Leslie M. Pineyro
    on behalf of Creditor Colonial Insurance Services  LLC lpineyro@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com

Lindsay P. S. Kolba
    on behalf of U.S. Trustee Daniel M. McDermott lindsay.p.kolba@usdoj.gov

Lisa McVicker Wolgast
    on behalf of Creditor American Southern Insurance Company lwolgast@mmmlaw.com twagner@mmmlaw.com

Matthew G. Moffett
    on behalf of Creditor Lloyds of London/Tyser & Co. Ltd. mmoffett@grsmb.com jwasick@grsmb.com

S. Gregory Hays
    ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com

Scott B. Riddle
    on behalf of Creditor American Millennium Insurance Company  Inc. scott@scottriddlelaw.com, admin@scottriddlelaw.com

TOTAL: 32