**IT IS ORDERED as set forth below:**

**Date: April 30, 2021**



_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| AMERICAN UNDERWRITING | § | Case No. 18-58406-SMS |
| SERVICES, LLC, | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER SUSTAINING FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS
ASSERTED IN THE BANKRUPTCY CASE AS SECURED CLAIMS**

On March 5, 2021, S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of American Underwriting Services, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Bankruptcy Case**"), filed a *First Omnibus Objection to Certain Claims Asserted in the Bankruptcy Case as Secured Claims* [Doc. No. 231] (the "**Objection**").[1]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

1

The Objection seeks the entry of an Order disallowing as secured and reclassifying the claims listed in **Exhibit "A"** to the Objection (collectively, the "**Claims**") as unsecured.

Also on March 5, 2021, counsel for the Trustee filed a notice setting the Objection and any responses thereto for hearing on April 21, 2021 (the "**Hearing**"). All requisite parties-in-interest had an opportunity to file a response to the Objection and attend the Hearing to support any asserted response to the Objection. No response to the Objection was filed and no creditor or party in interest appeared to oppose the relief requested in the Objection.

Having reviewed and considered the Objection and all other matters of record in this Bankruptcy Case, including the lack of objection thereto, after due deliberation thereon and finding that good cause exists for the entry of this Order and that no further notice or opportunity for hearing is required, after due deliberation and for good cause shown, it is hereby ORDERED that:

1. The Objection is SUSTAINED and GRANTED as set forth herein.

2. The Claims set forth on **Exhibit "A"** to the Objection are disallowed as secured claims and reclassified as unsecured claims and the Clerk is hereby authorized and directed to mark each such claim as unsecured on the claims register.

3. The Claimants holding the Claims are only entitled to receive a distribution on the Claims as unsecured claims;

4. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and

5. The Court shall retain jurisdiction over the interpretation or the implementation of this Order.

***END OF ORDER***

Prepared and Presented by:
LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
COUNSEL FOR THE CHAPTER 7 TRUSTEE

**Identification of parties to be served:**

Henry F. Sewell, Jr., Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

American Underwriting Services, LLC
1255 Roberts Blvd.
Suite 102
Kennesaw, GA 30144

AFCO Credit Corporation
5600 North River Road
Rosemont, IL 60018

Prosight Specialty Management
c/o Sarah Schrag, Esq.
Dentons US LLP
303 Peachtree St., NE
Suite 5300
Atlanta, GA 30308

Seneca Crum Forster Insurance Company
c/o Soffer, Rech & Borg, LLP
48 Wall Street
26th Floor
New York, NY 10005

Garret Nail
3350 Riverwook Pkwy.
Suite 460
Atlanta, GA 30339