**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In
Re:  **American Underwriting Services, LLC**     Case No.: **18−58406−sms**
1255 Roberts Blvd.                                 Chapter: **7**
Suite 102
Kennesaw, GA 30144
                                                   Judge: **Sage M. Sigler**
**20−3246565**

Debtor

## ORDER FOR PAYMENT OF SPECIAL CHARGES

It appearing to the Court that as provided by 28 U.S.C. Section 1930(b) and Order and Directives made pursuant thereto, it is

ORDERED that S. Gregory Hays pay to the United States Bankruptcy Court the following special charges:

$ 350.00 Deferred Filing Fee for Adversary 19−05202

**$ 350.00 TOTAL AMOUNT DUE**

The designated party is hereby directed to pay special charges by Trustee's check, Attorney's check, cashiers check or money order, payable to "Clerk, United States Bankruptcy
Court". Company or personal checks of Debtor−in−Possession WILL NOT BE ACCEPTED.

Chapter 11/12 payments are due within fourteen (14) days from the date of this Order. Chapter 7 Asset payments are due upon final distribution. A copy of this order is being forwarded to the United States Trustee.

Return extra copy of this Order with payment to:

Clerk, United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**It is so ordered this 1st day of June, 2021.**

*Sage M. Sigler* (signature)

United States Bankruptcy Judge
Sage M. Sigler

Form 438, Revised June 2015