UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AMERICAN UNDERWRITING SERVICES, LLC, | : | CASE NO. 18-58406-SMS |
| | : | |
| | : | |
| Debtor. | : | |

### NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE

**PLEASE TAKE** NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the below listed property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate. To the extent the documents and computer equipment is not claimed by the owners of the Debtor, the Trustee will have them securely destroyed or will store them as required by law.

**Documents**
Agent Returns 2015 and older
AUS Payables 2008-2015
Old Accounting Documents
Miscellaneous Accounting 2008-2011
Summer's Office Contents/Old Policy Cancellations
Employee Files Including Insurance Licenses
Local Agent Files- Agent Information
Miscellaneous Office and Vendor Invoices
Company Receivables and Invoices
Payments receipts for insurance premiums

**Computer Equipment**[1]
14 Dell Office Computers
Server
Network attached storage
Backup drive

---

[1] To the extent the computer equipment is not claimed by the owners of the Debtor, the Trustee will have the computer equipment securely destroyed as it may contain sensitive data and will not be release to any other party.

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

This 27th day of July, 2021.

                                                                 */s/ S. Gregory Hays*
                                                                 S. Gregory Hays
Hays Financial Consulting, LLC                   Chapter 7 Trustee
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060