UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :        CHAPTER 7
                                                    :
AMERICAN UNDERWRITING                               :        CASE NO. 18-58406-SMS
SERVICES, LLC,                                      :
                                                    :
    Debtor.                                         :

## NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE

**PLEASE TAKE** NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the below listed property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate. To the extent the documents and computer equipment is not claimed by the owners of the Debtor, the Trustee will have them securely destroyed or will store them as required by law.

**Documents**
Agent Returns 2015 and older
AUS Payables 2008-2015
Old Accounting Documents
Miscellaneous Accounting 2008-2011
Summer's Office Contents/Old Policy Cancellations
Employee Files Including Insurance Licenses
Local Agent Files- Agent Information
Miscellaneous Office and Vendor Invoices
Company Receivables and Invoices
Payments receipts for insurance premiums

**Computer Equipment**[1]
14 Dell Office Computers
Server
Network attached storage
Backup drive

---

[1] To the extent the computer equipment is not claimed by the owners of the Debtor, the Trustee will have the computer equipment securely destroyed as it may contain sensitive data and will not be release to any other party.

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

This 27th day of July, 2021.

                                                                                    /s/ S. Gregory Hays
                                                                                    S. Gregory Hays

Hays Financial Consulting, LLC                Chapter 7 Trustee
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060

United States Bankruptcy Court

Northern District of Georgia

In re:    Case No. 18-58406-sms

American Underwriting Services, LLC    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9    User: law2    Page 1 of 10
Date Rcvd: Jul 28, 2021    Form ID: pdf556    Total Noticed: 383

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | American Underwriting Services, LLC, 1255 Roberts Blvd., Suite 102, Kennesaw, GA 30144-7078 |
| aty | | Brantley Starr, Deputy Attorney General for Civil Litiga, Bankruptcy & Collections Division MC 008, P. O. Box 12548, Austin, TX 78711-2548 |
| aty | | Darren L McCarty, Deputy Attorney General for Civil Litig, Bankruptcy & Collections Division MC 008, P. O. Box 12548, Austin, TX 78711-2548 |
| aty | + | Garrett A. Nail, Thompson Hine, LLP, Suite 1600, Two Alliance Center, 3560 Lenox Road, Atlanta, GA 30326-4274 |
| aty | + | J. Ronald Jones, Nexsen Pruit, LLC, 205 King Street, Suite 400 (29401), PO Box 486, Charleston, SC 29402-0486 |
| aty | + | Jay W. Hurst, Office of the Attorney General, 8th Floor, 300 West 15th Street, Austin, TX 78701-1649 |
| aty | | Jeffrey C. Mateer, First Assistant Attorney General, Bankruptcy & Collections Division MC 008, P. O. Box 12548, Austin, TX 78711-2548 |
| aty | | Ken Paxton, Attorney General of Texas, Bankruptcy & Collections Division MC 008, P.O. Box 12548, Austin, TX 78711-2548 |
| aty | | Ronald R. Del Vento, Assistant Attorney General Cheif Bankrup, Bankruptcy & Collections Division MC 008, P. O. Box 12548, Austin, TX 78711-2548 |
| aty | + | Taylor L. Davis, Clyde & Co US LLP, Suite 1720, 271 Seventeenth Street, NW, Atlanta, GA 30363-6202 |
| ust | + | Daniel M. McDermott, United States Trustee, 362 Richard Russell Bldg, 75 Ted Turner Drive, S.W., Atlanta, GA 30303-3315 |
| cr | + | ACE Property and Casualty Insurance Company, c/o Duane Morris LLP, ATTN: Wendy M. Simkulak, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| cr | + | American Inter-Fidelity Exchange, 9223 Broadway, Suite A, Merrillville, IN 46410-6362 |
| cr | + | American Southern Insurance Company, Austin & Sparks, PC, 2974 Lookout Pl NE, Suite 200, Atlanta, GA 30305 UNITED STATES 30305-3272 |
| crcm | + | Illinois Union Insurance Company, c/o Duane Morris LLP, ATTN: Wendy M. Simkulak, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| cr | | Texas Comptroller of Public Accounts, c/o Jason A Starks, Bankruptcy & Collections Division MC 008, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Warrington Network Consultants, LLC, Ste 136-318, 1205 Johnson Ferry Rd., Marietta, GA 30068-5418 |
| cr | + | Westchester Fire Insurance Company, c/o Duane Morris LLP, ATTN: Wendy M. Simkulak, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555149 | + | A to Z Insurance Group, Inc, 5959 S Staples Ste 102, Corpus Christi, TX 78413-3844 |
| 21555150 | | A.I.Credit Corporation, P.O. Box 9045, New York, NY 10087-9045 |
| 21555151 | + | AAA Truck Agency Corp, 25303 IH 45 N The Woodlands, Spring, TX 77380-3534 |
| 21555152 | + | ABCO Premium Finance, PO BOX 141029, Coral Gables, FL 33114-1029 |
| 21951799 | + | ACE American Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952019 | + | ACE Fire Underwriters Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952024 | + | ACE Property and Casualty Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555153 | + | ACE Westchester Specialty Grp, 5505 N. Cumberland Ave., Suite 307, Chicago, IL 60656-4761 |
| 22214594 | + | AFCO Credit Corporation, 5600 North River Road, Rosemont, IL 60018-5187 |
| 21555154 | + | AFS/ Ibex, PO Box 224528, Dallas, TX 75222-4528 |
| 21555155 | + | AIG, 1200 Abernathy Rd Bldg 600, Suite 800, Atlanta, GA 30328-5691 |
| 21555156 | + | AON Risk Services Inc., P O Box 3870, Little Rock, AR 72203-3870 |
| 21555157 | + | ARM Insurance Agency, 4511 Highway 6 N Ste A, Houston, TX 77084-3484 |
| 21555159 | #+ | Acrisure, LLC, 5664 Prairie Creek Drive, SE, Caledonia, MI 49316-8081 |
| 21555160 | + | Adams Trucking Insurance, 145 Stately Oaks Cir., Brunswick, GA 31523-1434 |
| 21555161 | + | Affiance Insurance Agency, PO Box 1306, Buda, TX 78610-1306 |

| District/off: 113E-9 | User: law2 | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: pdf556 | Total Noticed: 383 |

| | | |
|---|---|---|
| 21555162 | + | All Solutions Insurance Agency, LLC, 22364 Alessandro Blvd, Moreno Valley, CA 92553-8301 |
| 21555163 | + | All-Wheels Insurance Services, 1001 Cypress Creek Road Ste403, Cedar Park, TX 78613-4470 |
| 21555164 | + | Alliant Insurance Services, Inc., 5100 Thompson Terrace Ste A, Colleyville, TX 76034-5868 |
| 21555165 | + | Allnations Insurance Agency, 2537 S Gessner Ste 110, Houston, TX 77063-2026 |
| 21555166 | + | Allsure Insurance, 1722 Prairie Grove Dr, Houston, TX 77077-5020 |
| 21555167 | + | AmeriComp Benefits, Inc., P O BOX 4319, Columbus, GA 31914-0319 |
| 21555168 | | American Inter-Fidelity Exchange, Thompson Hine LLP, c/o Garrett A. Nail, 3560 Lenox Road, Two Alliance Ctr, Ste 1600, Atlanta, GA 30326 |
| 21555169 | | American Internat'l Companies, P.O. Box 30174, New York, NY 10087-0174 |
| 21555170 | + | American Millennium Insurance Company, 1011 Route 22, Suite 102, Bridgewater, NJ 08807-2950 |
| 21555171 | + | American Southern Insurance Companies, 3715 Northside Parkway Building 400, Su, Atlanta, GA 30327-2886 |
| 21842784 | + | American Southern Insurance Company, Morris, Manning & Martin, LLP, c/o Lisa Wolgast, Esq, 3343 Peachtree Rd NE Ste 1600, Atlanta, GA 30326-1044 |
| 21555172 | + | AssuredPartners NL, 840 Crescent Center Drive, Suite 300, Franklin, TN 37067-4633 |
| 21555173 | | Avina's Insurance Services, 1110 Artesia Blvd Ste. A, Cerritos, CA 90703 |
| 21555174 | + | B&D Insurance Services, 12118 Walnut Park Crossing #1317, Austin, TX 78753-6730 |
| 21555175 | + | Bancorp South Insurance Services, Inc., 8315 Cantrell Road Suite 300, Little Rock, AR 72227-2357 |
| 21555176 | | BankDirect Capital Finance, Two Conway Park 150 North Field Drive S, Lake Forest, IL 60045 |
| 21555177 | | BankDirect Capital Finance, LLC, P.O. Box 660448, Dallas, TX 75266-0448 |
| 21952035 | + | Bankers Standard Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555178 | + | Belken Insurance Associates, 8626 Tesoro Drive #310, San Antonio, TX 78217-6217 |
| 21555179 | + | Ben Spurgin Insurance, 2521 Cedar Springs, Dallas, TX 75201-1487 |
| 21953920 | + | Benjamin S. Klehr, Small Herrin, LLP, 2727 Paces Ferry Road, Building 2, Suite 200, Atlanta, GA 30339-4053 |
| 21555180 | + | Biba Insurance Services Inc, 17908 Murphy Parkway, Lathrop, CA 95330-8771 |
| 21555181 | + | Big Rigs Insurance, 14510 Vaughn Rd, Molalla, OR 97038-9445 |
| 21555182 | + | Big Truck Agency, 2517 Fairway Park Drive Suite 202, Houston, TX 77092-7615 |
| 21555183 | + | Bigham Kliewer Chapman & Watts, 2100 Trimmier Road PO Box 996, Killeen, TX 76540-0996 |
| 21555184 | + | Bob White Insurance, PO BOX 73009, Houston, TX 77273-3009 |
| 21953211 | + | Brit UW Limited, J. Ronald Jones, Jr. Esq., Nexsen Pruet, LLC, PO Box 486, Charleston, SC 29402-0486 |
| 21555185 | + | Brower Insurance Agency, LLC, 409 East Monument Ave STE 400, Dayton, OH 45402-1482 |
| 21555186 | | Bylsma-Nederveld Agency, Inc., 4808 Broadmoor Avenue SE, Grand Rapids, MI 49512-5306 |
| 21555187 | + | C. Ferguson Insurance, P.O. Box 1855, Valley Springs, CA 95252-1855 |
| 21555188 | + | C.M. Brown & Associates, Inc., P.O.Box 384, Perryville, MO 63775-0384 |
| 21584713 | + | CIT Bank NA, PO Box 593007, San Antonio, TX 78259-0200 |
| 21555190 | + | CO Brown Agency Inc, 2048 Superior Drive NW, Rochester, MN 55901-5028 |
| 21555191 | + | Cal-Valley Insurance Services Inc, 5070 N. Sixth Street Suite 155, Fresno, CA 93710-7508 |
| 21555192 | + | Canal Indemnity Company, 400 East Stone Ave, Greenville, SC 29601-1618 |
| 21555193 | + | Canal Insurance Company, 400 East Stone Avenue, Greenville, SC 29601-1618 |
| 21555195 | + | Capitol Insurance Brokers, 3820 W.Happy Valley Rd Ste 141, Glendale, AZ 85310-3292 |
| 21555196 | + | Capps Insurance Agency, 1610 Shadywood Lane, Mount Pleasant, TX 75455-5637 |
| 21555198 | + | Cen-Cal Transportation Ins, 2351 Sunset Blvd. Ste #314, Rocklin, CA 95765-4338 |
| 21555199 | + | Centerpoint, 11285 Elkins Road, Bldg E, Roswell , GA 30076-1259 |
| 21555200 | + | Centex Transportation Ins. Svc, 2351 Sunset Blvd. Ste. 314, Rocklin, CA 95765-4338 |
| 21555201 | + | Chrome Truck Agency LLC, 12220 Eruzione Drive, Austin, TX 78748-3079 |
| 21555202 | + | Chubb & Son, Inc., 5505 N Cumberland Ave, Ste 301, Chicago, IL 60656-4762 |
| 21952048 | + | Chubb Custom Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952057 | + | Chubb Indemnity Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952092 | + | Chubb National Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555203 | | Classic Plan Premium Finance, PO Box 5146, Chino, CA 91708-5146 |
| 21555204 | + | Cline Wood Agency, 4300 West 133rd St, Leawood, KS 66209-3307 |
| 21555206 | | Cobb County Tax Commissioner, P.O. Box 100127, Marietta, GA 30061-7027 |
| 21555207 | + | Coldwater Insurance Agency Inc, 613 Austin Street, Levelland, TX 79336-4615 |
| 21555208 | + | Colonial Insurance Services, LLC, Leslie Pineyro, 21 8th Street NE, Atlanta, GA 30309-3909 |
| 21555209 | + | Com-Co Insurance Agency, 3425 Dempster St, Skokie, IL 60076-2441 |
| 21555211 | + | Commercial & Transportation Ins., P.O. Box 361901, Birmingham, AL 35236-1901 |
| 21555212 | + | Commercial Carrier Insurance, 44 Merrimon Avenue, Ashville, NC 28801-2352 |
| 21555214 | + | Commercial Insurance Solutions, P.O. Box 6310, East Brunswick, NJ 08816-6310 |
| 21555215 | + | Commercial Transportation Insurance Services - CTI, 6520 44th Street #300, Sacramento, CA 95823-1266 |
| 21555216 | + | Commerical Carriers, 12641 166th Street, Cerritos, CA 90703-2135 |
| 21555217 | | Commerical Insurance Services, PO DRAWER 26227, Oklahoma City, OK 73126 |
| 21555218 | + | Compass Insurance Agency, PO Box 530350, Birmingham, AL 35253-0350 |
| 21555219 | + | Cook Insurance Group, 3333 Lee Parkway Suite 600, Dallas, TX 75219-5117 |
| 21555221 | + | Cottingham & Butler, 800 Main Street PO Box 28, Dubuque, IA 52004-0028 |

District/off: 113E-9                         User: law2                                       Page 3 of 10
Date Rcvd: Jul 28, 2021                      Form ID: pdf556                                  Total Noticed: 383

| | | |
|---|---|---|
| 21555220 | | Cottingham & Butler, P.O. Box 28, Dubuque , IA 52004-0028 |
| 21555222 | + | County Wide Insurance, 130 East Stoddard, Dexter, MO 63841-1764 |
| 21555223 | + | Craig C Hansen Insurance Servi, 2103 3rd Street, Eureka, CA 95501-0813 |
| 21555224 | + | Crossroads Insurance Services, 9816 Gilespie St Suite 120, Las Vegas, NV 89183-7603 |
| 21555225 | + | Crum & Forster Insurance Co., 305 Madison Avenue, Morristown, NJ 07960-6100 |
| 21555226 | + | Custom INS Division, 404 E Ramsey Suite 210, San Antonio, TX 78216-4667 |
| 21555227 | + | Cypress Premium Funding, 28202 Cabot Rd., Suite 435, Laguna Niguel, CA 92677-1249 |
| 21555228 | + | D & H Insurance Group, 914 Judson Rd, Longview, TX 75601-5113 |
| 21555229 | + | DMB Truck Insurance LLC, PO Box 6423, McKinney, TX 75071-5111 |
| 21555230 | + | Dakota Street Insurance, PO Box 202, Spring Valley, IL 61362-0202 |
| 21555231 | + | David Baker Insurance, 950 S Fry Road, Katy, TX 77450-3061 |
| 21555232 | | Davis Insurance Agency, PO BOX 152620, Lufkin, TX 75915-2620 |
| 21555233 | | De Lage Landen Financial Svcs, P.O. Box 41601, Philadelphia, PA 19101-1601 |
| 21555234 | | Delaware Secretary of State, Division of Corporations P O Box 5509, Bingham , NY 13902-5509 |
| 21555235 | + | Demoisey Insurance Agency, 258 Plaza Drive, Lexington, KY 40503-1945 |
| 21555236 | | Department of State, P.O. Box 1500, Tallahassee , FL 32302-1500 |
| 21555237 | + | Desert West Insurance Agency Inc, PO Box 640210, El Paso, TX 79904-0210 |
| 21555238 | + | Dickson Insurance, PO BOX 40308, Mesa, AZ 85274-0308 |
| 21555240 | + | Donald LaPenna Associates, PO BOX 1868, Cranford, NJ 07016-5868 |
| 21555241 | | ECBM, 300 Conshohocken Ste 405, West Conshohocken, PA 19428 |
| 21555242 | + | Eagle National Insurance - USA (HQ), 80 SW 8th Street, Suite 2000 Brickell B, Miami, FL 33130-3038 |
| 21555243 | + | Eastern Insurors, LLC, 445 Godwin Avenue, Midland Park, NJ 07432-1978 |
| 21555244 | + | Easy Truck Insurance, 7635 Clement Rd Ste A, Vacaville, CA 95688-9297 |
| 21555245 | + | Ebix, Inc., 3906 Paysphere Circle, Chicago, IL 60674-0001 |
| 21555246 | | Eiyida Solutions, 16W277 83rd Street Ste C, Burr Ridge, IL 60527-7951 |
| 21555247 | + | Elite 4 Truck, 1801 South Excise Ave Ste 115, Ontario, CA 91761-8557 |
| 21555248 | + | Ellington Insurance Inc, 121 S Green St, Swainsboro, GA 30401-3129 |
| 21555249 | + | Elliott Hartman Agency, 611 Ansborough Ave., Waterloo, IA 50701-5841 |
| 21555250 | + | Emery & James Ltd, 300 E. Morris Ave., Hammond, LA 70403-4294 |
| 21555251 | + | Equify Risk Services LLC, 777 Main Street, Suite 3900, Fort Worth, TX 76102-5343 |
| 21952121 | + | Executive Risk Indemnity Inc., c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952126 | + | Executive Risk Specialty Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555252 | | Express Premium Finance Co., PO Box 18836, Oklahoma City, OK 73154-0836 |
| 21555253 | + | FDI Management Group, 275 Cumberland Pkwy Ste 246, Mechanicsburg , PA 17055-5677 |
| 21555254 | | FP Mailing Solutions, 140 N Mitchell Court, ste 200, Addison , IL 60101-5629 |
| 22016626 | + | Farit Logistics LLC, 2910 Pillsbury Ave S. Suite 214, Minneapolis, MN 55408-2298 |
| 21555255 | + | Farris Evans Insurance, 1568 Union Avenue, Memphis, TN 38104-3700 |
| 21555256 | | FedEx, P.O. Box 660481, Dallas, TX 75266-0481 |
| 21952130 | + | Federal Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555257 | + | Fino Services LLC, 6193 Highway Boulevard #205, Katy, TX 77494-1131 |
| 21555258 | + | First Insurance Funding, 450 Skokie Blvd Ste 1000, Northbrook, IL 60062-7917 |
| 21555259 | + | First Niagra Risk Management, 125 Hillvue Lane, Pittsburgh, PA 15237-7317 |
| 21555260 | + | First Services Inc, 215 Estates Dr Ste 1, Roseville, CA 95678-2361 |
| 21555263 | + | Fleet Risk Management, Inc., 2485 Demere Rd., Suite 100, Saint Simons Island, GA 31522-1621 |
| 21555264 | #+ | FleetSeek, 6190 Powers Ferry Road, Atlanta, GA 30339-2965 |
| 21555265 | + | Florida Commercial Ins Inc, 1401 SW 21st Lane, Boca Raton, FL 33486-6525 |
| 21555266 | + | Florida Department of State, P.O. Box 6327, Tallahassee , FL 32314-6327 |
| 21555267 | + | Florida State Underwriters, 950 S. Winter Park Drive, Suite 310, Casselberry, FL 32707-5460 |
| 21555268 | | Fortenberry Insurance Agency, P.O. Box 2139, Hewitt, TX 76643-2139 |
| 21555269 | + | Frontier Truck Insurance, 6054 Tanana Drive, Carmel, IN 46033-8542 |
| 21555270 | + | Gary W. Marsh, Esq., Dentons US, LLP, 303 Peachtree Street NE, Suite 5300, Atlanta, GA 30308-3265 |
| 21555271 | + | Generazio Associates, Inc., 265 Broad Street, Bloomfield, NJ 07003-2764 |
| 21555272 | | Georgia Department of Insurance, Premium Tax Division P O Box 935134, Hapeville , GA 30354 |
| 21555273 | + | Georgia Department of Labor, P.O. Box 200366, Cartersville , GA 30120-9007 |
| 21555275 | + | Georgia Department of Revenue, Taxpayer Services Division P.O. Box 740, Atlanta, GA 30301-0740 |
| 21555277 | + | Global Associates, 20 Highland Ave, Metuchen, NJ 08840-1949 |
| 21555278 | + | Global Transportation Ins., P.O. Box 5220, Farmington, NM 87499-5220 |
| 21555279 | + | Good's Insurance, 352 E Main St, Ste 200, Leola, PA 17540-1961 |
| 21555280 | + | Goodman-Baker Insurance, 3534 E Sunshine Ste Ste H, Springfield, MO 65809-2815 |
| 21555281 | + | Grace Group, Inc., 17709 Cantrell Road, Little Rock, AR 72223-4684 |
| 21555282 | + | Great Lakes Insurance Assoc., 3205 Peach Street, Erie, PA 16508-2735 |
| 21952151 | + | Great Northern Insurance Company, /o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |

| | | |
|---|---|---|
| 21555283 | + | HG Companies & Assurance LLC, 508 West Interstate 2, Pharr, TX 78577-6555 |
| 21555284 | | HNI Risk Services, 16085 West Cleveland Ave, New Berlin, WI 53151 |
| 21555285 | + | HNI Truck Group, 1621 Colonial Parkway, Inverness, IL 60067-4732 |
| 21555286 | + | HUB Internat'al Transportation, P.O. Box 1000, Colchester, VT 05446-1000 |
| 21555287 | + | Hadley & Lyden, Inc., P.O. Box 700, Winter Park, FL 32790-0700 |
| 21555288 | | Hancock & Associates, Inc, 7237 Oak Ridge HWY, Knoxville, TN 37931-2614 |
| 21555289 | + | Hanuschak Agency, P.O. Box 7727, Cumberland, RI 02864-0898 |
| 21555290 | + | Hartley Cylke Pacific Insurance, 2747 University Ave, San Diego, CA 92104-2811 |
| 21555291 | + | Hatch Agency, PO BOX 1861, Minnetoka, MN 55345-0861 |
| 21555292 | + | Hawk Agency Inc, 7131 Knoxville Ave, Peoria, IL 61614-2098 |
| 21555293 | + | Haymond Insurance Inc., 200 S. Main, Searcy, AR 72143-6847 |
| 21555294 | + | Hays of Utah Insurance Services, 170 South Main Street Suite 1000, Salt Lake City, UT 84101-1653 |
| 21555295 | + | Heil and Heil Insurance Agency LLC, 1250 E Diehl Rd Ste 104, Naperville, IL 60563-9338 |
| 21555296 | + | Heiser Agency, 133 S Main Street, Morton, IL 61550-2077 |
| 21555297 | #+ | Heritage Insurance, 920 Lily Creek Rd Suite 201, Louisville, KY 40243-2815 |
| 21555298 | #+ | Heritage Insurance Service, 920 Lily Creek Rd Suite 201, Louisville, KY 40243-2815 |
| 21555299 | + | Hibbs & Associates, 2362 Three Bars Dr, Snellville , GA 30078-2643 |
| 21555300 | + | Higginbotham, 308 W Parkwood Ave #104B, Friendswood , TX 77546-5478 |
| 21555301 | + | Hinson Building Corporation, 540 48th Street Court East, Bradenton , FL 34208-5508 |
| 21555302 | | Hire Right Solutions, P O Box 847891, Dallas, TX 75284-7891 |
| 21555303 | + | Holmes Murphy & Associates, 201 First Street SE, Suite 700, Cedar Rapids, IA 52401-1424 |
| 21555304 | + | Hub Coburn Insurance, PO BOX 1000, Colchester, VT 05446-1000 |
| 21555305 | + | Hub Flynn, 1643 24th Street West Suite 21, Billings, MT 59102-2677 |
| 21555306 | + | Hub International, PO BOX 17346, Salt Lake City, UT 84117-0346 |
| 21555307 | + | Hub International Texas, 12175 Network Blvd. Suite 100, San Antonio, TX 78249-3432 |
| 21555308 | + | Hub Kaufman, P.O. Box 17346, Salt Lake City, UT 84117-0346 |
| 21555309 | + | Hub Lenhardt Agency, 1643 24th Street W, Ste 211, Billings, MT 59102-2677 |
| 21555310 | + | Hubbard Insurance Agency, Inc, 4574 FM 1960 East, Humble, TX 77346-2418 |
| 21555311 | + | Hughston Insurance Agency, Inc., 46 Cove Circle, Brownsville, TX 78521-2661 |
| 21555312 | + | Hunt & Associates, Inc., 720 North Post Oak Suite 330, Houston, TX 77024-3841 |
| 21555313 | + | IBEX, PO Box 224528, Dallas, TX 75222-4528 |
| 22207717 | + | IMAN Carriers, Inc., 544 8th Ave NE, St. Joseph, MN 56374-8528 |
| 21555314 | + | INSPRO Insurance, P.O. Box 6847, Lincoln, NE 68506-0847 |
| 21555315 | + | IPFS, 30 Montgomery Street, Suite 501, Jersey City, NJ 07302-3821 |
| 21555316 | + | ISU Stetson-Beemer Insurance, PO BOX 7236, Reno, NV 89510-7236 |
| 21952159 | + | Illinois Union Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555317 | | Impact Finance Corp, P.O. Box 515439, Dallas, TX 75251-5439 |
| 21952154 | + | Indemnity Insurance Company of North America, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555318 | + | Insgroup Inc., 3131 W Alabama Ste 200, Houston, TX 77098-2030 |
| 21555319 | + | Insurance Brokers of Maryland-, PO Box 3767, Hagerstown, MD 21742-3767 |
| 21952167 | + | Insurance Company of North America, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555320 | + | Insurance Group Services, Inc., 3000 W. Cypress Creek Rd, Fort Lauderdale, FL 33309-1710 |
| 21555321 | + | Insurance Office of America, 2121 Harden Blvd., Lakeland, FL 33803-5918 |
| 21555322 | + | Insurance Office of America - MD, 100 West Road, Suite 300, Towson, MD 21204-2370 |
| 21555323 | + | Insurance Risks Managers of MO, 425 N New Ballas Rd Ste #175, St Louis, MO 63141-6853 |
| 21555324 | + | Insurance Service Associates, 1770 Indian Trail Rd Ste #130, Norcross, GA 30093-2600 |
| 21555325 | + | Insurance Service Group, P.O. Box 4000, Clinton, TN 37717-4000 |
| 21555327 | + | Insurepointe of Texas, Inc., 2909 Hillcroft Suite 600, Houston, TX 77057-5852 |
| 21555328 | + | Insurica Ins. Management Network, 1100 NE Loop 410 Ste 200, San Antonio, TX 78209-1569 |
| 21555330 | + | Interline Risk Services, Inc., 2100 Pooler Parkway, Pooler, GA 31322-4264 |
| 21555332 | | Interstate Insurance Agency, PO Box 568944, Orlando, FL 32856-8944 |
| 21555334 | + | Interstate Insurance Services Inc., 6101 N Armstrong St., Wichita, KS 67204-2023 |
| 21555333 | + | Interstate Insurance Services Inc., 2601 N Del Rosa Ave Suite 114, San Bernardino, CA 92404-4413 |
| 21555337 | + | Interstate Trucking Alliance, 7414 Fossil Hill Dr, Arlington, TX 76002-4451 |
| 21555338 | + | Intervalley Insurance Services, 4221 N Fresno Street, Fresno, CA 93726-3130 |
| 21555339 | + | Island Financial Ins Assoc Inc, 2815 East Main Avenue, Puyallup, WA 98372-3167 |
| 21555340 | + | Italiano Insurance Services, PO Box 18425, Tampa, FL 33679-8425 |
| 21953210 | + | J. Ronald Jones, Jr., Esq., Nexsen Pruet, LLC, 205 King Street, Suite 400 (29401), PO Box 486, Charleston, SC 29402-0486 |
| 22535167 | + | J. Ronald Jones, Jr., Esquire, Nexsen Pruet, LLC, 205 King Street, Suite 400 (29401), PO Box 486, Charleston, SC 29402-0486 |
| 21555341 | + | J. Smith Lanier, P.O. Box 70, West Point, GA 31833-0070 |
| 21555343 | + | Jagdeep Singh Insurance Agency, 4185 W Figarden Dr #101, Fresno, CA 93722-6070 |
| 21555344 | + | James Brummett Insurance, PO Box 606, Oliver Springs, TN 37840-0606 |

| | | |
|---|---|---|
| 21555345 | | James Miller Insurance Agency, 6333 E Mockingbird Lane, Suite 254A, Dallas, TX 75214-2343 |
| 21555346 | + | James Russell Wiley, 6201 Arnall Ct., Acworth, GA 30101-9506 |
| 21555347 | + | Jane R. Parker, 204 Kier Street, New Alexandria , PA 15670-3130 |
| 21555348 | #+ | Jeffers Insurance Agency, 100 NE Loop 410, Ste #1250, San Antonio, TX 78216-4722 |
| 21555349 | + | Jenna Crossley Sanford, 14635 Creek Club Dr, Alpharetta, GA 30004-4372 |
| 21555350 | | Jones Truck Insurance Agency, P.O. Box 236, Waco, TX 76703-0236 |
| 22092358 | + | Jones Truck Insurance Agency, Inc, 10100 Saddle Creek Rd, Waco, TX 76708-7290 |
| 21555351 | #+ | KHD LLC Insurance Services, 1259 Route 46 East Building One, Suite, Parsippany, NJ 07054-4917 |
| 21555352 | + | KMB Insurance Consultants, 1150 Johnson Drive, Naperville, IL 60540-8244 |
| 21555353 | + | Katy Insurance Agency, Inc., P O Box 597, Katy, TX 77492-0597 |
| 21555354 | + | Keisling Insurance, 8500 Highway 111 Ste 150, Byrdstown, TN 38549-1007 |
| 21555355 | + | Kenneth Seiber, 10010 Judy Road, Lyles, TN 37098-1702 |
| 21555356 | | Kentucky Attorney in Fact, 314 West Main Street, Frankfort, KY 40601-1808 |
| 21555357 | + | Keuler Insurance Agency Inc, 229 High St, Mineral Point, WI 53565-1209 |
| 21555358 | + | Keystone Truck Underwriters, LLC, 702 W. Pitt Street PO Box 640, Bedford, PA 15522-0640 |
| 21555359 | + | Kiely, Hines & Associates Insurance, 6100 Dutchmans Lane 10th Floor, Louisville, KY 40205-3284 |
| 21555360 | + | Kinloch Partners, Inc., 300 Executive Drive Ste 310, West Orange, NJ 07052-3323 |
| 21555361 | + | Kirby Soar Insurance Agency, 809 S. Evers Street, Plant City, FL 33563-5425 |
| 21555363 | + | Kunkel & Associates, 401 Data Court, Dubuque, IA 52003-8912 |
| 21555364 | + | L Transportation Writers, Inc., 405 Oakwood Road 2nd Floor, Huntington Station, NY 11746-7207 |
| 21555365 | + | LCIA INC, PO BOX 3043, Kearny, NJ 07032-0998 |
| 21555366 | + | LLC Insurance Agency, 4216 N Lincoln Ave, Chicago, IL 60618-2902 |
| 21555367 | + | Latino Truckers Insurance Serv, PO BOX 4267, Ontario, CA 91761-8967 |
| 21555369 | | Lenhardt Agency, Inc., Suite 211, Billings, MT 59102 |
| 21555370 | + | Lexington Insurance Company, 100 Summer Street, Boston, Boston, MA 02110-2137 |
| 21555371 | + | Liberty Insurance Serviesz, Inc, 3601 W. Devon Ave Suite 103, Chicago, IL 60659-1216 |
| 21555372 | + | Liberty Truck Insurance, 401 Daniel Payne Drive, Birmingham, AL 35214-6401 |
| 21555373 | + | Licona Insurance Group, 369 Shadow Mountain Drive, El Paso, TX 79912-4053 |
| 21555375 | + | Lipscomb & Pitts, 2670 Union Avenue, Memphis, TN 38112-4434 |
| 21555376 | | Lloyds of London/Tysers, 9th Floor Beaufort House, 15 St Botolph Street, London, England, EC3A 7EE |
| 21555377 | + | Logistics Insurance Concepts, 1527 W. State Hwy 114 Ste 500-299, Grapevine, TX 76051-8646 |
| 21555378 | + | Lonesource, 114 MacKenan Drive Suite 300, Cary , NC 27511-7920 |
| 21951240 | + | Lorie A. Klein, c/o Fafinski Mark & Johnson, P.A., 775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344-7322 |
| 21555379 | + | Los Robles, 2930 E Inland Empire Blvd., St, Ontario, CA 91764-4802 |
| 21555380 | + | Love Insurance Agency, 373 Center Street, Suite A, Chardon, OH 44024-8952 |
| 21555381 | + | M&O California Insurance Services, Inc, 6055 E Washington Blvd Ste 1090, Los Angeles, CA 90040-2400 |
| 22028925 | | MJ Insurance, PO Box 50435, Indianapolis, IN 46250-0418 |
| 21555383 | + | MJ Insurance, 4745 Haven Point BLVD, Indianapolis, IN 46280-2818 |
| 21555384 | + | MacKenzie Agency, 116 South Third Street, Saint Peter, MN 56082-2043 |
| 21555385 | + | Mailing Systems of Georgia, 1710 Cumberland Point Drive Suite 7, Marietta, GA 30067-9203 |
| 21555386 | + | Malone Insurance Services, 1137 Bordeau Court, Dunwoody , GA 30338-3204 |
| 21555387 | + | Maple Leaf Insurance Agency Inc, 6536 Kitsap Way, Bremerton, WA 98312-1744 |
| 21555388 | + | Marquee Insurance Group, 1000 Holcomb Woods Pkwy Building 300 -, Roswell, GA 30076-2587 |
| 21555389 | + | Marshall Insurance Agency, Inc, 1623 21st Ste Suite A, Springfield, OR 97477-3417 |
| 21555390 | + | Martin & Harrill, Inc., 221 W. Eleventh Street, Charlotte, NC 28202-1715 |
| 21555391 | + | Marvin Johnson, PO BOX 1849, Columbus, IN 47202-1849 |
| 21555392 | + | Mass Insurance Agency, 7300 F Street, Omaha, NE 68127-1812 |
| 21555393 | | MassMutual Financial Group, Policy Loans P O Box 75045, Charlotte , NC 28275-0045 |
| 21555394 | | Massachusetts Mutual Life Ins, Dept #2560, Los Angeles , CA 90084-2560 |
| 21555395 | + | Massey Insurance Services, 16000 Apple Valley Rd Ste C-2, Apple Valley, CA 92307-7815 |
| 21555396 | | Matrix Insurance Group, Suite 104, Aventura, FL 33180 |
| 21555397 | + | Maulding & Associates, P.O. Box 320549, Jackson, MS 39232-0549 |
| 21555398 | | Maverick Truck Insurance, 5840 West I20 Suite #201, Arlington, TX 76017 |
| 21555399 | + | McDonald Insurance, 90 Whitlock Place, Marietta, GA 30064-3164 |
| 21555400 | + | Menard, Gates, and Mathis, 6401 Poplar Ave Ste 250, Memphis, TN 38119-4846 |
| 21555401 | + | Meridian Insurance Group, 4555 Mansell Road Suite 250, Alpharetta, GA 30022-8279 |
| 21555402 | + | Mid South Insurance Agency Inc, P.O. Box 457, Corning, AR 72422-0457 |
| 21555403 | + | Millenium Insurance Services, 8301 Broadway Suite 405, San Antonio, TX 78209-2067 |
| 21555404 | | Milner, Inc., P.O. Box 923197, Norcross, GA 30010-3197 |
| 21555405 | | Mulligan Insurance Agency, Inc, 5114 Highway 33-34, Farmingdale, NJ 07727 |
| 21555406 | | Multi Printing Solutions, Inc., 8113 S. Lemont Rd, Darien , IL 60561-1755 |
| 21555408 | | National Online Registries, LLC, P O Box 419317, Kansas City , MO 64141-6317 |
| 21555409 | + | New York Marine and General Insurance Company, c/o Gary Marsh, Dentons US, LLP, 303 Peachtree Street, NE, Suite 5300, Atlanta, GA |

| | | |
|---|---|---|
| District/off: 113E-9 | User: law2 | Page 6 of 10 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf556 | Total Noticed: 383 |

| | | |
|---|---|---|
| | | 30308-3265 |
| 21555410 | + | Nicky's Insurance Agency, Inc, 806 Del Oro Lane, Pharr, TX 78577-2200 |
| 21555411 | | North Country Insurance, 8800 SE Sunnyside Rd. 16621 N 91st St S, Scottsdale, AZ 85255 |
| 21555412 | + | OVIA Insurance Services, 1809 Banks Road, Pompano Beach, FL 33063-7702 |
| 21555413 | + | Orbis Insurance, 5800 NW 74th Ave, Miami, FL 33166-3740 |
| 21555414 | | PJC Insurance, P.O. Box 9750, Springfield, MO 65801-9750 |
| 21952169 | + | Pacific Employers Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952174 | + | Pacific Indemnity Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555415 | | Palomar Insurance, P.O. Box 11128, Montgomery, AL 36111-0128 |
| 21555416 | + | Peoples Insurance Agency, PO BOX 119, Waverly , IA 50677-0119 |
| 21555417 | + | Premium Assignment Corp, 3522 Thomasville Road, Suite 400, Tallahassee, FL 32309-3488 |
| 21555418 | + | Prime Insurance Company, 8722 South Harrison St, Sandy, UT 84070-1420 |
| 21555419 | + | ProSight Specialty, 12 Mount Kemble Ave, Suite 300C, Morristown, NJ 07960-5132 |
| 21555420 | + | ProSight Specility Mgt. Co., and New York Marine a, c/o Gary Marsh, Denton US, LLP, 303 Peachtree Street, NE, Suite 5300, Atlanta, GA 30308-3265 |
| 21816687 | + | Professional Safety Consulting, Inc, PO Box 274, Kimberling City, MO 65686-0274 |
| 21555422 | + | Propel Insurance, 2045 Cardinal Ave, Ste 300, Medford, OR 97504-9746 |
| 21850592 | + | Prosight Specialty Management Company Inc. and New, c/o Gary W. Marsh, Esq., Dentons US LLP, 303 Peachtree St., NE, Suite 5300, Atlanta, GA 30308-3265 |
| 21555423 | + | RIS Insurance Services, 901 24th Street, Anacortes, WA 98221-2809 |
| 21555424 | + | RJS Insurance Services, Inc., 27782 El Lazo, Laguna Niguel, CA 92677-3914 |
| 21555425 | + | RRL Insurance Agecny, 35000 Kaiser Court Suite 300, Willoughby, OH 44094-3384 |
| 21555426 | + | Regions Insurance, PO BOX 3198, Little Rock, AR 72203-3198 |
| 21555428 | + | Rich Insruance Services Inc., c/o Rich Insurance, 105 South 3rd Street, Cabot AR 72023-2931 |
| 21555429 | | Risk Placement Services, 33719 Treasury Center, Chicago, IL 60694-3700 |
| 21759670 | #+ | Risk Placement Services, Inc., 2400 Lakeview Parkway, Suite 675, Alpharetta, GA 30009-7902 |
| 21555430 | + | Roberts Blvd, LLC, P.O. Box 360566, Birmingham, AL 35236-0566 |
| 21555431 | + | Rodriguez Insurance Agency, 901 Waterfall Way, Suite 301, Richardson, TX 75080-6792 |
| 21555432 | + | SC&F Specialty Underwriters, 160 Water Street, 16th Floor, New York, NY 10038-5032 |
| 21555433 | + | SWZ Insurance, 295 E Renfro #211, Burleson, TX 76028-3953 |
| 21555434 | + | Saver Insurance Agency, 1415 Molson Lake Dr, Leander, TX 78641-2183 |
| 21555435 | + | Schoolar & Associates, P.O. Box 967, Jemison, AL 35085-0967 |
| 21555436 | + | Sebrite Agency, Inc., 5421 Feltl Road Suite 140, Hopkins, MN 55343-3945 |
| 21555437 | | Securance Corporation Agency, P.O. Box 420390, Houston, TX 77242-0390 |
| 21750839 | + | Seneca Crum Forster Insurance Company, c/o Soffer, Rech and Borg LLP, 26th Floor, 48 Wall Street, New York NY 10005-2900 |
| 21555438 | | South Carolina Department, Post Office Box 100105, Columbia, SC 29202-3105 |
| 21555439 | | Southern Insurance Specialist, PO BOX 2116, Ridgeland, MS 39158-2116 |
| 21555442 | + | Stephens Insurance LLC, 140 Township Avenue Ste 202, Ridgeland, MS 39157-2094 |
| 21555443 | + | Sterling Risk Advisors, 2500 Cumberland Pkwy Ste 400, Atlanta, GA 30339-3923 |
| 21555444 | + | Stonemark, Inc., 8501 Wade Blvd., Ste. 620, Frisco, TX 75034-6268 |
| 21555445 | + | Sunbelt Insurance Group, 114 Lee Pkwy Drive, Chattanooga, TN 37421-1736 |
| 21555446 | + | Supportive Insurance Services, 1610 South Old Decker Road, Vincennes , IN 47591-6127 |
| 21555448 | + | T.I.S. Ltd., PO Box 740, Weyauwega, WI 54983-0740 |
| 21555449 | + | TC Insurance Services, 1050 Wigwam Pkwy, Suite 110, Henderson, NV 89074-8174 |
| 21555450 | + | TRICOR Inc, 230 W Cherry Street, Lancaster, WI 53813-1629 |
| 21555462 | ++ | TRINITY INSURANCE SERVICES LLC, 623 W MAIN ST, CLARKSON KY 42726-7044 address filed with court:, Trinity Insurance Services LLC, PO Box 439, Clarkson, KY 42726 |
| 21555451 | + | TWI Agency Inc, 600 S Tyler St, Amarillo, TX 79101-2353 |
| 21585017 | | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 21555453 | | Texas Dept of Insurance, Attn: Co Licensing and Reg Off, DIV 5056, Austin , TX 78714-9104 |
| 21555454 | + | Texas Truck, 2113 Greenbriar Dr, Southlake, TX 76092-8312 |
| 21555455 | + | The Buckner Company, 6550 S. Millrock Drive Ste 300, Salt Lake City, UT 84121-2331 |
| 21951241 | + | The Hays Group, Inc., Lorie E. Klein, Fafinski Mark & Johnson, P.A., 775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344-7322 |
| 21555456 | + | The Hilb Group of Texas, LLC, 8720 Stony Point Parkway, Suite 125, Richmond, VA 23235-1990 |
| 21555457 | + | The Wiley Group, Inc., 1255 Roberts Blvd., Suite 102, Kennesaw, GA 30144-7078 |
| 21670275 | + | Thomas Reuters GRC Inc., c/o Sarah E. Doerr, Esq., Moss and Barnett, 150 5th St S, Suite 1200, Minneapolis MN 55402-4129 |
| 21555458 | | Thomson Reuters Inc, P O Box 417175, Boston , MA 02241-7175 |
| 21555461 | + | Transport South Insurance Agency, LLC, 1255 Roberts Blvd Ste 102, Kennesaw, GA 30144-7078 |
| 21555463 | | Triumph Insurance, 3 Park Central, Suite 1700 12700 Park, Dallas, TX 75251 |
| 21555464 | | Troutman Sanders LLP, P.O. Box 933652, Atlanta, GA 31193-3652 |
| 21555465 | + | Truck Insurance Specialists, One Brickyard Drive, Bloomington, IL 61701-7513 |
| 21555466 | | Truckers Insurance, 400 West Expressway, San Juan, TX 78589 |
| 21555467 | + | Trucking Specialist LLC, 425 4th Street SC Suite 802 Box 39, Cedar Rapids, IA 52404 |

| District/off: 113E-9 | User: law2 | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: pdf556 | Total Noticed: 383 |

| | | |
|---|---|---|
| 21555469 | + | True North Companies, 500 1st St. SE, Cedar Rapids, IA 52401-2002 |
| 21555470 | + | Turner & Hamrick, P.O. Box 985, Troy , AL 36081-0985 |
| 21952763 | | Tyser&Co Ltd on behalf of certain underwriter, Simon Palmer, Interim Risk & Compliance Director,, 9th Floor Beaufort House, 15 St. Botolph, London EC3A 7EE, UK |
| 21555474 | + | US Insurance Source, 22327 Gosling Road, Spring, TX 77389-4409 |
| 21951177 | + | US Premium Finance, A Division of Ameris Bank, Simpson, Uchitel & Wilson LLP, P.O. Box 550105, Atlanta, GA 30355-2605 |
| 21555476 | + | USA Specialty Insurance LLC, 5246 SW 8th St STE 102-A, Miami, FL 33134-2375 |
| 21555477 | + | USI Southwest, 1340 W. Tunnel Blvd, Suite 110, Houma, LA 70360-2816 |
| 21555478 | + | USI Transportation, 2021 Spring Road, Suite 100, Oak Brook, IL 60523-1852 |
| 21945494 | + | Umana Trucking, LLC, 2518 Glen Meadows Dr, Mesquite, TX 75150-4992 |
| 21555480 | | Vertafore/CIS Solutions, 27384 Network Place, Holtsville , NY 60673-1273 |
| 21952181 | + | Vigilant Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555481 | + | Volmert & Associates, 3023 South University Drive #208, Fort Worth, TX 76109-5608 |
| 21555482 | + | WGI/Stonebriar, 16935 W Bernardo Dr Suite 100, San Diego, CA 92127-1635 |
| 21555483 | + | WNC, LLC, 1205 Johnson Ferry Rd, St 136-318, Marietta GA 30068-5418 |
| 21555484 | | West Virginia Ins Commisioner, PO Box 2153, Charleston , WV 25328-2153 |
| 21952183 | + | Westchester Fire Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21952186 | + | Westchester Surplus Lines Insurance Company, c/o Wendy M. Simkulak, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 21555485 | + | White Wolf Insurance, 2406 S Jupiter Rd STE 4, Garland, TX 75041-6024 |
| 21555486 | + | Willcomply, LLC, 3700 Park East Drive, Suite 250, Beachwood, OH 44122-4318 |
| 21555487 | + | Windham Brannon, PC, 3630 Peachtree Road NE Suite 600, Atlanta, GA 30326-1550 |
| 21956325 | + | gotoPremium Finance, Suite 400, 6200 Canoga Ave., Woodland Hill CA 91367-2459 |

TOTAL: 362

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: wpeterson@triumphinsurance.com | Jul 28 2021 19:57:00 | Triumph Insurance Group, Inc, 12700 Park Central Dr, Suite 1700, Dallas, TX 75251-1517 |
| 21951176 | + | Email/Text: cwilson@simplawatlanta.com | Jul 28 2021 19:57:00 | A. Christian Wilson, Esq., Simpson, Uchitel & Wilson LLP, P.O. Box 550105, Atlanta, GA 30355-2605 |
| 21555189 | | Email/Text: citjaxbankruptcy@cit.com | Jul 28 2021 19:57:00 | CIT, 21146 Network Place, Chicago , IL 60673-1211 |
| 21555210 | | Email/Text: documentfiling@lciinc.com | Jul 28 2021 19:57:00 | Comcast, P O Box 530098, Atlanta, GA 30353-0098 |
| 21555239 | | Email/Text: eric@don-rick.com | Jul 28 2021 19:57:00 | Don-Rick Insurance Inc, 313 Oak Street, Baraboo, WI 53913 |
| 21555261 | + | Email/Text: bankruptcy@fisherphillips.com | Jul 28 2021 19:57:00 | Fisher & Phillips LLP, 1075 Peachtree Street, NE Suite 3500, Atlanta, GA 30309-3900 |
| 21555262 | + | Email/Text: bankruptcyreceivership@wellsfargo.com | Jul 28 2021 19:57:00 | Flat Iron Capital, 950 17th St Suite 1300, Denver, CO 80202-2818 |
| 21555274 | | Email/Text: brnotices@dor.ga.gov | Jul 28 2021 19:57:00 | Georgia Department of Revenue, 1800 Century Blvd., Suite 9100, Atlanta, GA 30345 |
| 21555276 | | Email/Text: brnotices@dor.ga.gov | Jul 28 2021 19:57:00 | Georgia Department of Revenue, P.O. Box 105499, Atlanta, GA 30348-5499 |
| 21569978 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2021 19:57:00 | INTERNAL REVENUE SERVICE, P O BOX 7346, 2970 MARKET STREET, PHILADELPHIA, PA. 19104-5002 |
| 21943189 | + | Email/Text: aleksandra.fish@AIG.com | Jul 28 2021 19:57:00 | Illinois National Insurance Company, AIG Property Casualty, Inc., Attn: Kevin J Larner, 80 Pine Street, 13th Floor, New York, NY 10005-1734 |
| 21946084 | + | Email/Text: aleksandra.fish@AIG.com | Jul 28 2021 19:57:00 | Illinois National Insurance Company, 80 Pine Street,13th Floor, New York, NY 10005-1734 |
| 23517397 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | | |

|  |  |  | Jul 28 2021 19:57:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Dr., SW, Atlanta, GA 30303-3315 |
|---|---|---|---|---|
| 21555441 |  | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 28 2021 19:57:00 | State Tax Commission, P.O. Box 23050, Jackson, MS 39225-3050 |
| 21555447 | + | Email/Text: synovusbankruptcy@synovus.com | Jul 28 2021 19:57:00 | Synovus Bank, PO Box 120, Columbus, GA 31902-0120 |
| 21555440 |  | Email/Text: pacer@cpa.state.tx.us | Jul 28 2021 19:57:00 | State Comptroller - Texas, PO Box 149348, Austin , TX 78714-9348 |
| 21555452 |  | Email/Text: pacer@cpa.state.tx.us | Jul 28 2021 19:57:00 | Texas Comptroller of Public Accounts, Texas Surplus Lines Department, PO Box 13528, Austin, TX 78711-3528 |
| 21555883 | + | Email/Text: usagan.bk@usdoj.gov | Jul 28 2021 19:57:00 | U. S. Attorney, 600 Richard B. Russell Bldg., 75 Ted Turner Drive, SW, Atlanta GA 30303-3315 |
| 21555473 |  | Email/Text: bankruptcy@ups.com | Jul 28 2021 19:57:00 | UPS, P.O. Box 7247-0244, Philadelphia, PA 19170-0001 |
| 21555472 |  | Email/Text: jlippincott@uspremiumfinance.com | Jul 28 2021 19:57:00 | U.S. Premium Finance, 280 Technology Parkway, Suite 200, Norcross, GA 30092 |
| 21555475 |  | Email/Text: jlippincott@uspremiumfinance.com | Jul 28 2021 19:57:00 | US Premium Finance, 280 Technology Parkway, Norcross, GA 30092 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Risk Placement Services, Inc. |
| cr | *+ | AmeriComp Benefits, Inc., P.O. Box 4319, Columbus, GA 31914-0319 |
| 21574838 | *+ | INTERNAL REVENUE SERVICE, P O BOX 7346, 2970 MARKET STREET, PHILADELPHIA, PA. 19104-5002 |
| 21555331 | *+ | Internal Revenue Service, Central Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21555148 | ##+ | 1st Patriot Insurance Services, LLC, 2616 N. McColl Rd, McAllen, TX 78501-5502 |
| 21555158 | ##+ | Acadia Coffee Service, Inc., 1165 Allgood Road suite 17, Marietta, GA 30062-2256 |
| 21555194 | ##+ | Capital Premium Finance, PO Box 1020, Draper, UT 84020-1007 |
| 21555197 | ##+ | Carrier Service Insurance, P.O. Box 69000C, Miami, FL 33269-0019 |
| 21555205 | ## | Cobb County Tax Commissioner, 700 South Cobb Drive, Marietta, GA 30060-3162 |
| 21555213 | ##+ | Commercial Insurance Associates, LLC, 103 Powell Court Suite 100, Brentwood, TN 37027-5050 |
| 21555326 | ##+ | Insurance of Mid Cities Agency, 1235 Cavender Dr #101, Hust, TX 76053-4445 |
| 21555329 | ##+ | Integrity Transportation Insurance Agency LLC, 14511 Falling Creek Dr., Houston, TX 77014-1279 |
| 21555335 | ##+ | Interstate Motor Carriers Agency, Inc, PO Box 4500, Freehold, NJ 07728-4500 |
| 21555336 | ##+ | Interstate Truckers Insurance, P.O. Box 8394, Boise, ID 83707-2394 |
| 21555342 | ##+ | JLP Insurance Services, LLC, 3719 Fry Rd. Suite C, Katy, TX 77449-6740 |
| 21555362 | ##+ | Krist Insurance, 6600 Westown Pkwy., Suite 250, West Des Moines, IA 50266-7743 |
| 21555368 | ##+ | Leavitt Group, 6050 Tacoma Mall Blvd #300, Tacoma, WA 98409-6828 |
| 21555374 | ##+ | Lighthouse Insurance Group, 4808 Broadmoor SE, Grand Rapids, MI 49512-5306 |
| 21555382 | ##+ | MGA Insurers, Inc, 207 S. Villa Avenue, Villa Park, IL 60181-2634 |
| 21555407 | ##+ | NFP Property & Casualty, 1050 Wigwam Pkwy. #110, Henderson, NV 89074-8174 |
| 21555421 | ##+ | Professional Safety Consultants, 221 Victory Lane Suite 100, Lincoln, NE 68528-1482 |
| 21555427 | ##+ | Reliance Partners, 325 Market Street Suite 205, Chattanooga, TN 37402-1226 |
| 21555460 | ##+ | Transport Services Group, LLC, 3940 Werrington Drive, Cumming, GA 30040-1522 |
| 21555468 | ##+ | Truckline Insurance Grp, LLC / T.D. Hawks, 120 E. 9TH Street, Dubuque, IA 52001-7048 |
| 21555471 | ## | U.S. E&O Brokers, 820 Gessner Road, Suite 1360, Houston, TX 77024-4461 |

TOTAL: 1 Undeliverable, 3 Duplicate, 21 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 113E-9 | User: law2 | Page 9 of 10 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf556 | Total Noticed: 383 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A. Christian Wilson | on behalf of Creditor US Premium Finance cwilson@simplawatlanta.com sscheu@simplawatlanta.com |
| Anna Mari Humnicky | on behalf of Plaintiff American Underwriting Services  LLC ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;lcarlton@smallherrin.com |
| Anna Mari Humnicky | on behalf of Debtor American Underwriting Services  LLC ahumnicky@smallherrin.com, klemons@smallherrin.com;notices@nextchapterbk.com;lcarlton@smallherrin.com |
| Benjamin S. Klehr | on behalf of Other Prof Kevin Van de Grift bklehr@smallherrin.com klemons@smallherrin.com |
| Benjamin S. Klehr | on behalf of Plaintiff American Underwriting Services  LLC bklehr@smallherrin.com, klemons@smallherrin.com |
| Benjamin S. Klehr | on behalf of Debtor American Underwriting Services  LLC bklehr@smallherrin.com, klemons@smallherrin.com |
| Brandon R Gossett | on behalf of Creditor Brit Syndicates Limited brandon.gossett@clydeco.us  liz.king@clydeco.us |
| Courtney Hull | on behalf of Creditor Texas Comptroller of Public Accounts bk-chull@oag.texas.gov  sherri.simpson@oag.texas.gov |
| Eric T. Johnson | on behalf of Defendant Neil Wiley eric@etj-law.com |
| Gary W. Marsh | on behalf of Creditor New York Marine and General Insurance Company pam.matthews@dentons.com |
| Gary W. Marsh | on behalf of Defendant Prosight Specialty Management Company Inc. pam.matthews@dentons.com |
| Gary W. Marsh | on behalf of Defendant New York Marine and General Insurance Company pam.matthews@dentons.com |
| Gary W. Marsh | on behalf of Creditor Prosight Specialty Management Company Inc. pam.matthews@dentons.com |
| Gregory M. Taube | on behalf of Creditor AIG Entities greg.taube@nelsonmullins.com  ayo.uboh@nelsonmullins.com;pat.stanley@nelsonmullins.com |
| Gregory M. Taube | on behalf of Creditor American International Group  Inc. greg.taube@nelsonmullins.com, ayo.uboh@nelsonmullins.com;pat.stanley@nelsonmullins.com |
| Gus H. Small | on behalf of Debtor American Underwriting Services  LLC gsmall@smallherrin.com, klemons@smallherrin.com |
| Gus H. Small | on behalf of Plaintiff American Underwriting Services  LLC gsmall@smallherrin.com, klemons@smallherrin.com |
| Henry F. Sewell, Jr. | on behalf of Plaintiff S. Gregory Hays Chapter 7 Trustee for the Estate of American Underwriting Services, LLC hsewell@sewellfirm.com, hsewell123@yahoo.com |
| Henry F. Sewell, Jr. | |

| | | |
|---|---|---|
| District/off: 113E-9 | User: law2 | Page 10 of 10 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf556 | Total Noticed: 383 |

| | |
|---|---|
| | on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com  hsewell123@yahoo.com |
| IPFS Corporation | |
| | lisa.chandler@ipfs.com |
| Jason A. Starks | |
| | on behalf of Creditor Texas Comptroller of Public Accounts bk-jstarks@oag.texas.gov  sherri.simpson@oag.texas.gov |
| John T. Sparks, Sr. | |
| | on behalf of Creditor American Southern Insurance Company jsparks@austinsparks.com  aharris@austinsparks.com |
| Kenneth Bradley Franklin | |
| | on behalf of Creditor ACE Property and Casualty Insurance Company kbfranklin@duanemorris.com |
| Kenneth Bradley Franklin | |
| | on behalf of Creditor Committee Illinois Union Insurance Company kbfranklin@duanemorris.com |
| Kenneth Bradley Franklin | |
| | on behalf of Creditor ACE American Insurance Company kbfranklin@duanemorris.com |
| Kenneth Bradley Franklin | |
| | on behalf of Creditor Westchester Fire Insurance Company kbfranklin@duanemorris.com |
| Leslie M. Pineyro | |
| | on behalf of Creditor Colonial Insurance Services  LLC lpineyro@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com |
| Lindsay P. S. Kolba | |
| | on behalf of U.S. Trustee Daniel M. McDermott lindsay.p.kolba@usdoj.gov |
| Lisa McVicker Wolgast | |
| | on behalf of Creditor American Southern Insurance Company lwolgast@mmmlaw.com twagner@mmmlaw.com;ntait@mmmlaw.com |
| Matthew G. Moffett | |
| | on behalf of Creditor Lloyds of London/Tyser & Co. Ltd. mmoffett@grsmb.com  jwasick@grsmb.com |
| S. Gregory Hays | |
| | ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com |
| Scott B. Riddle | |
| | on behalf of Creditor American Millennium Insurance Company  Inc. scott@scottriddlelaw.com, admin@scottriddlelaw.com |

TOTAL: 32