UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AMERICAN UNDERWRITING SERVICES, LLC, | : | CASE NO. 18-58406-SMS |
| | : | |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 30th day of September, 2021.

                                                                                                            _/s/ S. Gregory Hays_
                                                                                                S. Gregory Hays
                                                                                                Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| Anna Mari Humnicky<br>Small Herrin, LLP<br>Building Two, Suite 200<br>2727 Paces Ferry Road<br>Atlanta, GA 30339-4053 | Synovus Bank<br>PO Box 120<br>Columbus, GA 31902-0120 | Custom INS Division<br>404 E Ramsey Suite 210<br>San Antonio, TX 78216-4667 |
| Dakota Street Insurance<br>PO Box 202<br>Spring Valley, IL 61362-0202 | Mass Insurance Agency<br>7300 F Street<br>Omaha, NE 68127-1812 | Leslie M. Pineyro<br>Jones and Walden, LLC<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1400 |
| AmeriComp Benefits, Inc.<br>P.O. Box 4319<br>Columbus, GA 31914-0319 | The Hays Group, Inc.<br>Lorie E. Klein<br>Fafinski Mark & Johnson, P.A.<br>775 Prairie Ctr Dr, Ste 400<br>Eden Prairie, MN 55344-7322 | MJ Insurance<br>4745 Haven Point BLVD<br>Indianapolis, IN 46280-2818 |
| MGA Insurers, Inc<br>207 S. Villa Avenue<br>Villa Park, IL 60181-2634 | Lighthouse Insurance Group<br>4808 Broadmoor SE<br>Grand Rapids, MI 49512-5306 | AAA Truck Agency Corp<br>25303 IH 45 N The Woodlands<br>Spring, TX 77380-3534 |
| Cobb County Tax Commissioner<br>P.O. Box 100127<br>Marietta, GA 30061-7027 | American Southern Insurance Companies<br>3715 Northside Parkway<br>Building 400, Su<br>Atlanta, GA 30327-2886 | Gregory M. Taube<br>Nelson Mullins Riley & Scarborough<br>Suite 1700<br>201 17th Street NW<br>Atlanta, GA 30363-1099 |
| Professional Safety Consultants<br>221 Victory Lane Suite 100<br>Lincoln, NE 68528-1482 | Internal Revenue Service<br>Central Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jones Truck Insurance Agency, Inc<br>10100 Saddle Creek Rd<br>Waco, TX 76708-7290 |
| Tyser&Co Ltd on behalf of certain under<br>Simon Palmer<br>9th Floor Beaufort House<br>15 St. Botolph<br>London EC3A 7EE, UK | A to Z Insurance Group, Inc<br>5959 S Staples Ste 102<br>Corpus Christi, TX 78413-3844 | Farit Logistics LLC<br>2910 Pillsbury Ave S. Suite 214<br>Minneapolis, MN 55408-2298 |
| Impact Finance Corp<br>P.O. Box 515439<br>Dallas, TX 75251-5439 | American Underwriting Services, LLC<br>1255 Roberts Blvd.<br>Suite 102<br>Kennesaw, GA 30144-7078 | Gary W. Marsh<br>Dentons US, LLP<br>Ste 5300, One Peachtree Center<br>303 Peachtree Street NE<br>Atlanta, GA 30308-3201 |
| Bancorp South Insurance Services, Inc.<br>8315 Cantrell Road Suite 300<br>Little Rock, AR 72227-2357 | Lorie A. Klein<br>c/o Fafinski Mark & Johnson, P.A.<br>775 Prairie Center Drive<br>Ste 400<br>Eden Prairie, MN 55344-7322 | Kevin Van de Grift<br>GGG Partners, LLC<br>3155 Roswell Road<br>Ste 120<br>Atlanta, GA 30305-1836 |
| Allnations Insurance Agency<br>2537 S Gessner Ste 110<br>Houston, TX 77063-2026 | Commercial Insurance Solutions<br>P.O. Box 6310<br>East Brunswick, NJ 08816-6310 | MacKenzie Agency<br>116 South Third Street<br>Saint Peter, MN 56082-2043 |

| | | |
|---|---|---|
| Sebrite Agency, Inc.<br>5421 Feltl Road Suite 140<br>Hopkins, MN 55343-3945 | ProSight Specility Mgt. Co.,<br>and New York Ma<br>c/o Gary Marsh, Denton US, LLP<br>303 Peachtree St, NE, Ste 5300<br>Atlanta, GA 30308-3265 | Insurance Company of North America<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 |
| Mailing Systems of Georgia<br>1710 Cumberland Point Drive<br>Suite 7<br>Marietta, GA 30067-9203 | FleetSeek<br>6190 Powers Ferry Road<br>Atlanta, GA 30339-2965 | Turner & Hamrick<br>P.O. Box 985<br>Troy, AL 36081-0985 |
| ACE Westchester Specialty Grp<br>5505 N. Cumberland Ave.<br>Suite 307<br>Chicago, IL 60656-4761 | Jeffrey C. Mateer<br>First Assistant Attorney General<br>Bankruptcy & Collections Div MC 008<br>P. O. Box 12548<br>Austin, TX 78711-2548 | KHD LLC Insurance Services<br>1259 Route 46 East<br>Building One, Suite 125<br>Parsippany, NJ 07054-4917 |
| A. Christian Wilson, Esq.<br>Simpson, Uchitel & Wilson LLP<br>P.O. Box 550105<br>Atlanta, GA 30355-2605 | Hays of Utah Insurance Services<br>170 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1653 | Marquee Insurance Group<br>1000 Holcomb Woods Pkwy<br>Building 300 -<br>Roswell, GA 30076-2587 |
| USI Southwest<br>1340 W. Tunnel Blvd, Suite 110<br>Houma, LA 70360-2816 | Commerical Insurance Services<br>PO DRAWER 26227<br>Oklahoma City, OK 73126 | Insurance of Mid Cities Agency<br>1235 Cavender Dr #101<br>Hust, TX 76053-4445 |
| Ken Paxton<br>Attorney General of Texas<br>Bankruptcy & Collections Div MC 008<br>P. O. Box 12548<br>Austin, TX 78711-2548 | American Southern Insurance Company<br>Morris, Manning & Martin, LLP<br>c/o Lisa Wolgast, Esq<br>3343 Peachtree Rd NE Ste 1600<br>Atlanta, GA 30326-1044 | Intervalley Insurance Services<br>4221 N Fresno Street<br>Fresno, CA 93726-3130 |
| Federal Insurance Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Acadia Coffee Service, Inc.<br>1165 Allgood Road suite 17<br>Marietta, GA 30062-2256 | The Wiley Group, Inc.<br>1255 Roberts Blvd.<br>Suite 102<br>Kennesaw, GA 30144-7078 |
| Commerical Carriers<br>12641 166th Street<br>Cerritos, CA 90703-2135 | Hawk Agency Inc<br>7131 Knoxville Ave<br>Peoria, IL 61614-2098 | Orbis Insurance<br>5800 NW 74th Ave<br>Miami, FL 33166-3740 |
| Illinois National Insurance Company<br>AIG Property Casualty, Inc.<br>Attn: Kevin J Larner<br>80 Pine Street, 13th Floor<br>New York, NY 10005-1734 | Schoolar & Associates<br>P.O. Box 967<br>Jemison, AL 35085-0967 | CO Brown Agency Inc<br>2048 Superior Drive NW<br>Rochester, MN 55901-5028 |
| Insurance Brokers of Maryland-<br>PO Box 3767<br>Hagerstown, MD 21742-3767 | CIT<br>21146 Network Place<br>Chicago, IL 60673-1211 | AFCO Credit Corporation<br>5600 North River Road<br>Rosemont, IL 60018-5187 |

| | | |
|---|---|---|
| Florida Commercial Ins Inc<br>1401 SW 21st Lane<br>Boca Raton, FL 33486-6525 | Georgia Departmne of Revenue<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 Century Blvd., Ste 9100<br>ATLANTA, GA 30345-3202 | Jagdeep Singh Insurance Agency<br>4185 W Figarden Dr #101<br>Fresno, CA 93722-6070 |
| Benjamin S. Klehr<br>Small Herrin, LLP<br>Building Two, Suite 200<br>2727 Paces Ferry Road<br>Atlanta, GA 30339-4053 | Cen-Cal Transportation Ins<br>2351 Sunset Blvd. Ste #314<br>Rocklin, CA 95765-4338 | Seneca Crum Forster Insurance Company<br>c/o Soffer, Rech and Borg LLP<br>26th Floor<br>48 Wall Street<br>New York, NY 10005-2900 |
| Generazio Associates, Inc.<br>265 Broad Street<br>Bloomfield, NJ 07003-2764 | Executive Risk Indemnity Inc.<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Daniel M. McDermott<br>United States Trustee<br>362 Richard Russell Bldg<br>75 Ted Turner Drive, S.W<br>Atlanta, GA 30303-3315 |
| WNC, LLC<br>1205 Johnson Ferry Rd<br>St 136-318<br>Marietta, GA 30068-5418 | All Solutions Insurance Agency, LLC<br>22364 Alessandro Blvd<br>Moreno Valley, CA 92553-8301 | Haymond Insurance Inc.<br>200 S. Main<br>Searcy, AR 72143-6847 |
| Bylsma-Nederveld Agency, Inc.<br>4808 Broadmoor Avenue SE<br>Grand Rapids, MI 49512-5306 | Eastern Insurors, LLC<br>445 Godwin Avenue<br>Midland Park, NJ 07432-1978 | J. Smith Lanier<br>P.O. Box 70<br>West Point, GA 31833-0070 |
| Thomas Reuters GRC Inc.<br>c/o Sarah E. Doerr, Esq.<br>Moss and Barnett<br>150 5th St S, Suite 1200<br>Minneapolis, MN 55402-4129 | US Insurance Source<br>22327 Gosling Road<br>Spring, TX 77389-4409 | Martin & Harrill, Inc.<br>221 W. Eleventh Street<br>Charlotte, NC 28202-1715 |
| Allsure Insurance<br>1722 Prairie Grove Dr<br>Houston, TX 77077-5020 | Good's Insurance<br>352 E Main St, Ste 200<br>Leola, PA 17540-1961 | Fleet Risk Management, Inc.<br>2485 Demere Rd., Suite 100<br>Saint Simons Island, GA 31522-1621 |
| ECBM<br>300 Conshohocken Ste 405<br>West Conshohocken, PA 19428 | Fisher & Phillips LLP<br>1075 Peachtree Street, NE<br>Suite 3500<br>Atlanta, GA 30309-3900 | Easy Truck Insurance<br>7635 Clement Rd Ste A<br>Vacaville, CA 95688-9297 |
| Insgroup Inc.<br>3131 W Alabama Ste 200<br>Houston, TX 77098-2030 | Keuler Insurance Agency Inc<br>229 High St<br>Mineral Point, WI 53565-1209 | TX Comptroller of Public Accts<br>REVENUE ACCOUNTING DIV -<br>BANKRUPTCY SECT<br>PO BOX 13528<br>AUSTIN, TX 78711-3528 |
| First Services Inc<br>215 Estates Dr Ste 1<br>Roseville, CA 95678-2361 | Higginbotham<br>308 W Parkwood Ave #104B<br>Friendswood, TX 77546-5478 | Great Northern Insurance Company<br>/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 |

| | | |
|---|---|---|
| Southern Insurance Specialist<br>PO BOX 2116<br>Ridgeland, MS 39158-2116 | Equify Risk Services LLC<br>777 Main Street, Suite 3900<br>Fort Worth, TX 76102-5343 | Fortenberry Insurance Agency<br>P.O. Box 2139<br>Hewitt, TX 76643-2139 |
| US Premium Finance<br>280 Technology Parkway<br>Norcross, GA 30092 | Centerpoint<br>11285 Elkins Road, Bldg E<br>Roswell, GA 30076-1259 | American Inter-Fidelity Exchange<br>9223 Broadway<br>Suite A<br>Merrillville, IN 46410-6362 |
| Interstate Truckers Insurance<br>P.O. Box 8394<br>Boise, ID 83707-2394 | Hub International Texas<br>12175 Network Blvd. Suite 100<br>San Antonio, TX 78249-3432 | Premium Assignment Corp<br>3522 Thomasville Road<br>Suite 400<br>Tallahassee, FL 32309-3488 |
| BankDirect Capital Finance, LLC<br>P.O. Box 660448<br>Dallas, TX 75266-0448 | Italiano Insurance Services<br>PO Box 18425<br>Tampa, FL 33679-8425 | Keisling Insurance<br>8500 Highway 111 Ste 150<br>Byrdstown, TN 38549-1007 |
| Big Rigs Insurance<br>14510 Vaughn Rd<br>Molalla, OR 97038-9445 | INSPRO Insurance<br>P.O. Box 6847<br>Lincoln, NE 68506-0847 | Delaware Secretary of State<br>Division of Corporations<br>P O Box 5509<br>Bingham, NY 13902-5509 |
| Rich Insruance Services Inc.<br>c/o Rich Insurance<br>105 South 3rd Street<br>Cabot, AR 72023-2931 | Warrington Network Consultants, LLC<br>Ste 136-318<br>1205 Johnson Ferry Rd.<br>Marietta, GA 30068-5418 | Commercial Transportation Ins Serv<br>6520 44th Street #300<br>Sacramento, CA 95823-1266 |
| NFP Property & Casualty<br>1050 Wigwam Pkwy. #110<br>Henderson, NV 89074-8174 | C. Ferguson Insurance<br>P.O. Box 1855<br>Valley Springs, CA 95252-1855 | J. Ronald Jones, Jr., Esquire<br>Nexsen Pruet, LLC<br>205 King Street, Suite 400 (29401)<br>PO Box 486<br>Charleston, SC 29402-0486 |
| Cypress Premium Funding<br>28202 Cabot Rd., Suite 435<br>Laguna Niguel, CA 92677-1249 | All-Wheels Insurance Services<br>1001 Cypress Creek Road<br>Ste403<br>Cedar Park, TX 78613-4470 | Scott B. Riddle<br>Law Office of Scott B. Riddle<br>Suite 1800<br>3340 Peachtree Road, NE<br>Atlanta, GA 30326-1064 |
| ABCO Premium Finance<br>PO BOX 141029<br>Coral Gables, FL 33114-1029 | Davis Insurance Agency<br>PO BOX 152620<br>Lufkin, TX 75915-2620 | Brower Insurance Agency, LLC<br>409 East Monument Ave<br>STE 400<br>Dayton, OH 45402-1482 |
| Hinson Building Corporation<br>540 48th Street Court East<br>Bradenton, FL 34208-5508 | Georgia Department of Insurance<br>Premium Tax Division<br>P O Box 935134<br>Hapeville, GA 30354 | Global Associates<br>20 Highland Ave<br>Metuchen, NJ 08840-1949 |

| | | |
|---|---|---|
| Compass Insurance Agency<br>PO Box 530350<br>Birmingham, AL 35253-0350 | Interstate Trucking Alliance<br>7414 Fossil Hill Dr<br>Arlington, TX 76002-4451 | Insurance Group Services, Inc.<br>3000 W. Cypress Creek Rd<br>Fort Lauderdale, FL 33309-1710 |
| Donald LaPenna Associates<br>PO BOX 1868<br>Cranford, NJ 07016-5868 | Farris Evans Insurance<br>1568 Union Avenue<br>Memphis, TN 38104-3700 | FP Mailing Solutions<br>140 N Mitchell Court, ste 200<br>Addison, IL 60101-5629 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19104-5002 | OVIA Insurance Services<br>1809 Banks Road<br>Pompano Beach, FL 33063-7702 | West Virginia Ins Commisioner<br>PO Box 2153<br>Charleston, WV 25328-2153 |
| FDI Management Group<br>275 Cumberland Pkwy Ste 246<br>Mechanicsburg, PA 17055-5677 | Grace Group, Inc.<br>17709 Cantrell Road<br>Little Rock, AR 72223-4684 | Los Robles<br>2930 E Inland Empire Blvd., St<br>Ontario, CA 91764-4802 |
| Lloyds of London/Tysers<br>9th Floor Beaufort House<br>15 St Botolph Street<br>London, England, EC3A 7EE | Kirby Soar Insurance Agency<br>809 S. Evers Street<br>Plant City, FL 33563-5425 | Cottingham & Butler<br>P.O. Box 28<br>Dubuque, IA 52004-0028 |
| Jeffers Insurance Agency<br>100 NE Loop 410, Ste #1250<br>San Antonio, TX 78216-4722 | Windham Brannon, PC<br>3630 Peachtree Road NE<br>Suite 600<br>Atlanta, GA 30326-1550 | Chubb & Son, Inc.<br>5505 N Cumberland Ave<br>Ste 301<br>Chicago, IL 60656-4762 |
| Brit UW Limited<br>J. Ronald Jones, Jr. Esq.<br>Nexsen Pruet, LLC<br>PO Box 486<br>Charleston, SC 29402-0486 | Meridian Insurance Group<br>4555 Mansell Road Suite 250<br>Alpharetta, GA 30022-8279 | T.I.S. Ltd.<br>PO Box 740<br>Weyauwega, WI 54983-0740 |
| Ellington Insurance Inc<br>121 S Green St<br>Swainsboro, GA 30401-3129 | Krist Insurance<br>6600 Westown Pkwy., Suite 250<br>West Des Moines, IA 50266-7743 | De Lage Landen Financial Svcs<br>P.O. Box 41601<br>Philadelphia, PA 19101-1601 |
| IPFS Corporation<br>Lisa R. Chandler<br>Suite 501<br>30 Montgomery Street<br>Jersey City, NJ 07302-3821 | Ronald R. Del Vento<br>Asst Attorney General Chief Bkrcy<br>Bankruptcy & Collections Div MC 008<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Cobb County Tax Commissioner<br>700 South Cobb Drive<br>Marietta, GA 30060-3162 |
| Insurica Ins. Management Network<br>1100 NE Loop 410 Ste 200<br>San Antonio, TX 78209-1569 | ACE American Insurance Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Matthew G. Moffett<br>Gray,Rust,St Amand,Moffett&Brieske<br>1700 Atlanta Plaza<br>950 East Paces Ferry Rd NE<br>Atlanta, GA 30326-1180 |

| | | |
|---|---|---|
| LLC Insurance Agency<br>4216 N Lincoln Ave<br>Chicago, IL 60618-2902 | Chubb Custom Insurance Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Reliance Partners<br>325 Market Street Suite 205<br>Chattanooga, TN 37402-1226 |
| U.S. Premium Finance<br>280 Technology Parkway<br>Suite 200<br>Norcross, GA 30092 | County Wide Insurance<br>130 East Stoddard<br>Dexter, MO 63841-1764 | Com-Co Insurance Agency<br>3425 Dempster St<br>Skokie, IL 60076-2441 |
| Interstate Motor Carriers Agency, Inc<br>PO Box 4500<br>Freehold, NJ 07728-4500 | Insurance Office of America - MD<br>100 West Road, Suite 300<br>Towson, MD 21204-2370 | Frontier Truck Insurance<br>6054 Tanana Drive<br>Carmel, IN 46033-8542 |
| DMB Truck Insurance LLC<br>PO Box 6423<br>McKinney, TX 75071-5111 | TRICOR Inc<br>230 W Cherry Street<br>Lancaster, WI 53813-1629 | Milner, Inc.<br>P.O. Box 923197<br>Norcross, GA 30010-3197 |
| Hire Right Solutions<br>P O Box 847891<br>Dallas, TX 75284-7891 | Centex Transportation Ins. Svc<br>2351 Sunset Blvd. Ste. 314<br>Rocklin, CA 95765-4338 | Kunkel & Associates<br>401 Data Court<br>Dubuque, IA 52003-8912 |
| Hubbard Insurance Agency, Inc<br>4574 FM 1960 East<br>Humble, TX 77346-2418 | New York Marine and General Ins Co<br>c/o Gary Marsh, Dentons US, LLP<br>303 Peachtree Street, NE<br>Suite 5300<br>Atlanta, GA 30308-3265 | Jason A. Starks<br>Office of the Atty General of TX<br>Bankruptcy & Collections Div MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Dr., SW<br>Atlanta, GA 30303-3315 | True North Companies<br>500 1st St. SE<br>Cedar Rapids, IA 52401-2002 | Canal Insurance Company<br>400 East Stone Avenue<br>Greenville, SC 29601-1618 |
| Craig C Hansen Insurance Servi<br>2103 3rd Street<br>Eureka, CA 95501-0813 | Katy Insurance Agency, Inc.<br>P O Box 597<br>Katy, TX 77492-0597 | Pacific Employers Insurance Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 |
| Don-Rick Insurance Inc<br>313 Oak Street<br>Baraboo, WI 53913 | Desert West Insurance Agency Inc<br>PO Box 640210<br>El Paso, TX 79904-0210 | Executive Risk Specialty Insurance Co<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 |
| Garrett A. Nail<br>Thompson Hine, LLP<br>Suite 1600, Two Alliance Center<br>3560 Lenox Road<br>Atlanta, GA 30326-4274 | Crum & Forster Insurance Co.<br>305 Madison Avenue<br>Morristown, NJ 07960-6100 | TC Insurance Services<br>1050 Wigwam Pkwy, Suite 110<br>Henderson, NV 89074-8174 |

| | | |
|---|---|---|
| Transport Services Group, LLC<br>3940 Werrington Drive<br>Cumming, GA 30040-1522 | Express Premium Finance Co.<br>PO Box 18836<br>Oklahoma City, OK 73154-0836 | Liberty Truck Insurance<br>401 Daniel Payne Drive<br>Birmingham, AL 35214-6401 |
| Chubb National Insurance Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | HNI Truck Group<br>1621 Colonial Parkway<br>Inverness, IL 60067-4732 | Georgia Department of Revenue<br>1800 Century Blvd.<br>Suite 9100<br>Atlanta, GA 30345 |
| Georgia Department of Revenue<br>P.O. Box 105499<br>Atlanta, GA 30348-5499 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Div MC 008<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Hartley Cylke Pacific Insurance<br>2747 University Ave<br>San Diego, CA 92104-2811 |
| Interstate Insurance Services Inc.<br>6101 N Armstrong St.<br>Wichita, KS 67204-2023 | American Internat'l Companies<br>P.O. Box 30174<br>New York, NY 10087-0174 | Georgia Department of Labor<br>P.O. Box 200366<br>Cartersville, GA 30120-9007 |
| Massachusetts Mutual Life Ins<br>Dept #2560<br>Los Angeles, CA 90084-2560 | Kenneth Bradley Franklin<br>Duane Morris LLP<br>Suite 1700<br>1075 Peachtree Street NE<br>Atlanta, GA 30309-3929 | Lonesource<br>114 MacKenan Drive Suite 300<br>Cary, NC 27511-7920 |
| The Hilb Group of Texas, LLC<br>8720 Stony Point Parkway<br>Suite 125<br>Richmond, VA 23235-1990 | Triumph Insurance Group, Inc<br>12700 Park Central Dr<br>Suite 1700<br>Dallas, TX 75251-1517 | HUB Internat'al Transportation<br>P.O. Box 1000<br>Colchester, VT 05446-1000 |
| Risk Placement Services, Inc.<br>2400 Lakeview Parkway, Ste 675<br>Alpharetta, GA 30009-7902 | Cal-Valley Insurance Services Inc<br>5070 N. Sixth Street Suite 155<br>Fresno, CA 93710-7508 | IBEX<br>PO Box 224528<br>Dallas, TX 75222-4528 |
| Logistics Insurance Concepts<br>1527 W. State Hwy 114<br>Ste 500-299<br>Grapevine, TX 76051-8646 | Menard, Gates, and Mathis<br>6401 Poplar Ave Ste 250<br>Memphis, TN 38119-4846 | Liberty Insurance Serviesz, Inc<br>3601 W. Devon Ave Suite 103<br>Chicago, IL 60659-1216 |
| SC&F Specialty Underwriters<br>160 Water Street<br>16th Floor<br>New York, NY 10038-5032 | Prosight Specialty Management Coy Inc.<br>c/o Gary W. Marsh, Esq.<br>Dentons US LLP<br>303 Peachtree St, NE, Ste 5300<br>Atlanta, GA 30308-3265 | Jane R. Parker<br>204 Kier Street<br>New Alexandria, PA 15670-3130 |
| Hunt & Associates, Inc.<br>720 North Post Oak Suite 330<br>Houston, TX 77024-3841 | AIG<br>1200 Abernathy Rd Bldg 600<br>Suite 800<br>Atlanta, GA 30328-5691 | LCIA INC<br>PO BOX 3043<br>Kearny, NJ 07032-0998 |

| | | |
|---|---|---|
| Illinois Union Insurance Company<br>c/o Duane Morris LLP<br>ATTN: Wendy M. Simkulak<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Heiser Agency<br>133 S Main Street<br>Morton, IL 61550-2077 | Troutman Sanders LLP<br>P.O. Box 933652<br>Atlanta, GA 31193-3652 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Maverick Truck Insurance<br>5840 West I20 Suite #201<br>Arlington, TX 76017 | Flat Iron Capital<br>950 17th St Suite 1300<br>Denver, CO 80202-2818 |
| Colonial Insurance Services, LLC<br>Leslie Pineyro<br>699 Piedmont Ave NE<br>Atlanta, GA 30308 | Cottingham & Butler<br>800 Main Street PO Box 28<br>Dubuque, IA 52004-0028 | Department of State<br>P.O. Box 1500<br>Tallahassee, FL 32302-1500 |
| Securance Corporation Agency<br>P.O. Box 420390<br>Houston, TX 77242-0390 | Supportive Insurance Services<br>1610 South Old Decker Road<br>Vincennes, IN 47591-6127 | James Brummett Insurance<br>PO Box 606<br>Oliver Springs, TN 37840-0606 |
| Palomar Insurance<br>P.O. Box 11128<br>Montgomery, AL 36111-0128 | PJC Insurance<br>P.O. Box 9750<br>Springfield, MO 65801-9750 | A.I.Credit Corporation<br>P.O. Box 9045<br>New York, NY 10087-9045 |
| BankDirect Capital Finance<br>Two Conway Park<br>150 North Field Drive S<br>Lake Forest, IL 60045 | Capital Premium Finance<br>PO Box 1020<br>Draper, UT 84020-1007 | JLP Insurance Services, LLC<br>3719 Fry Rd. Suite C<br>Katy, TX 77449-6740 |
| Florida State Underwriters<br>950 S. Winter Park Drive<br>Suite 310<br>Casselberry, FL 32707-5460 | Texas Dept of Insurance<br>Attn: Co Licensing and Reg Off<br>DIV 5056<br>Austin, TX 78714-9104 | CIT Bank NA<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| Rodriguez Insurance Agency<br>901 Waterfall Way<br>Suite 301<br>Richardson, TX 75080-6792 | Professional Safety Consulting, Inc<br>PO Box 274<br>Kimberling City, MO 65686-0274 | TWI Agency Inc<br>600 S Tyler St<br>Amarillo, TX 79101-2353 |
| Interstate Insurance Agency<br>PO Box 568944<br>Orlando, FL 32856-8944 | Matrix Insurance Group<br>Suite 104<br>Aventura, FL 33180 | Demoisey Insurance Agency<br>258 Plaza Drive<br>Lexington, KY 40503-1945 |
| U.S. E&O Brokers<br>820 Gessner Road, Suite 1360<br>Houston, TX 77024-4461 | Goodman-Baker Insurance<br>3534 E Sunshine Ste Ste H<br>Springfield, MO 65809-2815 | Lenhardt Agency, Inc.<br>Suite 211<br>Billings, MT 59102 |

| | | |
|---|---|---|
| D & H Insurance Group<br>914 Judson Rd<br>Longview, TX 75601-5113 | Avina's Insurance Services<br>1110 Artesia Blvd Ste. A<br>Cerritos, CA 90703 | Willcomply, LLC<br>3700 Park East Drive, Suite 250<br>Beachwood, OH 44122-4318 |
| First Niagra Risk Management<br>125 Hillvue Lane<br>Pittsburgh, PA 15237-7317 | IMAN Carriers, Inc.<br>544 8th Ave NE<br>St. Joseph, MN 56374-8528 | Keystone Truck Underwriters, LLC<br>702 W. Pitt Street PO Box 640<br>Bedford, PA 15522-0640 |
| Westchester Surplus Lines Insurance Co<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Texas Comptroller of Public Accounts<br>Texas Surplus Lines Department<br>PO Box 13528<br>Austin, TX 78711-3528 | Florida Department of State<br>P.O. Box 6327<br>Tallahassee, FL 32314-6327 |
| Comcast<br>P O Box 530098<br>Atlanta, GA 30353-0098 | Eiyida Solutions<br>16W277 83rd Street Ste C<br>Burr Ridge, IL 60527-7951 | TRINITY INSURANCE SERVICES LLC<br>623 W MAIN ST<br>CLARKSON, KY 42726-7044 |
| Affiance Insurance Agency<br>PO Box 1306<br>Buda, TX 78610-1306 | Sunbelt Insurance Group<br>114 Lee Pkwy Drive<br>Chattanooga, TN 37421-1736 | Fino Services LLC<br>6193 Highway Boulevard #205<br>Katy, TX 77494-1131 |
| James Russell Wiley<br>6201 Arnall Ct.<br>Acworth, GA 30101-9506 | B&D Insurance Services<br>12118 Walnut Park Crossing #1317<br>Austin, TX 78753-6730 | Heil and Heil Insurance Agency LLC<br>1250 E Diehl Rd Ste 104<br>Naperville, IL 60563-9338 |
| AFS/ Ibex<br>PO Box 224528<br>Dallas, TX 75222-4528 | L Transportation Writers, Inc.<br>405 Oakwood Road 2nd Floor<br>Huntington Station, NY 11746-7207 | Taylor L. Davis<br>Clyde & Co US LLP<br>271 17th Street NW<br>Suite 1720<br>Atlanta, GA 30363-6202 |
| Texas Comptroller of Public Accounts<br>c/o Jason A Starks<br>Bankruptcy & Collections Div MC 008<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Triumph Insurance<br>3 Park Central<br>Suite 1700 12700 Park<br>Dallas, TX 75251 | Global Transportation Ins.<br>P.O. Box 5220<br>Farmington, NM 87499-5220 |
| AssuredPartners NL<br>840 Crescent Center Drive<br>Suite 300<br>Franklin, TN 37067-4633 | Darren L McCarty<br>Deputy Atty General for Civil Lit<br>Bankruptcy & Collections Div MC 008<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Chrome Truck Agency LLC<br>12220 Eruzione Drive<br>Austin, TX 78748-3079 |
| Coldwater Insurance Agency Inc<br>613 Austin Street<br>Levelland, TX 79336-4615 | McDonald Insurance<br>90 Whitlock Place<br>Marietta, GA 30064-3164 | Bob White Insurance<br>PO BOX 73009<br>Houston, TX 77273-3009 |

| | | |
|---|---|---|
| Westchester Fire Insurance Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Ben Spurgin Insurance<br>2521 Cedar Springs<br>Dallas, TX 75201-1487 | Cline Wood Agency<br>4300 West 133rd St<br>Leawood, KS 66209-3307 |
| Hancock & Associates, Inc<br>7237 Oak Ridge HWY<br>Knoxville, TN 37931-2614 | Love Insurance Agency<br>373 Center Street<br>Suite A<br>Chardon, OH 44024-8952 | First Insurance Funding<br>450 Skokie Blvd Ste 1000<br>Northbrook, IL 60062-7917 |
| White Wolf Insurance<br>2406 S Jupiter Rd STE 4<br>Garland, TX 75041-6024 | Bankers Standard Insurance Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | MassMutual Financial Group<br>Policy Loans P O Box 75045<br>Charlotte, NC 28275-0045 |
| Thomson Reuters Inc<br>P O Box 417175<br>Boston, MA 02241-7175 | Latino Truckers Insurance Serv<br>PO BOX 4267<br>Ontario, CA 91761-8967 | Marvin Johnson<br>PO BOX 1849<br>Columbus, IN 47202-1849 |
| American Southern Insurance Company<br>Austin & Sparks, PC<br>2974 Lookout Pl NE<br>Ste 200<br>Atlanta, GA 30305-3272 | Peoples Insurance Agency<br>PO BOX 119<br>Waverly, IA 50677-0119 | North Country Insurance<br>8800 SE Sunnyside Rd.<br>16621 N 91st St S<br>Scottsdale, AZ 85255 |
| John T. Sparks Sr.<br>Austin & Sparks, P.C.<br>Suite 200<br>2974 Lookout Pl NE<br>Atlanta, GA 30305-3272 | Cook Insurance Group<br>3333 Lee Parkway Suite 600<br>Dallas, TX 75219-5117 | The Buckner Company<br>6550 S. Millrock Drive Ste 300<br>Salt Lake City, UT 84121-2331 |
| WGI/Stonebriar<br>16935 W Bernardo Dr Suite 100<br>San Diego, CA 92127-1635 | Insurepointe of Texas, Inc.<br>2909 Hillcroft Suite 600<br>Houston, TX 77057-5852 | HG Companies & Assurance LLC<br>508 West Interstate 2<br>Pharr, TX 78577-6555 |
| AON Risk Services Inc.<br>P O Box 3870<br>Little Rock, AR 72203-3870 | Maple Leaf Insurance Agency Inc<br>6536 Kitsap Way<br>Bremerton, WA 98312-1744 | ISU Stetson-Beemer Insurance<br>PO BOX 7236<br>Reno, NV 89510-7236 |
| Alliant Insurance Services, Inc.<br>5100 Thompson Terrace Ste A<br>Colleyville, TX 76034-5868 | Insurance Service Associates<br>1770 Indian Trail Rd Ste #130<br>Norcross, GA 30093-2600 | Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W<br>Atlanta, GA 30303-3330 |
| Courtney Hull<br>Office of the Texas Atty General<br>P.O. Box 12548 - MC008<br>Austin, TX 78711-2548 | Insurance Office of America<br>2121 Harden Blvd.<br>Lakeland, FL 33803-5918 | South Carolina Department<br>Post Office Box 100105<br>Columbia, SC 29202-3105 |

| | | |
|---|---|---|
| State Tax Commission<br>P.O. Box 23050<br>Jackson, MS 39225-3050 | Hub Lenhardt Agency<br>1643 24th Street W, Ste 211<br>Billings, MT 59102-2677 | National Online Registries, LLC<br>P O Box 419317<br>Kansas City, MO 64141-6317 |
| RJS Insurance Services, Inc.<br>27782 El Lazo<br>Laguna Niguel, CA 92677-3914 | Commercial & Transportation Ins.<br>P.O. Box 361901<br>Birmingham, AL 35236-1901 | C.M. Brown & Associates, Inc.<br>P.O.Box 384<br>Perryville, MO 63775-0384 |
| Truckline Insurance Grp, LLC<br>T.D. Hawks<br>120 E. 9TH Street<br>Dubuque, IA 52001-7048 | USI Transportation<br>2021 Spring Road, Suite 100<br>Oak Brook, IL 60523-1852 | Hub International<br>PO BOX 17346<br>Salt Lake City, UT 84117-0346 |
| Georgia Department of Revenue<br>Taxpayer Services Division<br>P.O. Box 740<br>Atlanta, GA 30301-0740 | Holmes Murphy & Associates<br>201 First Street SE<br>Suite 700<br>Cedar Rapids, IA 52401-1424 | Millenium Insurance Services<br>8301 Broadway Suite 405<br>San Antonio, TX 78209-2067 |
| Brandon R Gossett<br>Clyde & Co. US LLP<br>271 17th Street NW<br>Suite 1720<br>Atlanta, GA 30363-6202 | IPFS<br>30 Montgomery Street<br>Suite 501<br>Jersey City, NJ 07302-3821 | M&O California Insurance Services, Inc<br>6055 E Washington Blvd<br>Ste 1090<br>Los Angeles, CA 90040-2400 |
| Great Lakes Insurance Assoc.<br>3205 Peach Street<br>Erie, PA 16508-2735 | Jay W. Hurst<br>Office of the Attorney General<br>8th Floor<br>300 West 15th Street<br>Austin, TX 78701-1649 | Big Truck Agency<br>2517 Fairway Park Drive<br>Suite 202<br>Houston, TX 77092-7615 |
| Carrier Service Insurance<br>P.O. Box 69000C<br>Miami, FL 33269-0019 | Hatch Agency<br>PO BOX 1861<br>Minnetoka, MN 55345-0861 | Trucking Specialist LLC<br>425 4th Street SC<br>Suite 802 Box 39<br>Cedar Rapids, IA 52404 |
| Bigham Kliewer Chapman & Watts<br>2100 Trimmier Road<br>PO Box 996<br>Killeen, TX 76540-0996 | SWZ Insurance<br>295 E Renfro #211<br>Burleson, TX 76028-3953 | UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 |
| Integrity Transportation Insurance Ag LL<br>14511 Falling Creek Dr.<br>Houston, TX 77014-1279 | Indemnity Insurance Company of NA<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Volmert & Associates<br>3023 South University Drive<br>#208<br>Fort Worth, TX 76109-5608 |
| Dickson Insurance<br>PO BOX 40308<br>Mesa, AZ 85274-0308 | Capitol Insurance Brokers<br>3820 W.Happy Valley Rd Ste 141<br>Glendale, AZ 85310-3292 | Ebix, Inc.<br>3906 Paysphere Circle<br>Chicago, IL 60674-0001 |

| | | |
|---|---|---|
| Elite 4 Truck<br>1801 South Excise Ave Ste 115<br>Ontario, CA 91761-8557 | Heritage Insurance Service<br>920 Lily Creek Rd Suite 201<br>Louisville, KY 40243-2815 | Regions Insurance<br>PO BOX 3198<br>Little Rock, AR 72203-3198 |
| Propel Insurance<br>2045 Cardinal Ave, Ste 300<br>Medford, OR 97504-9746 | Risk Placement Services<br>33719 Treasury Center<br>Chicago, IL 60694-3700 | Jenna Crossley Sanford<br>14635 Creek Club Dr<br>Alpharetta, GA 30004-4372 |
| Brantley Starr<br>Deputy Atty General for Civil Lit<br>Bankruptcy & Collections Div MC 008<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Leavitt Group<br>6050 Tacoma Mall Blvd #300<br>Tacoma, WA 98409-6828 | FedEx<br>P.O. Box 660481<br>Dallas, TX 75266-0481 |
| Hub Flynn<br>1643 24th Street West Suite 21<br>Billings, MT 59102-2677 | Marshall Insurance Agency, Inc<br>1623 21st Ste Suite A<br>Springfield, OR 97477-3417 | Henry F. Sewell Jr.<br>Law Offices of Henry F. Sewell, Jr,<br>Suite 555<br>2964 Peachtree Rd, NW<br>Atlanta, GA 30305-4909 |
| Massey Insurance Services<br>16000 Apple Valley Rd Ste C-2<br>Apple Valley, CA 92307-7815 | Interline Risk Services, Inc.<br>2100 Pooler Parkway<br>Pooler, GA 31322-4264 | KMB Insurance Consultants<br>1150 Johnson Drive<br>Naperville, IL 60540-8244 |
| 1st Patriot Insurance Services, LLC<br>2616 N. McColl Rd<br>McAllen, TX 78501-5502 | Mulligan Insurance Agency, Inc<br>5114 Highway 33-34<br>Farmingdale, NJ 07727 | Hub Coburn Insurance<br>PO BOX 1000<br>Colchester, VT 05446-1000 |
| Interstate Insurance Services Inc.<br>2601 N Del Rosa Ave Suite 114<br>San Bernardino, CA 92404-4413 | Sterling Risk Advisors<br>2500 Cumberland Pkwy Ste 400<br>Atlanta, GA 30339-3923 | Nicky's Insurance Agency, Inc<br>806 Del Oro Lane<br>Pharr, TX 78577-2200 |
| Saver Insurance Agency<br>1415 Molson Lake Dr<br>Leander, TX 78641-2183 | Capps Insurance Agency<br>1610 Shadywood Lane<br>Mount Pleasant, TX 75455-5637 | Belken Insurance Associates<br>8626 Tesoro Drive #310<br>San Antonio, TX 78217-6217 |
| Acrisure, LLC<br>5664 Prairie Creek Drive, SE<br>Caledonia, MI 49316-8081 | Hibbs & Associates<br>2362 Three Bars Dr<br>Snellville, GA 30078-2643 | Multi Printing Solutions, Inc.<br>8113 S. Lemont Rd<br>Darien, IL 60561-1755 |
| ProSight Specialty<br>12 Mount Kemble Ave<br>Suite 300C<br>Morristown, NJ 07960-5132 | Elliott Hartman Agency<br>611 Ansborough Ave.<br>Waterloo, IA 50701-5841 | Biba Insurance Services Inc<br>17908 Murphy Parkway<br>Lathrop, CA 95330-8771 |

| | | |
|---|---|---|
| Lexington Insurance Company<br>100 Summer Street, Boston<br>Boston, MA 02110-2137 | Stonemark, Inc.<br>8501 Wade Blvd., Ste. 620<br>Frisco, TX 75034-6268 | gotoPremium Finance<br>Suite 400<br>6200 Canoga Ave.<br>Woodland Hill, CA 91367-2459 |
| Transport South Insurancy Agency, LLC<br>1255 Roberts Blvd Ste 102<br>Kennesaw, GA 30144-7078 | Hughston Insurance Agency, Inc.<br>46 Cove Circle<br>Brownsville, TX 78521-2661 | Hub Kaufman<br>P.O. Box 17346<br>Salt Lake City, UT 84117-0346 |
| James Miller Insurance Agency<br>6333 E Mockingbird Lane<br>Suite 254A<br>Dallas, TX 75214-2343 | Emery & James Ltd<br>300 E. Morris Ave.<br>Hammond, LA 70403-4294 | Kentucky Attorney in Fact<br>314 West Main Street<br>Frankfort, KY 40601-1808 |
| Classic Plan Premium Finance<br>PO Box 5146<br>Chino, CA 91708-5146 | Texas Truck<br>2113 Greenbriar Dr<br>Southlake, TX 76092-8312 | Truck Insurance Specialists<br>One Brickyard Drive<br>Bloomington, IL 61701-7513 |
| Kenneth Seiber<br>10010 Judy Road<br>Lyles, TN 37098-1702 | American Inter-Fidelity Exchange<br>Thompson Hine LLP, c/o G. Nail<br>3560 Lenox Road<br>Two Alliance Ctr, Ste 1600<br>Atlanta, GA 30326 | Adams Trucking Insurance<br>145 Stately Oaks Cir.<br>Brunswick, GA 31523-1434 |
| American Millennium Insurance<br>Company<br>1011 Route 22, Suite 102<br>Bridgewater, NJ 08807-2950 | Vertafore/CIS Solutions<br>27384 Network Place<br>Holtsville, NY 60673-1273 | HNI Risk Services<br>16085 West Cleveland Ave<br>New Berlin, WI 53151 |
| Vigilant Insurance Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Crossroads Insurance Services<br>9816 Gilespie St Suite 120<br>Las Vegas, NV 89183-7603 | Gus H. Small<br>Small Herrin, LLP<br>Building Two, Suite 200<br>2727 Paces Ferry Road<br>Atlanta, GA 30339-4053 |
| Insurance Service Group<br>P.O. Box 4000<br>Clinton, TN 37717-4000 | Commercial Carrier Insurance<br>44 Merrimon Avenue<br>Ashville, NC 28801-2352 | Hanuschak Agency<br>P.O. Box 7727<br>Cumberland, RI 02864-0898 |
| Insurance Risks Managers of MO<br>425 N New Ballas Rd Ste #175<br>St Louis, MO 63141-6853 | Kinloch Partners, Inc.<br>300 Executive Drive Ste 310<br>West Orange, NJ 07052-3323 | RIS Insurance Services<br>901 24th Street<br>Anacortes, WA 98221-2809 |
| Malone Insurance Services<br>1137 Bordeau Court<br>Dunwoody, GA 30338-3204 | ARM Insurance Agency<br>4511 Highway 6 N Ste A<br>Houston, TX 77084-3484 | Licona Insurance Group<br>369 Shadow Mountain Drive<br>El Paso, TX 79912-4053 |

| | | |
|---|---|---|
| Pacific Indemnity Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Maulding & Associates<br>P.O. Box 320549<br>Jackson, MS 39232-0549 | Stephens Insurance LLC<br>140 Township Avenue Ste 202<br>Ridgeland, MS 39157-2094 |
| US Premium Finance,<br>A Div of Ameris Bank<br>Simpson, Uchitel & Wilson LLP<br>P.O. Box 550105<br>Atlanta, GA 30355-2605 | Roberts Blvd, LLC<br>P.O. Box 360566<br>Birmingham, AL 35236-0566 | Mid South Insurance Agency Inc<br>P.O. Box 457<br>Corning, AR 72422-0457 |
| USA Specialty Insurance LLC<br>5246 SW 8th St STE 102-A<br>Miami, FL 33134-2375 | Trinity Insurance Services LLC<br>PO Box 439<br>Clarkson, KY 42726 | RRL Insurance Agecny<br>35000 Kaiser Court Suite 300<br>Willoughby, OH 44094-3384 |
| David Baker Insurance<br>950 S Fry Road<br>Katy, TX 77450-3061 | Eagle National Insurance - USA (HQ)<br>80 SW 8th Street, Suite 2000<br>Brickell B<br>Miami, FL 33130-3038 | Umana Trucking, LLC<br>2518 Glen Meadows Dr<br>Mesquite, TX 75150-4992 |
| Lipscomb & Pitts<br>2670 Union Avenue<br>Memphis, TN 38112-4434 | Truckers Insurance<br>400 West Expressway<br>San Juan, TX 78589 | MJ Insurance<br>PO Box 50435<br>Indianapolis, IN 46250-0418 |
| Jones Truck Insurance Agency<br>P.O. Box 236<br>Waco, TX 76703-0236 | Kiely, Hines & Associates Insurance<br>6100 Dutchmans Lane 10th Fl<br>Louisville, KY 40205-3284 | Commercial Insurance Associates, LLC<br>103 Powell Court Suite 100<br>Brentwood, TN 37027-5050 |
| Illinois National Insurance Company<br>80 Pine Street,13th Floor<br>New York, NY 10005-1734 | Island Financial Ins Assoc Inc<br>2815 East Main Avenue<br>Puyallup, WA 98372-3167 | Chubb Indemnity Insurance Company<br>c/o Wendy M. Simkulak<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 |
| Westchester Fire Insurance Company<br>c/o Duane Morris LLP<br>ATTN: Wendy M. Simkulak<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | Hadley & Lyden, Inc.<br>P.O. Box 700<br>Winter Park, FL 32790-0700 | Prime Insurance Company<br>8722 South Harrison St<br>Sandy, UT 84070-1420 |
| State Comptroller - Texas<br>PO Box 149348<br>Austin, TX 78714-9348 | | |