UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AMERICAN UNDERWRITING SERVICES, LLC, | : | CASE NO. 18-58406-SMS |
| | : | |
| Debtor. | : | |

**NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 3010, S. Gregory Hays, Chapter 7 Trustee for the above-captioned estate remits $11.35 into the Registry of the United States Bankruptcy Court representing dividends of less than $5.00 paid to creditors. The creditor, its address and the dividend amount are:

| CREDITOR | AMOUNT |
|---|---|
| Arcadia Coffee Service, Inc.<br>1165 Allgood Road Suite 17<br>Marietta, GA 30062-2238 | $0.32 |
| CIT Bank, NA<br>PO Box 593007<br>San Antonio, TX 78259 | $2.37 |
| Rich Insurance Services Inc.<br>c/o Rich Insurance<br>105 South 3rd Street<br>Cabot AR 72023 | $2.02 |
| Thomas Reuters GRC Inc.<br>c/o Sarah E. Doerr, Esq.<br>Moss and Barnett<br>150 5th St S, Suite 1200<br>Minneapolis MN 55402 | $1.45 |
| AmeriComp Benefits, Inc.<br>P O BOX 4319<br>Columbus, GA 31914 | $4.54 |

| | |
|---|---|
| Transport Services Group, LLC<br>3940 Werrington Drive<br>Cumming, GA 30040 | $0.65 |

                                              */s/ S. Gregory Hays*
                                              S. Gregory Hays
                                              Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT* on the following parties by depositing a true and correct copy of same in the United States Mail, first class postage prepaid and addressed as follows:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3311

Arcadia Coffee Service, Inc.
1165 Allgood Road Suite 17
Marietta, GA 30062-2238

CIT Bank, NA
PO Box 593007
San Antonio, TX 78259

Rich Insurance Services Inc.
c/o Rich Insurance
105 South 3rd Street
Cabot AR 72023

Thomas Reuters GRC Inc.
c/o Sarah E. Doerr, Esq.
Moss and Barnett
150 5th St S, Suite 1200
Minneapolis MN 55402

AmeriComp Benefits, Inc.
P O BOX 4319
Columbus, GA 31914

Transport Services Group, LLC
3940 Werrington Drive
Cumming, GA 30040

Dated: December 6, 2021.

                                         /s
                                    S. Gregory Hays
                                    Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, Georgia 30305
(404) 926-0060